UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
| **Plaintiff,** | : |
| v. | : Case No. 22-cv-00601 (CRC) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| **Defendant.** | : |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment as to WMATA's Negligence and WMATA's Contributory Negligence Affirmative Defense, Defendant's Opposition thereto, and any Reply filed, it is this _____ day of _____, 2023;

ORDERED that Plaintiff's Motion is hereby GRANTED in full; and it is further

ORDERED that with respect to Plaintiff's negligence claim, judgment is hereby entered on behalf of Plaintiff; and it is further

ORDERED that with respect to Defendant's assumption of risk affirmative defense, judgment is hereby entered on behalf of Plaintiff; and it is further

ORDERED that with respect to Defendant's contributory negligence affirmative defense, judgment is hereby entered on behalf of Plaintiff.

SO ORDERED.

_____
Judge Christopher R. Cooper