# Exhibit 2



# Transcript of Keisha Simone Henry, Designated Representative

**Date:** February 9, 2023
**Case:** Scott -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

Transcript of Keisha Simone Henry, Designated Representative   1 (1 to 4)
February 9, 2023

---

Page 1

```
 1          UNITED STATES DISTRICT CIRCUIT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   ------------------------X
 4   CAROL WILD SCOTT,
 5          Plaintiff,
 6          vs.            Civil Action No.
 7   WASHINGTON METROPOLITAN    22-cv-00601 (CRC)
 8   AREA TRANSIT AUTHORITY,
 9          Defendant.
10   ------------------------X
11
12
13     30(b)(6) DEPOSITION OF KEISHA SIMONE HENRY
14              Conducted Remotely
15           Thursday, February 9, 2023
16              1:10 p.m. Eastern
17
18
19
20   Job No.:  480571
21   Pages 1 - 80
22   Reported by:  Cynthia Powers
```

Page 2

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4         Christopher J. Regan, Esquire
 5         Regan, Zambri & Long, PLLC
 6         1919 M Street, N.W., Suite 350
 7         Washington, D.C. 20036
 8         (202) 463-3030
 9         cregan@reganfirm.com
10
11   ON BEHALF OF THE DEFENDANT:
12         Brendan H. Chandonnet, Esquire
13         Nicholas L. Phucas, Esquire
14         Washington Metropolitan Area Transit
15         Authority
16         Office of General Counsel
17         300 7th Street, S.W.
18         Washington, D.C. 20004
19         (202) 962-1234
20         bchandonnet@wmata.com
21
22
```

Page 3

```
 1                    I N D E X
 2                                           Page
 3   Examination by Mr. Regan                  5
 4
 5                    E X H I B I T S
 6
 7                      (Attached)
 8   Number                                   Page
 9   Exhibit 1    Amended Notice of 30(b)(6)    5
10                Deposition
11   Exhibit 2    Incident/Accident Report,     5
12                9/23/19
13   Exhibit 3    Incident Report, 9/23/19      5
14   Exhibit 4    E-Mail, Graves to WMATA       5
15                WMSC Notification, 9/23/19
16   Exhibit 5    Press Release, 3/4/19      5/31
17   Exhibit 6    Press Release, 6/19/19     5/38
18   Exhibit 7    E-Mail, 3/2/19, Bates         5
19                No. WMATA000060
20   Exhibit 8    Rail Signal Safety Updates 5/53
21   Exhibit 9    Station Overrun Report,    5/57
22                4/20/19
```

Page 4

```
 1                  E X H I B I T S
 2                    (Continued)
 3   Number                                   Page
 4   Exhibit 10   Station Overrun Report,       5
 5                4/28/19
 6   Exhibit 11   RTRA Training Request Form    5
 7   Exhibit 12   Investigation Report          5
 8   Exhibit 13   E-Mail, Bumbry to Alston      5
 9                and others, 2/26/19
10   Exhibit 14   Trains Certification Result   5
11   Exhibit 15   Standard Operating Proceduce 5/13
12                Nos. 40.5 and 50.5
13   Exhibit 16   Washington Post Article,   5/62
14                6/26/18
```

**Page 29**

1  A. Oh, I don't know why WMATA would -- the
2  reasoning behind it.
3  Q. Bear with me one moment.
4     When the doors were being operated in
5  manual mode -- by the way, was it also Metro's
6  policy and procedure to require the drivers to
7  wait a period of roughly five seconds between
8  stopping the trains and opening the doors as of
9  2019?
10 A. Are we talking about according to these
11 two SOPs that I'm supposed to be referring to?
12 Q. Well, I'm referring to the actual -- to
13 the actual policy and procedures in place at that
14 point, whether they were written down or not.
15    I don't see that on the document either,
16 but it's my understanding that was Metro's formal
17 practice, policy, procedure, whatever we want to
18 call it, as of September 2019; is that your
19 understanding as well?
20    MR. CHANDONNET: If you know -- if you
21 know the answer.
22 A. Okay, so train operators were told to

**Page 30**

1  wait five seconds -- once they stick their head
2  out the window to verify that they see the
3  platform, they were asked to wait five seconds
4  before opening the doors.
5  BY MR. REGAN:
6  Q. Okay. So then would it be fair to
7  say -- circling back, would it be fair to say for
8  the train operator controlling the train on which
9  Ms. Scott was hurt, as she pulled into the
10 station, she was supposed to bring the train to a
11 stop then wait five seconds and look out the
12 window and then open the doors to the train; is
13 that the policy and procedure that she was
14 expected to follow at that point?
15 A. Yes.
16 Q. Okay. Actually, I got distracted. That
17 is what I wanted to look at before. This might
18 make it a little bit easier.
19    On your screen is Exhibit 5. That's a
20 WMATA press release dated March 4, 2019. Do you
21 see that?
22 A. Yes.

**Page 31**

1     (Introduced Exhibit 5)
2  BY MR. REGAN:
3  Q. By the way, any document on the screen,
4  if you need me to pan, zoom up, down, in, out,
5  whatever, just tell me. I want you to be
6  comfortable with it, everything you want to know.
7  A. Okay.
8  Q. Are you able to read that?
9  A. Yes.
10 Q. All right.
11    MR. CHANDONNET: I'm going to object to
12 any questions about this document but you can
13 answer.
14 BY MR. REGAN:
15 Q. Why don't we -- Ms. Henry, if you want
16 to read it from top to bottom to yourself and then
17 I'm going to ask you a couple questions, okay?
18 Let us know when you're done. Take as much time
19 as you need. Don't worry about it.
20 A. Okay. I'm finished.
21 Q. Okay. And at this point, so this is
22 2019, while you were supervisor of rail

**Page 32**

1  transportation, probably same position you were in
2  now, depending on what time of that year you
3  started?
4  A. In 2019, March 2019, I was assistant
5  superintendent. Not until November --
6  Q. Got it. In that position, by the way,
7  who was your direct superior? Who did you report
8  to?
9  A. When I was an assistant superintendent?
10 Q. Yes, ma'am.
11 A. Mr. Clev Bernard Bennett.
12 Q. His job title was?
13 A. Superintendent.
14 Q. Got it. How many people reported to you
15 in that position?
16 A. About 75, 80.
17 Q. Okay. What job positions were those?
18 A. Train operators, station managers,
19 interlocking operators, depot clerks, and the rail
20 operations supervisors in the division.
21 Q. Got it. From your experience in that
22 position through to the present, do you know

**45**

1  what the other five pages are?
2  A. Not offhand, no.
3  Q. This version says it was approved
4  9/24/18. Do you know what the version either
5  immediately before then or the one in effect now
6  looked like?
7  A. No.
8  Q. Okay. Let's take a look at this table
9  then on page 2 of Exhibit 15.
10  A. Mm-hmm.
11  Q. So when train is berthing on platform,
12  of course, this references 50.5.1.5, which has not
13  been provided to us here; right? Do you see that?
14  A. Yeah.
15  Q. Do you know what SOP 50.5.1.5 is?
16  A. I can't say what it -- it's not in front
17  of me, so no, I don't know what it says.
18  MR. REGAN: Brendan, I'm going to
19  request we get all the pages and all the versions
20  for these two SOPs.
21  MR. CHANDONNET: I will review that and
22  get back to you.

**46**

1  BY MR. REGAN:
2  Q. Let's look at, "Entering next station."
3  It says, "When train is berthing on platform, the
4  standard baseline announcement"; what's a standard
5  baseline announcement?
6  A. The announcement that the operator makes
7  to the customers on the train.
8  Q. And so the operators are supposed to
9  say, "This is [station name]," whatever station it
10  is. "Doors will open on [whichever side they open
11  on]"?
12  A. Yes.
13  Q. All right. And that's -- so when it
14  says, "When training is berthing on platform,"
15  does it -- where precisely is the train position
16  when that announcement is made or does it matter?
17  A. Well, it says as the -- while entering
18  the station, while the train is going down to
19  berth to the eight-car marker.
20  Q. It's sort of when the front of the train
21  has just begun entering the station and before it
22  comes to a stop, that's the standard announcement;

**47**

1  am I understanding that right?
2  A. Yes.
3  Q. Next one down, "Repositioning train."
4  It says, "Attention, customers. This train will
5  move forward. Please hold on." See that?
6  A. Yes.
7  Q. Again, I don't want to ask obvious
8  questions too much, but what's going on there?
9  A. If the train stops short on the platform
10  and the operator has to reposition the train, to
11  announce to customers -- they make that
12  announcement to customers that the train will be
13  moving forward.
14  Q. Got it.
15  A. So they can hold on if they need to.
16  Q. Okay.
17  MR. CHANDONNET: Chris, how much longer
18  do you have left because I need to let the next
19  deponent know that we're still alive.
20  MR. REGAN: Probably ten minutes.
21  MR. CHANDONNET: Can we take a quick
22  restroom break then?

**48**

1  MR. REGAN: Yep.
2  (Whereupon, a recess was taken.)
3  BY MR. REGAN:
4  Q. Ms. Henry, on the last sort of topics I
5  wanted to ask you a little bit about is going back
6  to sort of train positioning on the platform and
7  what Metro's policies or standard operating
8  procedures were for that as of September 2019.
9  We talked a little bit about eight-car
10  trains versus six-car trains, et cetera, but
11  what's a station overrun?
12  A. A station overrun is when a train
13  overshoots the platform.
14  Q. In other words, it goes past to where
15  it's supposed to come to a stop; right?
16  A. Past the end of platform, yes.
17  Q. Got it. Fair to say, those are a pretty
18  big deal? Tell you what, that's not a helpful
19  question.
20  MR. CHANDONNET: I agree.
21  MR. REGAN: I'll withdraw that question.
22  Q. WMATA has a special form that it uses to