# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-00601 CRC |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| Defendant. | : |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiff Carol Wild Scott, by and through undersigned counsel, hereby responds to Defendant's First Set of Interrogatories and Requests for Production of Documents and states as follows:

(a) The information contained in these answers is being provided in accordance with the provisions and intent of the rules of this Court that require the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these interrogatories, by providing the information requested, does not waive objections to its admission in evidence on the grounds of materiality or relevancy or other proper grounds for objection.

(b) The information supplied in these answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, their agents, representatives and attorneys unless privileged.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, DC 20036

202-463-3030

**Answer:** Ms. Scott objects to Interrogatory No. 9 on the grounds that it seeks information protected by the client-attorney privilege and/or work product privilege. Without waiving this objection, Ms. Scott is unaware of any persons who performed any investigation on the incident at issue, other than her counsel.

10. State whether you have within your possession or control photographs or diagrams of the scene, or objects connected with the alleged incident and, if so, describe the same and attach copies hereto.

**Answer:** Ms. Scott is not in possession of any such materials.

11. Give a concise statement of the facts as to how you contend that the alleged incident took place.

**Answer:** On the evening of September 23, 2019, Ms. Scott boarded the WMATA Metro Orange Line at the Vienna Metro Station in Vienna, Virginia and began her transit towards her intended destination at McPherson Square Metro Station in downtown Washington, D.C. Ms. Scott was very accustomed to using Metro for transit from Vienna to downtown DC, having commuted via Metro for many years. Her plans for this particular evening were to meet a few friends for dinner at the Georgia Brown Restaurant near McPherson Square. Ms. Scott was seated in the first-row window seat on the right side of the train, in one of the middle-to-front cars. She was seated approximately 10 feet from the left-front door, the door she would be exiting once she arrived at her destination.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, DC 20036

202-463-3030

- 6 -

After riding through 11 Metro stops, the train in which Ms. Scott was a passenger on arrived at McPherson Square Metro Station. At this time, the train came to a complete stop followed by an announcement over the intercom stating, "McPherson Square, doors opening on the left". There was no additional warning that the train would be "moving forward" after coming to a stop. It was apparent to all subway riders that the train had fully stopped and it was time to exit the train. As with every frequent WMATA Metro passenger, this prompted Ms. Scott to get up from her seat and prepare to exit the train.  As Ms. Scott was reaching for the center pole for support while she waited for the doors to open, suddenly, and without any warning whatsoever, the train launched forward. This abrupt movement threw Ms. Scott multiple feet through the air, forcing her to land violently on the ground on her left hip. Ms. Scott immediately felt intense pain and in excruciating pain, began screaming for help. The train emptied and three passengers stayed behind to assist Ms. Scott while she waited for the ambulance. Without their assistance with holding her leg in a fixed position, there was a substantial risk of the edges of her fractured femur severing the femoral artery and her bleeding out before medical assistance arrived, the knowledge of which terrified her.  These three passengers are listed in her Answer to Interrogatory No. 7.

Once the ambulance arrived and Ms. Scott was, with considerable difficulty, carried out of the McPherson Square Metro Station, she was transported to George Washington University Hospital for further medical evaluation.  This incident was

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, DC 20036

202-463-3030

- 7 -

- 8 -

**observed by multiple other passengers on the train, as well as numerous bystanders. There is also video footage and witness statements taken by a Metro Employee, none of which are in the possession of Ms. Scott's counsel at this time.**

12. Specify each and every act and/or omission committed on the part of Defendant WMATA and/or its rail operator(s) you allege was (were) negligent and either caused or contributed to cause the alleged incident, including but not limited to violations of any statutes, rules, regulations and/or ordinances.

**Answer:** **Regarding the information currently in Plaintiff's possession, and by referencing the negligent acts and/or omissions listed within the Complaint, Ms. Scott states that Defendant WMATA, including the Metro rail employee operating the train at the time of the incident, failed to operate the train in a proper and safe manner, misled the passengers into believing that the train had come to a stop in order for passengers to depart, failed to properly use the in-train communication devices to inform the passengers when it was safe to get up from their seats, failed to notify passengers that the train would be moving forward, and overall failed to provide safe operational standards that would prevent the endangerment of passengers. This answer will be supplemented as discovery progresses, including the disclosure of expert witnesses.**

13. If you contend that a person not a party to this action acted in such manner as to cause or contribute to the alleged incident, give a concise statement of the facts upon which you rely.

# AFFIRMATION

I HEREBY ACKNOWLEDGE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING RESPONSES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, RECOLLECTION AND BELIEF.

6/30/2022

_____

Date

DocuSigned by:

*Carol Scott*

69E2F234BC654A7...

_____

Carol Wild Scott

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By:   /s/ *Patrick M. Regan*
      Patrick M. Regan    #336107
      pregan@reganfirm.com
      Christopher J. Regan  #1018148
      cregan@reganfirm.com
      1919 M Street, N.W., Suite 350
      Washington, D.C. 20036
      PH: (202) 463-3030
      FX: (202) 463-0667
      *Counsel for Plaintiff*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, DC 20036

202-463-3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2022 a copy of Plaintiff's Answers to Defendant's Interrogatories and Response to Requests for Production of Documents was sent by e-mail to:

> Brendan H. Chandonnet  #986719
> Senior Counsel – WMATA
> 300 7th Street SW
> Washington, DC 20024
> Telephone: (202) 962-2805
> Fax: (202) 962-2550
> bchandonnet@wmata.com
> *Attorney for Defendant, WMATA*

>> */s/ Patrick M. Regan, Esq.*
>> Patrick M. Regan