# Exhibit 7



# Transcript of Domenic Johnson

**Date:** November 9, 2022
**Case:** Scott -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Domenic Johnson
November 9, 2022

1 (1 to 4)

## Page 1

```
 1        UNITED STATES DISTRICT CIRCUIT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3   --------------------------x
 4   CAROL WILD SCOTT,          :
 5            Plaintiff,        :
 6      -v-                     :Civil No.
 7   WASHINGTON METROPOLITAN    :22-cv-00601 (CRC)
 8   AREA TRANSIT AUTHORITY,    :
 9            Defendant.        :
10   --------------------------x
11         Remote Deposition of DOMENIC JOHNSON
12              Wednesday, November 9, 2022
13                   10:07 a.m. EST
14
15
16
17
18
19
20   Job No. 469458
21   Pages 1 - 38
22   Reported by:  Tina D. McComb
```

## Page 2

```
 1       Deposition of DOMENIC JOHNSON, held remotely:
 2
 3
 4
 5
 6
 7
 8
 9
10       Pursuant to Notice, before Tina D. McComb,
11   Reporter and Notary Public of the State of
12   Maryland.
```

## Page 3

```
 1                 A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4       CHRISTOPHER J. REGAN, ESQUIRE
 5       REGAN, ZAMBRI & LONG, PLLC
 6       1919 M Street, NW
 7       Suite 350
 8       Washington, DC 20036
 9       (202) 463-3030
10       cregan@reganfirm.com
11
12   ON BEHALF OF THE DEFENDANT:
13       BRENDAN H. CHANDONNET, ESQUIRE
14       NICHOLAS L. PLUCAS, ESQUIRE
15       OFFICE OF GENERAL COUNSEL - WMATA
16       300 7th Street, SW
17       Washington, DC 20004
18       (202) 962-1234
19       bchandonnet@wmata.com
20
21   ALSO PRESENT:  CAROL WILD SCOTT
22
```

## Page 4

```
 1                    C O N T E N T S
 2   EXAMINATION OF DOMENIC JOHNSON          PAGE
 3   By Mr. Regan                              5
 4
 5
 6
 7
 8                    E X H I B I T S
 9              (No exhibits marked)
```

## Page 9

1  Q. So the six-month start in September 2018
2  and then end I guess in roughly March of 2019?
3  A. Correct.
4  Q. So the first time that you were -- would I
5  be correct to understand you that the first time
6  that you were actually out there operating a train
7  for WMATA was March of 2019 then?
8  A. Correct.
9  Q. Other than hands-on stuff during training?
10 A. I was operating probably about December of
11 2018. But officially on my own, I could say March
12 of 2019.
13 Q. Okay. So what's the difference in those
14 three months? What would you have been doing
15 between December 2018 and March 2019?
16 A. Nothing really other than the fact they
17 have an LPI ride along with you.
18 Q. I'm sorry, what was the abbreviation you
19 just used?
20 A. A line platform instructor.
21 Q. How were you trained -- well, let me ask
22 it this way.

## Page 10

1       Describe for me, please, every step that
2  you were trained to take as a train operator as you
3  pulled into a station and came to a stop at a
4  platform.
5  A. We are to enter the station -- well,
6  initially we were to enter the station between 37
7  to 42 miles per hour. Once you reach the last ATO
8  marker, your train should be brought down to 20
9  miles per hour to properly berth the eight car
10 marker.
11 Q. I'm sorry, what was that last bit? I
12 missed that last bit.
13 A. Properly berth the eight car marker,
14 B-E-R-T-H.
15 Q. Does that mean -- essentially is that the
16 marker where you're supposed to stop for an eight
17 car long train?
18 A. Essentially yes. We stop two cars, four
19 cars, six cars. All cars stop at the eight car
20 marker.
21 Q. Got it. Thank you. Then what happens?
22 So once the train has come to a stop, what do you

## Page 11

1  do next?
2  A. You open the doors.
3  Q. Do you announce that the doors are
4  opening?
5  A. Yes. You make an announcement as you're
6  entering the station, pretty much say in the
7  station that you're entering and what side the
8  doors will open on.
9  Q. You don't make an announcement then after
10 you stop but before the doors open?
11 A. No.
12 Q. Is that correct?
13 A. Correct.
14 Q. After you've come to a complete stop at
15 the platform, are you ever allowed to move the
16 train forward again?
17 A. Yes.
18 Q. Under what circumstances? When are you
19 allowed to do that?
20 A. If your train is not properly berthed at
21 the eight car marker.
22 Q. If you're going to move the train forward

## Page 12

1  again after it's stopped, do you announce that to
2  the passengers?
3  A. Yes.
4  Q. Why is that?
5       MR. CHANDONNET: Objection. You can
6  answer.
7  A. Why do we make an announcement?
8  BY MR. REGAN:
9  Q. Correct.
10 A. Just so that people are on the platform
11 and on the train are aware.
12 Q. Okay. I don't want to put words into your
13 mouth. But is one reason that people need to know
14 the train is going to move forward again so that
15 they can be prepared and not fall?
16      MR. CHANDONNET: Objection. You can
17 answer.
18 A. Correct.
19 BY MR. REGAN:
20 Q. If the train is going to move forward
21 again after it's come to a stop at the platform, is
22 it also important to move the train forward only

**Page 21**

1 bother marking it as an exhibit unless it looks
2 like we need to or if you'd like me to. All right?
3     MR. CHANDONNET: No need. If we want to
4 add it as an exhibit, that's fine. Otherwise it's
5 been identified by Bates number for her to use.
6 BY MR. REGAN:
7   Q.  Ms. Johnson, what I'm doing is I'm looking
8 at this description portion up here. Feel free to
9 look either with me on the screen or at the copy,
10 the hard copy that your counsel just provided to
11 you.
12     But I wonder if you can explain to me what
13 this statement means now that you're looking at it
14 or now that you sort of remember a little bit about
15 that day.
16   A.  **It means as stated in my report, that I**
17 **went into a braking mode. And it did not respond**
18 **right away, so I went back to a coast, and then**
19 **went back to a B5 to slow the train down. And it**
20 **stopped with half of a first door leaf off the**
21 **platform.**
22   Q.  You started to mention that the train can

**Page 22**

1 be heavier at rush hour. Is that your belief that
2 that was why you had a problem stopping it that
3 day?
4   **A.  Yes.**
5   Q.  By the way, I do see the braking modes in
6 B2, B3, B5. What is a B2 mode?
7   **A.  It's just a lower braking mode.**
8   Q.  How many braking modes are there?
9   **A.  Five.**
10   Q.  Are they B1 through B5?
11   **A.  Yes.**
12   Q.  Five is the most, one is the least?
13   **A.  Yes.**
14   Q.  And then -- bear with me one moment.
15     As a result of this April 28th, 2019
16 incident, did you have to undergo any additional
17 training?
18     MR. CHANDONNET: Objection. Don't answer.
19 BY MR. REGAN:
20   Q.  As a result of this April 29th, 2018
21 incident, were you disciplined in any way?
22     MR. CHANDONNET: Objection. Don't answer.

**Page 23**

1 BY MR. REGAN:
2   Q.  Obviously we're here to primarily talk
3 about an incident that happened on September 23rd,
4 2019.
5     I understand that at roughly 6:30 p.m.
6 that day, you were driving an orange line train at
7 McPherson Square; is that right?
8   **A.  Yes.**
9   Q.  Do you remember that incident as we sit
10 here today?
11   **A.  From my memory, no. I do have the**
12 **statement though.**
13   Q.  Okay. Which statement are you referring
14 to?
15   **A.  The statement from the incident that I**
16 **completed, my incident report.**
17   Q.  Okay. Got it.
18     MR. CHANDONNET: I can stipulate that the
19 document she's referring to has been previously
20 provided to you and marked as Bates stamp WMATA
21 Number 2.
22     MR. REGAN: Got it.

**Page 24**

1 BY MR. REGAN:
2   Q.  And Ms. Johnson, have you -- well, I guess
3 let me ask you this.
4     From what you just said, am I
5 understanding you right that you have absolutely no
6 memory of that day other than what's contained in
7 your incident report statement?
8   **A.  Correct.**
9   Q.  Okay. Did you ever see the woman who was
10 hurt that day or no?
11   **A.  I want to say no.**
12   Q.  But from the way you said it, would I be
13 right to interpret that is you're not quite sure?
14   **A.  I can say I don't know. But I can say I**
15 **didn't see her in the moment.**
16   Q.  Or at the very least, if you did see her,
17 you have no recollection whatsoever of that as we
18 sit here today?
19   **A.  Correct.**
20   Q.  I guess a slightly different question.
21 Did you ever talk to her? Or do you have any
22 memory of having talked to the woman who was hurt