# Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
| **Plaintiff,** | : |
| v. | : Case No. 22-00601 (CRC) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| **Defendant.** | : |
| | : |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

The following Interrogatories are addressed to Defendant, pursuant to the Federal Rule of Civil Procedure 45. Defendant is required to answer these questions separately and fully, in writing, under oath, and to serve a copy thereof upon counsel for Plaintiff, Regan Zambri Long PLLC, 1919 M Street NW, Suite 350, Washington, DC, within thirty (30) days from the service of these Interrogatories.

## INSTRUCTIONS FOR ANSWERING INTERROGATORIES

A.  The following Interrogatories shall be deemed to be continuing, and any additional information, including any conclusions, opinions, or contentions that are different from those set forth in the present answers shall be furnished to Plaintiff's attorney after such information is acquired.

B.  These Interrogatories seek all information known or available to you, regardless of whether the information is possessed directly by Defendant or by officers,

directors, agents, servants, employees, representatives, affiliates, subsidiaries, or predecessor companies.

C.    If any of these Interrogatories cannot be answered in full, it must be answered to the extent possible, specifying the reasons for your inability to answer the remainder and stating whatever information, knowledge, or belief you have with respect to the unanswered portion.

D.    Where the name or identity of a person is requested, state the full name, home and business address, home and business telephone number, occupation, and job title of that person, and state his or her present and former relationship to Defendant.

E.    Where the identity of a document is requested, state, if applicable, the title or caption of the document, the date the document was prepared, the name of the author or signor of the document, the name of the person to whom the document is addressed or to whom it was distributed, the name of the publisher of the document, and the name of the individual who presently has custody, possession, or control of the document.

F.    If the answer to any of these Interrogatories is based upon information other than the personal knowledge of the individual signing these Interrogatories, then set forth in detail the underlying basis for each answer and state when, where, from whom, and under what circumstances the person answering these Interrogatories obtained the information for each answer.

G.    The terms "document" or "documents" include every tangible thing from which information can be obtained, perceived, reproduced, or communicated, either

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 2 -

directly or with the aid of a machine or device, including, but not limited to, any written, typed, printed, punched, filmed, marked, recorded, or graphic matter, correspondence and memoranda (internal or otherwise), drawings, graphs or charts, tapes or wires, films, photographs, movies, discs, drums, cassettes, computer data, punch data or other data computations, however stored, produced or reproduced and all copies or transcriptions of any of the foregoing by whatever means made.

  H. The words "person(s)" and "entities" shall mean all individuals, groups, and organizations, including, without limitation, all individuals, sole proprietorships, associations, companies, partnerships, joint ventures, corporations, trusts, estates, and any agency of the government or investigative body of any kind.

  I. The word "or" shall mean "and/or".

  J. A document or communication "relating to" or "incident to" or "referring to" a given subject matter means any document or communication that constitutes, contains, embodies, comprises, reflects, identifies, states, refers to, deals with, comments on, responses to, describes, analyzes, or is in any way pertinent to that subject.

  K. The term "Incident" shall mean the September 23, 2019 Incident, described in Plaintiff's Complaint, which forms the basis for this action.

## INTERROGATORIES

  1. Please identify (*see* Instruction D, above) every person who was consulted or who otherwise participated in preparing the answers to these Interrogatories, identify all documents either consulted in answering these Interrogatories or otherwise relating to

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

the information requested in these Interrogatories, and identify each person who presently has possession, custody or control of each document.

2. Please identify (*see* Instruction D, above) every individual, known to you, who has any personal knowledge of the Incident.

3. With respect to each individual whom you will call or expect to call as an expert or factual witness at the time of trial, please provide all information required pursuant to the Federal Rules of Civil Procedure.

4. If you have ever taken or received any statement, either oral or written, from any person, including parties hereto, who had any information or knowledge of the Incident, state the name and address of each such person, the date of such statement, and the substance of such statement.

5. Describe in complete detail what this Defendant contends caused the Incident in which resulted in severe injuries suffered by Plaintiff as described in the Complaint.

6. If you contend that Plaintiff was contributorily negligent, please state all facts upon which you intend to rely in order to support this contention, and identify all witnesses that have knowledge of these facts.

7. If you contend that the Incident was unavoidable, please state all facts upon which you intend to rely in order to support this contention, and identify all witnesses that have knowledge of these facts.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

8. If you contend that the Incident was caused by a defect in the subway train or specific car in which Ms. Scott was a passenger, please state all facts upon which you intend to rely in order to support this contention, and identify all witnesses that have knowledge of these facts.

9. Please describe all instances of disciplinary action taken against the driver/operator operating the WMATA owned and operated subway train, whom was operating the train when the Incident occurred.

10. Please describe the employment history of the WMATA employee that was operating the subway train when the Incident occurred, including duration of employment, job title, and if this employee is still employed by WMATA.

11. Please describe all policies, procedures, or guidelines in effect on the date of the Incident pertaining to the safe operation of subway trains when they are coming into a station and about to stop and discharge/admit passengers.

12. Please describe all investigations and/or inquiries conducted by this Defendant (or any other individual or entity) regarding the Incident, including the substance of the investigation/inquiry, the date it was performed, the identity of all individuals/entities performing the investigation/inquiry, and the results thereof.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

13. Identify all documents generated by Defendant WMATA concerning the Incident, including any such report generated as a result of any investigation or inquiry identified in your answer to the preceding Interrogatory.

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By: */s/ Patrick M. Regan*
Patrick M. Regan     #336107
pregan@reganfirm.com
Christopher J. Regan     #1018148
cregan@reganfirm.com
1919 M Street NW, Suite 350
Washington, DC  20036
PH: (202) 463-3030
FX: (202) 463-0667
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2022, a copy of the foregoing Plaintiff's First Interrogatories to Defendant was emailed to:

>Brendan H. Chandonnet, Esquire
>bchandonnet@wmata.com
>Nicholas L. Phucas, Esquire
>nlphucas@wmata.com
>Office of General Counsel-WMATA
>300 7th Street SW
>Washington, DC 20024
>*Attorneys for Defendant, WMATA*

>>*/s/ Patrick M. Regan*
>>Patrick M. Regan

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030