

# Transcript of Carol Wild Scott

**Date:** November 9, 2022
**Case:** Scott -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

Transcript of Carol Wild Scott  
November 9, 2022

1 (1 to 4)

```
                                                    1
 1        UNITED STATES DISTRICT CIRCUIT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3  --------------------------x
 4  CAROL WILD SCOTT,         :
 5          Plaintiff,        :
 6    -v-                     :Civil No.
 7  WASHINGTON METROPOLITAN   :22-cv-00601 (CRC)
 8  AREA TRANSIT AUTHORITY,   :
 9          Defendant.        :
10  --------------------------x
11         Remote Deposition of CAROL WILD SCOTT
12               Wednesday, November 9, 2022
13                    11:22 a.m. EST
14
15
16
17
18
19
20  Job No. 470483
21  Pages 1 - 51
22  Reported by:  Tina D. McComb
```

```
                                                    2
 1       Deposition of CAROL WILD SCOTT, held remotely:
 2
 3
 4
 5
 6
 7
 8
 9
10       Pursuant to Notice, before Tina D. McComb,
11  Reporter and Notary Public of the State of
12  Maryland.
```

```
                                                    3
 1                 A P P E A R A N C E S
 2
 3  ON BEHALF OF THE PLAINTIFF:
 4        PATRICK M. REGAN, ESQUIRE
 5        REGAN, ZAMBRI & LONG, PLLC
 6        1919 M Street, NW
 7        Suite 350
 8        Washington, DC 20036
 9        (202) 463-3030
10        pregan@reganfirm.com
11
12  ON BEHALF OF THE DEFENDANT:
13        BRENDAN H. CHANDONNET, ESQUIRE
14        NICHOLAS L. PLUCAS, ESQUIRE
15        OFFICE OF GENERAL COUNSEL - WMATA
16        300 7th Street, SW
17        Washington, DC 20004
18        (202) 962-1234
19        bchandonnet@wmata.com
```

```
                                                    4
 1                  C O N T E N T S
 2  EXAMINATION OF CAROL WILD SCOTT         PAGE
 3  By Mr. Chandonnet                         5
 4
 5
 6
 7
 8              E X H I B I T S
 9            (No exhibits marked)
```

**Page 25**

1  A.  I was in a window until I knew that
2  McPherson Square was next. And then I slid over
3  once to the aisle.
4  Q.  Was there a seat back directly in front of
5  you? Or was it open in front of you to where the
6  priority seats are?
7  A.  It was open.
8  Q.  So you were seated directly behind -- you
9  were in the seats directly behind the priority
10 seats?
11 A.  That is correct.
12 Q.  Were you carrying anything with you?
13 A.  A purse and my cane.
14 Q.  This may seem like an odd question, but
15 what size purse?
16 A.  That one it was a regular Coach.
17 Q.  Do you wear it -- were you wearing it
18 cross body or were you carrying it?
19 A.  Shoulder.
20 Q.  You carried it on one shoulder?
21 A.  Yes.
22 Q.  Which shoulder do you carry your purse on?

**Page 26**

1  A.  The left.
2  Q.  You were using your cane with your right
3  hand?
4  A.  Yes.
5  Q.  For how long had you been using a cane
6  prior to this incident?
7  A.  Probably a year.
8  Q.  We'll get into this a bit more later. But
9  just generally, for what condition were you using
10 the cane?
11 A.  I used it for support when I had to walk
12 long distances. Otherwise I didn't need it.
13 Q.  Was there a particular medical condition
14 that caused you to require the cane?
15 A.  Old age.
16 Q.  Any specific part of your body that was
17 giving you problems?
18 A.  No.
19 Q.  I believe you stated that when you began
20 approaching McPherson Square, you slid over from
21 the window to the aisle; is that correct?
22 A.  Yes.

**Page 27**

1  Q.  Did you do anything else to prepare
2  yourself for arrival at McPherson?
3  A.  No.
4  Q.  Did the train operator say anything as the
5  train approached the station?
6  A.  Not until it stopped.
7  Q.  So it's your testimony that the train
8  stopped before any announcement was made?
9  A.  The train stopped. And then after some
10 period, the announcement was made.
11 Q.  Can you tell me what that announcement
12 was?
13 A.  "McPherson Square, doors opening on the
14 left."
15 Q.  What happened next?
16 A.  I waited a bit longer. And then when I
17 was fairly sure that it was safe to get up, I got
18 up and started toward the door.
19 Q.  Had the doors begun to open at that point?
20 A.  I can't remember.
21 Q.  Do you know if at any point before the
22 train moved, did the doors open?

**Page 28**

1  A.  I don't remember. But I'm not -- I don't
2  think they had.
3  Q.  Were there any customers in the way
4  between you and the doors on the left of the train?
5  A.  No.
6  Q.  Do you know if any other passengers were
7  preparing to depart at McPherson Square who were in
8  the car with you?
9  A.  No. I didn't look.
10 Q.  I think you stated that the -- on that
11 particular day, that at previous stops, the car --
12 the train had stopped and then started up again; is
13 that correct?
14 A.  Yes.
15 Q.  Do you know if the announcement regarding
16 arriving at the station happened before or after
17 the train stopped in those circumstances?
18 A.  I think that the train stopped and then
19 moved forward. And then the stations were
20 announced. At no time was there an advisory this
21 train is moving forward.
22 Q.  But it happened numerous other times on

**Page 33**

1  Q.  All three of those witnesses gave
2  statements, correct?
3  A.  I am assuming so.  I have no knowledge.
4  Q.  So you don't independently know if those
5  witnesses gave statements?
6  A.  No.
7  Q.  Do you know the names of any of those
8  witnesses?
9  A.  I don't remember the woman's name.  The
10 two men, one was Al and I think the other was Don.
11 Q.  How long did they -- did those witnesses
12 stay with you?
13 A.  Until the medics arrived.
14 Q.  And after the medics arrived, did those
15 witnesses leave?
16 A.  After they got me out of the way, I assume
17 they did.  I don't know.
18 Q.  While you were aboard the train, did
19 anyone say anything when you fell?
20 A.  Probably.  I can't remember.
21 Q.  Do you know how the paramedics were
22 notified that you were injured?

**Page 34**

1  A.  No.
2  Q.  Let me ask you some questions about how
3  you fell.  When the train moved, can you tell me
4  what happened to your body physically?
5  A.  It flew through the air.
6  Q.  Were you balancing on your cane prior to
7  falling -- or balancing with your cane?  I
8  apologize.
9  A.  When I stood up, I brought my cane with
10 me.
11 Q.  But you weren't using it?
12 A.  When I first stood up, I would have had my
13 cane in my right hand.
14 Q.  Were you holding on to the cane or were
15 you using it to ambulate?
16 A.  I was holding onto it certainly.  And had
17 I not been tossed around, it would have -- I would
18 have used it to ambulate.
19     But the reason I had the cane with me was
20 because I knew that the sidewalk where I was going
21 may not be real level and because I do not trust DC
22 at night.  And my cane is also a weapon.

**Page 35**

1  Q.  I a hundred percent appreciate that.
2      I was just trying to understand from a
3  logistical standpoint where the cane was in
4  vis-a-vis you when you had stood up.
5  A.  In my right hand.
6  Q.  You were holding on to the top of it?
7  A.  Yes.
8  Q.  You used it to help you stand up?
9  A.  That's the cane.
10 Q.  That actually kind of looks like a
11 shillelagh.  We have one at my house that my
12 grandmother had brought back from Ireland.
13 A.  It's a copperhead.
14 Q.  I --
15 A.  (indiscernible) sassafras.
16 Q.  It's beautiful.  So you had used it to
17 stand up.  And then were you using it to maintain
18 your balance as you were standing up?
19 A.  Half and half.
20 Q.  And then the train moved forward and you
21 moved backward?
22 A.  I fell.  I was thrown backward.

**Page 36**

1  Q.  Correct.  And did you -- did you land on
2  the seats or on the ground?
3  A.  I landed on the aisle.
4  Q.  Before landing on the aisle, did any part
5  of your body hit any of the seats or any poles or
6  anything?
7  A.  I don't know.
8  Q.  What part of your body hit the aisle
9  floor?
10 A.  My left side.
11 Q.  Did you hit your head at all?
12 A.  No.
13 Q.  Did you lose consciousness at all?
14 A.  No.
15 Q.  Did you begin feeling pain immediately?
16 A.  Repeat.
17 Q.  Did you begin feeling pain immediately?
18 A.  Yes.
19 Q.  In what part of your body did you begin
20 feeling pain?
21 A.  My left leg.
22 Q.  Can you tell me where in your left leg?