Skip to main content

**Washington Metropolitan Area Transit Authority**

Metro
Home

# Leadership

### Randy Clarke, General Manager and CEO



Randy Clarke joined the Washington Metropolitan Area Transit Authority (WMATA) as General Manager and CEO in July 2022. He's not just Metro's GM/CEO; he's also a customer who uses the service every day. The insight Randy gets from his daily rides helps him lead Metro to innovate and improve on behalf of customers.

Read more

### Patricia Y. Lee, Chief Legal Officer & General Counsel



Ms. Lee was appointed Executive Vice President, Chief Legal Officer & General Counsel of the Washington Metropolitan Area Transit Authority in July 2016. Ms. Lee brings over 30 years of broad experience, domestic and global, in directing and managing all legal affairs of corporate legal functions, including mergers and acquisitions, complex commercial transactions, regulatory compliance, litigation, intellectual property and licensing, and labor and employment. Ms. Lee has experience in both public and private sector organizations. She has been a key member of executive leadership teams and the chief legal adviser to CEOs, board of directors, senior management, and business leaders across all regions of companies.

Read more

## Sarah Meyer, Chief Customer Experience and Engagement Officer



Sarah joined WMATA in April of 2023 as Chief Customer Experience and Engagement Officer. She serves as the customer advocate, working to improve journeys from end-to-end, reducing stress and confusion, speeding up wait times, and making rides more comfortable. She leads the Customer Service, Government Relations and Marketing teams.

Read more

## Judd Nicholson, Chief Digital Officer



Judd Nicholson joined Metro in May 2023 as Executive Vice President and Chief Digital Officer. He leads the digital transformation and continual modernization of the technological infrastructure that supports Metro's operations, enabling the organization to provide safer, more reliable service to our customers, and a more collaborative work environment for Metro employees.

Read more

## Brian Dwyer, Chief Operations Officer



Brian comes with three decades of public transit experience and leadership and is responsible for managing and overseeing the daily operations of Metro including our Rail, Bus, Paratransit and police departments.

Read more

## Yetunde Olumide, Chief Financial Officer



Yetunde Olumide is a finance professional with over 20 years' experience in manufacturing, food service, education and transportation industries. Ms. Olumide has a BS in Finance from Tuskegee University where she graduated with honors and an MBA in International Business from Loyola College.

Read more

## Andy Off, Chief Infrastructure Officer



Andy Off was named Chief Infrastructure Officer in December of 2022. Immediately prior to this role, Andy served as the Chief of Capital Delivery for Metro. Prior to this role, Andy served as the Interim General Manager and CEO (GM/CEO) of Metro from May – July of 2022. Andy has over 27 years of combined public service as an Active Duty Officer in the US Army, service in the US Army Reserves, duty as a Federal Civilian with the US Army Corps of Engineers (USACE) and ten years with Metro. Andy retired from the US Army in 2016 as a Lieutenant Colonel.

Read more

## Theresa M. Impastato, Chief Safety & Readiness Officer



Theresa M. Impastato serves as Chief Safety and Readiness Officer overseeing the agency's safety, training, quality, accessibility, and health and wellness teams. She joined Metro as Executive Vice President and Chief Safety Officer in August 2019.

Read more

## Tom Webster, Chief Planning & Performance Officer



Tom Webster is Metro's Chief of Planning and Performance Officer and leads Metro's teams responsible for planning, sustainability, capital programming, performance, data analytics, and strategy and policy development.

Read more

## Sherri Dickerson, Chief People Officer



Sherri Dickerson joined the Washington Metropolitan Area Transit Authority (WMATA) in 2020 and serves at the Executive Vice President and Chief People Officer. A native of the DMV, Sherri grew up riding Metro and is excited to serve the organization in this capacity.

Read more

## Kimmy Feldbauer, Director, Strategic Transformation & Enterprise Collaboration



Kimmy Feldbauer joined Metro in August of 2022 to lead the development of the strategic transformation planning effort, Your Metro, The Way Forward. She has nearly 10 years of experience leading transformational projects across various transit agencies throughout the US.

Read more

Leadership | WMATA

© 2023 WMATA