**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
|     **Plaintiff,** | : |
|     v. | :    Case No. 22-cv-00601 (CRC) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
|     **Defendant.** | : |
| | : |

**AFFIDAVIT OF STACEY SWAIN**

I, Stacey Swain, hereby declare under penalty of perjury as follows:

1. On September 23, 2019, I was a passenger on an Orange Line Metro train that stopped at the McPherson Square station.

2. After the train came to a full stop at the platform, but before the doors opened, several passengers, including a woman I later learned to be Carol Scott, stood up in preparation to disembark.

3. During that time, after the train had been stopped for several seconds, the train suddenly and violently jerked forward.

4. The train operator did not provide any warning to passengers before jerking the train forward.

5. Immediately after the train jerked forward, I heard a loud thump and then a scream.

6. I saw that Ms. Scott had been thrown to the floor in the aisle as a result of the train's sudden jerk forward.

Regan Zambri Long
1919 M Street, NW
Suite 600
Washington, D.C. 20036

202-463-3030

- 1 -

7. I saw that people were attempting to move Ms. Scott.

8. I called for emergency help on the callbox, then screamed for no one to move the injured woman before the medics arrived to care for her.

9. I then put a jacket under Ms. Scott's head and tried to calm her down and comfort her until the medics arrived.

10. I remained with Ms. Scott until one of her friends arrived and the paramedics took her to the hospital.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/6/2023

*Stacey Swain*
STACEY SWAIN
Affiant

Regan Zambri Long
1919 M Street, NW
Suite 600
Washington, D.C. 20036

202-463-3030

- 2 -