## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CAROL WILD SCOTT**                    :

    **Plaintiff,**                        :

    **v.**                               :   **Case No. 22-cv-00601 (CRC)**

**WASHINGTON METROPOLITAN**              :
**AREA TRANSIT AUTHORITY,**

                                                   :

    **Defendant.**

## JOINT STATUS REPORT

As referenced in the parties' July 31, 2024, Joint Status Report, the parties participated in private mediation with the Honorable William G. Connelly (Ret.) of JAMS on October 8, 2024.[1] By minute order dated August 1, 2024, the Court ordered the parties to by October 8, 2024, file another joint status report to advise the Court of the result of the mediation.

Despite the good-faith efforts of the parties, no agreement was reached at mediation, and the parties appear to be at an impasse. Accordingly, the parties request that the court order counsel to appear (in person or remotely, in the Court's discretion) for a status hearing at which to set a trial date and/or schedule limited additional discovery consistent with the Court's instructions in its July 1 Order (ECF No. 34).

---

[1] The July 31 Joint Status Report referenced a mediation date of October 1; however, it had to be rescheduled to today, October 8.

- 2 -

                    Respectfully submitted,

| REGAN ZAMBRI LONG PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| By: /s/ *Christopher J. Regan* | By: /s/ *Jason Waters* |
| Patrick M. Regan  #336107 | Jason R. Waters  #491066 |
| pregan@reganfirm.com | jason.waters@wilsonelser.com |
| Christopher J. Regan  #1018148 | 8444 Westpark Drive, Suite 510 |
| cregan@reganfirm.com | McLean, VA 22102 |
| 1919 M Street, NW, Suite 600 | PH: (703) 245-9300 |
| Washington, DC 20036-3521 | Fax: (703) 245-9301 |
| PH: (202) 463-3030 | *Attorney for Defendant WMATA* |
| Fax: (202) 463-0667 | |
| *Attorneys for Plaintiff* | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
| **Plaintiff,** | : |
| v. | : Case No. 22-cv-00601 (CRC) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| | : |
| **Defendant.** | |

### ORDER

Upon consideration of the parties Joint Status Report, it is this _____ day of October, 2024;

ORDERED that counsel for the parties appear on _____, 2024, for a status hearing at which a trial date and limited discovery schedule will be set.

SO ORDERED:

_____
Christopher R. Cooper
United States District Judge