**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL WILD SCOTT,** )<br>)<br>        **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**WASHINGTON METROPOLITAN** )<br>**AREA TRANSIT AUTHORITY,** )<br>)<br>        **Defendant.** )<br>_____ ) | Civil Action No. 22-cv-601 (CRC) |

### NOTICE OF DEPOSITION DUCES TECUM

Please take notice that Defendant, Washington Metropolitan Area Transit Authority, by and through undersigned counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, will take the deposition of the following individual for the purpose of discovery and/or evidence in the above case by oral examination before a notary public or anyone duly authorized to administer oath in due form:

**NAME:**    Dr. Carl Berkowitz

**DATE:**    January 28, 2025

**TIME:**    10:00 A.M. EST

**LOCATION:**    **Planet Depos**
**Crown Center, Suite 301**
**580 East Main Street**
**Norfolk, VA 23510**

**And**

MOBILE VIDEO-CONFERENCE:  ALL COUNSEL WILL ATTEND REMOTELY VIA ZOOM.  **Each location requires computer access with a webcam and a microphone, and stable internet connection.**  A meeting link will be provided 2 days prior.

The deposition shall continue from day to day until concluded. The listed deponent is hereby notified to personally appear and attend on the date and at the time indicated, at the place specified, for the purpose of having his deposition taken in accordance with the Rules of this Court.

The deponent is instructed to bring all documents pertaining to or reflecting the following:

1. A professional resume or curriculum vitae summarizing his professional qualifications.

2. Copies of all scientific and technical publications authored by him and/or relied upon by him in rendering his opinions in this matter.

3. All time records, diaries, list of expenses, bills, and supporting documentation prepared and rendered in connection with his investigation and evaluation of the issues involved in the lawsuit.

4. His complete file in connection with his investigation and evaluation of the issues involved in the lawsuit, including, but not limited to:

   (a) All documents furnished to him/her by any parties involved in this matter;

   (b) All documents obtained or created by him, including any drafts, in reference to this matter;

   (c) All documents he reviewed, referred to or relied upon in arriving at any opinions or conclusions concerning the issues involved in the lawsuit, including, but not limited to all scientific and technical articles, publications, codes, standards and other literature;

      (d)      All models, illustrations, photographs or other exhibits or documents of any kind which he intends or contemplates using to explain, illustrate, or support his testimony at trial; and

      (e)      All notes prepared in connection with this matter.

5.      Copies of all correspondence, e-mails, notes, or reports generated by or received by any witnesses or any of the parties regarding this case.

6.      A list of the cases in which he has been called to testify, either during a deposition or trial.

7.      Any correspondence, reports, photographs, letters, memoranda, contracts, receipts, or other documents related to this matter.

Dated: January 2, 2025                      Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No.: 491066)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com

Patricia H. Beall, Esq. (D.C. Bar No.: 992515)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

<u>*/s/ Laurie Hand*</u>
Laurie Hand, Esq. (DC Bar No.: 435095)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Tel.: (202) 962-5063
Fax: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant Washington*
*Metropolitan Area Transit Authority*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Deposition Duces Tecum of Carl Berkowitz* was served via electronic mail on this 2nd day of January 2025 to:

Patrick M. Regan (DC Bar No.: 336107)
Christopher J. Regan (DC Bar No.: 1018148)
1919 M. Street, NW, Suite 600
Washington, DC 20036-3521
PH: (202) 463-3030
Fax: (202) 463-0667
pregan@reganfirm.com
cregan@reganfirm.com
*Counsel for Plaintiff*

                */s/ Jason R. Waters*
                Jason R. Waters