Exhibit D

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAROL WILD SCOTT                                    :

      Plaintiff,                                  :

      v.                                          :    **Case No. 22-cv-00601 (CRC)**

WASHINGTON METROPOLITAN                              :
AREA TRANSIT AUTHORITY,

                              :

      Defendant.

## AFFIDAVIT OF CARL BERKOWITZ, PH.D., PE

I, Carl Berkowitz, Ph.D., PE, hereby declare under penalty of perjury as follows:

1.    The national standard of care requires that before restarting/repositioning an improperly berthed subway train, a train driver must first warn passengers so that they are not caught off guard by the movement and injured.

2.    One of the direct causes of the September 23, 2019, incident in which Ms. Scott was injured was WMATA's failure to live up to the standard of care; *i.e.*, its train driver's failure to make the required announcement warning passengers before unexpectedly and violently jerking the train forward to its correct berthed position.

3.    As discussed in my report, WMATA is aware of the standard of care and its obligation to adhere to it, as evidenced by WMATA Standard Operating Procedure No. 50.5.1.1 and the deposition testimony of train driver Ms. Johnson and corporate representative Ms. Henry.

4.    The New York City Transit Authority also adheres to the national standard of care with respect to restarting/repositioning an improperly berthed train.

Regan Zambri Long
1919 M Street, NW
Suite 600
Washington, D.C. 20036

202-463-3030

- 1 -

DocuSign Envelope ID: D2Z3FE3F-5D62-4272-BDB2-7F695D769EA2

5.      The Chicago Transit Authority also adheres to the national standard of care with respect to restarting/repositioning an improperly berthed train.

6.      The Southeastern Pennsylvania Transportation Authority (Philadelphia metropolitan area) also adheres to the national standard of care with respect to restarting/ repositioning an improperly berthed train.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/6/2023

DocuSigned by:

*Carl Berkowitz*

7922F824C4E9431...

CARL BERKOWITZ, Ph.D., PE
Affiant

Regan Zambri Long
1919 M Street, NW
Suite 600
Washington, D.C. 20036

202-463-3030

- 2 -