# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL W. SCOTT,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>        **Defendant.** | Case No.: 1:22-cv-00601 CRC |

# ORDER

AND NOW, this ___ day of _____, 202_, upon consideration of Defendant Washington Metropolitan Area Transit Authority's Motion to Exclude Plaintiff's Expert, Dr. Carl Berkowitz, and all opposition and response thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED; and further

ORDERED that Dr. Berkowitz is excluded from testifying at trial.

_____
Hon. Christopher R. Cooper,
U.S. District Court for
District of Columbia

cc:

Jason R. Waters, Esq.
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com

Patricia H. Beall, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com

Laurie Hand, Esq.
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Tel.: (202) 962-5063
Fax: (202) 962-2550
LAHand@wmata.com


Patrick M. Regan, Esq.
Christopher J. Regan, Esq.
Regan Zambri Long PLLC
1919 M Street NW, Suite 350
Washington, DC 20036