# Exhibit 3



**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
**STANDARD OPERATING PROCEDURES**

**SOP # 50**  **TRAIN OPERATOR STANDARD BASELINE ANNOUNCEMENTS**

### 50.1 PURPOSE

The purpose of this Standard Operating Procedure is to provide Train Operators, and those with train operations responsibilities, guidance on the P.A. announcements that shall be made when performing standard operational procedures requiring routine communications with customers.

### 50.2 SCOPE

This SOP is applicable to all WMATA employees responsible for the operations of Metrorail Class 1 vehicles in revenue service.

### 50.3 DEFINITIONS

None

### 50.4 RESPONSIBILITIES

50.4.1 Rail Supervisors shall ensure that all train operators within their sector are familiar with this SOP and periodically monitor operators for compliance.

50.4.2 Train Operators are responsible for making the appropriate P.A. announcements in conjunction with the standard operational procedures that require communications with customers.

50.4.3 Train Operators are also responsible for the safe movement of trains and the safe loading and unloading of customers.



**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
**STANDARD OPERATING PROCEDURES**

### 50.5 PROCEDURES

| Procedure # | Content |
|---|---|
| 50.5.1 | Train Operator Standard Baseline Announcements |
| 52.5.2 | Train Operator Standard Delay Announcements |

50.5.1  Train Operator Standard Baseline Announcements:

50.5.1.1  Train Operators shall make the following announcements that correspond with the standard operational procedures performed by Operators when leaving terminals, servicing stations, and approaching terminal stations (Refer to the Standard Baseline Announcement Table - see below).

## Standard Baseline Announcement Table

| Standard operational procedures requiring communications with customers | | Standard Baseline Announcements (SBAs) |
|---|---|---|
| Departing terminal | Keyed up 2 minutes before departure | *This is a (color) Line train to (destination).* |
| | 30 seconds before departure | *Good (morning/afternoon/evening), and welcome aboard Metrorail (color) Line to (destination), by way of downtown Washington D.C. The next station is (station name). Doors are closing.* |
| Entering next station | When train is berthing on platform Ref. (50.5.1.5) | *This is (station name); doors will open on the left/right.* |
| | Repositioning train | *Attention customers, this train will move forward; please hold on.* |
| Announcement on platform | While train doors are open | *This is a (color) Line train to (destination). The next station is (station name).* |
| Station prior to terminal | While train doors are open | *This is a (color) Line train to (destination). The next station is the last station on the (color) Line.* |
| | If train will lay-up | *This is a (color) Line train to (destination). The next station is the last station on the (color) Line at which time this train will be out of service.* |
| Arriving at terminal | When train is berthing on platform Ref. (50.5.1.5) | *This is (station name); doors will open on the left/right. Please take all personal items and newspapers when exiting the train. Thank you for riding Metrorail; have a (pleasant day/good night).* |



# WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
## STANDARD OPERATING PROCEDURES

| | If train will lay-up | *This is (station name); doors will open on the left/right. This train is out of service; all customers must exit the train at this station. Thank you for riding Metrorail; have a (pleasant day/good night).* |
|---|---|---|
| | Train will enter a pocket track and return to service | *(In addition to the message above) "Attention all customers, this is the last train stop for this train. The train will continue into the pocket track and return on the opposite track."* |
| **Transfer point announcement** | When train is berthing on platform Ref. (50.5.1.5) | *This is (station name), (First/Last) transfer point for the (color) Line, on the (upper/lower/this) level. Doors will open on the left/right.* |

50.5.1.2  Train Operators shall make timely, consistent, and concise P.A. announcements in an unexcited tone whenever it is necessary to communicate varying or off-schedule messages to customers.

50.5.1.3  When it is necessary for a Train Operator to hold his/her train, whether on the platform or in between stations, the Operator shall provide frequent P.A. announcements to customers approximately every 2 minutes. (See section 50.5.2 of this SOP for Standard Delay Announcements).

50.5.1.4  Train Operators shall use the following Metrorail station names when making P.A. announcements in revenue service (Refer to the Station Names table below).

| Red Line Stations | Green Line Stations | Yellow Line Stations | Orange Line Stations | Blue Line Stations | Silver Line Stations |
|---|---|---|---|---|---|
| – Shady Grove | | – *Franconia-Springfield\** | – Vienna | – Franconia-Springfield | – Wiehle-Reston East |
| – Rockville | | – *Van Dorn Street \** | – Dunn Loring | – Van Dorn Street | – Spring Hill |
| – Twinbrook | – Branch Avenue | – Huntington | – West Falls Church | – King Street-Old Town | – Greensboro |
| – White Flint | – Suitland | – Eisenhower Avenue | – East Falls Church | – Braddock Road | – Tyson Corner |
| – Grosvenor-Strathmore | – Naylor Road | – King Street-Old Town | – Ballston-MU | – Ronald Reagan Washington National Airport | – McLean |
| – Medical Center | – Southern Avenue | – Braddock Road | – Virginia Square-GMU | | – East Falls Church |
| – Bethesda | – Congress Heights | – Ronald Reagan Washington National Airport | – Clarendon | – Crystal City | – Ballston-MU |
| – Friendship Heights | – Anacostia | | – Court House | – Pentagon City | – Virginia Square-GMU |
| – Tenleytown-AU | – Navy Yard-Ballpark | | – Rosslyn | – Pentagon | – Clarendon |
| – Van Ness-UDC | – Waterfront | – Crystal City | – Foggy Bottom-GWU | – Arlington Cemetery | – Court House |
| – Cleveland Park | – L'Enfant Plaza | – Pentagon City | – Farragut West | – Rosslyn | – Rosslyn |
| – Woodley Park-Zoo | – Archives | – Pentagon | – McPherson Square | – Foggy Bottom-GWU | – Foggy Bottom-GWU |
| – Dupont Circle | – Gallery Place-Chinatown | – L'Enfant Plaza | – Metro Center | – Farragut West | – Farragut West |
| – Farragut North | – Mt. Vernon Square | – Archives | – Federal Triangle | – McPherson Square | – McPherson Square |
| – Metro Center | – Shaw-Howard U | – Gallery Place-Chinatown | – Smithsonian | – Metro Center | – Metro Center |
| – Gallery Place-Chinatown | – U Street | – Mt. Vernon Square | – L'Enfant Plaza | – Federal Triangle | – Federal Triangle |
| – Judiciary Square | – Columbia Heights | – Shaw-Howard U | – Federal Center SW | – Smithsonian | – Smithsonian |
| – Union Station | – Georgia Avenue-Petworth | – U Street | – Capitol South | – L'Enfant Plaza | – L'Enfant Plaza |
| – NoMa-Gallaudet U | – Fort Totten | – Columbia Heights | – Eastern Market | – Federal Center SW | – Federal Center SW |
| – Rhode Island Ave | – West Hyattsville | – Georgia Avenue-Petworth | – Potomac Avenue | – Capitol South | – Capitol South |
| – Brookland-CUA | – Prince George's Plaza | – Fort Totten | – Stadium Armory | – Eastern Market | – Eastern Market |
| – Fort Totten | – College Park-U of MD | – *West Hyattsville \** | – Minnesota Avenue | – Potomac Ave | – Potomac Avenue |
| – Takoma | – Greenbelt | – *Prince George's Plaza\** | – Deanwood | – Stadium Armory | – Stadium Armory |
| – Silver Spring | | – *College Park-U of MD\** | – Cheverly | – Benning Road | – Benning Road |
| – Forest Glen | | | – Landover | – Capitol Heights | – Capitol Heights |
| – Wheaton | | | – New Carrollton | – Addison Road | – Addison Road |
| | | | | | – Morgan Boulevard |

...



# WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
## STANDARD OPERATING PROCEDURES

| – Glenmont | | – Greenbelt * | | – Morgan Boulevard<br>– Largo Town Center | – Largo Town Center |
|---|---|---|---|---|---|

*\* Indicates Rush-Only Service station stop.*

50.5.1.5 When entering stations where an interlocking is present, Train Operators shall make the standard baseline announcement prior to moving through the interlocking or when 50% or more of their consist has passed through the interlocking.

50.5.2 Train Operator Standard Delay Announcements:

50.5.2.1 Rail OCC shall instruct Train Operators to make Standard Delay Announcements listed in the table below. Train Operators shall use their best judgement in making announcements if ROCC does not specifically instruct them on which one to make. ROCC shall instruct Train Operators on which announcement to make by Announcement Letter. ROCC may instruct one Operator (on incident train) or several Operators (moving on a line with delays) to make standard delay announcements as follows:

50.5.2.1.1 Train 101, track 2 Bethesda please make delay announcement A, or,

50.5.2.1.2 All trains on the Red Line, please make delay announcement D.

50.5.2.2 Train Operators shall then make the delay announcement associated with the standard delay announcement letter every 2 minutes. Train operators shall not use more specificity than is in the standard delay announcement so not to cause alarm to customers despite what support personnel are being told over the radio. Train operators shall say delays are being caused by a problem ahead. Train Operators shall refrain from saying delays are being caused by an arcing insulator, cable fire or other specific reasons except when instructed by ROCC.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
**STANDARD OPERATING PROCEDURES**

### STANDARD DELAY
### TRAIN OPERATOR ANNOUNCEMENTS

Announcement A……………………………………………………..re: leaving the cab area
Announcement B……………………………………………………..re: offloading train
Announcement C:……………………………………………………..re: trains holding
Announcement D……………………………………………………..re: single tracking
Announcement E……………………………………………………..re: no train service

Incident Train Announcements:

- Announcement A: Attention customers, this train has encountered a problem that will require me to leave the cab to investigate. Please remain comfortable and away from the doors. I will return with an update shortly.

- Announcement B: Attention customers, this train is experiencing a mechanical problem and is being offloaded. Please gather your personal belongings and exit the train; the next train will be arriving soon. We apologize for any inconvenience. This train is now out of service.

Trains on the Affected Line Announcements:

- Announcement C: Attention customers, this train is being delayed due to a problem ahead that does not affect your safety. Appropriate personnel are responding to the incident. We will be holding at this location and awaiting further instructions from the control center. Please remain comfortable and stand clear of the doors. Thank you for your patience. Once again, ... [REPEAT FULL ANNOUNCEMENT 1x]

- Announcement D: Attention customers, there is a problem ahead, causing trains to single track. We will be holding at this location to wait for oncoming trains to pass. Once those trains clear the single track area, we will begin moving. Thank you for your patience.

- Announcement E: Attention customers, due to a disruption in service, there is currently no train service between XX and YY stations. Upon arriving at (XX), this train will be out of service and everyone will need to exit this train. Free shuttle buses will be available at street level to continue your trip. We apologize for this inconvenience and thank you for your patience.

**50.6   REFERENCES**

  50.6.1  MSRPH Operating Rule 3.141

  50.6.2  MSRPH SOP 40

  50.6.3  MSRPH SOP 45

  50.6.4  MSRPH SOP 4A



WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
STANDARD OPERATING PROCEDURES