# Exhibit 4



# Transcript of Domenic Johnson

**Date:** November 9, 2022
**Case:** Scott -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Domenic Johnson  
November 9, 2022

1 (1 to 4)

## Page 1

```
 1        UNITED STATES DISTRICT CIRCUIT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 3  --------------------------x
 4  CAROL WILD SCOTT,         :
 5           Plaintiff,       :
 6     -v-                    :Civil No.
 7  WASHINGTON METROPOLITAN   :22-cv-00601 (CRC)
 8  AREA TRANSIT AUTHORITY,   :
 9           Defendant.       :
10  --------------------------x
11         Remote Deposition of DOMENIC JOHNSON
12              Wednesday, November 9, 2022
13                   10:07 a.m. EST
14
15
16
17
18
19
20  Job No. 469458
21  Pages 1 - 38
22  Reported by:  Tina D. McComb
```

## Page 2

```
 1       Deposition of DOMENIC JOHNSON, held remotely:
 2
 3
 4
 5
 6
 7
 8
 9
10      Pursuant to Notice, before Tina D. McComb,
11  Reporter and Notary Public of the State of
12  Maryland.
```

## Page 3

```
 1              A P P E A R A N C E S
 2
 3  ON BEHALF OF THE PLAINTIFF:
 4       CHRISTOPHER J. REGAN, ESQUIRE
 5       REGAN, ZAMBRI & LONG, PLLC
 6       1919 M Street, NW
 7       Suite 350
 8       Washington, DC 20036
 9       (202) 463-3030
10       cregan@reganfirm.com
11
12  ON BEHALF OF THE DEFENDANT:
13       BRENDAN H. CHANDONNET, ESQUIRE
14       NICHOLAS L. PLUCAS, ESQUIRE
15       OFFICE OF GENERAL COUNSEL - WMATA
16       300 7th Street, SW
17       Washington, DC 20004
18       (202) 962-1234
19       bchandonnet@wmata.com
20
21  ALSO PRESENT:  CAROL WILD SCOTT
22
```

## Page 4

```
 1               C O N T E N T S
 2  EXAMINATION OF DOMENIC JOHNSON           PAGE
 3  By Mr. Regan                              5
 4
 5
 6
 7
 8               E X H I B I T S
 9            (No exhibits marked)
```

Page 5

```
 1         PROCEEDINGS
 2         DOMENIC JOHNSON
 3  having been duly sworn, testified as follows:
 4      EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 5  BY MR. REGAN:
 6      Q.  Good morning, Ms. Johnson.  We met a
 7  little bit off the record, but again my name is --
 8         MR. CHANDONNET:  Chris, just one second.
 9  Let me turn you up a little bit for her too.  I
10  apologize.
11         MR. REGAN:  No problem.
12  BY MR. REGAN:
13      Q.  I'll tell you, Ms. Johnson, if at any
14  point you can't hear me this morning, please just
15  let me know and I'm happy to try to speak up, speak
16  into the microphone.  Okay?
17      A.  Okay.
18      Q.  So I was just saying, again, my name is
19  Chris Regan and I represent Carol Scott in this
20  case.
21         Would you please state your full name for
22  the record?
```

Page 6

```
 1      A.  Domenic Johnson.
 2      Q.  And have you ever had your deposition
 3  taken before?
 4      A.  No.
 5      Q.  I'm sure that Mr. Chandonnet and folks in
 6  his office have talked to you a little bit.  But I
 7  would say the important thing is just that you and
 8  I understand each other.
 9         So if at any point today, not only if I
10  get too quiet for you, but if I ask a question that
11  doesn't make sense, please just let me know and
12  I'll be happy to try to do better, rephrase it in a
13  way to make sure both of us are on the same page.
14  Okay?
15      A.  Okay.
16      Q.  If you need a break by the way at any
17  point, I don't think we'll be long, maybe 30
18  minutes.  But if you need a break, just let me
19  know.  And that's not going to be a problem at all.
20  Okay?
21      A.  Okay.
22      Q.  So I understand, Ms. Johnson, that you're
```

Page 7

```
 1  currently a train operator for WMATA; is that
 2  right?
 3      A.  Correct.
 4      Q.  And you've held that position since, well,
 5  the first half of 2019 at some point?
 6      A.  Yes.
 7      Q.  When did you first take that position as a
 8  train operator?  In other words, what time -- a
 9  month would be just fine.
10      A.  September 2018.
11      Q.  And what was your understanding -- you
12  worked at WMATA longer than that in total.  What
13  job title did you hold before September of 2018?
14      A.  I was a bus operator.
15      Q.  And how long were you a bus operator?
16  When did you first start doing that?
17      A.  I started September 2016.
18      Q.  Why the change in position?
19      A.  No reason in particular.  The train is a
20  little less -- I don't deal with customers as often
21  on the train as I would on the bus.
22      Q.  That's fair.  When you first took the
```

Page 8

```
 1  position as a train operator sometime September of
 2  2018, I assume you had to take extra training,
 3  right?
 4         MR. CHANDONNET: Objection.  You can
 5  answer.
 6      A.  Yes.
 7  BY MR. REGAN:
 8      Q.  Can you just walk me through at least
 9  broadly speaking what the training process looked
10  like for you.
11         MR. CHANDONNET:  Chris, I'm to have -- I'm
12  going to allow her to answer that.  I would just
13  like a continuing objection to any questions
14  related to her training.
15         MR. REGAN:  Okay.
16         MR. CHANDONNET:  Thank you.
17      A.  We have a six-month training that goes
18  over -- a portion is classroom where we're learning
19  about the train.  A portion is practical where
20  we're learning how to work on the trains.  And then
21  a portion is operating the train.
22  BY MR. REGAN:
```

9

1  Q.  So the six-month start in September 2018
2  and then end I guess in roughly March of 2019?
3  A.  Correct.
4  Q.  So the first time that you were -- would I
5  be correct to understand you that the first time
6  that you were actually out there operating a train
7  for WMATA was March of 2019 then?
8  A.  Correct.
9  Q.  Other than hands-on stuff during training?
10  A.  I was operating probably about December of
11  2018. But officially on my own, I could say March
12  of 2019.
13  Q.  Okay. So what's the difference in those
14  three months? What would you have been doing
15  between December 2018 and March 2019?
16  A.  Nothing really other than the fact they
17  have an LPI ride along with you.
18  Q.  I'm sorry, what was the abbreviation you
19  just used?
20  A.  A line platform instructor.
21  Q.  How were you trained -- well, let me ask
22  it this way.

10

1      Describe for me, please, every step that
2  you were trained to take as a train operator as you
3  pulled into a station and came to a stop at a
4  platform.
5  A.  We are to enter the station -- well,
6  initially we were to enter the station between 37
7  to 42 miles per hour. Once you reach the last ATO
8  marker, your train should be brought down to 20
9  miles per hour to properly berth the eight car
10  marker.
11  Q.  I'm sorry, what was that last bit? I
12  missed that last bit.
13  A.  Properly berth the eight car marker,
14  B-E-R-T-H.
15  Q.  Does that mean -- essentially is that the
16  marker where you're supposed to stop for an eight
17  car long train?
18  A.  Essentially yes. We stop two cars, four
19  cars, six cars. All cars stop at the eight car
20  marker.
21  Q.  Got it. Thank you. Then what happens?
22  So once the train has come to a stop, what do you

11

1  do next?
2  A.  You open the doors.
3  Q.  Do you announce that the doors are
4  opening?
5  A.  Yes. You make an announcement as you're
6  entering the station, pretty much say in the
7  station that you're entering and what side the
8  doors will open on.
9  Q.  You don't make an announcement then after
10  you stop but before the doors open?
11  A.  No.
12  Q.  Is that correct?
13  A.  Correct.
14  Q.  After you've come to a complete stop at
15  the platform, are you ever allowed to move the
16  train forward again?
17  A.  Yes.
18  Q.  Under what circumstances? When are you
19  allowed to do that?
20  A.  If your train is not properly berthed at
21  the eight car marker.
22  Q.  If you're going to move the train forward

12

1  again after it's stopped, do you announce that to
2  the passengers?
3  A.  Yes.
4  Q.  Why is that?
5      MR. CHANDONNET: Objection. You can
6  answer.
7  A.  Why do we make an announcement?
8  BY MR. REGAN:
9  Q.  Correct.
10  A.  Just so that people are on the platform
11  and on the train are aware.
12  Q.  Okay. I don't want to put words into your
13  mouth. But is one reason that people need to know
14  the train is going to move forward again so that
15  they can be prepared and not fall?
16      MR. CHANDONNET: Objection. You can
17  answer.
18  A.  Correct.
19  BY MR. REGAN:
20  Q.  If the train is going to move forward
21  again after it's come to a stop at the platform, is
22  it also important to move the train forward only

**Page 21**

1  bother marking it as an exhibit unless it looks
2  like we need to or if you'd like me to. All right?
3      MR. CHANDONNET: No need. If we want to
4  add it as an exhibit, that's fine. Otherwise it's
5  been identified by Bates number for her to use.
6  BY MR. REGAN:
7      Q. Ms. Johnson, what I'm doing is I'm looking
8  at this description portion up here. Feel free to
9  look either with me on the screen or at the copy,
10 the hard copy that your counsel just provided to
11 you.
12     But I wonder if you can explain to me what
13 this statement means now that you're looking at it
14 or now that you sort of remember a little bit about
15 that day.
16     A. It means as stated in my report, that I
17 went into a braking mode. And it did not respond
18 right away, so I went back to a coast, and then
19 went back to a B5 to slow the train down. And it
20 stopped with half of a first door leaf off the
21 platform.
22     Q. You started to mention that the train can

**Page 22**

1  be heavier at rush hour. Is that your belief that
2  that was why you had a problem stopping it that
3  day?
4      A. Yes.
5      Q. By the way, I do see the braking modes in
6  B2, B3, B5. What is a B2 mode?
7      A. It's just a lower braking mode.
8      Q. How many braking modes are there?
9      A. Five.
10     Q. Are they B1 through B5?
11     A. Yes.
12     Q. Five is the most, one is the least?
13     A. Yes.
14     Q. And then -- bear with me one moment.
15     As a result of this April 28th, 2019
16 incident, did you have to undergo any additional
17 training?
18     MR. CHANDONNET: Objection. Don't answer.
19 BY MR. REGAN:
20     Q. As a result of this April 29th, 2018
21 incident, were you disciplined in any way?
22     MR. CHANDONNET: Objection. Don't answer.

**Page 23**

1  BY MR. REGAN:
2      Q. Obviously we're here to primarily talk
3  about an incident that happened on September 23rd,
4  2019.
5      I understand that at roughly 6:30 p.m.
6  that day, you were driving an orange line train at
7  McPherson Square; is that right?
8      A. Yes.
9      Q. Do you remember that incident as we sit
10 here today?
11     A. From my memory, no. I do have the
12 statement though.
13     Q. Okay. Which statement are you referring
14 to?
15     A. The statement from the incident that I
16 completed, my incident report.
17     Q. Okay. Got it.
18     MR. CHANDONNET: I can stipulate that the
19 document she's referring to has been previously
20 provided to you and marked as Bates stamp WMATA
21 Number 2.
22     MR. REGAN: Got it.

**Page 24**

1  BY MR. REGAN:
2      Q. And Ms. Johnson, have you -- well, I guess
3  let me ask you this.
4      From what you just said, am I
5  understanding you right that you have absolutely no
6  memory of that day other than what's contained in
7  your incident report statement?
8      A. Correct.
9      Q. Okay. Did you ever see the woman who was
10 hurt that day or no?
11     A. I want to say no.
12     Q. But from the way you said it, would I be
13 right to interpret that is you're not quite sure?
14     A. I can say I don't know. But I can say I
15 didn't see her in the moment.
16     Q. Or at the very least, if you did see her,
17 you have no recollection whatsoever of that as we
18 sit here today?
19     A. Correct.
20     Q. I guess a slightly different question.
21 Did you ever talk to her? Or do you have any
22 memory of having talked to the woman who was hurt