# Exhibit 7



# RTRA Training Request Form

Use this Form for Reinstruction and Returned to Duty (RTD)  
Please Print all Information

| Employee Name | Employee Number | Division | Last Day Worked |
|---|---|---|---|
| DOMENIC JOHNSON | 024639 | Alexandria | 04/29/2019 |

| RTD Date* | Incident Date | Incident Type | | |
|---|---|---|---|---|
| N/A | 04/28/2019 | Station Overrun. | | |

| Rule/Violation | Post Incident? | Date Cleared Medical |
|---|---|---|
| Second Station Overrun within a week | No | N/A |

*For employees returning from an inactive status, please assure that a PAR has been created and forwarded.

### Brief Synopsis of Incident or Reason Out
(Division Superintendent/Chief Operations Supervisor)

Train Operator Domenic Johnson overran Braddock Road Station by one door leaf. However, this is her second station overrun within a week.

### Area Below for Rail Training Instructor Use Only

| Dates Reported | Dates of Training |
|---|---|

**Instruction Provided**

Enrolled in: Blue and Yellow Line Familiarization on 4-29-2019. GM

[redacted]

**How could incident have been prevented?**

| Training Instructor | Signature & Date |
|---|---|
| Charlie Richardson Jr | *Charlie Richardson Jr* |