# Exhibit 12

# Christopher J. Regan

| | |
|---|---|
| **From:** | Waters, Jason <Jason.Waters@wilsonelser.com> |
| **Sent:** | Friday, January 31, 2025 11:11 AM |
| **To:** | Christopher J. Regan; Patrick M. Regan |
| **Cc:** | Olivia Pope; Hand, Laurie A.; Gilman, Lauren |
| **Subject:** | RE: Scott/WMATA -- Pretrial Motions |

Chris, I don't think the onus is on us to tell you what we think is admissible. That said, in the event the court allows Berkowitz to testify, we're moving to exclude any SOPs other than 40.5.1.3.3 (reberthing announcement) and 50.5.1.1 (announcements for entering station). Please confirm your position. Thanks.

Jason Waters
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7812 (Direct)
571.405.1000 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
jason.waters@wilsonelser.com
pronouns: he, him, his

---

**From:** Christopher J. Regan <CRegan@reganfirm.com>
**Sent:** Thursday, January 30, 2025 5:25 PM
**To:** Waters, Jason <Jason.Waters@wilsonelser.com>; Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Olivia Pope <OPope@reganfirm.com>; Hand, Laurie A. <LAHand@wmata.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Subject:** RE: Scott/WMATA -- Pretrial Motions

**EXTERNAL EMAIL** This email originated from outside the organization.

Okay. From that, I can at least say that as to SOPs 40 and 50 I think we would likely disagree due to the doctrine of completeness . . . but without you telling us <u>what portions</u> you actually think are admissible versus what you would hope to redact, we cannot have much of a conversation about it.

It's late today. I imagine you're going to attach a proposed redacted SOP 40 and proposed redacted SOP 50 to your motion. If you would like to actually confer before you file, please send us copies of what you are proposing. Otherwise, we're not making great use of everyone's time talking about generalities. I am fine if you prefer to just file and represent to the Court that Plaintiff's position on the subject is as set forth in this email thread.

**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Waters, Jason <Jason.Waters@wilsonelser.com>
**Sent:** Thursday, January 30, 2025 4:58 PM
**To:** Christopher J. Regan <CRegan@reganfirm.com>; Patrick M. Regan <PRegan@reganfirm.com>

1

**Cc:** Olivia Pope <OPope@reganfirm.com>; Hand, Laurie A. <LAHand@wmata.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Subject:** RE: Scott/WMATA -- Pretrial Motions

Chris, at most, in my view, there are only portions of SOPs 40 and 50 that are potentially relevant.

Jason Waters
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7812 (Direct)
571.405.1000 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
jason.waters@wilsonelser.com
pronouns: he, him, his

---

**From:** Christopher J. Regan <CRegan@reganfirm.com>
**Sent:** Thursday, January 30, 2025 4:29 PM
**To:** Waters, Jason <Jason.Waters@wilsonelser.com>; Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Olivia Pope <OPope@reganfirm.com>; Hand, Laurie A. <LAHand@wmata.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Subject:** RE: Scott/WMATA -- Pretrial Motions

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Jason,

With regard to SOPs, it's still pretty hard to make heads or tails of that. If you are filing a motion today, presumably it is more specific on that point. Maybe just share with us the same level of specificity at this time so we can discuss it?

But as for all the other incidents, we do not consent.

Chris


**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Waters, Jason <Jason.Waters@wilsonelser.com>
**Sent:** Thursday, January 30, 2025 4:02 PM
**To:** Patrick M. Regan <PRegan@reganfirm.com>; Christopher J. Regan <CRegan@reganfirm.com>
**Cc:** Olivia Pope <OPope@reganfirm.com>; Hand, Laurie A. <LAHand@wmata.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Subject:** RE: Scott/WMATA -- Pretrial Motions

Hi, Pat.

Regarding the SOPs, we moving to exclude evidence relating to any portion of WMATA's SOPs that do not relate specifically to stopping/reberthing trains or communications upon repositioning the trains. By unrelated incidents/accidents, we are referring to any incidents other than the one at issue.

Regards,

Jason Waters
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7812 (Direct)
571.405.1000 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
jason.waters@wilsonelser.com
pronouns: he, him, his

---

**From:** Patrick M. Regan <PRegan@reganfirm.com>
**Sent:** Thursday, January 30, 2025 3:27 PM
**To:** Waters, Jason <Jason.Waters@wilsonelser.com>; Christopher J. Regan <CRegan@reganfirm.com>
**Cc:** Olivia Pope <OPope@reganfirm.com>; Hand, Laurie A. <LAHand@wmata.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Subject:** RE: Scott/WMATA -- Pretrial Motions

**EXTERNAL EMAIL** This email originated from outside the organization.

Jason:  See my quick responses below highlighted for your convenience.  Pat

---

**From:** Waters, Jason <Jason.Waters@wilsonelser.com>
**Sent:** Thursday, January 30, 2025 3:20 PM
**To:** Patrick M. Regan <PRegan@reganfirm.com>; Christopher J. Regan <CRegan@reganfirm.com>
**Cc:** Olivia Pope <OPope@reganfirm.com>; Hand, Laurie A. <LAHand@wmata.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Subject:** Scott/WMATA -- Pretrial Motions

Good afternoon, Pat and Chris.

We anticipate filing pretrial motions tomorrow seeking the following relief:

- Exclude Dr. Berkowitz  **NO**
- Exclude evidence of unrelated SOPs  **NEED TO BE MORE SPECIFIC—WHAT IS UNRELATED MEAN?**
- Exclude evidence of unrelated incidents, generally  **AGAIN, SAME AS ABOVE**
- Exclude evidence of unrelated incidents, relating to this operator  **NO**

Pursuant to Local Civil Rule 7(m), please let us know if you consent to any of the identified requests for relief.

Best regards,

Jason Waters
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102

703.852.7812 (Direct)
571.405.1000 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
jason.waters@wilsonelser.com
pronouns: he, him, his


IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have

received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.