**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
| **Plaintiff,** | : |
| v. | : Case No. 22-cv-00601 (CRC) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| | : |
| **Defendant.** | |

### [PROPOSED] ORDER

Upon consideration of Defendant WMATA's Motions *in Limine*, Plaintiff's Opposition thereto, and any Reply filed, it is this _____ day of _____, 2025;

ORDERED that Defendant's Motion is hereby DENIED in full.

SO ORDERED.

_____
Judge Christopher R. Cooper