# Exhibit 5

'19 APR 20 PM 9:32



# STATION OVERRUN REPORT

**EXHIBIT WMATA 9**

Complete this report for a Station Overrun,
or if you took action and prevented a Station Overrun.

| Date | Time | Station | Track # | Operating Car # |
|---|---|---|---|---|
| 9/20/19 | 1:40P | Arlington Cemetery | 2 | 3073 |

| Details | YES | NO | Action Taken |
|---|---|---|---|
| At the S Marker, did the PSS illuminate? | | ✓ | |
| Did the PSS light stay illuminated until the train stopped? | | ✓ | |
| Entering the platform, was the train speed less than or equal to 37 MPH? | ✓ | | |
| When the Operating Cab passed the center of the platform, was the train still in a breaking mode? | ✓ | | |
| At the second platform marker coil, was the actual train speed 20 MPH or less? | ✓ | | |

Give other pertinent information below.

Train was under 15mph in a B5 mode and slide. Did not feel the brakes; train just continue to slide at around 10/15 mph. Ended up with 1 door leaf off the platform platform.

'19 APR 20 PM 9:48

| Name (Print Legibly) | Payroll Number |
|---|---|
| Domenic Johnson | ███ |

WMATA0000197