# Exhibit 6

EXHIBIT
WMATA 10



# STATION OVERRUN REPORT

Complete this report for a Station Overrun,
or if you took action and prevented a Station Overrun.

| Date | Time | Station | Track # | Operating Car # |
|---|---|---|---|---|
| 4/28/19 | 4:30P | Braddock Rd | 2 | 7422 |

| Details | YES | NO | Action Taken |
|---|---|---|---|
| At the S Marker, did the PSS illuminate? | | ✓ | |
| Did the PSS light stay illuminated until the train stopped? | | ✓ | |
| Entering the platform, was the train speed less than or equal to 37 MPH? | ✓ | | |
| When the Operating Cab passed the center of the platform, was the train still in a breaking mode? | ✓ | | |
| At the second platform marker coil, was the actual train speed 20 MPH or less? | ✓ | | |

Give other pertinent information below.

Overran station by half of a door leaf. Reported incident to central dropped lefts & right & continued to service.

'19 APR 28 PM 6:09

| Name (Print Legibly) | Payroll Number |
|---|---|
| Domenic Johnson | |