# Exhibit 9

# WMATA/RTRA Incident/Accident Report (Other than Motor Vehicle) Page ___ of ___

## Incident Information: This page must be completed for all incidents

| Date: 9/23/19 | Incident Time: 6:37 PM | Time Reported: 9:32 PM | Reported by: Customer ☐ Employee ☐ ROCC ☐ Other ☐ |

### Location

| Station: McPherson Sq | Mezzanine #: | Track #/Destination: Track 1/20 | Chain Marker/Signal Number: |

### TYPE OF INCIDENT

- ☐ Property Damage
- ☐ Smoke
- ☐ Fire
- ☐ Customer Complaint
- ☑ Customer injury
- ☐ Customer Illness
- ☐ Employee Injury
- ☐ Employee Illness
- ☐ Criminal Activity
- ☐ Elevator Entrapment
- ☐ Rail Vehicle Incident
- ☐ Other (Explain in description of incident)

### WEATHER
Clear ☐ Rain ☑
Snow ☐ Sleet/Ice ☐

### LIGHT CONDITIONS (natural lighting)
Dawn/Dusk ☐ Daylight ☐
Dark ☐ Tunnel/Underground ☑

### LIGHTING (artificial lighting)
Lights On ☑ Lights Off ☐
Lights Not Working ☐

## STATION INCIDENTS: Always include equipment number you use for MOC/AFC/EOC

| Elevator/Escalator#: | AFC #: | Room Number/Location: |

Failure Number(s):

Parking Lot ☐ Paid Area ☐ Free Area ☐ Garage ☐ Station Entrance ☐ Stairway # ___ ☐ Platform ☐ Ancillary Room ☐
Injury/Illness reported aboard Train ☐ Other ☐ _____

| Name of Responding Supervisor: | Name/Department of PLNT/AFC or other WMATA responder: |

## TRAIN INCIDENTS

| Train ID: 919 | Destination: New Carrolton | Car Numbers (list all cars in consist): 3206-3207-3145-3144-?-? | Lead Car: 3206 |

| Name of Responding Supervisor: Unit 33 | Name/Department of CMNT/TRST or other WMATA responder: |

### DESCRIBE THE INCIDENT: Include what you did to correct the problem and who you notified and when. Describe any property damage and the extent of any injuries.

Upon servicing the platform at McPherson Sq a customer punched me up to inform me a ~~ea~~ elderly customer had fallen + could not get up. I notified ROCC of the incident in which Unit 33 who was at McPherson Sq ~~heard~~ responded + proceeded to check on the customer. Shortly after was instructed to off load the ~~tran~~ train. Medical arrived to attend to customer after about 30-40mins the customer was removed. I was then instructed to continue on + lay the train up a in New Carrolton yard.

## Employee Completing Report

| Employee Name: (print) Domenic Johnson | Employee Signature: (sign) | Employee #: 024639 | Date: 9/23/19 |
| Division: West Falls Church | Run #: 530/2 | Block #: 919 | Assigned Days: Th/F |

## To Be Completed By Reviewing Manager

| Supervisor Name: (print) | Supervisor Signature | Employee # | Date: |

Action taken/needed

SMS Number: 20190923 # 83165

WMATA000002
50.753A 04/12   White Copy: Division or Supervisor  Yellow Copy: For any incident involving escalators or elevators; remains in kiosk for use of elevator/escalator inspectors

**WMATA/RTRA Incident/Accident Report (Other than Motor Vehicle)** Page 1 of 3

## Incident Information: This page must be completed for all incidents

| Date: 9/23/19 | Incident Time: 6:37pm | Time Reported: 6:37pm | Reported by: Customer ☐ Employee ☑ ROCC ☐ Other ☐ |

### Location

| Station: McPherson Square | Mezzanine #: 37 | Track #/Destination: 1 | Chain Marker/Signal Number: N/A |

### TYPE OF INCIDENT

- ☐ Property Damage
- ☐ Smoke
- ☐ Fire
- ☐ Customer Complaint
- ☑ Customer injury
- ☐ Customer Illness
- ☐ Employee Injury
- ☐ Employee Illness
- ☐ Criminal Activity
- ☐ Elevator Entrapment
- ☐ Rail Vehicle Incident
- ☐ Other (Explain in description of incident)

**WEATHER:** Clear ☑ Rain ☐ Snow ☐ Sleet/Ice ☐
**LIGHT CONDITIONS (natural lighting):** Dawn/Dusk ☐ Daylight ☐ Dark ☐ Tunnel/Underground ☑
**LIGHTING (artificial lighting):** Lights On ☑ Lights Off ☐ Lights Not Working ☐

### STATION INCIDENTS: Always include equipment number you use for MOC/AFC/EOC

| Elevator/Escalator #: N/A | AFC #: N/A | Room Number/Location: Track 1; Train |

Failure Number(s): N/A

Parking Lot ☐ Paid Area ☐ Free Area ☐ Garage ☐ Station Entrance ☐ Stairway # ___ ☐ Platform ☐ Ancillary Room ☐
Injury/Illness reported aboard Train ☑ Other ☑ Train 919

Name of Responding Supervisor: A. Barnes
Name/Department of PLNT/AFC or other WMATA responder: Ford Cmnt

### TRAIN INCIDENTS

| Train ID: 919 | Destination: New Carrollton | Car Numbers (list all cars in consist): N/A | Lead Car: 3206 |

Name of Responding Supervisor: A. Barnes
Name/Department of CMNT/TRST or other WMATA responder: Ford Cmnt

### DESCRIBE THE INCIDENT: Include what you did to correct the problem and who you notified and when.
Describe any property damage and the extent of any injuries.

Ms Carol Scott was on the train #919 car #3144. She stated the train gave a hard jerk; she fell down hit her head and injured leg/hip on her left side. Ms Carol Scott was on the floor, surrounded by customers helping her, when I arrived Station Manager R. Currie. On the floor with her was her belongings a tan hand bag and a larg wood cane.

SEP25 19 1:30AM

### Employee Completing Report

| Employee Name:(print) R Currie | Employee Signature:(sign) R Currie | Employee #: 000845 | Date: 9/23/19 |
| Division: West falls Church | Run # 516 | Block # 2 | Assigned Days: S/S |

### To Be Completed By Reviewing Manager

| Supervisor Name:(print) | Supervisor Signature | Employee # | Date: |

Action taken/needed

SMS Number: 20190923 #83165

50.753A 04/12   White Copy: Division or Supervisor   Yellow Copy: For any incident involving escalators or elevators; remains in kiosk for use of elevator/escalator inspectors

WMATA000003

**WMATA/RTRA Incident/Accident Report (Other than Motor Vehicle)** Page 2 of 3

Additional Information- Complete this page for any incident where the information is available and when additional space is needed for incident description.

Customer Involved ☑  Employee Involved ☐  Witness ☐

| Field | Value |
|---|---|
| Last Name, First Name | Carol Scott |
| Employee # | N/A |
| Date of Birth | 12·14·40 |
| Sex | F |
| Home Phone | 540 364 1087 |
| Work Phone | N/A |
| Cell Phone | N/A |
| Home Address | 4145 Cherry Hill Road; Linden V.A. 22642 |
| Email Address | N/A |
| Nature of Injury/Illness | Injury Left hip/Leg |

Assistance Offered: Accepted ☑  Declined ☐

**If Transported:**

| Hospital | Ambulance Number | Arrival | Departure |
|---|---|---|---|
| George Washington | #16 Medical 2 | 6:50 | 7:30 pm |

Customer Involved ☐  Employee Involved ☐  Witness ☑

| Field | Value |
|---|---|
| Last Name, First Name | Phillip Don |
| Employee # | N/A |
| Date of Birth | N/A |
| Sex | M |
| Home Phone | 249·290·4425 |
| Work Phone | N/A |
| Cell Phone | N/A |
| Home Address | N/A |
| Email Address | N/A |
| Nature of Injury/Illness | N/A |

Assistance Offered: Accepted ☐  Declined ☐
N/A

**If Transported:**

| Hospital | Ambulance Number | Arrival | Departure |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Police/Fire/Other Agencies Involved**

| Jurisdiction/Arrival Time | Name | Badge/Unit Number |
|---|---|---|
| Metro police 6:50pm | J. Abdeljabbar | #623 |
| N/A | N/A | N/A |

**DESCRIBE THE INCIDENT (continued or witness statement):** Include what you did to correct the problem and who you notified and when. Describe any property damage and the extent of any injuries.

Don Phillip stated: saw the Lady in question stand up wait train stopped at McPherson Sq.; unexpectively the train lost power and the Lady fell hard on the aisle floor. She immediately cried out in pain and said she broke her leg. I did not hear the train conductor the train was moving again.

**Employee Completing report**

| Employee Name:(print) | Employee Signature:(sign) | Employee #: | Date: |
|---|---|---|---|
| R. Currie | R. Currie | 000845 | 9/25/17 |

50.7538 04/12   White Copy: Division or Supervisor  Yellow Copy: For any incident involving escalators or elevators; remains in kiosk for use of elevator/escalator inspectors

WMATA000004

**WMATA/RTRA Incident/Accident Report (Other than Motor Vehicle)** Page 3 of 3

Additional Information- Complete this page for any incident where the information is available and when additional space is needed for incident description.

Customer Involved ☐   Employee Involved ☐   Witness ☑

- **Last Name, First Name:** Emond, AL
- **Employee #:** N/A
- **Date of Birth:** N/A
- **Sex:** M
- **Home Phone:** N/A
- **Work Phone:** N/A
- **Cell Phone:** 843.540.3899
- **Home Address:** Capital Yacht Club 800 Wharf St. S.W. 20024
- **Email Address:** alfred.emond:@darpa
- **Nature of Injury/Illness:** N/A
- **Assistance Offered:** Accepted ☐ Declined ☐ — N/A

**If Transported:**
- Hospital: N/A
- Ambulance Number: N/A
- Arrival: N/A
- Departure: N/A

Customer Involved ☐   Employee Involved ☐   Witness ☑

- **Last Name, First Name:** Swain, Stacey
- **Employee #:** N/A
- **Date of Birth:** N/A
- **Sex:** F
- **Home Phone:** 301.806.7807
- **Work Phone:** N/A
- **Cell Phone:** N/A
- **Home Address:** N/A
- **Email Address:** N/A
- **Nature of Injury/Illness:** N/A
- **Assistance Offered:** Accepted ☐ Declined ☐ — N/A

**If Transported:**
- Hospital: N/A
- Ambulance Number: N/A
- Arrival: N/A
- Departure: N/A

**Police/Fire/Other Agencies Involved**
- Jurisdiction/Arrival Time: N/A | Name: N/A | Badge/Unit Number: N/A
- Jurisdiction/Arrival Time: N/A | Name: N/A | Badge/Unit Number: N/A

**DESCRIBE THE INCIDENT (continued or witness statement):**

AL Emond stated: Women stood up because the train stopped @ McPherson Sq., the train jerked forward and the women fell into the isle. I stayed with her until paramedics arrived.

Stacey Swain stated: Train jerked at station I heard loud thump then a scream. People trying to move her after that; I called Emergency in on box in car 3144 asking for emergency assistance then screamed for no one to move her till medics arrive. Then put jacket under Ms Carol head and tried to calm her down till medic arrive.

**Employee Completing report**
- Employee Name: (print) R. Currie
- Employee Signature: (sign) R. Currie
- Employee #: 000845
- Date: 9/2/19

50.753B 04/12   White Copy: Division or Supervisor   Yellow Copy: For any incident involving escalators or elevators; remains in kiosk for use of elevator/escalator inspectors

WMATA000005

POC:
AL EMONDI
843-540-3899 (cell)
alfred.emondi@darpa.mil

DC Address
Capital Yacht Club
800 Wharf St., SW
20024

Woman stood up because the train stopped @ McPherson Sq. The train then jerked forward and the woman fell into the isle. I stayed with her until paramedics arrived

Stacey Swain
301-806-7807

Train Jerked at station I Heard Loud thump then a scream. People trying to move her after that. I called emergency in on Box in car 3144 asking for Emergency Assistance then screamed for no one to move her till medics arrive. Then put jacket under Ms. Carol Head and tried to calm her down till medic arrive.

immediately

WMATA000006

WMATA000007

6:50 PM

J. ABDELJABBAR #623

Phillips

Don Phillips
269-290-4425

SAW THE LADY IN QUESTION STOOD UP WHEN THE TRAIN STOPPED AT MCPHERSON SQ. UNEXPECTEDLY, THE TRAIN LURCHED FORWARD AND THE LADY FELL HARD ON THE AISLE FLOOR. SHE IMMEDIATELY CRIED OUT IN PAIN AND SAID SHE BROKE HER LEG. I DID NOT HEAR THE TRAIN CONDUCTOR THE TRAIN WAS MOVING AGAIN.

Don Phillips

Lawyer
50 yrs

Carol Scott
4145 Cherry Hill Road
Linden VA 22642
12/14/1940
540-364-1087

Train 919
Car 3144
Lead 3204
Left hip Leg
she hit her head on floor

Ambulence 16    6:50 pm       Train 919 clear 7:15pm
Medics 2        7pm           Final Scene Clear and Transport
                              7:30pm

WMATA000008



WMATA000009