**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL WILD SCOTT,** | : |
| **Plaintiff,** | : |
| v. | :   Case No. 22-cv-601 (CRC) |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY,** | |
| | : |
| **Defendant.** | |

## JOINTLY PROPOSED *VOIR DIRE* QUESTIONS

**Jointly Proposed:**

1. The Plaintiff in this case is Carol Scott, and she resides at 4145 Cherry Hill Road Linden, VA 22642. Does any member of the panel know or have any business or personal relationship with the Plaintiff, Carol Scott?

2. The Plaintiff is represented by Patrick Regan and Christopher Regan of the law firm of Regan Zambri Long located at 1919 M Street, NW in Washington, DC. Does any member of the panel know Patrick Regan or Christopher Regan of Regan Zambri Long PLLC, or been represented by them or their law firm in the past?

3. The Defendant in this case is the Washington Metropolitan Area Transit Authority, often referred to as WMATA or Metro. Does any member of the panel work for, or have any business or personal relationship with the Defendant WMATA?

4. The Defendant WMATA is represented by Jason R. Waters, Esquire and Lauren Gilman, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, with offices located at 8444 Westpark Drive, Suite 510, McLean, VA 22102. Does any member of the panel

know Jason Waters or Lauren Gilman of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, or been represented by these lawyers or this law firm in the past?

5. During the course of this trial, various witnesses will be called to testify. At this point, I will ask the lawyers to stand and identify for you the names and addresses of the witnesses who will be called:

[LAWYERS IDENTIFY WITNESSES]

6. Has any member of the panel, or members of your immediate family, ever made a claim for damages and/or injuries which were sustained as a result of any incident?

7. Is there any member of the panel, or a member of your immediate family, who has ever had a claim made against them as a result of damages and/or injuries, including, but not limited to a claim which may have resulted in a lawsuit being filed? If so, please stand and indicate the nature of any such claim.

8. Is there any member of the panel, or member of your immediate family, who is a medical doctor, nurse, physical therapist, medical technician, or otherwise employed in the health care field?

9. Is there any member of the panel, or a member of your immediate family, who has had any legal training and/or who is employed or ever been employed as a lawyer, paralegal, or legal assistant, or in some other capacity in the field of law?

10. Is there any member of the panel or member of your immediate family who regularly rides the WMATA subway system?

11. Is there any member of the panel, or member of your immediate family, who has been involved in an incident with WMATA?

12. Is there any member of the panel, or member of your immediate family, who has been involved in any type of crash in which anyone suffered serious injuries?

13. Is there any member of the panel who feels they would be unable to listen to all of the evidence presented in this case and render a fair and impartial verdict absent any feelings of sympathy, or on the basis of race, color, gender, or age?

14. Has any member of the panel been a juror on a civil case in either this jurisdiction or any other jurisdiction? If so, how would that service affect your ability to sit as a fair and impartial juror on this case?

15. Is there any member of the panel who has any physical or mental health problem or any personal disability, or who for any reason would not be able to sit as a juror?  For example, is there any member of the jury panel who would have a difficult time hearing, seeing, or understanding the witnesses and the testimony that will be introduced during the trial or who has any other medical condition that would make you feel that you would not be able to sit as a juror on this case and give your full time and attention to it?

16. Is there any member of the panel who may have an "emergency" that might preclude him or her from sitting for the duration of the trial?

17. At the conclusion of the case, the Court will instruct you on the law that you are to follow in this case. Is there any member of the prospective jury panel who believes that for any reason, including but not limited to the fact that you may personally disagree with, or dislike the law which may apply to this case, that you will be unable to apply the law as instructed by the Court? If your Answer is yes, please approach the Bench.