**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CAROL WILD SCOTT,**              :

    **Plaintiff,**                  :

    v.                              :     Case No. 22-cv-601 (CRC)

**WASHINGTON METROPOLITAN**         :
**AREA TRANSIT AUTHORITY,**

                                          :

    **Defendant.**

## PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS

1. On September 23, 2019, the plaintiff Carol Scott boarded a WMATA Orange Line subway train in Vienna, Virginia and traveled to McPherson Square subway stop. The WMATA train operator stopped her train at the McPherson Square station platform, then—after passengers including Carol Scott had begun standing up to disembark—violently jerked the train forward without providing any warning to her passengers. As a result of this action by the train operator, Ms. Scott was thrown to the floor, suffering injuries including a fracture of her left hip that required surgery. Do any of you have any personal knowledge concerning this incident on September 23, 2019?

2. Is there any member of the panel, or member of your immediate family, who is a claims adjuster or otherwise works or has worked in the insurance industry?

3. Has any member of the panel or a close family member/friend ever suffered from severe injuries to their hip such as a fractured hip? If so, please approach.

4. Has any member of the panel or close family member or friend ever had a traumatic injury which required hip replacement surgery?

- 2 -

5.    Has any member of the panel or close family member or friend ever had any reason to have a hip replacement surgery?

6.    Has any member of the jury or a close family member ever suffered from constant pain at all times?

7.    Do any of you have a pre-set limit on the amount of money that you believe should be awarded in a lawsuit in a case in which someone suffered serious injuries?

8.    Do any of you believe it is wrong for a person who has suffered serious injuries to sue for money?

9.    Do any of you have a problem with the idea of providing money to someone in a lawsuit as compensation for medical bills?

10.   Do any of you have a problem with the idea of providing money to someone in a lawsuit as compensation for the harms and losses they have suffered?

11.   Do any of you support the idea of putting limits on lawsuits?

12.   Are there any other reasons not disclosed by the previous questions that you believe may affect your ability to sit as a fair and impartial juror in this case?