UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL WILD SCOTT,** | : |
| Plaintiff, | : |
| v. | : Case No. 22-cv-601 (CRC) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| | : |
| Defendant. | |

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

1. On September 23, 2019, Plaintiff boarded a WMATA Orange Line train in Vienna, Virginia, traveling to the McPherson Square Station. At several stops during the trip, Ms. Scott recalled that the train would stop as it approached the station and then move forward to its final berth at the platform. After the train arrived at McPherson Square, Ms. Scott stood up prior to the doors opening without holding on to anything. The train moved forward to its final berth at the platform. Ms. Scott alleges that because of this movement, Ms. Scott fell and sustained injuries.

2. Has any member of the panel, your spouse, or any member of your immediate family ever made a claim, either workers' compensation or otherwise, for personal injuries; or filed, defended, or been a witness in a lawsuit involving a claim for personal injuries?

3. Has any member of the panel, your spouse, or any member of your immediate family ever had any head, neck or hip injuries?

4. Has any member of the panel, or any member of your immediate family, been employed by an insurance company or any job in which you engaged in the investigation and/or the adjudication of claims?

310622422v.1

  5. Does any member of the panel have any information or knowledge concerning this occurrence?

  6. Has any member of the panel ever received any legal training of any nature, whatsoever?

  7. Is any member of the panel aware of any reasons whatsoever, not specifically inquired into, which you believe would make it impossible for you to fairly and impartially hear and resolve all the factual and legal issues in this case?

  8. Does any member of the panel ride Washington Metropolitan Area Transit Authority transportation on a regular basis? If so, would that fact bias you in any way for or against Washington Metropolitan Area Transit Authority in this case?

  9. Does any member of the panel or any of your family members work for Metro?

  10. Does any member of the panel have strong feelings about Metro – either positive or negative – and if so, please explain?

  11. Has any member of the panel, or any of your close friends or family members, ever had an experience with Washington Metropolitan Area Transit Authority, either favorable or unfavorable, that might prevent you from being a completely fair and impartial juror in this case? If so, please explain.

  12. Does any member of the panel feel media coverage concerning Washington Metropolitan Area Transit Authority would make it difficult for you to render a verdict based solely on the evidence in this case?

  13. Does any member of the panel believe that whenever an entity or organization is sued, that the entity or organization must have done something wrong? If so, please explain.

  14. Does any member of the panel believe that anytime someone experiences

injuries that the person is necessarily entitled to financial compensation?

15. Does any member of the panel believe that WMATA should pay damages anytime a person is injured on Metrorail?

16. Does any member of the panel believe that WMATA guarantees passenger safety on Metrorail?

17. If the Court instructs you that WMATA is not legally responsible anytime a passenger is injured on Metrorail, would any member of the panel be unable to follow that instruction and find for WMATA?

18. If the Court instructs that WMATA does not guaranty passenger safety on Metrorail, would any member of the panel be unable to follow that instruction and find for WMATA/

19. Does any member of the panel have feelings for or against negligence lawsuits, such as you feel that there are too few or too many of them?

20. Has any member of the panel or a close family member/friend ever suffered from injuries to their hip such as a fractured hip? If so, please approach.

21. Has any member of the panel or close family member or friend ever had an injury which required hip replacement surgery?

22. Throughout this trial, you will note that the Plaintiff will always go first. Plaintiff will be able to make her opening statement first, put on evidence first, and make her closing argument first. That is because she has the burden of proof in this case. Does any member of the Panel believe they will not be able wait to decide this case until you have heard both sides?

23. During this trial, I will instruct you that you may not communicate with anyone

with regard to the case including posting on Facebook, Twitter, Instagram, TikTok, and any other social networking site or electronic communication. Does any member of the Panel feel they would have a problem following this instruction?

24. During this trial you will not be able to use Google or any other search engine to perform any research regarding the issues before you during this trial. Does any member of the Panel feel they would have a problem following this instruction?

25. Does any member of the panel have any reason why you feel that you cannot render a fair verdict in this case based only on evidence admitted and the law as the Court instructs you, and without regard to passion, prejudice, or sympathy?

310622422v.1