**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL WILD SCOTT,** | : |
| **Plaintiff,** | : |
| v. | :   **Case No. 22-cv-601 (CRC)** |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| | : |
| **Defendant.** | |

### PLAINTIFF'S PROPOSED VERDICT FORM

1. Do you find that the Plaintiff Carol Scott has proved by a preponderance of the evidence that Defendant WMATA, through its train operator, was negligent and breached the national standard of care on September 23, 2019?

    Yes_____    No_____

    If your answer to Question No. 1 is **"Yes"**, then please answer Question No 2.

    If your answer to Question No. 1 is **"No"**, then your deliberations are complete, and you may not award damages and you should send a note to the Clerk stating that you have reached a verdict.

2. Do you find that the Plaintiff Carol Scott has established by a preponderance of the evidence that the breach of the standard of care by WMATA was a cause of Ms. Scott's injuries?

    Yes_____    No_____

    If your answer to Question No. 2 is **"Yes"**, then please proceed to Question No. 3.

If your answer to Question No. 2 is **"No"**, then your deliberations are complete, and you may not award damages and you should send a note to the Clerk stating that you have reached a verdict.

3. Do you find that Defendant WMATA has proved by a preponderance of the evidence that Ms. Scott was contributorily negligent on September 23, 2019?

Yes_____   No_____

If your answer to Question No. 3 is **"Yes"**, then please proceed to Question No. 4.

If your answer to Question No. 3 is **"No"**, then please skip Question No. 4 and answer Question No. 5 below.

4. Do you find that Defendant WMATA has established by a preponderance of the evidence that the contributory negligence by Ms. Scott was a cause of her injuries?

Yes_____   No_____

If your answer to Question No. 4 is **"Yes"**, then your deliberations are complete, and you may not award damages and you should send a note to the Clerk stating that you have reached a verdict.

If your answer to Question No. 4 is **"No"**, then please proceed to Question No. 5 below.

5. What amount of damages do you award to Plaintiff Carol Scott as full compensate for her injuries?

$_____

_____                              _____
Date                                                                                          Jury Foreperson

- 2 -