**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL WILD SCOTT,** | : |
| **Plaintiff,** | : |
| v. | :      **Case No. 22-cv-601 (CRC)** |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| | : |
| **Defendant.** | |

## DEFENDANT'S PROPOSED VERDICT FORM

1. Has the Plaintiff Carol Wild Scott proved by a preponderance that there was a national standard of care with respect to announcements while berthing Metro trains.

　　　Yes　　　　　　　　　　　No

If your answer to Question 1 is yes, the please proceed to Question 2. If your answer to Question 1 is no, then your deliberations are complete, and you should send a note to the Clerk stating that you have reached a verdict.

2. Has the Plaintiff Carol Wild Scott proved by a preponderance of the evidence that WMATA breached the national standard of care with respect to announcements while berthing Metro trains.

　　　Yes　　　　　　　　　　　No

If your answer to Question 2 is yes, the please proceed to Question 3. If your answer to Question 2 is no, then your deliberations are complete, and you should send a note to the Clerk stating that you have reached a verdict.

310625678v.1

   3.  Has the Plaintiff proven by a preponderance of the evidence that the breach of the national standard of care was a proximate cause of Ms. Scott's alleged injuries.

    \_\_\_\_\_Yes      \_\_\_\_\_No

If your answer to Question 3 is yes, the please proceed to Question 4. If your answer to Question 3 is no, then your deliberations are complete, and you should send a note to the Clerk stating that you have reached a verdict.

   4. Do you find that the Plaintiff was also negligent on September 23, 2019, and that her negligence contributed to her injuries?

    \_\_\_\_\_Yes      \_\_\_\_\_No

If your answer to Question 4 is no, the please proceed to Question 5. If your answer to Question 4 is yes, then your deliberations are complete, and you should send a note to the Clerk stating that you have reached a verdict.

   5.  What amount of damages do you award to Plaintiff?

    $_____

Your deliberations are now complete. Your foreperson should sign and date this form and send a note to the Clerk stating that you have reached a verdict.

_____  _____
FOREPERSON           DATE

310625678v.1