## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL W. SCOTT,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 1:22-cv-00601 CRC** |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of the Court:

Please withdraw the appearance of Neal Marcellas Janey, Jr., and Nicholas L. Phucas, as counsel for Defendant Washingto Metropolitian Area Transit Authority ("WMATA").

WMATA will continue to be repersented by Jason Waters, Lauren Gilman, and Patricia Beall of the law office of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and Laurie Hand at WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.

Dated: April 18, 2025

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No.: 491066)
Lauren Gilman, Esq. (D.C. Bar No.:90008050)
*pro hac vice*
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com

Patricia H. Beall, Esq. (D.C. Bar No.: 992515)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com
*Counsel for Defendant Washington Metropolitan
Area Transit Authority*

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

*/s/ Laurie Hand*
Laurie Hand, Esq. (DC Bar No.: 435095)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant Washington Metropolitan
Area Transit Authority*

*/s/ Neal Marcellas Janey, Jr.*
Neal Marcellas Janey, Jr. (D.C. No. 995449)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone: (202) 627-4540
Facsimile: (202) 962-2550
NMJaney@wmata.com

*/s/ Nicholas L. Phucas*
Nicholas L. Phucas (D.C. No. 475163)
113 Whitmoor Terrace
Silver Spring, Md. 20901
Telephone: (301)704-8852
nlphucas@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this April 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

<u>*/s/ Jason R. Waters*</u>
Jason R. Waters