**EXHIBIT A**

## Gilman, Lauren

| | |
|---|---|
| **From:** | Christopher J. Regan <CRegan@reganfirm.com> |
| **Sent:** | Wednesday, April 16, 2025 4:53 PM |
| **To:** | Waters, Jason; Gilman, Lauren |
| **Cc:** | Patrick M. Regan; Olivia Pope |
| **Subject:** | Scott: Ex. 17 Withdrawn |

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Jason,

I'll do you one better. Rather than sift through the file to tally up all the numbers, we just withdraw the exhibit. We are not going to be putting any into evidence, and upon reflection, in this case there's not really any other reason to mark them.

Best,

Chris

**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Waters, Jason <Jason.Waters@wilsonelser.com>
**Sent:** Wednesday, April 16, 2025 1:36 PM
**To:** Christopher J. Regan <CRegan@reganfirm.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Cc:** Patrick M. Regan <PRegan@reganfirm.com>; Olivia Pope <OPope@reganfirm.com>
**Subject:** RE: Scott: Emondi set for Thurs at 4:00

Confirmed. Thanks, Chris.

Per our discussion yesterday, would you please also identify the medical records for that exhibit in plaintiff's list. Bates numbers or dates ranges by providers would be sufficient for our purposes. Also, please let us know your thoughts on the schedule so we can line up our witnesses at the correct times. Thanks.

Jason

Jason Waters
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7812 (Direct)
571.405.1000 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
jason.waters@wilsonelser.com
pronouns: he, him, his

# Gilman, Lauren

| | |
|---|---|
| **From:** | Christopher J. Regan <CRegan@reganfirm.com> |
| **Sent:** | Tuesday, April 15, 2025 8:27 AM |
| **To:** | Gilman, Lauren; Patrick M. Regan |
| **Cc:** | Olivia Pope; Waters, Jason |
| **Subject:** | RE: Scott v WMATA: depo of Dr. Rao |

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Lauren,

Those are marked for identification only—we are not moving medical records into evidence.

Chris


**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Gilman, Lauren <Lauren.Gilman@wilsonelser.com>
**Sent:** Monday, April 14, 2025 9:58 PM
**To:** Patrick M. Regan <PRegan@reganfirm.com>; Christopher J. Regan <CRegan@reganfirm.com>
**Cc:** Olivia Pope <OPope@reganfirm.com>; Waters, Jason <Jason.Waters@wilsonelser.com>
**Subject:** RE: Scott v WMATA: depo of Dr. Rao

Pat and Chris,

Can you please specify what you intend to include in Plaintiff's Exhibit 17, Plaintiff's Medical Records? Do you have bates stamps you can refer to or a dropbox link with the records?

Thank you,
Lauren

Lauren Gilman
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7873 (Direct)
830.643.4587 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
lauren.gilman@wilsonelser.com

---

**From:** Olivia Pope <OPope@reganfirm.com>
**Sent:** Monday, April 14, 2025 5:33 PM
**To:** Gilman, Lauren <Lauren.Gilman@wilsonelser.com>; Waters, Jason <Jason.Waters@wilsonelser.com>

1