UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL WILD SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>Defendant. | Case No. 22-cv-601 (CRC) |

## VERDICT FORM

1. Do you find that the Plaintiff Carol Scott has proved by a preponderance of the evidence that Defendant WMATA, through its train operator, breached a national standard of care regarding berthing announcements?

   Yes __X__  No _____

   If your answer to Question No. 1 is "**Yes**", then please answer Question No 2.

   If your answer to Question No. 1 is "**No**", then your deliberations are complete, and you may not award damages and you should send a note to the Clerk stating that you have reached a verdict.

2. Do you find that the Plaintiff Carol Scott has established by a preponderance of the evidence that the breach of the national standard of care by WMATA was a cause of Ms. Scott's injuries?

   Yes __X__  No _____

   If your answer to Question No. 2 is "**Yes**", then please proceed to Question No. 3.

   If your answer to Question No. 2 is "**No**", then your deliberations are complete, and you may not award damages and you should send a note to the Clerk stating that you have reached a verdict.

3. Do you find that Defendant WMATA has proved by a preponderance of the evidence that Ms. Scott was contributorily negligent?

   Yes _____ No __X__

   If your answer to Question No. 3 is "**Yes**", then please proceed to Question No. 4.

   If your answer to Question No. 3 is "**No**", then please skip Question No. 4 and answer Question No. 5 below.

4. Do you find that Defendant WMATA has established by a preponderance of the evidence that the contributory negligence by Ms. Scott was a cause of her injuries?

   Yes _____ No _____

   If your answer to Question No. 4 is "**Yes**", then your deliberations are complete, and you may not award damages and you should send a note to the Clerk stating that you have reached a verdict.

   If your answer to Question No. 4 is "**No**", then please proceed to Question No. 5 below.

5. Do you find that Defendant WMATA has proved by a preponderance of the evidence that Ms. Scott assumed the risk of harm?

   Yes _____ No __X__

   If your answer to Question No. 5 is "**Yes**", then your deliberations are complete, and you may not award damages and you should send a note to the Clerk stating that you have reached a verdict.

   If your answer to Question No. 5 is "**No**", then please proceed to Question No. 6 below.

6. What amount of damages do you award to Plaintiff Carol Scott?

   $ 1,600,000.00    ($1.6 million)

The Verdict Form is now complete. Please sign and date the Verdict Form.

Date: 4/23/2025

Foreperson

2