Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CAROL WILD SCOTT

   Plaintiff(s)

V.

Civil Action No.  22-cv-601 (CRC)

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

   Defendant(s)

## JUGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable Christopher R. Cooper, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

CAROL WILD SCOTT

have and recover of and from the defendant(s):

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

the sum of  1,600,000.00

together with costs.

ANGELA D. CAESAR, Clerk

Dated: 04/23/2025        By: Luileadny Navas Gonzalez
                              Deputy Clerk