

**REGAN ZAMBRI LONG PLLC**
YOUR PARTNERS FOR JUSTICE
1919 M STREET NW SUITE 600
WASHINGTON DC 20036
(202) 463-3030

M&T Bank

7-11/520

58532

4/30/2025

PAY TO THE ORDER OF   Swain, Ms Stacey                                                           $ **40.00

Forty and 00/100************************************************************************************   DOLLARS

Swain, Ms Stacey
8201 Corporate Drive
Suite 900
New Carrollton, MD 20785
USA

NOT VALID IF PRESENTED AFTER 180 DAYS

AUTHORIZED SIGNATURE

MEMO   Appearance at Trial, 4/21/2025 / 208988 / Scott, Esq

⑈058532⑈ ⑆052000113⑆ 986813175 7⑈

---

**REGAN ZAMBRI LONG PLLC**                                                                        58532

Swain, Ms Stacey                                                  4/30/2025
              Appearance at Trial, 4/21/2025 / 208988 / Scott, Esq,                     40.00




M&T Client Expense   Appearance at Trial, 4/21/2025 / 208988 / Scott,                  40.00

**REGAN ZAMBRI LONG PLLC**                                                                        58532

Swain, Ms Stacey                                                  4/30/2025
              Appearance at Trial, 4/21/2025 / 208988 / Scott, Esq,                     40.00




M&T Client Expense   Appearance at Trial, 4/21/2025 / 208988 / Scott,                  40.00

PRODUCT SSLT104   USE WITH 91663 ENVELOPE         Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop