```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
       - - - - - - - - - - - - - - x
 3     CAROL WILD SCOTT,
                                      CA No:  1:22-cv-00601-CRC
 4               Plaintiff,
                                      Washington, D.C.
 5     v.                            Monday, April 21, 2025
                                      9:41 a.m.
 6
       WASHINGTON METROPOLITAN AREA
 7     TRANSIT AUTHORITY,

 8               Defendant.
       - - - - - - - - - - - - - - x
 9

10     _____

11                      TRANSCRIPT OF JURY TRIAL
             HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
12                   UNITED STATES DISTRICT JUDGE
       _____
       APPEARANCES:
13     For the Plaintiff:        PATRICK MICHAEL REGAN, ESQ.
                                 CHRISTOPHER REGAN, ESQ.
14                               REGAN ZAMBRI & LONG, PLLC
                                 1919 M Street, NW, Suite 350
15                               Washington, DC 20036
                                 (202) 463-3030
16                               pregan@reganfirm.com
                                 cregan@reganfirm.com
17

18     For the Defendant:        JASON R. WATERS, ESQ.
                                 LAUREN GILMAN, ESQ.
19                               WILSON ELSER
                                 8444 Westpark Drive, Suite 510
20                               McLean, VA 22102
                                 (703) 245-9300
21                               jason.waters@wilsonelser.com
                                 lauren.gilman@wilsonelser.com
22
       Court Reporter:           Lisa A. Moreira, RDR, CRR
23                               Official Court Reporter
                                 U.S. Courthouse, Room 6718
24                               333 Constitution Avenue, NW
                                 Washington, DC  20001
25                               (202) 354-3187
```

1                             I N D E X

2

3      WITNESS                                                    PAGE

4        **STACY SWAIN**
            (By Mr. P. Regan)...................................158
5            (By Mr. Waters)....................................164

6        **CAROL WILD SCOTT**
            (By Mr. P. Regan)...................................177
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2             THE COURTROOM DEPUTY:  Your Honor, we're on the

 3    record for Civil Case 22-601, Carol Wild Scott v.

 4    Washington Metropolitan Transit Authority.

 5             Counsel, please approach and identify yourselves

 6    for the record starting with the plaintiff.

 7             MR. P. REGAN:  Good morning, Your Honor; Patrick

 8    Regan and Christopher Regan on behalf of the plaintiff,

 9    Carol Scott, who is seated at counsel table.

10             THE COURT:  Okay.  Good morning, everybody.  I

11    hope you all had a nice weekend.

12             And, Ms. Scott, good to meet you.

13             MR. WATERS:  Good morning, Your Honor; Jason

14    Waters along with Lauren Gilman for defendant, Washington

15    Metropolitan Transit Authority.  We're joined by our client

16    representative, Laurie Hand, from Metro.

17             THE COURT:  Okay.  Good morning, folks.

18             All right.  The jury should -- or the panel should

19    be assembling very shortly.  While we wait, I wanted to tie

20    up a few loose ends from the pretrial conference.

21             Okay.  First, the Court will sustain WMATA's

22    objection to testimony about prior accidents.  It's excluded

23    under 402 and Rule 403.  The Court will also sustain WMATA's

24    objection to evidence regarding the two prior overruns by

25    the train operator in question under Rule 402.  The evidence
```

1    is overly attenuated and speculative as to how the overruns

2    might have contributed to the absence of any warning in this

3    case.

4           Mr. Regan, I'll let you introduce the 30(b)(6)

5    witness testimony by video in your case-in-chief.  30(b)(6)

6    deposition testimony is generally allowed for any purpose

7    under Rules 32(a)(2) and 32(a)(3).  I think I would be

8    within my discretion to just handle it once in the

9    defendant's case, and since the witness is available and

10   plans to testify if it were duplicative or overly time-

11   consuming, but I don't get the sense that this testimony

12   will fall into those categories.  So we'll let you play the

13   video depositions of the two 12(b)(6) components in your

14   case-in-chief.

15          The surgical illustrations, they can be marked as

16   a demonstrative for the record but may not be introduced as

17   evidence or sent back to the jury.  This is covered by the

18   new Federal Rule of Evidence 107, which was just adopted

19   last December, and it provides that illustrative aids such

20   as this are not evidence and should not go to the jury room

21   unless the nonproponent consents to that or for good cause.

22   So you can use them with the surgeon as long as he can lay a

23   foundation for them, but they will not go back to the jury

24   room.

25          We'll allow the entirety of SOP 40 and 50 to come

1    in.  They're relatively short.  I read the parts of them

2    that are unrelated to the relevant provisions.  Nothing in

3    them struck me as being particularly prejudicial.  The

4    documents sort of stand on their own, and I'm sure you will

5    highlight the relative portions for the jury.  And I really

6    don't see a need for the jury to get to the rest of them, so

7    I don't think it will be an issue of confusion or wasting of

8    any time.

9          Any demonstratives you plan to use in openings

10   that have not been discussed at the pretrial or otherwise?

11   If so, just exchange them so that I can deal with any

12   objections to avoid interrupting your openings.  All right?

13         Finally, this did not come up at the pretrial,

14   but, Mr. Regan, do you plan on suggesting a damages or a

15   pain and suffering damages figure to the jury?

16         MR. P. REGAN:  No, Your Honor.

17         THE COURT:  Okay.  So we don't have to deal with

18   that.

19         All right.  Ms. Jenkins -- oh, one issue with the

20   jury.  I noticed that one of the jurors, No. 54, Mr. West,

21   is a WMATA custodian.  Any objection to striking him for

22   cause and dismissing him now?

23         MR. P. REGAN:  No, Your Honor.

24         MR. WATERS:  None, Your Honor.

25         THE COURT:  Okay.  Juror 54 is stricken for cause

```
 1    because he's employed by WMATA.

 2              So, Ms. Jenkins, we can let Mr. West, who's last

 3    on the list, the alphabetical list, go.

 4              MR. WATERS:  Your Honor, briefly may I request a

 5    couple of clarifications on the rulings this morning with

 6    regard to some of the evidentiary issues?

 7              THE COURT:  Why don't we do it after --

 8              MR. WATERS:  Of course.

 9              THE COURT:  -- or over lunch so as not to take any

10    more time.

11              MR. P. REGAN:  I have one point on the voir dire,

12    if I could?

13              THE COURT:  Sure.

14              MR. P. REGAN:  And that is, on Question No. 15, I

15    would try to -- I would propose that we work in the word

16    "surgery" as opposed to simply "injury."

17              THE COURT:  Well, if they answer yes, you can

18    follow up and ask "Was it a surgery?"  Okay?

19              MR. P. REGAN:  Okay.

20              THE COURT:  Well, Mr. Waters, any objection to

21    changing "injuries" to "surgeries"?

22              MR. WATERS:  I would defer to Your Honor.  I had

23    the same reaction.  I think it's a matter of follow-up with

24    the jurors, if they bring that up.

25              THE COURT:  Right, but -- let's do "surgeries."  I
```

```
1    agree with that.  It's more specific.  We're going to get a
2    lot of people answering yes.
3              THE COURTROOM DEPUTY:  Your Honor, jury panel.
4              (Venire enters courtroom)
5              THE COURTROOM DEPUTY:  All right.  Your Honor, the
6    panel has been seated.
7              THE COURT:  Okay.  Good morning, everybody.
8              VENIRE IN UNISON:  Good morning.
9              THE COURT:  (Said more loudly) Good morning,
10   everybody.
11             VENIRE IN UNISON:  Good morning.
12             THE COURT:  All right.  Welcome to the United
13   States District Court for the District of Columbia.  I am
14   Judge Cooper, and I am presiding over this trial.
15             Thank you very much for your service.  I hope you
16   all didn't have to wait at the doors too long this morning.
17   We have a very big antitrust trial going on with a lot of
18   media attention, so that was the reason for the long lines,
19   if you encountered them.
20             This is the next stage of jury selection.  Before
21   I go any farther, let me just orient you a little bit.
22             This young lady here is our court reporter, who is
23   taking down everything that is said today.
24             You've met our courtroom deputies, who make me
25   look good and make sure I don't do anything wrong and make
```

1    sure the trains run on time.

2          These good folks over to my left are courtroom

3    staff and courthouse staff.  And it takes a lot of effort to

4    put on a trial in federal court, and we are in these folks'

5    debt.

6          All right.  So this is the next phase of jury

7    selection, and what's going to happen is we're going to ask

8    you all a series of questions, and then we're going to

9    break, and we're going to bring up each one of you or at

10   least some of you to answer follow-up questions regarding

11   the questionnaire that we administer in a few minutes.

12         These good folks here are obviously the parties in

13   the case, and I will give them an opportunity to introduce

14   themselves in a minute.  But first, let me tell you a little

15   bit about the case.

16         This is a civil lawsuit brought by the plaintiff,

17   Carol Wild Scott, against the defendant, Washington

18   Metropolitan Transit Authority, better known as WMATA.

19   Ms. Scott alleges that on September 23, 2019, a WMATA train

20   operator acted negligently when she repositioned the train

21   without warning after stopping at the McPherson Square Metro

22   stop causing Ms. Scott to fall and suffer a broken femur.

23         WMATA denies that the train operator acted

24   negligently and contends that Ms. Scott's own negligence

25   contributed to any injury that she suffered.  Okay?

1    Do each of you have an index card and a pen or

2    pencil?

3    All right.  The first thing I'd like for you to do

4    is to write your juror number on the upper right-hand corner

5    of your index card.  I'm going to ask you a series of

6    questions, and each of the questions is a yes or no

7    question.  If your answer to the question is yes, please

8    write the question number on your card.  Don't write "yes"

9    or "no."  Don't explain your answer.  Just write the

10    question number on your card.  We'll then collect all of the

11    cards, and we'll bring you up in order, and we'll ask some

12    follow-up questions -- I'll ask some questions and the

13    attorneys may ask a few questions -- regarding your

14    responses.  Is that clear?

15    Okay.  Before you do any of that, we'll need all

16    of you to stand and raise your right hand to be sworn in by

17    the courtroom deputy.

18    (Venire sworn)

19    THE COURT:  All right.  Question 1, do you know

20    anything about this case or the events that I just

21    described?  If you think you might be familiar with this

22    case in any way, write No. 1 on your card.

23    I will now ask the attorneys to introduce

24    themselves and their clients starting with the plaintiff in

25    the case.

```
 1              MR. P. REGAN:  Good morning, ladies and gentlemen.

 2    My name is Patrick Regan; also with me is Christopher Regan;

 3    and then seated to his left is the plaintiff in this case,

 4    Carol Scott.  We're with the law firm of Regan, Zambri &

 5    Long.  The offices are located at the corner of 20th and M

 6    Streets.  It's 1919 M Street in Washington.

 7              MR. WATERS:  Good morning, everyone.  My name is

 8    Jason Waters.  I'm with the Wilson Elser law firm.  I'm

 9    joined by my colleague, Lauren Gilman, from my firm and by

10    Laurie Hand, who is in the office of general counsel at

11    Metro.  Our offices are in D.C. and in Virginia and

12    Baltimore.

13              THE COURT:  Thank you.

14              Okay.  Do any of you know or think you may know

15    any of these good folks, or do any of you know me?  If you

16    know any of the parties or if you think you know me, please

17    write 2 on your card.

18              Okay.  Question 3.  Take a minute to look around

19    at your fellow panel members.  Do you know or think you may

20    know anyone else on the jury panel?  If so, please write 3

21    on your card.

22              4:  During the course of the trial, the following

23    people may be called to testify as witnesses or at least

24    mentioned.  If you think you know any of these people,

25    please write 4 on your card:  Alfred Emondi, Don Phillip,
```

1    Stacy Swain, Dominic Johnson -- and that's Ms. Dominic

2    Johnson -- Ellen Chase, Rebecca Hunter, Keisha Simone Henry,

3    Clev, C-L-E-V, Bernard Bennett, Carl Berkowitz, Dr. Rajkumar

4    Rao, R-A-O, Dr. Andrew Bishop, and Dr. Denis Harris.

5            If you think you might know any of those folks,

6    please write 4 on your card.

7            Question 5:  Have you or any member of your

8    immediate family ever made a claim for damages or injuries

9    that were sustained as a result of any accident or other

10   incident?  If either you or a member of your immediate

11   family has ever made a claim for damages resulting from an

12   accident, please write 5 on your card.

13           Have you, any close friend or relative, ever been

14   a plaintiff in a lawsuit or filed a legal claim against

15   someone else?

16           Okay.  And when I say "close friend or relative"

17   -- and I'll say that in connection with a number of these

18   questions -- I don't mean your second cousin from Peoria

19   that you see every other Thanksgiving.  Okay?  These are

20   close friends or close relatives who may be in a position to

21   influence your views about the kinds of issues that would

22   come up in a case like this.  Okay?

23           Question 7:  Have you or any close friend or

24   relative ever been a defendant in a lawsuit or had a legal

25   claim of any kind filed against you?  If so, write 7 on your

1    card.

2              Do you or any member of your immediate family

3    regularly ride the Metro subway system?

4              Have you -- if so, write 8 on your card.

5              Question 9:  Have you or any close friend or

6    relative ever been employed by WMATA or the Metro system?

7              Question 10:  Have you or any close friend or

8    relative been involved in an accident or dispute involving

9    WMATA?

10             Question 11:  Do you have strong feelings about

11   the Metro system, either positive or negative?  If so, write

12   11 on your card.

13             Question 12:  Have you or any member of your

14   immediate family been involved in any type of accident or

15   collision in which someone suffered injuries?  If so, write

16   12 on your card.

17             13:  Are you or any close friend or relative a

18   medical doctor, nurse, physical therapist, medical

19   technician, or otherwise employed in the healthcare field?

20             14:  Have you or any close friend or relative ever

21   worked as a claims adjuster or in the insurance industry

22   more generally?

23             15:  Have you or any close friend or relative ever

24   had any head, neck, or hip surgery?  If yes, write 15 on

25   your card.

1      16:  Do you have any legal training, or have you

2  ever worked in the legal profession?

3      17:  Have you or any close friend or relative ever

4  been a witness for the plaintiff or for the defense in a

5  civil lawsuit?

6      Question 18:  Have you served on a grand jury or a

7  trial jury in a criminal or civil case in either state or

8  federal court?  So any prior jury service whatsoever, please

9  write 18 on your card.

10     Question 19:  Would you have any difficulty

11  awarding money damages against the defendant if you believed

12  that the evidence supported such an award?  If you would

13  have any difficulty doing that, please write 19 on your

14  card.

15     20:  Would you have any difficulty not awarding

16  money damages to the plaintiff if you believed that the

17  evidence does not support the plaintiff's claims?  If you

18  would have any difficulty not awarding money damages to the

19  plaintiff if you believe the evidence does not support the

20  plaintiff's claim, please write 20 on your card.

21     21:  Do you believe that any time someone

22  experiences injuries, that the person is necessarily

23  entitled to financial compensation?  If you believe that the

24  person -- that someone is necessarily entitled to financial

25  compensation any time they suffer an injury, please write 21

1    on your card.

2         22:  Do you have any personal, political, moral,

3    religious, or philosophical beliefs that would preclude you

4    from sitting on a jury or that would make it difficult or

5    uncomfortable for you to render a fair and impartial verdict

6    based solely on the evidence and the law in this case?  If

7    you have any beliefs that would make it difficult for you to

8    sit on a jury and follow the Court's instructions and render

9    an impartial verdict, please write 22 on your card.

10        This should be a relatively short trial.  Working

11   with the parties, we anticipate that the presentation of

12   evidence in the case should last until Wednesday.  The

13   length of the deliberations after the close of evidence is

14   determined by the jury itself.  Given this schedule, do you

15   believe that serving as a juror on this case would

16   constitute an extreme hardship?

17        And before you answer that, when I say "extreme

18   hardship," I recognize that jury service is inconvenient for

19   many people, and so an extreme hardship is not just mere

20   inconvenience.  It means something that would truly take you

21   away from your work or other obligations that are

22   unavoidable.  Okay?

23        Question 24 -- and I should also say, if we excuse

24   anyone based on an extreme hardship, their name will be

25   given back to the jury office, and you will likely be called

1    sometime in the near future.

2        24:  Do you have a hearing problem that would make

3    it difficult for you to comprehend oral testimony, or

4    limited vision, or any other medical condition that would

5    make it difficult for you to hear or read the evidence in

6    this case?  If so, please write 24 on your card.

7        25:  Are you currently taking any medication that

8    might cause you drowsiness, or are you experiencing any

9    other physical or medical conditions that might affect your

10    ability to give your full attention to this case?  If you're

11    experiencing any medical conditions or taking any

12    medications that might prevent you from being an attentive

13    juror in this case, please write 25 on your card.

14        26:  Do you have any difficulty understanding the

15    English language?  If so, write 26 on your card.

16        27:  At the conclusion of the case, I will

17    instruct you on the law that you are to follow in your

18    deliberations.  Do you believe that for any reason,

19    including but not limited to the fact that you may

20    personally disagree or dislike the law which may apply to

21    this case, you would be unable to apply the law as

22    instructed by the Court?  In other words, if you have any

23    reason to believe that you could not apply the instructions

24    given by the Court even if you were to disagree with them,

25    write 27 on your card.

1            And finally 28.  This is what I call our catch-all

2    question.  Do you know of any other reason that I have not

3    mentioned that would make you unable to sit and hear this

4    case or to follow my instructions and then render a fair and

5    impartial verdict?  If there's anything else you want to

6    tell me about why you might not be a fair and impartial

7    juror in this case, please write 28 on your card.

8            All right.  Any questions?

9            Good.

10           All right.  Ms. Jenkins will collect all of your

11   cards, and then we'll proceed from there.

12           (Pause)

13           THE COURT:  Okay.  Ladies and gentlemen, I try to

14   avoid wasting jurors' time, all right, and having you sit

15   around unnecessarily, so we're going to start individual

16   questioning beginning with the folks in the jury box.  So if

17   you are in the second or third rows in the gallery, I'm

18   going to release you until, let's say, 11:30.  All right?

19           But before you go, it's important to understand

20   that you are not to talk about the case with anyone.  I know

21   it is tempting to call your loved ones and tell them about

22   this case that you've been potentially selected to sit on.

23   Please avoid doing that.  You can say that you're in a jury

24   pool for a personal injury case, but don't go any farther

25   than that.

```
1              It is also important that you not do any

2    independent research about the case -- so no social media,

3    no Googling, no reading the paper about Metro -- because

4    these folks are entitled to a verdict based only on the

5    evidence that is introduced here at trial.  When jurors do

6    independent research beyond that, it deprives the parties of

7    that right.

8              So we'll let you go, but it's important that you

9    not discuss the case, including with the fellow members of

10   the venire, and that you not do any independent research on

11   the case.  Please report back at 11:30, and we'll go from

12   there.  Thank you.

13             (Remaining venire exits courtroom)

14             THE COURT:  Mr. Regan, I hope you didn't have to

15   work too much over Easter.

16             MR. P. REGAN:  It's the life we live, right?

17             THE COURT:  Yes.

18             MR. P. REGAN:  What can you do?

19             MR. C. REGAN:  We were together anyway.

20             THE COURT:  Ms. Hand, are you in the D.C. area, or

21   are you in Virginia?

22             MS. HAND:  My office is in D.C., but I live in

23   Arlington.

24             THE COURT:  Okay.

25             THE COURTROOM DEPUTY:  Your Honor, Juror No. 0506.
```

```
1                THE COURT:  Step right up.

2           Okay.  Good morning.

3                PROSPECTIVE JUROR NO. 0506:  Good morning.

4                THE COURT:  You're ███████?

5                PROSPECTIVE JUROR NO. 0506:  Yes, sir.

6                THE COURT:  All right.  Thank you for your

7      service.

8           All right.  ███████, it says here that you are

9      currently unemployed; is that right?

10               PROSPECTIVE JUROR NO. 0506:  Yes.

11               THE COURT:  Where did you last work?

12               PROSPECTIVE JUROR NO. 0506:  I was working for the

13     Democratic Congressional Campaign Committee.

14               THE COURT:  All right.  And what did you do for

15     them?

16               PROSPECTIVE JUROR NO. 0506:  I was the deputy

17     polling and modeling director.

18               THE COURT:  Okay.  And do you have a significant

19     other?

20               PROSPECTIVE JUROR NO. 0506:  I do.

21               THE COURT:  And what do they do?

22               PROSPECTIVE JUROR NO. 0506:  They work for the

23     Smithsonian Asian Art Museum as a virtual educator.

24               THE COURT:  Okay.  Are you from D.C. originally?

25               PROSPECTIVE JUROR NO. 0506:  I'm originally from
```

```
 1    San Francisco.
 2              THE COURT:  How long have you been in town?
 3              PROSPECTIVE JUROR NO. 0506:  Just about ten years.
 4              THE COURT:  All right.  So you answered yes to a
 5    few of my questions.
 6              No. 6, you or a close friend have been a plaintiff
 7    in a lawsuit.  Tell me about that.
 8              PROSPECTIVE JUROR NO. 0506:  Yes, so my father is
 9    a trial attorney.
10              THE COURT:  Okay.  Where does he work?
11              PROSPECTIVE JUROR NO. 0506:  Are you asking firm,
12    or are you asking location?
13              THE COURT:  Location.
14              PROSPECTIVE JUROR NO. 0506:  Location.  He mostly
15    works in Silicon Valley.
16              THE COURT:  And does he work on the plaintiff's
17    side, or the defense side, or both?
18              PROSPECTIVE JUROR NO. 0506:  He does both.
19              THE COURT:  Does he do personally injury work?
20              PROSPECTIVE JUROR NO. 0506:  He does not.
21              THE COURT:  What's his practice?
22              PROSPECTIVE JUROR NO. 0506:  Intellectual property
23    litigation.
24              THE COURT:  Okay.  You regularly ride the Metro?
25              PROSPECTIVE JUROR NO. 0506:  Yes, sir.
```

```
 1                    THE COURT:  Okay.  Have you ever observed any
 2       accidents on the Metro?
 3                    PROSPECTIVE JUROR NO. 0506:  Not to my knowledge.
 4                    THE COURT:  And you or close friends or family
 5       have legal training.  Is that your dad?
 6                    PROSPECTIVE JUROR NO. 0506:  Yes.
 7                    THE COURT:  Anyone else?
 8                    PROSPECTIVE JUROR NO. 0506:  Nothing close.
 9                    THE COURT:  Okay.  And you or a close friend or
10       relative work in the medical field in some capacity.
11                    PROSPECTIVE JUROR NO. 0506:  Yes.  My younger
12       sister is a nurse.
13                    THE COURT:  Where is she a nurse?
14                    PROSPECTIVE JUROR NO. 0506:  UCSF in San
15       Francisco.
16                    THE COURT:  What kind of nurse is she?
17                    PROSPECTIVE JUROR NO. 0506:  She does women's
18       health.
19                    THE COURT:  Does she -- is she a surgical nurse?
20                    PROSPECTIVE JUROR NO. 0506:  No.  She's a nurse
21       practitioner that does women's health.
22                    THE COURT:  Okay.  Mr. Regan.
23                    MR. P. REGAN:  No questions, Your Honor.
24                    THE COURT:  Mr. Waters?
25                    MR. WATERS:  Yes, Your Honor.
```

1              ██████████, did I understand correctly -- by the

2     way, good morning.  I'm Jason Waters.

3              Did I understand correctly that you answered yes

4     to No. 6, whether a friend or relative had filed a lawsuit

5     as a plaintiff?

6              PROSPECTIVE JUROR NO. 0506:  Yes, sir.

7              MR. WATERS:  And may I ask who the friend was?

8     Not the name, but by relation.

9              PROSPECTIVE JUROR NO. 0506:  Yes, it's my father.

10             MR. WATERS:  Your father had filed a lawsuit?

11             PROSPECTIVE JUROR NO. 0506:  Yes.

12             MR. WATERS:  Did he file the lawsuit as a party?

13             PROSPECTIVE JUROR NO. 0506:  I believe it was as

14    an attorney.

15             MR. WATER:  As an attorney?

16             PROSPECTIVE JUROR NO. 0506:  As an attorney.

17             MR. WATERS:  Okay.  So he wasn't filing a lawsuit

18    with regard to any personal injury that he sustained?

19             PROSPECTIVE JUROR NO. 0506:  Not to my knowledge.

20             MR. WATERS:  Okay.

21             Those are my questions.  Thank you, Judge.

22             THE COURT:  Okay.  Thank you.  You can step down.

23             Any objection to 506, or any challenge to 506?

24             MR. P. REGAN:  None from plaintiff, Your Honor.

25             MR. WATERS:  I'm sorry, Your Honor, you're asking

1    for cause?

2              THE COURT:  Any challenge for cause to 506?

3              MR. WATERS:  No cause.

4              THE COURT:  506 is qualified.

5              THE COURTROOM DEPUTY:  Your Honor, Juror No. 0984.

6              THE COURT:  Good morning, ma'am.

7              PROSPECTIVE JUROR NO. 0984:  Good morning.

8              THE COURT:  Nice to meet you.  You are ███████;

9    is that correct?

10             PROSPECTIVE JUROR NO. 0984:  Yes.

11             THE COURT:  Okay.  And it says here you are a

12   teacher at St. Coletta's.

13             PROSPECTIVE JUROR NO. 0984:  Correct.

14             THE COURT:  What grade do you teach?

15             PROSPECTIVE JUROR NO. 0984:  Well, all of my kids

16   have disabilities, so we don't really go by grade.  We go by

17   age.  10- and 12-year-olds.

18             THE COURT:  Thank you for doing what you do.

19             How long have you been a teacher?

20             PROSPECTIVE JUROR NO. 0984:  Eight years.

21             THE COURT:  And do you have a significant other?

22             PROSPECTIVE JUROR NO. 0984:  No.

23             THE COURT:  And I don't mean to pry.  We just have

24   to ask what they do, if you do.  All right?

25             All right.  You answered yes to four of my

1    questions.  Question 5, you or someone in your family has

2    made a claim for damages?

3              PROSPECTIVE JUROR NO. 0984:  Yes.

4              THE COURT:  Tell us a little about that.

5              PROSPECTIVE JUROR NO. 0984:  So I have a -- my

6    cousin, he fell down the steps at his apartment because the

7    steps was very rocky, something that they should have fixed.

8    So that's why.  He broke his wrist and had a neck injury.

9              THE COURT:  Okay.  Were you a witness in that

10   case?

11             PROSPECTIVE JUROR NO. 0984:  No.

12             THE COURT:  No.  And that was here in Washington?

13             PROSPECTIVE JUROR NO. 0984:  Yes.

14             THE COURT:  And how did that come out?

15             PROSPECTIVE JUROR NO. 0984:  Well, he won the

16   lawsuit because other people complained about the steps

17   being rocky and everything.

18             THE COURT:  Okay.  You or someone in your family

19   rides Metro a lot?

20             PROSPECTIVE JUROR NO. 0984:  Yes.  My mother,

21   every day.

22             THE COURT:  Your mother?

23             PROSPECTIVE JUROR NO. 0984:  And my mom also got a

24   disability, too, so, yeah.

25             THE COURT:  Okay.  And you know someone who's been

1    employed by WMATA?

2              PROSPECTIVE JUROR NO. 0984:  A lot of my family.

3              THE COURT:  Is that right?

4              PROSPECTIVE JUROR NO. 0984:  Yes.

5              THE COURT:  Who is the closest member of your

6    family?

7              PROSPECTIVE JUROR NO. 0984:  I got uncles,

8    cousins, my aunt, brother.

9              THE COURT:  Okay.  Do they ever talk about their

10   jobs?

11             PROSPECTIVE JUROR NO. 0984:  No.

12             THE COURT:  Do they ever talk about the Metro

13   system or WMATA generally?

14             PROSPECTIVE JUROR NO. 0984:  Here and there.

15             THE COURT:  Okay.  Have you formed any impressions

16   about WMATA based on conversations that you've had with your

17   family members?

18             PROSPECTIVE JUROR NO. 0984:  Yes.

19             THE COURT:  Okay.  Do you want to share those?

20             PROSPECTIVE JUROR NO. 0984:  I just feel like the

21   system could be a little better with safety-wise.

22             THE COURT:  Okay.  How so?  Any specifics?

23             PROSPECTIVE JUROR NO. 0984:  There's just a lot of

24   robberies and stuff happening on Metro.

25             THE COURT:  Okay.

```
1                    PROSPECTIVE JUROR NO. 0984:  So it's like I have
2        my pros and cons with Metro.
3                    THE COURT:  Any of your family members been
4        assaulted, you know, or got involved in security incidents
5        while they were working for Metro?
6                    PROSPECTIVE JUROR NO. 0984:  Yes, my brother.
7                    THE COURT:  Tell me about that.
8                    PROSPECTIVE JUROR NO. 0984:  It was also a Metro
9        officer.  They got into an altercation.
10                   THE COURT:  With another employee?
11                   PROSPECTIVE JUROR NO. 0984:  Yes.
12                   THE COURT:  So it was two employees?
13                   PROSPECTIVE JUROR NO. 0984:  Yes.
14                   THE COURT:  Okay.  And was your brother
15       disciplined at all, to your knowledge?
16                   PROSPECTIVE JUROR NO. 0984:  Oh, I don't know.
17                   THE COURT:  You don't know.  You don't know the
18       specifics?
19                   PROSPECTIVE JUROR NO. 0984:  No.  I didn't ask any
20       details.
21                   THE COURT:  All right.  And I want you to give me
22       an honest answer.  This case obviously involves a claim
23       about someone who says that they were injured on a Metro
24       train because of negligence on the part of the train driver.
25       Based on what you know from your family members or
```

```
 1    discussions with your family members about Metro, do you

 2    think that you could give Metro a fair shot in this case?

 3              PROSPECTIVE JUROR NO. 0984:  Yes.

 4              THE COURT:  Okay.  And do you think you could give

 5    the plaintiff a fair shot?

 6              PROSPECTIVE JUROR NO. 0984:  Yes.

 7              THE COURT:  Are you sure about that?

 8              PROSPECTIVE JUROR NO. 0984:  Positive.

 9              THE COURT:  Okay.  You have prior jury service?

10              PROSPECTIVE JUROR NO. 0984:  Yes.

11              THE COURT:  How many times?

12              PROSPECTIVE JUROR NO. 0984:  Just one time.

13              THE COURT:  Okay.

14              PROSPECTIVE JUROR NO. 0984:  This is my first time

15    in this Court.

16              THE COURT:  Okay.  So you were across the street?

17              PROSPECTIVE JUROR NO. 0984:  Yes.

18              THE COURT:  And what was that case about?

19              PROSPECTIVE JUROR NO. 0984:  I can't even

20    remember.

21              THE COURT:  Was it a criminal case or a civil

22    case?  Do you remember that?

23              PROSPECTIVE JUROR NO. 0984:  It was a criminal

24    case.

25              THE COURT:  Okay.  And were you -- you served on
```

```
 1    the jury, or were you an alternate?

 2                PROSPECTIVE JUROR NO. 0984:  No, I was just --

 3                THE COURT:  You were just in the panel like today?

 4                PROSPECTIVE JUROR NO. 0984:  Yes, yes.

 5                THE COURT:  You didn't get picked for the jury?

 6                PROSPECTIVE JUROR NO. 0984:  No, I didn't get

 7    picked.

 8                THE COURT:  All right.  Mr. Regan.

 9                MR. P. REGAN:  Just one question, ███████.

10                PROSPECTIVE JUROR NO. 0984:  Yes.

11                MR. P. REGAN:  Are any of your family members

12    subway train operators?

13                PROSPECTIVE JUROR NO. 0984:  No.

14                MR. P. REGAN:  Okay.  Thank you.

15                No further questions, Your Honor.

16                THE COURT:  Okay.  Mr. Waters?

17                MR. WATERS:  No questions, Your Honor.

18                THE COURT:  All right.  Thank you, ma'am.  You can

19    step down.

20                All right.  Mr. Regan?

21                MR. P. REGAN:  No challenge, Your Honor.

22                MR. WATERS:  Yes, Your Honor.  We challenge for

23    cause.

24                THE COURT:  Come to the podium.

25                MR. WATERS:  Sure.  ██████████ indicated, Your
```

1  Honor, that she has a lot of family -- aunts, uncles,

2  cousins -- who work for Metro.  She also stated that she has

3  opinions that it could be a lot safer.

4       I think that while she does indicate that she

5  could give WMATA a fair shot, her opinions with regard to

6  WMATA and safety are already well-formed by the fact that

7  she has numerous family members who are employed by the

8  agency and also the incident involving the brother who was

9  assaulted by Metro Police.

10       I believe that that is implicit or express bias

11  against WMATA with regard to safety and the Authority, and I

12  think it justifies a challenge for cause.

13       THE COURT:  Okay.  I'll overrule your challenge.

14  She didn't express any bias in her questions.  She knows

15  people.  She responded to the Court's question that she

16  could give both sides a fair chance.  You didn't question

17  her further on that to establish any basis for a cause

18  challenge.  Obviously you can use one of your peremptories,

19  if you'd like.

20       So 984 is qualified over the defense's objection.

21       THE COURTROOM DEPUTY:  Your Honor, Juror No. 0056.

22       THE COURT:  Good morning, ma'am.

23       PROSPECTIVE JUROR NO. 0056:  Good morning.

24       THE COURT:  How are you?  You're ███████?

25       PROSPECTIVE JUROR NO. 0056:  Yes.

1          THE COURT:  Okay.  Thank you for your service.

2          Okay.  It says here you are an evaluation

3     coordinator for DCPS; is that correct?

4          PROSPECTIVE JUROR NO. 0056:  Yes, correct.

5          THE COURT:  Tell us what that means.

6          PROSPECTIVE JUROR NO. 0056:  So I do early

7     childhood diagnostics for special education, so kids' birth

8     -- well, 2 through 6, and I do special education testing and

9     then place them in a D.C. public school.

10          THE COURT:  Great.  Do you ever get involved in

11    any litigation over --

12          PROSPECTIVE JUROR NO. 0056:  Next week.

13          THE COURT:  -- IEPs and due process rights and

14    things like that?

15          PROSPECTIVE JUROR NO. 0056:  Yes.  Next week I

16    actually have my first one, but no planning or anything has

17    gone into it yet.

18          THE COURT:  Okay.  And how long have you been

19    employed by DCPS?

20          PROSPECTIVE JUROR NO. 0056:  Ten years.

21          THE COURT:  And did you study education?

22          PROSPECTIVE JUROR NO. 0056:  Yes.

23          THE COURT:  Where did you go to school?

24          PROSPECTIVE JUROR NO. 0056:  University of

25    Maryland.

```
 1              THE COURT:  Okay.  Do you have a significant

 2    other?

 3              PROSPECTIVE JUROR NO. 0056:  No.

 4              THE COURT:  All right.  You only answered yes to

 5    one of my questions, No. 8.  You regularly ride the Metro or

 6    someone in your family does?

 7              PROSPECTIVE JUROR NO. 0056:  Yes, me.

 8              THE COURT:  Okay.  How often?

 9              PROSPECTIVE JUROR NO. 0056:  Twice a week maybe.

10              THE COURT:  Okay.  Any impressions about Metro

11    that might affect your views in any way positively or

12    negatively in this case?

13              PROSPECTIVE JUROR NO. 0056:  No, I don't think so.

14              THE COURT:  Okay.  What's your stop?

15              PROSPECTIVE JUROR NO. 0056:  Navy Yard or Eastern

16    Market.

17              THE COURT:  Mr. Regan?

18              MR. P. REGAN:  No questions for ███████.

19              MR. WATERS:  No questions, Your Honor.

20              THE COURT:  All right.  You can step down.

21              PROSPECTIVE JUROR NO. 0056:  Thank you.

22              THE COURT:  Thank you.

23              Any challenge?

24              MR. P. REGAN:  No, Your Honor.

25              MR. WATERS:  No, Your Honor.
```

1          THE COURT:  56 is qualified.

2          THE COURTROOM DEPUTY:  Your Honor, Juror No. 2045.

3          THE COURT:  All right.  You are ███████████; is

4     that right?

5          PROSPECTIVE JUROR NO. 2045:  Yes.

6          THE COURT:  Okay.  Nice to meet you.

7          PROSPECTIVE JUROR NO. 2045:  Nice to meet you,

8     too.

9          THE COURT:  Thank you for your service.

10          ██████████, you work at H&M; is that right?

11          PROSPECTIVE JUROR NO. 2045:  Yes.

12          THE COURT:  How long have you been doing that?

13          PROSPECTIVE JUROR NO. 2045:  For about a year.

14          THE COURT:  Okay.  I'll tell you what, before I go

15     any further, you answered yes to Question 28, which is my

16     catch-all question.  Why do you think you would be unable to

17     sit as a juror in this case?

18          PROSPECTIVE JUROR NO. 2045:  So previously, when I

19     was a juror in a different case -- my first ever and only --

20     I believed that I was picked because I was close in the

21     neighborhood with the defendant, and it was a gun case.  And

22     we had a hung jury.

23          And every day I kind of had to see this guy, and

24     it made me feel really uncomfortable being the fact that I

25     was on the case and it was a gun charge.  And then he was

1    killed probably about eight months later.  And it just makes

2    me feel really uncomfortable, the fact that every day I've

3    got to walk by, and I know I was on his trial.  So it just

4    kind of -- it doesn't sit right with me.

5                 THE COURT:  Okay.  This obviously isn't a gun

6    case.

7                 PROSPECTIVE JUROR NO. 2045:  I know, but it's just

8    the whole thing.  You never know honestly.

9                 THE COURT:  All right.  If you could just step

10   right outside the door, please.

11                PROSPECTIVE JUROR NO. 2045:  Okay.

12                THE COURT:  Okay.  Any objection to striking

13   ██████████████ for cause?

14                MR. P. REGAN:  No, Your Honor.  Normally I'd say

15   move her to the bottom, but I don't think we need to do

16   that.

17                MR. WATERS:  No, Your Honor.

18                THE COURT:  All right.  The Court will strike 2045

19   for cause based on her answers regarding prior jury service.

20                THE COURTROOM DEPUTY:  Your Honor, Juror 1113.

21                THE COURT:  Good morning, ma'am.

22                PROSPECTIVE JUROR NO. 1113:  Good morning.

23                THE COURT:  You are ████████████; is that correct?

24                PROSPECTIVE JUROR NO. 1113:  Yes.

25                THE COURT:  Okay.  Thank you for your service.  It

```
 1   says here you're retired.  You're too young to retire.  What

 2   did you retire from?

 3              PROSPECTIVE JUROR NO. 1113:  I was mostly an

 4   editor.  I worked in publications.  Editor and then

 5   publications director of several associations.

 6              THE COURT:  Okay.  Which ones?  Give me a couple

 7   of examples.

 8              PROSPECTIVE JUROR NO. 1113:  Okay.  Independent

 9   Community Bankers of America, American Chemical Society, and

10   the National Association of Chain Drugstores.

11              THE COURT:  Okay.

12              PROSPECTIVE JUROR NO. 1113:  A few.

13              THE COURT:  And do you have a significant other?

14              PROSPECTIVE JUROR NO. 1113:  No, divorced.

15              THE COURT:  Divorced, okay.

16              What does your -- I don't mean to pry, but this is

17   just for jury selection purposes.  What does your ex-husband

18   do?

19              PROSPECTIVE JUROR NO. 1113:  He is a clerk at

20   Trader Joe's and studying massage therapy currently.

21              THE COURT:  Got it.

22              You answered yes to a few of my questions

23   beginning with No. 5.  You or an immediate family member

24   have made a claim for damages or injuries sustained as a

25   result of an accident?
```

1           PROSPECTIVE JUROR NO. 1113:  Yes.

2           THE COURT:  Tell me about that.

3           PROSPECTIVE JUROR NO. 1113:  In September 2017 I

4    was rear-ended while sitting at a stoplight, and so I did

5    make a claim against the other driver's insurance.  And we

6    did a negotiated settlement.

7           I did hire a lawyer to represent me, and he

8    negotiated with the other person's insurance.  So we

9    settled, and it did not go to a trial or anything.

10          THE COURT:  Okay.  Anything about that experience

11   make you hesitate to sit on a jury in a case that involves

12   an allegation of a personal injury?

13          PROSPECTIVE JUROR NO. 1113:  No, sir.

14          THE COURT:  No.  Any impressions of plaintiffs'

15   lawyers or insurance company lawyers based on that

16   experience?

17          PROSPECTIVE JUROR NO. 1113:  No, not particularly.

18          THE COURT:  Okay.  You ride Metro regularly?

19          PROSPECTIVE JUROR NO. 1113:  Regular -- lately

20   maybe two round trips a week.

21          THE COURT:  Okay.

22          PROSPECTIVE JUROR NO. 1113:  Train, and maybe one

23   or two of bus a week.

24          THE COURT:  Okay.  Any impressions about the Metro

25   system that might affect your views on a case involving a

1    claim that Metro was negligent in some respect?

2              PROSPECTIVE JUROR NO. 1113:  No, I don't think so.

3              THE COURT:  Okay.

4              All right.  You or someone in your family was

5    involved in an accident where someone suffered injuries.  Is

6    that the case that you mentioned?

7              PROSPECTIVE JUROR NO. 1113:  That would be me.

8              THE COURT:  And I'm sorry if I misheard it, but

9    what injuries did you suffer?

10             PROSPECTIVE JUROR NO. 1113:  Oh, I had whiplash to

11   my neck and a mild concussion.

12             THE COURT:  Okay.  It did not require surgery?

13             PROSPECTIVE JUROR NO. 1113:  No surgery, no.

14             THE COURT:  And you have prior jury service?

15             PROSPECTIVE JUROR NO. 1113:  Yes.  I think about a

16   year ago in the Superior Court.

17             THE COURT:  What kind of case?

18             PROSPECTIVE JUROR NO. 1113:  It was a car accident

19   case, a couple of people riding in a vehicle that got sort

20   of T-boned.

21             THE COURT:  And did you sit as a juror?

22             PROSPECTIVE JUROR NO. 1113:  I did serve as a

23   juror, yes.

24             THE COURT:  And were you a regular juror or an

25   alternate?

```
1              PROSPECTIVE JUROR NO. 1113:  A regular juror.

2              THE COURT:  And did the jury reach a verdict?

3              PROSPECTIVE JUROR NO. 1113:  Yes, we did.

4              THE COURT:  And what was the verdict?

5              PROSPECTIVE JUROR NO. 1113:  Not guilty.

6              THE COURT:  Or not liable?

7              PROSPECTIVE JUROR NO. 1113:  Not liable, yes,

8       thank you.

9              THE COURT:  And were you the foreperson of that

10      jury by any chance?

11             PROSPECTIVE JUROR NO. 1113:  No.

12             THE COURT:  Is there anything about that prior

13      jury service that would make you hesitate to serve on a jury

14      in a case also involving a personal injury claim?

15             PROSPECTIVE JUROR NO. 1113:  No.

16             THE COURT:  Okay.  Mr. Regan.

17             MR. P. REGAN:  No questions of ███████████.

18             MR. WATERS:  Briefly, Your Honor?

19             THE COURT:  Sure.

20             MR. WATERS:  Good morning, ███████████.

21             PROSPECTIVE JUROR NO. 1113:  Good morning.

22             MR. WATERS:  I'd just like to ask you a couple of

23      questions about the lawsuit that you brought.

24             PROSPECTIVE JUROR NO. 1113:  Yes.

25             MR. WATERS:  You indicated that it was negotiated
```

```
 1    with the other side and reached a resolution, a settlement.

 2                PROSPECTIVE JUROR NO. 1113:  Yes.

 3                MR. WATERS:  Were you satisfied with the

 4    settlement?

 5                PROSPECTIVE JUROR NO. 1113:  Yes.

 6                MR. WATERS:  Were the facts of that case in

 7    dispute between what you alleged and what the defendant's

 8    position was?

 9                PROSPECTIVE JUROR NO. 1113:  No.

10                MR. WATERS:  Okay.  So it was a clear

11    responsibility situation?  You were rear-ended.

12                PROSPECTIVE JUROR NO. 1113:  Yes.

13                MR. WATERS:  Do you think that in a case where the

14    facts are contested you'd be able to listen to all of the

15    evidence and follow Judge Cooper's instructions and render a

16    fair judgment in accordance with the Court's instructions?

17                PROSPECTIVE JUROR NO. 1113:  Yes.

18                MR. WATERS:  Even including with your experience

19    in that lawsuit?

20                PROSPECTIVE JUROR NO. 1113:  Yes.

21                MR. WATERS:  Okay.  Thank you.

22                THE COURT:  Okay.  Thank you, ma'am.  You can step

23    down.

24                MR. P. REGAN:  No challenge.

25                MR. WATERS:  No challenge, Your Honor.
```

```
1              THE COURT:  Okay.  1113 is qualified.
2              THE COURTROOM DEPUTY:  Your Honor, Juror No. 1384.
3              THE COURT:  Good morning, ma'am.
4              PROSPECTIVE JUROR NO. 1384:  Good morning.
5              THE COURT:  How are you this morning?
6              PROSPECTIVE JUROR NO. 1384:  I'm great.
7              THE COURT:  Good.  Nice to meet you.
8         You are ███████; is that correct?
9              PROSPECTIVE JUROR NO. 1384:  That's correct.
10             THE COURT:  It says you're an education consultant
11    with something called EAB.  Tell us what EAB is and what you
12    do.
13             PROSPECTIVE JUROR NO. 1384:  We do higher ed
14    research tech consulting, so I work on the strategy side of
15    higher ed.
16             THE COURT:  And you studied education, or no?
17             PROSPECTIVE JUROR NO. 1384:  Like do I?
18             THE COURT:  No, did you?
19             PROSPECTIVE JUROR NO. 1384:  Oh, public policy
20    mostly.
21             THE COURT:  Are you from Washington?
22             PROSPECTIVE JUROR NO. 1384:  Michigan; Flint,
23    Michigan.
24             THE COURT:  How long have you lived here?
25             PROSPECTIVE JUROR NO. 1384:  Maybe seven years;
```

```
1    seven, eight years.

2              THE COURT:  Do you have a significant other?

3              PROSPECTIVE JUROR NO. 1384:  I do not.

4              THE COURT:  Okay.  And I don't mean to pry.  We

5    just have to ask for bias purposes.

6              PROSPECTIVE JUROR NO. 1384:  It's all good.

7              THE COURT:  Let's see.  You answered yes to two of

8    my questions, 14.

9              PROSPECTIVE JUROR NO. 1384:  Yes.

10              THE COURT:  You know someone or you have worked in

11    the insurance industry in some respect?

12              PROSPECTIVE JUROR NO. 1384:  My dad had an

13    Allstate office growing up.

14              THE COURT:  Okay.  And was he an adjuster or a

15    broker?

16              PROSPECTIVE JUROR NO. 1384:  No, he sold mostly

17    auto, home insurance.

18              THE COURT:  Okay.  And you have prior jury

19    experience.

20              PROSPECTIVE JUROR NO. 1384:  In Baltimore City.  I

21    did two trials.

22              THE COURT:  Do you remember those?

23              PROSPECTIVE JUROR NO. 1384:  Yes.

24              THE COURT:  All right.

25              PROSPECTIVE JUROR NO. 1384:  What were they?
```

```
1              THE COURT:  Tell me about them.

2              PROSPECTIVE JUROR NO. 1384:  They were sort of

3    one-/two-day trials.  The first one was an assault case.  It

4    had to do with a student and an adult.  And the second one

5    was credit card fraud, I believe.

6              THE COURT:  And taking the first one, did the jury

7    -- you were on the regular jury panel?

8              PROSPECTIVE JUROR NO. 1384:  Yes.

9              THE COURT:  And did you reach a verdict?

10             PROSPECTIVE JUROR NO. 1384:  We did.

11             THE COURT:  And what was the verdict?

12             PROSPECTIVE JUROR NO. 1384:  I think that one was

13   not guilty.  I don't fully recall.  I think it was not

14   guilty though.

15             THE COURT:  And how about the second one?

16             PROSPECTIVE JUROR NO. 1384:  The second one was

17   guilty.

18             THE COURT:  Okay.  And were you the foreperson on

19   either of those jurors?

20             PROSPECTIVE JUROR NO. 1384:  I was not.

21             THE COURT:  Okay.  Mr. Regan?

22             MR. P. REGAN:  No questions, Your Honor.

23             THE COURT:  Mr. Waters?

24             MR. WATERS:  No questions, Your Honor.

25             THE COURT:  Okay.  Thank you, ma'am.  You can step
```

```
1    down.

2                    PROSPECTIVE JUROR NO. 1384:  Thank you.

3                    MR. P. REGAN:  No.

4                    THE COURT:  Any challenge, Mr. Waters?

5                    MR. WATERS:  No, Your Honor.

6                    THE COURT:  Okay.  1384 is qualified.

7                    THE COURTROOM DEPUTY:  Your Honor, Juror No. 0019.

8                    THE COURT:  Good morning, ma'am.

9                    PROSPECTIVE JUROR NO. 0019:  Good morning.

10                   THE COURT:  Thank you for your service.  You're

11   ████████; is that correct?

12                   PROSPECTIVE JUROR NO. 0019:  Correct.

13                   THE COURT:  Okay.  And it says here you are a

14   staff scientist at NIH; is that correct?

15                   PROSPECTIVE JUROR NO. 0019:  That is correct.

16                   THE COURT:  Okay.  Tell us about that.  What's

17   your field, and what do you do?

18                   PROSPECTIVE JUROR NO. 0019:  I run a group that

19   does analysis for any research at NIH internal in proteins,

20   small molecules that cause disease.

21                   THE COURT:  Okay.  Thank you for what you do.

22                   PROSPECTIVE JUROR NO. 0019:  Thank you.

23                   THE COURT:  And do you have a significant other?

24                   PROSPECTIVE JUROR NO. 0019:  I do not.

25                   THE COURT:  Okay.  How long have you worked for
```

1     NIH?

2                    PROSPECTIVE JUROR NO. 0019:  Since 2009, so 16

3     years.

4                    THE COURT:  Okay.  Are you from this area, or did

5     you move here from elsewhere?

6                    PROSPECTIVE JUROR NO. 0019:  From this area.

7                    THE COURT:  All right.  You answered yes to a few

8     of my questions.  No. 8, you ride Metro.

9                    PROSPECTIVE JUROR NO. 0019:  To and from work,

10    though less so in the winter.

11                   THE COURT:  Okay.  Why is that?

12                   PROSPECTIVE JUROR NO. 0019:  Because there's a

13    bridge, and it's cold.

14                   THE COURT:  Any impressions about the Metro system

15    from your riding Metro that would either positively or

16    negatively affect your --

17                   PROSPECTIVE JUROR NO. 0019:  It's --

18                   THE COURT:  Let me finish for the court reporter.

19                   PROSPECTIVE JUROR NO. 0019:  Oh, I apologize.

20                   THE COURT:  -- affect your ability to be fair in

21    this case?

22                   PROSPECTIVE JUROR NO. 0019:  No.

23                   THE COURT:  Good.  You or someone in your

24    immediate family has been involved in an accident in which

25    someone suffered injuries?

1          PROSPECTIVE JUROR NO. 0019:  Correct.  My mother

2     was injured in a car accident, required spinal surgery

3     afterwards.

4          THE COURT:  Okay.  And did that incident result in

5     any claims or any litigation?

6          PROSPECTIVE JUROR NO. 0019:  No, it did not.

7          THE COURT:  Okay.  And finally, you have prior

8     jury service?

9          PROSPECTIVE JUROR NO. 0019:  Correct.  I was

10    called to Superior Court at my last date.

11         THE COURT:  Okay.  And did you serve on the jury?

12         PROSPECTIVE JUROR NO. 0019:  I did.  The case was

13    dismissed after one day.

14         THE COURT:  Okay.  So the jury did not have an

15    opportunity to deliberate?

16         PROSPECTIVE JUROR NO. 0019:  The jury did not have

17    an opportunity to deliberate.

18         THE COURT:  Okay.  Going back to the question

19    about surgery, did your mom recover from her surgery?

20         PROSPECTIVE JUROR NO. 0019:  Yes, she did.

21         THE COURT:  Okay.  Any issues with respect to how

22    the surgery was performed or anything of that nature?

23         PROSPECTIVE JUROR NO. 0019:  No.

24         THE COURT:  Okay.  Mr. Regan.

25         MR. P. REGAN:  No questions, Your Honor.

```
 1                    THE COURT:  Mr. Waters.

 2                    MR. WATERS:  No questions, Your Honor.

 3                    THE COURT:  Okay.  Thank you, ma'am.  You can step

 4       down.

 5                    MR. P. REGAN:  No challenge.

 6                    MR. WATERS:  No challenge.

 7                    THE COURT:  All right.  19 is qualified.

 8                    54 would have been next, but the Court struck him

 9       for cause, so we'll move to 131.

10                    THE COURTROOM DEPUTY:  Your Honor, Juror No. 0131.

11                    THE COURT:  Good morning, sir.

12                    PROSPECTIVE JUROR NO. 0131:  Good morning.

13                    THE COURT:  You're ███████████?

14                    PROSPECTIVE JUROR NO. 0131:  Yes.

15                    THE COURT:  Okay.  I hope you had a nice weekend.

16                    PROSPECTIVE JUROR NO. 0131:  Thank you.

17                    THE COURT:  Thank you for your service.  It says

18       here you're a -- you work for a software company --

19                    PROSPECTIVE JUROR NO. 0131:  Yes.

20                    THE COURT:  -- correct?

21                    What's the company, and what do you do?

22                    PROSPECTIVE JUROR NO. 0131:  It's called Bentley

23       Systems.

24                    THE COURT:  One more time.

25                    PROSPECTIVE JUROR NO. 0131:  Bentley Systems,
```

 1    which is an infrastructure software company --

 2              THE COURT:  Okay.

 3              PROSPECTIVE JUROR NO. 0131:  -- that sells to

 4    state and local governments, and I focus on transportation,

 5    so I did want to raise that issue.  I am not 100 percent

 6    sure if WMATA is a client of ours, but I would think that

 7    they're a customer of our software.

 8              THE COURT:  Okay.  And what does the software do?

 9              PROSPECTIVE JUROR NO. 0131:  It's primarily a

10    design software for infrastructure facilities, so in the

11    case of a transit agency, it would be rail assessment and

12    management software, new building for expansion of

13    infrastructure projects.

14              THE COURT:  Okay.  Do any of your projects involve

15    WMATA?

16              PROSPECTIVE JUROR NO. 0131:  I just started a

17    month ago.  I had previously been at the U.S. Department of

18    Transportation where I was serving as the deputy assistant

19    secretary for research and technology.

20              My current projects had -- there's no direct lines

21    to WMATA per se, but I expect that I'd be interacting with

22    the American Public Transit Association, among other

23    organizations, that serve the U.S. transit system, and in my

24    previous roles at the U.S. Department of Transportation, I

25    interacted with WMATA on grant-making activities.

1          THE COURT:  Okay.  Other than just general

2     interactions with WMATA or WMATA grants, any experience with

3     WMATA or otherwise with projects involving train safety,

4     automatic door-opening policies and procedures, safety

5     policy and procedures for rail systems?

6          PROSPECTIVE JUROR NO. 0131:  When I was at the

7     U.S. Department of Transportation, we were involved in the

8     administration of a grant to WMATA in 2024, which is

9     probably on hold, which supported data standards for train

10     dispatching and operational systems called TDOS, the acronym

11     is TDOS.

12          I was not so directly involved.  I was on the

13     senior review panel of the grant decisions along with staff

14     from the Federal Transit Administration.

15          I read the proposal.  I have a general loose

16     understanding of what it was.  It was not related to doors,

17     but it would have been related to operational systems, like

18     signals and dispatching, I would think.

19          THE COURT:  Okay.

20          All right.  Question 4, folks that might testify,

21     and I should have specified to write the person's name down.

22     I think you did that.  But do you remember the name of the

23     person who you think you might know?

24          PROSPECTIVE JUROR NO. 0131:  Yes, you said two

25     names.  One was Dr. Raj Kumar, and I know a Dr. Raj Kumar

1    who is a transportation researcher, but then there was a

2    name at the end, Rao, maybe, which maybe it might not be the

3    same person.

4          And then Andrew Bishop was a name that sounds very

5    familiar to me, but I'm worried -- my office oversaw.  This

6    is all related to a previous role, which I don't know how --

7    this may or may not --

8          THE COURT:  I believe these folks are medical

9    doctors that were --

10          MR. REGAN:  Both of them are, both Dr. Bishop and

11    Dr. Rao, R-A-O, are orthopedic surgeons.

12          THE COURT:  Okay.

13          PROSPECTIVE JUROR NO. 0131:  Okay.  So I would not

14    know those individuals.

15          THE COURT:  Question 6, you've been a plaintiff in

16    a lawsuit or filed a legal claim against somebody, you or a

17    close friend or relative?

18          PROSPECTIVE JUROR NO. 0131:  My wife has been

19    involved in litigation before.

20          THE COURT:  Okay.  I should have asked you this

21    first.  What does your wife do?

22          PROSPECTIVE JUROR NO. 0131:  She works for a

23    community development financial institution based in

24    Richmond, Virginia.

25          THE COURT:  Okay.  And what litigation has she

```
1    been involved in?  And if it's something of a personal

2    nature, we can do it privately.

3                 PROSPECTIVE JUROR NO. 0131:  Employment, but it's

4    personal.

5                 THE COURT:  Okay.  So she filed an employment

6    claim --

7                 PROSPECTIVE JUROR NO. 0131:  Correct.

8                 THE COURT:  -- against her employer?

9                 PROSPECTIVE JUROR NO. 0131:  Correct.

10                THE COURT:  All right.  Where was that claim

11   filed?

12                PROSPECTIVE JUROR NO. 0131:  The District of

13   Columbia.

14                THE COURT:  Okay.  And is it pending, or has it

15   been resolved?

16                PROSPECTIVE JUROR NO. 0131:  I think I'd prefer to

17   discuss it separately.

18                THE COURT:  Counsel.

19                (The following is a bench conference

20                 held outside the hearing of the gallery)

21                THE COURT:  Okay.

22                PROSPECTIVE JUROR NO. 0131:  Okay.

23                THE COURT:  Can you hear me?

24                PROSPECTIVE JUROR NO. 0131:  Yes.

25                THE COURT:  Okay.  Tell me about that.
```

1          And, Lisa, we'll seal this portion of the

2    transcript.

3    ████████████████████████████████████████████████

4    ███████████████████████████████████████████

5    ███████████████████████████████████████████

6    ███████████████████████████████████████████

7    ███████████████████████████████████████████████

8    ███████████████████████████████████████████████

9    ███████████████████████████████████████████████

10   ████████████

11   ████████████████████████████████████████████████

12   ██████████████████████████████████████████████

13   ██████████████████████████████████████████████████

14   █████████████████████████████████████████████████

15   ██████████████████████████████████████████████████

16   ████████████

17   ██████████████████████████████████████████████

18   ████████████

19   ██████████████████████████████████

20   ████████████████████████████████████████

21   ██████████████████████████████████████████████

22   █████████████████████████████████████

23   ████████████████████

24          (This is the end of the bench conference)

25          THE COURT:  So we're unsealed, Lisa.

1          Is there anything about the experience that you

2    just described that would make you hesitate to sit as a

3    juror or would make it difficult for you to sit as a juror

4    in a civil case?

5          PROSPECTIVE JUROR NO. 0131:  No.

6          THE COURT:  In the civil case that I've described?

7          PROSPECTIVE JUROR NO. 0131:  No.

8          THE COURT:  Okay.

9          And you or someone you know rides Metro

10   frequently?

11         PROSPECTIVE JUROR NO. 0131:  Yes.  I do.  My

12   family does occasionally.

13         THE COURT:  Any impressions about the subway

14   system, the rail system, Metrobus generally, either positive

15   or negative, that would affect your ability to be a juror in

16   this case?

17         PROSPECTIVE JUROR NO. 0131:  I'm generally

18   supportive of public transit.

19         THE COURT:  Okay.  And would your general support

20   of public transit -- and I want you to be honest with me --

21   sort of, you think, affect your ability -- or how might that

22   affect your ability to award damages against the public

23   transit system if you felt that the plaintiff had met her

24   burden in this case?

25         PROSPECTIVE JUROR NO. 0131:  I would like to -- I

1    think I would be capable of rendering an open judgment.  I

2    do think that our transit systems should operate and should

3    -- and shouldn't necessarily be subject to punitive damages

4    in cases where they're not responsible, but I don't think it

5    would affect my judgment.

6            THE COURT:  Okay.  If I told you that punitive

7    damages are not at issue, and the damages in this case, if

8    any, would be economic or pain and suffering, would that

9    change your answer?

10           PROSPECTIVE JUROR NO. 0131:  No, I don't think so.

11           THE COURT:  And how certain are you that you could

12   put aside those concerns and make an award to the plaintiff,

13   if you felt that she was entitled to it?  Pretty certain?

14           PROSPECTIVE JUROR NO. 0131:  I think -- yes, 100

15   percent.

16           THE COURT:  You or a close friend or relative has

17   had head, neck, or hip surgery?

18           PROSPECTIVE JUROR NO. 0131:  My father's had a hip

19   replacement.

20           THE COURT:  Okay.  How did that go?

21           PROSPECTIVE JUROR NO. 0131:  One down, one coming

22   up.

23           THE COURT:  All right.  Has it held him back at

24   all?

25           PROSPECTIVE JUROR NO. 0131:  Not really, but, you

```
 1    know, hip surgery is easier now than I guess it used to be.

 2              THE COURT:  Any issues or complications?

 3              PROSPECTIVE JUROR NO. 0131:  No.

 4              THE COURT:  Okay.  Counsel?

 5              MR. P. REGAN:  Yes.

 6              Good morning, ███████.  Let me ask you a couple

 7    of questions about your career.  How long have you been

 8    involved in the transportation field?

 9              PROSPECTIVE JUROR NO. 0131:  For about ten years.

10              MR. P. REGAN:  And during that time, have you --

11    and you were at Department of Transportation for how long?

12              PROSPECTIVE JUROR NO. 0131:  For three and a half

13    years.

14              MR. P. REGAN:  And before that?

15              PROSPECTIVE JUROR NO. 0131:  I ran a nonprofit

16    organization focused on research and urban and community

17    issues like transportation and housing.

18              MR. P. REGAN:  And was that in the D.C. area?

19              PROSPECTIVE JUROR NO. 0131:  Yes.

20              MR. P. REGAN:  What's the name of that nonprofit?

21              PROSPECTIVE JUROR NO. 0131:  MetroLab.  MetroLab

22    Network is what it's called.  MetroLab Network,

23    Incorporated.

24              MR. P. REGAN:  So the issue in this case --

25              THE COURT:  Mr. Regan, if you could approach the
```

 1    microphone so that --

 2            MR. P. REGAN:  Okay.  The issue in this case isn't

 3    really a software issue.  It's more of an operational issue

 4    in terms of what the train operator was supposed to do in

 5    terms of announcements.  Have you ever been involved in your

 6    work in any aspect of the operational end?  That's separate

 7    from the software.

 8            Do you know what I'm saying?

 9            PROSPECTIVE JUROR NO. 0131:  Yes, I've never been

10    involved in the operation of a transit or transportation

11    system.  At the U.S. Department of Transportation, my role

12    was primarily focused on grant-making and research activity,

13    which certainly would have -- would have -- you know, we

14    funded many projects related to the operations of systems,

15    and the research that we funded was, you know, certainly

16    focused on the operation of systems.

17            I've been in a business development job for one

18    month in a new job, so I haven't -- and I'm not a software

19    engineer, so I don't have anything to do with, you know,

20    operational software systems either now or prior -- in the

21    prior role.

22            MR. P. REGAN:  Okay.  Let's talk about the, you

23    know, understandable support of public transit systems in

24    general.  Your feelings in that regard that you expressed a

25    few minutes ago, would that make Ms. Scott's burden a little

```
1   higher than the law requires because of that?

2              PROSPECTIVE JUROR NO. 0131:  I think I'd have to

3   better understand -- well, I think the answer's no.

4              MR. P. REGAN:  Okay.  Would you have -- we talked

5   about -- or you did, you talked about with the judge --

6   punitive damages.  Those are not an issue in this case.

7   It's just compensation for her injuries.

8              Is there an upper limit that you would have right

9   now sitting here without hearing any evidence as to what her

10  damages should be?

11             PROSPECTIVE JUROR NO. 0131:  I think I'd have to

12  hear the guidance from the judge and from whatever the law

13  might be.

14             MR. P. REGAN:  Okay.  Do you -- can you put aside

15  your understandable support for public transit and listen to

16  the law and apply the law to the facts of this case?

17             PROSPECTIVE JUROR NO. 0131:  I think I could.

18             MR. P. REGAN:  Okay.  Thank you, ███████.

19             Thank you, Your Honor.

20             THE COURT:  Mr. Waters.

21             MR. WATERS:  Yes, Your Honor.  Just one brief

22  follow-up.

23             ███████, good morning.

24             THE COURT:  Good morning.

25             MR. WATERS:  You had mentioned some people that --
```

1    in response to the judge's question that you may have known.

2    One of the witnesses in this case is a retained expert,

3    retained by the plaintiff's side.  His name's Carl

4    Berkowitz.  Are you familiar with Dr. Berkowitz at all?

5              PROSPECTIVE JUROR NO. 0131:  I am not.

6              MR. WATERS:  Okay.

7              Thank you, Your Honor.

8              THE COURT:  Okay.  Just one last question.

9              In your work at DOT or your brief tenure in the

10   private sector, have you met any WMATA officials or

11   executives in a professional capacity?

12             PROSPECTIVE JUROR NO. 0131:  Yes.  In a prior job,

13   yes, I have.

14             THE COURT:  And what was the nature of that

15   interaction?

16             PROSPECTIVE JUROR NO. 0131:  At one point it was

17   unsolicited professional contact about, you know, job

18   opportunities, but it wasn't more than an exchange of a

19   business card at a transportation conference, and there was

20   never any in-person follow-up.  And I think -- and I worked

21   with some members of the administration who were former

22   staff of WMATA who I worked closely with, a couple of people

23   who were in that camp.

24             THE COURT:  Okay.  So either during your tenure at

25   the -- in the administration or after you left, did you ever

1    apply for a job at WMATA?

2              PROSPECTIVE JUROR NO. 0131:  I did not.

3              THE COURT:  Okay.  Any follow-up, Counsel?

4              MR. P. REGAN:  No, Your Honor.

5              THE COURT:  Okay.

6         Thank you.  You can step down.

7              PROSPECTIVE JUROR NO. 0131:  Thank you.

8              THE COURT:  Mr. Regan.

9              MR. P. REGAN:  Yes, Your Honor.  We would move to

10    strike Mr. Levine for cause.  We'd challenge him.  We think

11    he's -- I think he's a little too close to this in terms of

12    his transportation experience, and so for that reason, we

13    would move to strike him.

14              THE COURT:  Okay.  Mr. Waters?

15              MR. WATERS:  Your Honor, we oppose the motion.  I

16    think he answered the Court's questions in the same way that

17    our prior challenge for cause went with respect to being

18    able to set aside biases and to follow the instructions that

19    Your Honor gives, and that his interactions with WMATA or

20    his familiarity with the transportation industry does not

21    affect his judgment or his participation in the case.

22              THE COURT:  Okay.  The Court will overrule the

23    objection.  His prior experience in grant-making and

24    research is pretty far removed from any of the issues in

25    this case.  And I agree with Mr. Waters, that he said that

1    he would put, you know, any experience he had in the

2    transportation industry aside and follow the Court's

3    instructions.  So 131 is qualified.

4            THE COURTROOM DEPUTY:  Your Honor, Juror No. 0203.

5            THE COURT:  Good morning, sir.

6            PROSPECTIVE JUROR NO. 0203:  Good morning.

7            THE COURT:  How are you?

8            PROSPECTIVE JUROR NO. 0203:  Very good.

9            THE COURT:  Thank you for your service.  You're

10   Mr. Kumar?

11           PROSPECTIVE JUROR NO. 0203:  Yes.

12           THE COURT:  Sorry, your first name is ███.  Your

13   last name is ███.

14           PROSPECTIVE JUROR NO. 0203:  ███, yes.

15           THE COURT:  So it says here you work in IT for

16   Amazon Web services; is that right?

17           PROSPECTIVE JUROR NO. 0203:  Yes.

18           THE COURT:  And tell us a little bit about what

19   you do.

20           PROSPECTIVE JUROR NO. 0203:  My team is

21   responsible for building new regions, so new data centers

22   across the world.

23           THE COURT:  Okay.

24           PROSPECTIVE JUROR NO. 0203:  So I do a lot of

25   program management and team management.

```
1              THE COURT:  And how long have you been doing that?

2              PROSPECTIVE JUROR NO. 0203:  25 years now.

3              THE COURT:  All with Amazon?

4              PROSPECTIVE JUROR NO. 0203:  No.  I was working

5      for a different company, working with the health department

6      before this.

7              THE COURT:  And are you married?  Do you have a

8      significant other?

9              PROSPECTIVE JUROR NO. 0203:  I am married.  I have

10     a 15-year -- 15-month old kid.

11             THE COURT:  Congratulations.

12             PROSPECTIVE JUROR NO. 0203:  Thank you.

13             THE COURT:  And what does your wife do?

14             PROSPECTIVE JUROR NO. 0203:  She works for

15     Marriott.

16             THE COURT:  Okay.  And what does she do for

17     Marriott?

18             PROSPECTIVE JUROR NO. 0203:  She's an executive

19     recruiter.

20             THE COURT:  Okay.

21             All right.  You answered yes to a few of my

22     questions.  No. 8, you ride the Metro recently or

23     frequently?

24             PROSPECTIVE JUROR NO. 0203:  Yes.  My office is in

25     Crystal City, so I ride the Metro to the Crystal City from
```

1    my house.

2         THE COURT:  Okay.  Any impressions about Metro one

3    way or the other?

4         PROSPECTIVE JUROR NO. 0203:  I love public

5    transport.

6         THE COURT:  Okay.

7         PROSPECTIVE JUROR NO. 0203:  So, yes.

8         THE COURT:  So understandably you support public

9    transportation, but this is a case against WMATA, and the

10   plaintiff here is seeking money damages against WMATA.  If

11   you were to be on this jury and find that the plaintiff has

12   met her burden, would you have any difficulty awarding

13   damages against WMATA even though you support public

14   transportation?

15        Be honest with me.

16        *PROSPECTIVE JUROR NO. 0203:  So I will do my due

17   diligence and, you know, what is right to be unbiased.

18        THE COURT:  Uh-huh.

19        *PROSPECTIVE JUROR NO. 0203:  But politically and

20   from my mental model, I'm opinionated about increased costs

21   of, you know, medicine and medical treatment because of, you

22   know, all the tort cases and so on.  So I have an opinion on

23   that.

24        THE COURT:  Okay.

25        MR. WATERS:  Your Honor, I'm sorry, may we ask the

```
 1    juror to speak into the microphone?

 2              THE COURT:  Does he need to repeat that, or did

 3    you get the gist of that?

 4              MR. WATERS:  If he wouldn't mind.

 5              THE COURT:  If you could repeat that.

 6              Or do you want to read it back, Lisa?

 7              *(Record read)

 8              THE COURT:  You also answered yes to 11, strong

 9    feelings about the Metro system.  Is that consistent with

10    what you said?

11              PROSPECTIVE JUROR NO. 0203:  Exactly.

12              THE COURT:  Anything else to add?

13              PROSPECTIVE JUROR NO. 0203:  No, just I appreciate

14    the public transport.  That's all.

15              THE COURT:  Okay.  You have -- you know folks in

16    the medical field?

17              PROSPECTIVE JUROR NO. 0203:  No.

18              THE COURT:  People in the medical field?

19              PROSPECTIVE JUROR NO. 0203:  I don't have any

20    folks in the medical field that I am close to in this

21    country.

22              THE COURT:  Okay.  Well, you answered yes to 13,

23    which is are you or any close friend or relative a medical

24    doctor, nurse, physical therapist, medical technician, or

25    otherwise employed in the healthcare field?
```

```
1              PROSPECTIVE JUROR NO. 0203:  My grandfather and

2       uncles in India are all doctors, but not in this country.

3              THE COURT:  Okay.  And Question 19, it says would

4       you have any difficulty awarding money damages against the

5       defendant if you believed that the evidence supported such

6       an award?  Does this relate to what you said before?

7              PROSPECTIVE JUROR NO. 0203:  Exactly.

8              THE COURT:  Anything else?

9              PROSPECTIVE JUROR NO. 0203:  No, that's it.

10             THE COURT:  Any other reason?

11      Counsel?

12             MR. P. REGAN:  No questions.

13             MR. WATERS:  Yes, Your Honor.

14             THE COURT:  I'll tell you what, sir, if you could

15      step outside.

16             (Prospective juror exits courtroom)

17             THE COURT:  Okay.  Given that there was no attempt

18      to rehabilitate him, I'm sure you will not object to the

19      Court striking ███████ for cause based on his comments

20      about Metro.

21             I'm sorry, go ahead.

22             MR. WATERS:  Your Honor, that's what I was going

23      to inquire about, is whether he would be able to set aside

24      his beliefs with regard to Metro and follow the Court's

25      instructions and listen to the evidence.
```

1          THE COURT:  Yes.

2          Mr. Regan.

3          MR. P. REGAN:  Your Honor, I think he's expressed

4    his bias already, and I don't think there's any chance of

5    rehabilitation.

6          MR. WATERS:  That was my feeling with regard to

7    Ms. Barnes, Your Honor; that she had expressed her bias, and

8    that's why I didn't question her.  But I was --

9          THE COURT:  Do you want to question him?

10         MR. WATERS:  I would like to question him, Your

11   Honor.

12         THE COURT:  Okay.  Bring him back.

13         (Pause)

14         MR. WATERS:  Good morning, sir.

15         PROSPECTIVE JUROR NO. 0203:  Good morning.

16         MR. WATERS:  I'm following up on the Court's

17   questions with regard to your feelings with regard to public

18   transit.  You heard the judge discuss this earlier this

19   morning.  There's going to be evidence from both sides, from

20   the plaintiff and from the defendant.  Are you -- will you

21   be able to set aside your personal beliefs and listen to all

22   of the evidence in the case?

23         PROSPECTIVE JUROR NO. 0203:  Yes, I do promise

24   that I'll try to be as unbiased as possible.

25         MR. WATERS:  Okay.  Will you -- would you, if you

1    were a juror on the case, agree to follow the judge's

2    instructions on the law and apply the law as the judge

3    instructs you, even if your feelings may be somewhat

4    different?

5              PROSPECTIVE JUROR NO. 0203:  I will try my best,

6    yes.

7              MR. WATERS:  Okay.  That's all I can ask you.

8              Thank you, Your Honor.

9              THE COURT:  Okay.  Thank you.

10             PROSPECTIVE JUROR NO. 0203:  Which way do I go?

11   That way?

12             MR. P. REGAN:  Your Honor, we'd move for cause

13   based upon his statements.  I don't think he can unring that

14   bell.

15             THE COURT:  Okay.  Mr. Waters?

16             MR. WATERS:  Your Honor, I believe that the

17   potential juror indicated that he would listen to all of the

18   evidence and would follow your instructions faithfully.  I

19   don't believe that the bias is so palpable as to justify a

20   cause.

21             THE COURT:  Okay.  I'll sustain the objection for

22   cause.  He answered at least four questions in a way that

23   suggests that he has -- he would have difficulty assessing

24   liability and damages based on his views about tort reform,

25   and he said he would merely try his best.  He was not

1    definitive in his answers regarding following the Court's

2    instructions or putting aside those views.

3            So 203 is stricken for cause.

4            THE COURTROOM DEPUTY:  Your Honor, Juror No. 0524.

5            THE COURT:  Good morning, sir.

6            PROSPECTIVE JUROR NO. 0524:  Good morning.

7            THE COURT:  How are you?

8            PROSPECTIVE JUROR NO. 0524:  I'm good.  How are

9    you?

10            THE COURT:  Good.  Thank you for your patience.

11    You are ███████████?

12            PROSPECTIVE JUROR NO. 0524:  Yes.

13            THE COURT:  All right.  And it says here you do

14    marketing for Weber Shandwick.

15            PROSPECTIVE JUROR NO. 0524:  Yes, sir.

16            THE COURT:  Tell us what you do for Weber

17    Shandwick.

18            PROSPECTIVE JUROR NO. 0524:  I'm on the analytics

19    team, so we do a lot of social media analysis.  This is a

20    public relations agency, so I work with various clients to

21    try to help them with their PR.

22            THE COURT:  Okay.  Do you work for any government

23    agencies, or just private clients?

24            PROSPECTIVE JUROR NO. 0524:  Yes, some government

25    agencies.  The U.S. Postal Service.  I've worked for CDC in

```
 1        the past.  Those are the two ones at Weber Shandwick.

 2                  THE COURT:  Any transportation agencies?

 3                  PROSPECTIVE JUROR NO. 0524:  No.  No, just

 4        recently worked on a pitch for Delta, would be the only

 5        transportation.

 6                  THE COURT:  Okay.  And do you have a significant

 7        other?

 8                  PROSPECTIVE JUROR NO. 0524:  Yes.

 9                  THE COURT:  And what do they do?

10                  PROSPECTIVE JUROR NO. 0524:  They work for the

11        Department of Energy in the National Nuclear Security

12        Administration.

13                  THE COURT:  In what general capacity?

14                  PROSPECTIVE JUROR NO. 0524:  Foreign affairs

15        specialist.

16                  THE COURT:  All right.  How long have you been in

17        D.C.?

18                  PROSPECTIVE JUROR NO. 0524:  Nine years.

19                  THE COURT:  Where are you from originally?

20                  PROSPECTIVE JUROR NO. 0524:  Outside Chicago.

21                  THE COURT:  All right.  You answered yes to some

22        of my questions.  No. 8, you ride Metro?

23                  PROSPECTIVE JUROR NO. 0524:  Yes, I ride Metro,

24        and I ride the Metrobus.

25                  THE COURT:  Okay.  And you have strong feelings
```

1    about Metro, either positive or negative.  Tell me about

2    that.

3                  PROSPECTIVE JUROR NO. 0524:  Yes.  I like Metro.

4    I'm a supporter of WMATA and Metro, and I think it's a great

5    public service and public transportation system, and I think

6    -- I have strong feelings about public transportation in

7    general.

8                  THE COURT:  Okay.  And how do you think those

9    feelings might affect you if you were a juror on a case

10   where a plaintiff is seeking money damages against Metro?

11                 PROSPECTIVE JUROR NO. 0524:  Yes.  In one of the

12   questions, as I was thinking about it, knowing this is a

13   financial compensation sort of case -- and I'm aware of

14   WMATA's budget and funding struggles over the past several

15   years, and I think WMATA should be fully funded and have

16   more funding -- I did reflect that it might bias me against

17   awarding or deciding that someone should have financial

18   damages awarded to them kind of thinking about, well, that's

19   coming out of WMATA's budget.

20                 THE COURT:  Now, obviously I will give you

21   instructions, and I will instruct the jury to follow my

22   instructions.  Despite that, do you still have concerns

23   about your ability to come to a verdict if you felt the

24   plaintiff deserved one?

25                 PROSPECTIVE JUROR NO. 0524:  I would do my best to

1    follow your instructions as you give them, but I also am

2    aware that that is a potential bias that would come in a

3    case like this where one of the -- I have those feelings

4    about the defendant.

5                 THE COURT:  Okay.  Mr. Regan.

6                 MR. P. REGAN:  No further follow-up.

7                 THE COURT:  Mr. Waters.

8                 MR. WATERS:  No further follow-up.

9                 THE COURT:  Okay.  Thank you, sir.  You can step

10   down.

11                Mr. Regan.

12                MR. P. REGAN:  Yes, Your Honor.  Plaintiff would

13   challenge ██████████ for the reason he said and went on to

14   say, that his bias would interfere with his judgment.

15                THE COURT:  Mr. Waters.

16                MR. WATERS:  As much as I would like to challenge

17   that, I don't think I can under the circumstances.

18                THE COURT:  All right.  The Court will strike 524

19   for cause.

20                THE COURTROOM DEPUTY:  Your Honor, Juror No. 1206.

21                THE COURT:  Step right up, ma'am.  How are you?

22                PROSPECTIVE JUROR NO. 1206:  Good.  How are you?

23                THE COURT:  Thank you for your patience.  You are

24   ████████; is that correct?

25                PROSPECTIVE JUROR NO. 1206:  Yes.

1          THE COURT:  And it says here you work in quality

2     assurance and project management for Jubilee Jobs; is that

3     correct?

4          PROSPECTIVE JUROR NO. 1206:  Uh-huh, that's

5     correct.

6          THE COURT:  Are you comfortable taking your mask

7     off so that we can all hear you okay?

8          PROSPECTIVE JUROR NO. 1206:  Sure.

9          THE COURT:  Okay.  Tell these good folks what

10    Jubilee Jobs is.

11         PROSPECTIVE JUROR NO. 1206:  Jubilee Jobs is a

12    small nonprofit that helps people find jobs.

13         THE COURT:  And I believe you work with our

14    probation department, if I'm not mistaken.

15         PROSPECTIVE JUROR NO. 1206:  We do, I think.

16         THE COURT:  Yes.  All right.  How long have you

17    been doing that?

18         PROSPECTIVE JUROR NO. 1206:  I've only been there

19    since October.

20         THE COURT:  What did you do before that?

21         PROSPECTIVE JUROR NO. 1206:  I was a program

22    manager for a small nonprofit that provided digital literacy

23    and tech certification training.

24         THE COURT:  And do you have a significant other?

25         PROSPECTIVE JUROR NO. 1206:  No.

```
 1                THE COURT:  Are you from Washington originally?

 2                PROSPECTIVE JUROR NO. 1206:  No.

 3                THE COURT:  Where are you from?

 4                PROSPECTIVE JUROR NO. 1206:  Originally from

 5     Minnesota, but I spent most of my life in California,

 6     specifically Los Angeles.

 7                THE COURT:  All right.  You answered yes to a few

 8     of my questions, starting with No. 6.  You or a close friend

 9     or relative have been a plaintiff in a lawsuit filed against

10     somebody.  Tell us about that.

11                PROSPECTIVE JUROR NO. 1206:  So I wasn't sure

12     whether this counts, but I did once take a roommate to a

13     small claims court.

14                THE COURT:  But you weren't involved in that case,

15     correct?  You took a roommate.

16                PROSPECTIVE JUROR NO. 1206:  Yes, I filed the case

17     against him.

18                THE COURT:  And why did you do that?

19                PROSPECTIVE JUROR NO. 1206:  Because he was

20     keeping people's security deposits.

21                THE COURT:  Got it.  And how did that work out?

22                PROSPECTIVE JUROR NO. 1206:  Not very well.  My

23     one witness didn't show up so...

24                THE COURT:  How long ago was that?

25                PROSPECTIVE JUROR NO. 1206:  I think it was 2007.
```

1          THE COURT:  Okay.  You ride the Metro regularly?

2          PROSPECTIVE JUROR NO. 1206:  I do.

3          THE COURT:  Any impressions about Metro one way or

4    the other based on your ridership?

5          PROSPECTIVE JUROR NO. 1206:  I appreciate its

6    existence.  I find it very convenient.  I lived in Los

7    Angeles and took the bus every day, and I like having a

8    subway system.

9          THE COURT:  Okay.  You or any member of your

10   immediate family been involved in an accident or collision

11   with someone that resulted in injuries?

12         PROSPECTIVE JUROR NO. 1206:  My mom was hit in a

13   car once.

14         THE COURT:  Okay.  And what sort of injury did she

15   suffer?

16         PROSPECTIVE JUROR NO. 1206:  She hit her head, and

17   then she twisted her ankle.

18         THE COURT:  Okay.

19         PROSPECTIVE JUROR NO. 1206:  It wasn't any kind of

20   major injury.

21         THE COURT:  Okay.  And did that result in a

22   lawsuit?

23         PROSPECTIVE JUROR NO. 1206:  No.

24         THE COURT:  Do you know folks in the medical

25   profession?

```
 1                    PROSPECTIVE JUROR NO. 1206:  One of my best

 2       friends is a nurse.

 3                    THE COURT:  Is she a surgical nurse, by any

 4       chance?

 5                    PROSPECTIVE JUROR NO. 1206:  No.

 6                    THE COURT:  You or a close friend or family have

 7       had neck, hip, or head surgery?

 8                    PROSPECTIVE JUROR NO. 1206:  Oh, yes, my father

 9       had a hip replaced.

10                    THE COURT:  And you have some legal training?

11                    PROSPECTIVE JUROR NO. 1206:  Not training.  I used

12       to work at the Justice Department.

13                    THE COURT:  Okay.  What did you do at DOJ?

14                    PROSPECTIVE JUROR NO. 1206:  I was a -- I guess a

15       paralegal maybe in voting rights.

16                    THE COURT:  Okay.  And you have prior jury

17       service?

18                    PROSPECTIVE JUROR NO. 1206:  Yes.

19                    THE COURT:  Tell us about that.  How many times?

20                    PROSPECTIVE JUROR NO. 1206:  Two times.  Once I

21       was an alternate in D.C., and once I was on a jury LA.

22                    THE COURT:  And how long ago was the jury that you

23       were on?

24                    PROSPECTIVE JUROR NO. 1206:  The most recent one

25       was in the 1990s.
```

1          THE COURT:  Okay.  Do you remember what kind of

2     case it was?

3          PROSPECTIVE JUROR NO. 1206:  Yes.  It was a

4     criminal case.

5          THE COURT:  That was in LA?

6          PROSPECTIVE JUROR NO. 1206:  Uh-huh.

7          THE COURT:  Not the O.J. Simpson case, was it?

8          PROSPECTIVE JUROR NO. 1206:  It was not.

9          THE COURT:  And do you remember whether the jury

10    reached a verdict?

11         PROSPECTIVE JUROR NO. 1206:  We -- so I don't

12    remember how it -- what the phrasing was, but we found -- we

13    did --

14         THE COURT:  Was there a conviction?

15         PROSPECTIVE JUROR NO. 1206:  No.  We did not

16    convict, but I don't remember what the other options were.

17         THE COURT:  Okay.  Were you the foreperson of that

18    jury, by any chance?

19         PROSPECTIVE JUROR NO. 1206:  I was not.

20         THE COURT:  Okay.  Mr. Regan.

21         MR. P. REGAN:  No questions, Your Honor.

22         THE COURT:  Mr. Waters.

23         MR. WATERS:  No questions, Your Honor.

24         THE COURT:  All right.  Ma'am, you can step down.

25         PROSPECTIVE JUROR NO. 1206:  Okay.

```
 1                  THE COURT:  All right.  Counsel, it's about 11:15.
 2     Do you want to take a break now, or do you want to go for
 3     another 15 minutes?  Any preference?
 4                  MR. P. REGAN:  That's fine, Your Honor.  Whatever
 5     you want to do.
 6                  THE COURT:  Mr. Waters?
 7                  MR. WATERS:  I serve at the Court's instruction.
 8                  THE COURT:  Let's -- (To court staff) You guys
 9     okay?
10                  All right.  Let's do a few more.
11                  I'm sorry, any challenge to 1206?
12                  MR. P. REGAN:  No, Your Honor.
13                  MR. WATERS:  No, Your Honor.
14                  THE COURT:  1206 is qualified.
15                  THE COURTROOM DEPUTY:  Your Honor, Juror No. 1440.
16                  THE COURT:  Good morning, sir.
17                  PROSPECTIVE JUROR NO. 1440:  Good morning, sir.
18                  THE COURT:  How are you doing?
19                  PROSPECTIVE JUROR NO. 1440:  How are you doing
20     today?
21                  THE COURT:  Doing well.  Thank you for your
22     patience.
23                  You are            ; is that correct?
24                  PROSPECTIVE JUROR NO. 1440:  Yes, sir.
25                  THE COURT:  You're a manager at Advance Auto
```

```
1    Parts.

2              PROSPECTIVE JUROR NO. 1440:  Yes.

3              THE COURT:  How is the auto parts business these

4    days?

5              PROSPECTIVE JUROR NO. 1440:  Slow up and down

6    because everything --

7              THE COURT:  Move a little closer to that

8    microphone so everybody can hear you.

9              So repeat your answer.

10             PROSPECTIVE JUROR NO. 1440:  Slow right now

11   because everything is on the Internet now.  Process is a

12   little cheaper.

13             THE COURT:  Got it.  Uh-huh.

14             How long have you been at Advance?

15             PROSPECTIVE JUROR NO. 1440:  34.

16             THE COURT:  34 years, all right.

17             Are you married?

18             PROSPECTIVE JUROR NO. 1440:  Divorced.

19             THE COURT:  Divorced.  What's your ex-wife do?

20             PROSPECTIVE JUROR NO. 1440:  She does correct --

21   she's runs some kind of a little firm doing the thing you do

22   -- I don't know too much about it.

23             THE COURT:  She doesn't work for Metro, does she?

24             PROSPECTIVE JUROR NO. 1440:  No.

25             THE COURT:  Okay.
```

1          All right.  You answered yes to only Question 8.

2    You understood the other questions, correct?

3          PROSPECTIVE JUROR NO. 1440:  Yes, sir.

4          THE COURT:  But No. 8 was the only one you had a

5    yes answer to?

6          PROSPECTIVE JUROR NO. 1440:  Right, because she

7    rides that.

8          THE COURT:  All right.  And so you ride the Metro?

9          PROSPECTIVE JUROR NO. 1440:  No, sir.

10         THE COURT:  Who do you know that rides the Metro?

11         PROSPECTIVE JUROR NO. 1440:  Her.  That's the only

12   one I know.

13         THE COURT:  I'm sorry, who is that?

14         PROSPECTIVE JUROR NO. 1440:  My wife.

15         THE COURT:  Your wife, okay.

16         PROSPECTIVE JUROR NO. 1440:  Yes.

17         THE COURT:  When I told the panel what kind of

18   case this was going to be, anything pop into your mind?  Did

19   you have any immediate impressions about serving on a jury

20   in this case?

21         PROSPECTIVE JUROR NO. 1440:  No, sir.

22         THE COURT:  No, okay.

23         Mr. Regan.

24         MR. P. REGAN:  No questions, Your Honor.

25         THE COURT:  Mr. Waters.

```
 1                    MR. WATERS:  No questions, Your Honor.

 2                    THE COURT:  Thank you, sir.  You can step down.

 3                    Any objections?

 4                    MR. P. REGAN:  No, Your Honor.

 5                    THE COURT:  Mr. Waters.

 6                    MR. WATERS:  No, Your Honor.

 7                    THE COURT:  Okay.  1440 is qualified.

 8                    THE COURTROOM DEPUTY:  Your Honor, Juror No. 1257.

 9                    THE COURT:  Okay.  Good morning, sir.

10                    PROSPECTIVE JUROR NO. 1257:  Good morning.

11                    THE COURT:  How are you?  Thanks for your

12       patience.

13                    PROSPECTIVE JUROR NO. 1257:  Yeah, no problem.

14                    THE COURT:  You're █████████?

15                    PROSPECTIVE JUROR NO. 1257:  Yes, sir.

16                    THE COURT:  All right.  And you work for RBC

17       Wealth Management?

18                    PROSPECTIVE JUROR NO. 1257:  Yes.

19                    THE COURT:  How long have you been doing that?

20                    PROSPECTIVE JUROR NO. 1257:  A little over two

21       years.

22                    THE COURT:  Are you on the client side or the

23       operational side?

24                    PROSPECTIVE JUROR NO. 1257:  Client side.

25                    THE COURT:  Move a little closer to that
```

 1    microphone and make sure everybody hears what you have to

 2    say.

 3                 And are you from D.C. originally?

 4                 PROSPECTIVE JUROR NO. 1257:  Arlington, Virginia.

 5                 THE COURT:  Grew up in this area?

 6                 PROSPECTIVE JUROR NO. 1257:  Yes, sir.

 7                 THE COURT:  All right.  And do you have a

 8    significant other?

 9                 PROSPECTIVE JUROR NO. 1257:  No.

10                 THE COURT:  You ride Metro frequently?

11                 PROSPECTIVE JUROR NO. 1257:  Yes, yes.

12                 THE COURT:  Okay.  Any impressions about the Metro

13    system in general based on your experience?

14                 PROSPECTIVE JUROR NO. 1257:  It's convenient.  It

15    gets me around for cheap, but yeah.

16                 THE COURT:  And you know someone -- either you or

17    you know someone in the medical profession; is that --

18                 PROSPECTIVE JUROR NO. 1257:  Yeah, a few people.

19                 THE COURT:  Anyone real close?  Any close family

20    members?

21                 PROSPECTIVE JUROR NO. 1257:  My grandfather's a

22    cardiologist.  My college roommate's just finishing up med

23    school; so he'll be a doctor very shortly.  Both his parents

24    are doctors.  I see them pretty regularly.  Mom's best

25    friend from college, who we're very close with, is also a

```
 1    doctor.  Neighbors are doctors.

 2              THE COURT:  Okay.  Any surgeons?

 3              PROSPECTIVE JUROR NO. 1257:  No, I don't believe

 4    so.

 5              THE COURT:  Counsel?

 6              MR. P. REGAN:  No questions.

 7              THE COURT:  Mr. Waters.

 8              MR. WATERS:  No questions.

 9              THE COURT:  All right.  You can step down.

10              PROSPECTIVE JUROR NO. 1257:  Perfect.

11              THE COURT:  Okay.  Any challenge to 1257?

12              MR. P. REGAN:  Not from plaintiff, Your Honor.

13              MR. WATERS:  No challenge for defendant, Your

14    Honor.

15              THE COURT:  1257 is qualified.

16              All right.  So we have ten qualified by my count.

17              MR. P. REGAN:  I agree.

18              THE COURT:  So we need four more.  We'll probably

19    do five just to make sure.

20              Lauren, are we now into the group that we told to

21    come back?

22              THE COURTROOM DEPUTY:  Not yet.  We have two.

23              THE COURT:  Two more?

24              THE COURTROOM DEPUTY:  Your Honor, 2117.

25              THE COURT:  Good morning, sir.
```

```
1            PROSPECTIVE JUROR NO. 2117:  Good morning.

2            THE COURT:  How are you?

3            PROSPECTIVE JUROR NO. 2117:  Good.  How are you?

4            THE COURT:  Doing well.

5       You're ███████.

6            PROSPECTIVE JUROR NO. 2117:  Yes.

7            THE COURT:  And you're an accountant with

8  Marriott?

9            PROSPECTIVE JUROR NO. 2117:  Uh-huh.

10           THE COURT:  How long have you been there?

11           PROSPECTIVE JUROR NO. 2117:  About a year and

12  three months.

13           THE COURT:  What did you do before that?

14           PROSPECTIVE JUROR NO. 2117:  I did public

15  accounting at Deloitte.

16           THE COURT:  Okay.  Who were your clients -- what

17  types of companies were your clients at Deloitte?  Any

18  public company accounting?

19           PROSPECTIVE JUROR NO. 2117:  It was like

20  healthcare life science.  It was called Presgen.

21           THE COURT:  And do you have a significant other?

22           PROSPECTIVE JUROR NO. 2117:  No, I do not.

23           THE COURT:  And you answered yes to Question 8,

24  which is you ride the Metro periodically?

25           PROSPECTIVE JUROR NO. 2117:  Yes.  I ride it
```

1    probably once a week, if I go into work.

2              THE COURT:  Okay.  Any impressions of the Metro

3    system?

4              PROSPECTIVE JUROR NO. 2117:  Good.  It's nice.

5              THE COURT:  Anything that would affect your

6    ability to sit as an impartial juror in this case?

7              PROSPECTIVE JUROR NO. 2117:  No.

8              THE COURT:  Okay.  And that's the only question

9    you answered yes to.  You understood the rest of my

10   questions obviously, right?

11             PROSPECTIVE JUROR NO. 2117:  Uh-huh.

12             THE COURT:  Okay.  Mr. Regan.

13             MR. P. REGAN:  No questions, Your Honor.

14             THE COURT:  Mr. Waters.

15             MR. WATERS:  No questions, Your Honor.

16             THE COURT:  All right.  You can step down.

17             PROSPECTIVE JUROR NO. 2117:  Cool.  Thanks.

18             THE COURT:  Mr. Regan.

19             MR. P. REGAN:  No challenge from plaintiff, Your

20   Honor.

21             MR. WATERS:  No challenge, Your Honor.

22             THE COURT:  Okay.  2117 is qualified.

23             THE COURTROOM DEPUTY:  Your Honor, this is Juror

24   No. 0586.

25             THE COURT:  Okay.  Good morning, ma'am.

```
1               PROSPECTIVE JUROR NO. 0586:  Good morning.

2               THE COURT:  How are you?  Pull that microphone a

3       little closer.  You are          ; is that correct?

4               PROSPECTIVE JUROR NO. 0586:  Yes, sir.

5               THE COURT:  Thank you for your patience.  It says

6       you are -- you do HR for something called Destination D.C.

7               PROSPECTIVE JUROR NO. 0586:  Yes, sir.

8               THE COURT:  What is Destination D.C.?

9               PROSPECTIVE JUROR NO. 0586:  We're the convention

10      and tourism bureau for the city.

11              THE COURT:  Of course.  How's business?  Folks

12      coming?

13              PROSPECTIVE JUROR NO. 0586:  Yes, they're still

14      coming.

15              THE COURT:  Good.  Ma'am, do you have a

16      significant other?

17              PROSPECTIVE JUROR NO. 0586:  No.  No.

18              THE COURT:  You've lived in D.C. most of your

19      life?

20              PROSPECTIVE JUROR NO. 0586:  Yes.

21              THE COURT:  And how long have you worked with

22      Destination D.C.?

23              PROSPECTIVE JUROR NO. 0586:  Since 2016, so nine

24      years.

25              THE COURT:  Okay.  What did you do before that?
```

1          PROSPECTIVE JUROR NO. 0586:  HR in another

2    nonprofit association.

3          THE COURT:  Okay.  In your job with Destination

4    D.C., do you partner with Metro at all?

5          PROSPECTIVE JUROR NO. 0586:  Yes.

6          THE COURT:  How so?

7          PROSPECTIVE JUROR NO. 0586:  We distribute their

8    maps, and they are a partner for getting visitors and

9    residents and tourists around the city.

10          THE COURT:  Okay.  So you answered yes to No. 9.

11    You know folks who are employed by WMATA.  Is that in

12    connection with your job, or do you know other folks, too,

13    that are employed by WMATA?

14          PROSPECTIVE JUROR NO. 0586:  I answered yes to

15    that one?

16          Yes.

17          THE COURT:  Okay.  Let's go back to the first

18    question.  In connection with your job at Destination D.C.

19    where you work with WMATA to distribute their maps and in

20    other ways, have you come to know any WMATA officials or

21    employees?

22          PROSPECTIVE JUROR NO. 0586:  Not through my job.

23          THE COURT:  Okay.  And how have you otherwise come

24    to know folks that work at WMATA?

25          PROSPECTIVE JUROR NO. 0586:  Through friends.

```
1              THE COURT:  Through friends.  Do you have any
2     close friends who work at WMATA?
3              PROSPECTIVE JUROR NO. 0586:  No.
4              THE COURT:  Okay.
5              All right.  You or a close friend or family member
6     have been involved in an accident which resulted in
7     injuries.  Tell us about that.
8              PROSPECTIVE JUROR NO. 0586:  Yes.  I have various
9     friends who have been in car accidents and have had to have
10    medical treatment and, you know, dealing with a claim
11    through their insurance company, that type of thing, yes.
12             THE COURT:  Okay.  And have any of those incidents
13    resulted in lawsuits, to your knowledge?
14             PROSPECTIVE JUROR NO. 0586:  Yes.  But like
15    nothing that would appear in a court, so more of a
16    settlement with the insurance companies, yes.
17             THE COURT:  Okay.  So you haven't been involved as
18    a witness in any of those cases?
19             PROSPECTIVE JUROR NO. 0586:  No, no, no.
20             THE COURT:  Have you ever filed a claim against an
21    insurance company based on a car accident or some other kind
22    of accident?
23             PROSPECTIVE JUROR NO. 0586:  No.
24             THE COURT:  And you have prior jury service?
25             PROSPECTIVE JUROR NO. 0586:  Yes.
```

```
 1            THE COURT:  How many times?

 2            PROSPECTIVE JUROR NO. 0586:  I probably have

 3   served as a grand juror twice in my lifetime.  And in

 4   Washington you usually get called every two years to

 5   Superior Court, and I did not get selected last time.

 6            THE COURT:  Okay.  So of all the times that you've

 7   actually served on a jury, a trial jury, did the jury reach

 8   a verdict in all of those cases, or in some of them was

 9   there a hung jury?

10            PROSPECTIVE JUROR NO. 0586:  My most common

11   experience has been a grand juror, so that didn't, you know,

12   result -- the end result is not a trial or a decision.

13            Only one time that I can recall.

14            THE COURT:  That the jury did not reach a verdict?

15            PROSPECTIVE JUROR NO. 0586:  No, we reached a

16   verdict.

17            THE COURT:  Okay.  And were you the foreperson of

18   that jury, by any chance?

19            PROSPECTIVE JUROR NO. 0586:  No, sir.

20            THE COURT:  Anything about your prior jury

21   service, either trial jury or grand jury, that would make

22   you hesitate to serve on a jury again in a case like this?

23            PROSPECTIVE JUROR NO. 0586:  No, nothing

24   particularly.

25            THE COURT:  Okay.  Counsel?
```

```
1              MR. P. REGAN:  Just a couple of questions, Your
2    Honor.
3              ███████████, you mentioned that you have friends
4    who work at WMATA.  Do any of them operate trains?
5              PROSPECTIVE JUROR NO. 0586:  No.
6              MR. P. REGAN:  Do any of them work for the subway
7    system itself?
8              PROSPECTIVE JUROR NO. 0586:  No.  The person I was
9    thinking of previously worked in marketing --
10             MR. P. REGAN:  Okay.
11             PROSPECTIVE JUROR NO. 0586:  -- and advertising,
12   yes.
13             MR. P. REGAN:  Okay.  Thank you.
14             Nothing further, Your Honor.
15             THE COURT:  Mr. Waters.
16             MR. WATERS:  No questions, Your Honor.
17             THE COURT:  Okay.  Thank you, ma'am.  You can step
18   down.
19             Any --
20             MR. P. REGAN:  No, Your Honor.
21             THE COURT:  -- challenge?
22             MR. WATERS:  No, Your Honor.
23             THE COURT:  Okay.  586 is qualified.
24             If it's okay with you, let's press on and get our
25   qualified pool, and we can take a break at that point.  It
```

```
 1    shouldn't take but ten minutes or so.
 2                    MR. P. REGAN:  Sure.
 3                    THE COURTROOM DEPUTY:  Your Honor, I'll ask for a
 4    moment to see if they're all here.  I'm not sure if they
 5    are.
 6                    THE COURT:  Okay.  If they're not all here, we'll
 7    break now.
 8                    Ms. Scott, how are you doing?  Are we doing okay?
 9    Do you need to take a break?
10                    MR. P. REGAN:  She has a little trouble hearing.
11                    (To Ms. Scott) The judge wanted to know if you
12    wanted to take a break.  Are you okay?
13                    She would like a break.
14                    THE COURT:  Okay.  Let's take our 15-minute
15    recess.  We'll reconvene at 11:45.
16                    MR. P. REGAN:  Okay.
17                    THE COURT:  And, Mr. Regan, we can get her
18    earphones, if she's having trouble hearing us.  Okay?
19                    (Recess taken)
20                    THE COURT:  Are you folks ready?
21                    MR. WATERS:  Yes, Your Honor.
22                    THE COURT:  Okay.
23                    THE COURTROOM DEPUTY:  Your Honor, this is Juror
24    No. 2166.
25                    THE COURT:  Okay.  Step right up, sir.  You're
```

1    ███████.

2                    PROSPECTIVE JUROR NO. 2166:  Yes.

3                    THE COURT:  Okay.  Nice to meet you.

4                    PROSPECTIVE JUROR NO. 2166:  Thanks.

5                    THE COURT:  All right, sir.  It says here you're

6    in development for something called Educare D.C.

7                    PROSPECTIVE JUROR NO. 2166:  Yes.

8                    THE COURT:  Tell us about that.  What is Educare

9    D.C.?

10                   PROSPECTIVE JUROR NO. 2166:  It's a Head Start

11   program.

12                   THE COURT:  Okay.  And how long have you been

13   doing that?

14                   PROSPECTIVE JUROR NO. 2166:  I've worked there for

15   a little over two years now.

16                   THE COURT:  And when you say "development," you

17   write grant proposals and things like that?

18                   PROSPECTIVE JUROR NO. 2166:  Yes, fundraising.

19                   THE COURT:  And do you have a significant other?

20                   PROSPECTIVE JUROR NO. 2166:  No.

21                   THE COURT:  Okay.  And are you from D.C.

22   originally?

23                   PROSPECTIVE JUROR NO. 2166:  Yes.

24                   THE COURT:  All right.  You answered yes to a few

25   of my questions.  You ride the Metro.

```
1              PROSPECTIVE JUROR NO. 2166:  Yes.

2              THE COURT:  Any impressions of the Metro system

3    based on your ridership?

4              PROSPECTIVE JUROR NO. 2166:  What do you mean by

5    "impressions"?

6              THE COURT:  Pluses?  Minuses?

7              PROSPECTIVE JUROR NO. 2166:  No.  It's good, yeah.

8              THE COURT:  Okay.  You answered yes to No. 9.  You

9    know someone who has worked at WMATA.

10             PROSPECTIVE JUROR NO. 2166:  Yes.

11             THE COURT:  Who is that?

12             PROSPECTIVE JUROR NO. 2166:  My brother and my

13   nephew.

14             THE COURT:  Okay.  What do they do for WMATA?

15             PROSPECTIVE JUROR NO. 2166:  My brother, I

16   believe, is a station manager currently, and my nephew is a

17   bus driver.

18             THE COURT:  Okay.

19             All right.  And 11, you say you have strong

20   feelings about the Metro system either positive or negative.

21             PROSPECTIVE JUROR NO. 2166:  Yes.  I think it's

22   very important.

23             THE COURT:  Okay.

24             MR. WATERS:  I'm sorry, I couldn't hear, Your

25   Honor?
```

```
 1                THE COURT:  He says he thinks it's very important.

 2                So tell me this, is that a little too close to

 3        home?  You have a brother and you say a cousin who worked

 4        for Metro?

 5                PROSPECTIVE JUROR NO. 2166:  Nephew.

 6                THE COURT:  Nephew.  Would that -- I want an

 7        honest answer.  Would that make you a little uncomfortable

 8        serving on a jury where Metro is accused of negligence, and

 9        the plaintiff is seeking money damages?

10                PROSPECTIVE JUROR NO. 2166:  No.

11                THE COURT:  Why do you say that?

12                PROSPECTIVE JUROR NO. 2166:  It just wouldn't bias

13        me.

14                THE COURT:  Are you sure about that?

15                PROSPECTIVE JUROR NO. 2166:  Yes.

16                THE COURT:  You have close friends or relatives

17        who have had head, neck, or hip surgery.

18                PROSPECTIVE JUROR NO. 2166:  Yes, my mom.

19                THE COURT:  What kind of surgery has she had?

20                PROSPECTIVE JUROR NO. 2166:  She's had both of her

21        hips replaced.

22                THE COURT:  Okay.  Any complications from those

23        surgeries at all?

24                PROSPECTIVE JUROR NO. 2166:  No.

25                THE COURT:  Okay.  You have prior jury service?
```

```
 1                    PROSPECTIVE JUROR NO. 2166:  Yes.

 2                    THE COURT:  Tell me about that.

 3                    PROSPECTIVE JUROR NO. 2166:  That was four years

 4       ago.  I served on a case related to drug possession and

 5       distribution.

 6                    THE COURT:  Was that in Superior Court here?

 7                    PROSPECTIVE JUROR NO. 2166:  I believe so.

 8                    THE COURT:  Local court?

 9                    PROSPECTIVE JUROR NO. 2166:  Local, yes.

10                    THE COURT:  And did the jury reach a verdict in

11       that case?

12                    PROSPECTIVE JUROR NO. 2166:  It was -- I forget

13       the term, but we couldn't decide.

14                    THE COURT:  It was a hung jury?

15                    PROSPECTIVE JUROR NO. 2166:  Yes.

16                    THE COURT:  Were you the foreperson in that case,

17       by any chance?

18                    PROSPECTIVE JUROR NO. 2166:  No.

19                    THE COURT:  No?

20                    Going back to your brother and your nephew -- and

21       it was the nephew who works as a bus driver?

22                    PROSPECTIVE JUROR NO. 2166:  Yes.

23                    THE COURT:  Okay.  Have you ever talked to either

24       of them about their experience driving a bus or being a

25       station manager at Metro?
```

```
 1                    PROSPECTIVE JUROR NO. 2166:  Possibly, but I
 2       wouldn't remember.
 3                    THE COURT:  Okay.  Have either of them ever been
 4       involved in any dispute with a Metro passenger, to your
 5       knowledge?
 6                    PROSPECTIVE JUROR NO. 2166:  Not that I know of.
 7                    THE COURT:  Would the fact that Metro pays their
 8       salaries affect your ability to award damages against Metro
 9       if you found that the plaintiff proved her case?
10                    PROSPECTIVE JUROR NO. 2166:  No.
11                    THE COURT:  You're sure about that?
12                    PROSPECTIVE JUROR NO. 2166:  Yes.
13                    THE COURT:  Okay.  Counsel?
14                    MR. P. REGAN:  So,  ██████████, in this case
15       Ms. Scott is alleging that she was injured as a result of
16       negligence on the subway system.  Has your brother or nephew
17       ever been involved in any aspect of operating any subway
18       trains?
19                    PROSPECTIVE JUROR NO. 2166:  Not that I know of.
20                    MR. P. REGAN:  But your brother is a station
21       manager for the subway system, correct?
22                    PROSPECTIVE JUROR NO. 2166:  Yes.
23                    MR. P. REGAN:  And where does he usually work?
24                    PROSPECTIVE JUROR NO. 2166:  The booths that they
25       have.
```

1          MR. P. REGAN:  I'm sorry, I couldn't hear that.

2          PROSPECTIVE JUROR NO. 2166:  The booths that they

3     have at these stations.

4          MR. P. REGAN:  I'm sorry, that was my -- the

5     problem was with my question.  Does he have one particular

6     spot that he works at?

7          PROSPECTIVE JUROR NO. 2166:  Not that I know of.

8     I know he's worked at a few.

9          MR. P. REGAN:  How long has he worked there?

10          PROSPECTIVE JUROR NO. 2166:  I couldn't tell you.

11     It's been at least over a decade.

12          MR. P. REGAN:  I see.  And is it his son who works

13     for the -- that's the bus operator?

14          PROSPECTIVE JUROR NO. 2166:  No.

15          MR. P. REGAN:  No?  Different siblings?

16          PROSPECTIVE JUROR NO. 2166:  Yes.

17          MR. P. REGAN:  And so with these folks working in

18     familiar -- and family members working in Metro, you're not

19     going to hold my client to a little higher burden than the

20     law requires because of your knowledge of the Metro?

21          PROSPECTIVE JUROR NO. 2166:  No.

22          MR. P. REGAN:  Can you explain that for us.

23          PROSPECTIVE JUROR NO. 2166:  I just know I

24     wouldn't be biased in it, and I don't know much of what my

25     brother and nephew do in terms of their work so...

1              MR. P. REGAN:  Okay.  So you can be fair to

2    Ms. Scott and fair to Metro in this case, and we're not

3    starting behind the eight ball?  We're not starting a little

4    bit below ground here with you, right?

5              PROSPECTIVE JUROR NO. 2166:  Yes.

6              MR. P. REGAN:  Okay.  Thank you.

7              THE COURT:  Mr. Waters?

8              MR. WATERS:  No questions, Your Honor.

9              THE COURT:  And how old is your brother who is the

10   station manager?

11             PROSPECTIVE JUROR NO. 2166:  He's in his mid-40s.

12             THE COURT:  And you say it's been ten years since

13   he's been a station manager?

14             PROSPECTIVE JUROR NO. 2166:  Probably longer.  At

15   least ten years.

16             THE COURT:  What does he do now?

17             PROSPECTIVE JUROR NO. 2166:  I believe he's still

18   a station manager.

19             THE COURT:  You said it's been ten years since

20   he's been a station manager?

21             PROSPECTIVE JUROR NO. 2166:  He's worked for Metro

22   for at least ten years.

23             THE COURT:  Okay.  So he's currently a station

24   manager.

25             PROSPECTIVE JUROR NO. 2166:  Yes, I believe so.

1          THE COURT:  Okay.  Got it.

2          Okay.  You can step down.

3          PROSPECTIVE JUROR NO. 2166:  Thank you.

4          THE COURTROOM DEPUTY:  Sir, if you would just step

5     out in the hall.  I'll be with you momentarily.  Thank you.

6          THE COURT:  Mr. Regan.

7          MR. P. REGAN:  Yes, Your Honor.  The plaintiff

8     would challenge ████████.  I think that -- you know, I

9     acknowledge that he answered the questions, but I just think

10    that given his -- he's too close to the fire here, and we

11    would challenge him for cause.

12         THE COURT:  Mr. Waters.

13         MR. WATERS:  Your Honor, we oppose the challenge

14    for cause.  He answered all the questions correctly despite

15    multiple inquiries from both the Court and Mr. Regan with

16    respect to whether he started, I think in Mr. Regan's words,

17    behind the eight ball.  The witness -- or the juror made it

18    very clear that he would be unbiased and fair and listen to

19    the evidence and follow the Court's instructions; so we

20    oppose the challenge.

21         THE COURT:  Okay.  I'll overrule your challenge.

22    I think I've been pretty consistent in how I've approached

23    rehabilitation in situations like this.  It doesn't seem

24    like he discusses anything about Metro with his family

25    members, no suggestion that they were involved in this

```
 1    particular incident.  They've never been accused of
 2    negligence, and obviously he said that he could put all of
 3    that aside, and he was pretty confident about that.
 4              So the Court will qualify 1266 -- excuse me, 2166.
 5              THE COURTROOM DEPUTY:  Your Honor, Juror 1849.
 6              THE COURT:  Good morning, ma'am.  How are you?
 7              PROSPECTIVE JUROR NO. 1849:  Good.
 8              THE COURT:  You are ████████; is that correct?
 9              PROSPECTIVE JUROR NO. 1849:  Right.
10              THE COURT:  And if you could speak into that
11    microphone to make sure everybody hears you.
12              PROSPECTIVE JUROR NO. 1849:  Oh, sorry.  This is
13    my first time.
14              THE COURT:  It's okay.  It says here you're an
15    accountant with FRB Federal Credit Union.
16              PROSPECTIVE JUROR NO. 1849:  Yes.
17              THE COURT:  Is that right?
18              And how long have you been at the credit union?
19              PROSPECTIVE JUROR NO. 1849:  Ten years.
20              THE COURT:  Okay.  And what did you do before
21    that?
22              PROSPECTIVE JUROR NO. 1849:  Before I attended
23    school, stay home taking care of the children.
24              THE COURT:  Ah.
25              PROSPECTIVE JUROR NO. 1849:  That's all.
```

```
1              THE COURT:  Well, that's a lot.

2              And do you have a significant other?  Are you

3    married?

4              PROSPECTIVE JUROR NO. 1849:  Yes, I'm married.

5              THE COURT:  All right.  And what does your husband

6    do?

7              PROSPECTIVE JUROR NO. 1849:  He's retired.

8              THE COURT:  What did he do before he retired?

9              PROSPECTIVE JUROR NO. 1849:  He retired from the

10   International Monetary Fund.  So there's another reason I

11   just stay home taking care of my children.

12             THE COURT:  You answered yes to a few of my

13   questions.

14             You or a close friend have been a plaintiff in a

15   lawsuit or filed a legal claim against somebody?

16             PROSPECTIVE JUROR NO. 1849:  Yes.  I attended one

17   of the -- actually my husband's co-worker two daughters --

18   one daughter has been murdered from the Virginia Tech, so

19   two daughters died.

20             THE COURT:  So if I heard you correctly, the

21   daughter of a friend was a victim of the Virginia Tech

22   shooting; is that correct?

23             PROSPECTIVE JUROR NO. 1849:  Not shooting, murder.

24   A murdered child.

25             THE COURT:  And were you involved in that lawsuit
```

1    somehow?

2            PROSPECTIVE JUROR NO. 1849:  No, no, no.  We just

3    support the family.

4            THE COURT:  I see.

5            PROSPECTIVE JUROR NO. 1849:  We went through when

6    the family went through this case.

7            THE COURT:  Okay.

8            PROSPECTIVE JUROR NO. 1849:  Yeah.

9            THE COURT:  It says here you ride the Metro system

10   sometimes.

11           PROSPECTIVE JUROR NO. 1849:  Yes.

12           THE COURT:  Frequently?

13           PROSPECTIVE JUROR NO. 1849:  Yes.  As D.C.

14   resident, always take the Metro or Metrobus --

15           THE COURT:  Okay.

16           PROSPECTIVE JUROR NO. 1849:  -- to work.

17           THE COURT:  Do you have any thoughts about the

18   Metro system one way or the other?

19           PROSPECTIVE JUROR NO. 1849:  I would say D.C.

20   Metro system, although is not the best Metro system in the

21   world, but it's still a good system.  Clean station, clean

22   train cars, you know.

23           THE COURT:  Okay.

24           PROSPECTIVE JUROR NO. 1849:  That's my opinion,

25   yes.

```
 1              THE COURT:  Any impressions about the safety of

 2     the Metro system?

 3              PROSPECTIVE JUROR NO. 1849:  Safety?  I haven't

 4     been really have any issue from my personal, but when the

 5     Metro -- one year the Metro heat, the big car accident, yes,

 6     I was in D.C., too.

 7              THE COURT:  Okay.

 8              PROSPECTIVE JUROR NO. 1849:  So more or less any

 9     time when there's news about Metro, of course I watch it,

10     you know, read about those news.

11              THE COURT:  Okay.  You or a close friend or

12     relative has had a head, neck, or hip surgery?

13              PROSPECTIVE JUROR NO. 1849:  Yes.  Aunt had the

14     hip surgery.  My older boss had the hip surgery.  A neighbor

15     had the hip surgery.  All those are women.

16              THE COURT:  Okay.  And to your knowledge, any

17     complications or any lawsuits following any of those

18     surgeries?

19              PROSPECTIVE JUROR NO. 1849:  No lawsuits, but

20     complication also does depend on individuals.

21              THE COURT:  Okay.  And finally, you answered yes

22     to Question 21, and I'll repeat it.  Do you believe that

23     anyone -- I'm sorry, do you believe that any time someone

24     experiences injuries, that the person is necessarily

25     entitled to financial compensation?  That's a funny kind of
```

1    question, but why did you answer yes to that?

2          PROSPECTIVE JUROR NO. 1849:  As accountant, of

3    course I would say should get have some compensation depends

4    on the person's condition because everybody's condition,

5    health condition, is different.

6          For me, if I fell, I may not broke my hip; maybe

7    just bump my head.  But for others, may have the issue.

8          THE COURT:  Okay.

9          PROSPECTIVE JUROR NO. 1849:  So depends, case by

10   case.

11         THE COURT:  Okay.

12         PROSPECTIVE JUROR NO. 1849:  Not for all.

13         THE COURT:  Now, in this case the plaintiff

14   alleges that she fell because of WMATA's negligence and

15   injured herself.  WMATA's position is going to be, in part,

16   that the plaintiff contributed to her injuries because she

17   was negligent in some way.

18         In a case where someone is injured, but you find

19   that they contributed to their own injury, and if I

20   instructed you that in that circumstance the plaintiff may

21   not be entitled to any recovery, would you be able to follow

22   that instruction?

23         PROSPECTIVE JUROR NO. 1849:  I still believe that

24   the plaintiff's circumstance a little bit compensate depends

25   on the situation.

```
1              THE COURT:  Okay.  So let me put it a different
2         way.
3              The plaintiff in this case, whether she was
4         injured or not --
5              PROSPECTIVE JUROR NO. 1849:  Uh-huh.
6              THE COURT:  -- has to prove a number of different
7         things in order to recover.
8              PROSPECTIVE JUROR NO. 1849:  Uh-huh.
9              THE COURT:  If I told you that you had to find
10        that she proved each of the things that she needed to prove,
11        would you be able to do that, do you think?  And be honest
12        with me.
13             PROSPECTIVE JUROR NO. 1849:  I'm very hard to make
14        my own decision without seeing the situation still.
15             THE COURT:  Okay.
16             PROSPECTIVE JUROR NO. 1849:  Because personal
17        negligence also contribute to an injury maybe or even more
18        because of the original health condition.
19             So I cannot say yes or no.
20             THE COURT:  Okay.  But do you think that you would
21        have trouble following my legal instructions even if you
22        find that the plaintiff was injured?
23             PROSPECTIVE JUROR NO. 1849:  I will follow your
24        instructions.
25             THE COURT:  Okay.
```

```
1              PROSPECTIVE JUROR NO. 1849:  But keep my own

2    opinion.

3              THE COURT:  But would your opinion affect your

4    ability to follow my instructions?

5              PROSPECTIVE JUROR NO. 1849:  Yes.

6              THE COURT:  Okay.

7              All right.  Mr. Regan.

8              MR. P. REGAN:  No questions, Your Honor.

9              THE COURT:  Mr. Waters?

10             MR. WATERS:  No questions, Your Honor.

11             THE COURT:  Thank you.  You can step down.

12             MR. P. REGAN:  I would move that she be the

13   foreperson.

14             THE COURT:  We were going to bring Juror No. 3

15   back to be the foreperson.

16             MR. WATERS:  I assume Mr. Regan's motion is based

17   on the recognition that her responses were similar to other

18   potential jurors that we challenged for cause.

19             THE COURT:  The Court will strike 1849 for cause

20   based on her forthright answer that she -- her personal

21   views might affect her ability to follow instructions.

22             MR. WATERS:  Thank you, Your Honor.

23             THE COURTROOM DEPUTY:  Your Honor, Juror No. 0010.

24             THE COURT:  Okay.  Good morning, ██████████.

25             PROSPECTIVE JUROR NO. 0010:  Good morning, Your
```

```
 1    Honor.

 2              THE COURT:  How are you?

 3              PROSPECTIVE JUROR NO. 0010:  I'm good, thank you.

 4              THE COURT:  You're a lawyer with Campaign Legal

 5    Center.

 6              PROSPECTIVE JUROR NO. 0010:  I am.

 7              THE COURT:  Campaign Legal Center has filed a

 8    number of lawsuits in this court.  Have you been in any of

 9    those cases?

10              PROSPECTIVE JUROR NO. 0010:  Yes, Your Honor.

11              THE COURT:  Have you appeared before me?

12              PROSPECTIVE JUROR NO. 0010:  I don't believe I've

13    appeared before you.  You swore me into the bar of this

14    Court, but I don't believe I've appeared before you as an

15    attorney.

16              THE COURT:  Okay.  All right.  And so Campaign

17    Legal Center obviously does election law work.  Have you

18    always been in that field?

19              PROSPECTIVE JUROR NO. 0010:  For most of my

20    career.

21              THE COURT:  Okay.  Did you ever work in civil

22    litigation otherwise?

23              PROSPECTIVE JUROR NO. 0010:  Yes.

24              THE COURT:  Any personal injury cases?

25              PROSPECTIVE JUROR NO. 0010:  No.
```

1          THE COURT:  No.  Do you have a significant other?

2          PROSPECTIVE JUROR NO. 0010:  Yes.  I have a wife.

3          THE COURT:  And what does she do?

4          PROSPECTIVE JUROR NO. 0010:  She is a judge in

5     D.C. Superior Court.

6          THE COURT:  Who is your wife?

7          PROSPECTIVE JUROR NO. 0010:  ███████████.

8          THE COURT:  And you answered yes to a few of my

9     questions.  You ride the Metro periodically at least?

10         PROSPECTIVE JUROR NO. 0010:  I do periodically.

11    My daughter does daily.

12         THE COURT:  Okay.  And any impressions about the

13    Metro system generally?

14         PROSPECTIVE JUROR NO. 0010:  No significant

15    impressions, no.

16         THE COURT:  Okay.  You or a close friend or

17    relative have had head, neck, or hip surgery?

18         PROSPECTIVE JUROR NO. 0010:  Yes.  My wife had hip

19    surgery.

20         THE COURT:  Okay.  How did it go?

21         PROSPECTIVE JUROR NO. 0010:  Fine.

22         THE COURT:  No complications?  No lawsuits?

23         PROSPECTIVE JUROR NO. 0010:  No complications or

24    lawsuits.

25         THE COURT:  Okay.  And you obviously have legal

```
1      training.

2                 Counsel?

3                 MR. P. REGAN:  No questions, Your Honor.

4                 THE COURT:  Mr. Waters.

5                 MR. WATERS:  Your Honor, may counsel and the Court

6      jump on the bat phone for a second.

7                      (The following is a bench conference

8                       held outside the hearing of the gallery)

9                 MR. WATERS:  Your Honor, I'm assuming everybody

10     can hear that's supposed to, but my colleague, Lauren,

11     advised me that she previously worked for ████████ when

12     she was a clerk in D.C. superior.

13                THE COURT:  Okay.  Should I inquire?

14                MR. WATERS:  It may be worthwhile.

15                THE COURT:  How do you want me to handle it?

16                MR. WATERS:  I wanted to make sure that I was

17     advising the Court of that issue.  It may be worthwhile to

18     inquire if he has any interactions with the law clerks or

19     knew any of the law clerks.

20                     (This is the end of the bench conference)

21                THE COURT:  Okay.  Sir, I'm informed that

22     Ms. Gilman, who is co-counsel for WMATA, may have clerked

23     for your wife or was an intern for your wife.

24                MS. GILMAN:  Good afternoon.  I was a law clerk

25     for D.C. Superior Magistrates on the abuse and neglect
```

1     calendar and worked closely with ███████ on a number of

2     issues in cases.

3           THE COURT:  Do you recognize Ms. Gilman at all?

4           PROSPECTIVE JUROR NO. 0010:  I do not.

5           THE COURT:  And if you were on the jury, you would

6     be advised not to talk about the case or the lawyers

7     obviously, with your wife.  Could you follow that

8     instruction?

9           PROSPECTIVE JUROR NO. 0010:  Yes, Your Honor.

10           THE COURT:  Okay.  Thank you.

11           Any follow-up?

12           MR. P. REGAN:  No questions, Your Honor.

13           MR. WATERS:  None here, Your Honor.

14           THE COURT:  You can step down.

15           All right.  Any challenge to No. 10?

16           MR. P. REGAN:  None from plaintiff, Your Honor.

17           MR. WATERS:  None for defendant.

18           THE COURT:  Okay.  10 is qualified.  I think we're

19     at 14.  Why don't we get one more just for cushion.

20           THE COURTROOM DEPUTY:  Your Honor, Juror No. 0773.

21           THE COURT:  Good afternoon, sir.  How are you?

22           PROSPECTIVE JUROR NO. 0773:  Good.  How are you?

23           THE COURT:  Nice to meet you.  You're ███████?

24           PROSPECTIVE JUROR NO. 0773:  Yes.

25           THE COURT:  Is that correct?

```
 1                    If you could speak into that microphone.  Move
 2       your chair up just a little bit so we all can hear you.
 3                    PROSPECTIVE JUROR NO. 0773:  Yes.
 4                    THE COURT:  And you are a project manager at
 5       USAID; is that correct?
 6                    PROSPECTIVE JUROR NO. 0773:  Yes.
 7                    THE COURT:  And how long have you been at USAID?
 8                    PROSPECTIVE JUROR NO. 0773:  Eight years.
 9                    THE COURT:  All right.  Do you work in any
10       specific area?
11                    PROSPECTIVE JUROR NO. 0773:  Latin America.
12                    THE COURT:  Okay.  Any of your projects involve
13       public transportation in Latin America?
14                    PROSPECTIVE JUROR NO. 0773:  No.
15                    THE COURT:  No.  And do you have a significant
16       other?
17                    PROSPECTIVE JUROR NO. 0773:  Yes, wife.
18                    THE COURT:  What does she do?
19                    PROSPECTIVE JUROR NO. 0773:  She stays at home
20       with the kids.
21                    THE COURT:  Okay.  And did she work before she
22       stayed home with the kids?
23                    PROSPECTIVE JUROR NO. 0773:  In psychology, yes.
24                    THE COURT:  Okay.  All right.  You answered yes to
25       one of my questions, No. 12.  Have you been involved in any
```

1    type of accident or collision in which someone suffered

2    injuries?  Tell me about that.

3            PROSPECTIVE JUROR NO. 0773:  About six months ago

4    I was riding my bike through Dupont, got hit by a Lyft

5    driver.

6            THE COURT:  And how did that resolve itself, or

7    has it?

8            PROSPECTIVE JUROR NO. 0773:  Broken rib, sprained

9    wrist, a couple of stitches and bruises and scrapes.

10           THE COURT:  Did you file a legal claim?

11           PROSPECTIVE JUROR NO. 0773:  No, just the

12    insurance company settled with me.

13           THE COURT:  Okay.

14           Counsel.

15           MR. P. REGAN:  No questions, Your Honor.

16           THE COURT:  Mr. Waters.

17           MR. WATERS:  No questions, Your Honor.

18           THE COURT:  Okay.  You can step down.  Thank you.

19           Any challenge to 773?

20           MR. P. REGAN:  None from plaintiff, Your Honor.

21           MR. WATERS:  None from defendant, Your Honor.

22           THE COURT:  Okay.  He is qualified, but he is

23    No. 15 so, unless one of the others has dropped out between

24    now and this morning, he's not in the pool so you should not

25    exercise one of your peremptories against him.

```
1              MR. P. REGAN:  Okay.

2              THE COURT:  All right.  So what I'll do is we'll

3     bring everyone back.  I will thank and dismiss the folks

4     that we did not get to.  Then I will dismiss the folks that

5     have been struck for cause.  We'll put the first eight of

6     the qualified jurors in the box, and then you'll exchange

7     your three peremptories each.  Okay?

8              MR. WATERS:  Is that simultaneously, or one after

9     the other?

10             THE COURT:  All three at the same time, and then

11    we'll exchange.

12             MR. WATERS:  Great.  Thank you, Your Honor.

13             THE COURT:  And I'll give you about ten minutes to

14    check your notes, and I'll give you some time to figure out

15    your strikes since we won't be taking a break.

16             (Pause)

17             (Venire enters courtroom)

18             THE COURT:  Okay.  Welcome back, everybody.

19             So picking a jury is more of an art than a

20    science, and we never know exactly how many people we will

21    need to call in in order to pick a jury in a particular

22    case.  This jury selection has gone pretty efficiently,

23    thanks to the hard work of the parties and court staff.

24             And so we will not -- we will no longer need the

25    folks that we were not able to question on the left side of
```

1    the courtroom to my left, and so thank you very much for

2    your service.  In a minute, when I dismiss you, please check

3    in with the jury office to see whether your -- whether you

4    will be needed for another jury panel or not.

5         So along with the folks on the left side, we will

6    also excuse -- and thank you for your service as well -- the

7    following jurors:  2045, 0054, 0203, 0524, and 1849.  And I

8    believe you all are on that side as well.

9         Okay.  Perfect.  Again, thank you for your

10   service.  Please check in with the jury room.

11        And in the meantime, would Juror 785 please

12   approach the bench when everyone else leaves.  Okay?

13        Thank you very much for your service.  Have a

14   great day.

15        (Dismissed venire leaves courtroom)

16        THE COURT:  Okay.  Ladies and gentlemen, we're

17   getting towards the end.  These folks have a little bit of

18   work to do.  I'm going to give them some time to consult

19   their notes, and then we're going to move to a phase which I

20   called musical chairs, where we may replace some of you with

21   others of you.

22        But just be patient.  Feel free to take a stretch.

23   Read any reading materials that you brought with you.  This

24   will probably take about ten minutes.  Okay?  Just relax.

25        (Pause)

```
 1              THE COURTROOM DEPUTY:  Ladies and gentlemen of the
 2     jury, if I call your number, please stand, please take a
 3     seat in the gallery, and the next number I call is going to
 4     replace that seat.
 5              Juror No. 0984, ma'am, please stand.  Please take
 6     a seat in the gallery.  Juror No. 1257, if you could please
 7     take that seat.
 8              Juror No. 0019, please stand.  Please have a seat
 9     in the gallery.  Juror No. 2117, please take that seat.
10              Juror No. 0131, please stand.  Please take a seat
11     in the gallery.  And Juror No. 0586, please take that seat.
12              (The following is a bench conference held
13               outside the hearing of the gallery)
14              THE COURT:  All right.  This is our jury, any
15     objections?
16              I can't hear you.
17              MR. P. REGAN:  None from plaintiff.
18              MR. WATERS:  None for defense.
19              THE COURT:  Okay.  Thank you.
20              (This is the end of the bench conference)
21              THE COURT:  Ladies and gentlemen, if you're still
22     in the gallery, you are dismissed.  Please check with the
23     jury office to see if your continued service is needed.
24     Thanks very much for your service and have a great day.
25              All right.  Folks, as you may have guessed, you
```

1  are our jury.  If you could all stand and please raise your

2  right hand.

3            (Jury sworn)

4            THE COURT:  All right.  Ladies and gentlemen,

5  before we let you go back to the jury room and then to

6  lunch, let me just give you a few preliminary instructions

7  about how the trial will work.  These are not substitutes

8  for the more detailed legal instructions that I will give

9  you at the end of the case.

10            First of all, when you come back this afternoon,

11  each of you will have a notebook.  Some jurors find it

12  useful to take notes; others find it distracting.  It is

13  entirely up to you whether to take notes or not.

14            If you do take notes, feel free to write down

15  anything that you'd like.  The notebooks will be locked in

16  the courthouse overnight and will be destroyed after the

17  trial so no one except for you will know what you wrote in

18  your notebooks.

19            As I said at the outset, this is a civil case.

20  The plaintiff is Carol Scott, who you met earlier.  The

21  defendant is WMATA, which operates the Metrorail system.

22            Ms. Scott alleges that when a train she was riding

23  on stopped at the McPherson Square station, she got up to

24  exit, and the train operator then moved the train forward

25  without warning causing her to suffer an injury.

1           WMATA denies that its driver was negligent.  It

2      also contends that Ms. Scott's own negligence contributed to

3      her injuries.

4           It will be your job to determine whether Ms. Scott

5      has proved her claim by a preponderance of the evidence.

6           At the end of the case, I will give you some

7      instructions on the law and how to apply the law in reaching

8      your decision.

9           You will hear me refer to plaintiff or defendant.

10     "Plaintiff" simply means Ms. Scott or her counsel.

11     "Defendant" means WMATA or their counsel.

12          The first stage of the case will be opening

13     statements, which we will receive after lunch.  The

14     plaintiff will give an opening statement first, and then

15     WMATA will give an opening statement afterwards.  The

16     opening statements are not evidence.  They are simply

17     intended to give you a road map or a preview as to what each

18     side believes the evidence will show.

19          The second stage of the case will be the

20     presentation of evidence.  First, the plaintiff's case-in-

21     chief.  There will be a direct examination of a witness, a

22     cross-examination, and then a brief redirect examination.

23     Some of the witnesses in the case will appear live.  Others

24     will appear by video testimony.

25          Is that correct, Counsel?

1          MR. P. REGAN:  Yes, Your Honor.

2          THE COURT:  Okay.  Then we will move to the

3    defendant's case-in-chief in the same order:  direct

4    examination, cross-examination, redirect examination.

5          And the plaintiff may choose to bring a brief

6    rebuttal case.

7          The third stage of the case is instructions on the

8    law where I will give you those detailed jury instructions

9    that you will use in your deliberations.

10         And then the final stage will be closing

11   arguments.  Again, plaintiff, defense, plaintiff again, and

12   finally a few final instructions before you then retire to

13   deliberate.

14         You will notice that there are eight jurors.  This

15   is not a criminal case where there are usually 12 jurors,

16   but each of you is a regular juror in the case.  All eight

17   of you will deliberate, and that's why there are only eight

18   of you.

19         Your responsibility as jurors will be as the

20   ultimate decider of the facts.  You will weigh the evidence,

21   and you will judge the credibility and the believability of

22   the witnesses that you hear from.

23         You will hear me potentially sustain objections to

24   certain questions.  If I do sustain an objection, that means

25   that the question must be withdrawn, and you must not

1    speculate as to what the answer to the question would be.

2            If I overrule an objection, that means that the

3    question will stand, and the witness must answer the

4    question.

5            Don't fault either side if I sustain or overrule

6    more of their objections.  It is simply their job to object

7    if they believe that a question is objectionable.

8            As I said at the outset, please don't discuss the

9    case with anyone, including the fellow members of the jury

10    panel, until you are dismissed for deliberations, okay, or

11    begin your deliberations.  Even with family members, as hard

12    as that might be.

13            Also, no social media, no blogging, no Instagram

14    or Facebook posts about the case, and no independent

15    research about the case.  Again, these folks are entitled to

16    a verdict based on the evidence that's presented alone, and

17    Courts have run into problems in the past with jurors going

18    on social media and doing independent research about the

19    case; so let's avoid any problems in that area.

20            You know, we'll all be in the same courthouse over

21    the next few days.  You may well run into the lawyers or run

22    into court staff or run into me in the hallways.  You know,

23    you can say hello, but no discussions.  I've instructed

24    these folks to avoid contact with the jurors, so don't take

25    it personally.  They're not being rude.  They're just

1      following my instructions.  Okay?

2              I doubt if there will be media coverage in this

3      case, but if for some reason you are approached by a

4      reporter during the trial, you should decline to speak with

5      them.  After the trial, any juror who wants to talk to the

6      press may do so if they choose, or they may choose not to do

7      so, if that's their preference.

8              Ms. Moreira will be taking down everything that is

9      said, but a transcript of the proceedings will not be given

10     to the jury.  So when you go back to deliberate, you'll have

11     to rely on your own memory or your notes, if you choose to

12     take them.

13             So Ms. Jenkins will show you where the jury room

14     is.  Get settled.  You can go out to lunch either in the

15     cafeteria downstairs or outside the courthouse, if you'd

16     like.  It is now about a quarter to 1:00.  We will reconvene

17     at 2:00 p.m.  Just come straight back to the jury room at

18     2:00 p.m., and we will then proceed with opening statements

19     in the case.

20             All right.  Have a good lunch.

21             (Jury exits courtroom)

22             THE COURT:  All right.  Please have a seat.

23             All right.  That went pretty smoothly.  Mr. Regan,

24     who do we have this afternoon?

25             MR. P. REGAN:  Your Honor, this afternoon we'll

```
 1    have Ms. Stacy Swain, who is an eyewitness.  We expect her

 2    to be ten minutes on direct.

 3          Then we have Ms. Scott, and then we will -- we'll

 4    call -- we'll probably call live one of the Metro 30(b)(6)

 5    and not play the video today, and then if we still have

 6    time, we'll play Dr. Rao.

 7          I mean -- we're not far off schedule.  I mean, in

 8    other words, the time estimate that we gave you yesterday, I

 9    think we're right on it.

10          THE COURT:  Sure.  I wouldn't expect you to be.

11          MR. P. REGAN:  I mean, last week.

12          Oh, one other thing.  I just -- in response to one

13    of the questions earlier this morning, we do have -- in the

14    PowerPoint we do have the medical illustrations.  Counsel

15    knows.  They've been authenticated.  But I just wanted to

16    check with you beforehand to make sure because they're not

17    technically in evidence, but Dr. Rao has authenticated them

18    as fair and accurate.

19          MR. WATERS:  If this is a PowerPoint that's being

20    shown in opening, no PowerPoint has been provided to us.

21          THE COURT:  Just share it with Mr. Waters over the

22    break, and if there are any objections -- if it's going to

23    come in as a demonstrative, I don't see why he can't show it

24    in openings.

25          MR. WATERS:  I don't disagree, Your Honor.  I just
```

1    haven't seen it.

2              THE COURT:  Okay.  There shouldn't be a problem.

3              Anything else?

4              MR. WATERS:  Your Honor, I mentioned -- may I

5    approach?

6              THE COURT:  Yes, come on up.

7              MR. WATERS:  A couple of questions I had to follow

8    up on the rules from this morning and from our pretrial

9    conference.

10             Briefly, with respect to the 30(b)(6) testimony

11   that will be read into the record, based on Your Honor's

12   ruling --

13             THE COURT:  So I thought it was -- it was

14   represented at the pretrial that it would be deposition

15   testimony.  Rule 32 covers depo testimony.  Now I'm hearing

16   it's going to be live testimony?

17             Usually, if both sides are going to call the same

18   witness, I try to prevail upon the parties not to call

19   someone twice, and I'll be a little more, you know, generous

20   in terms of scope objections if -- to avoid having to call

21   someone in the plaintiff's case and then call the same

22   person again in the defense case.

23             MR. WATERS:  One of the issues that I had, and if

24   counsel are going to read into the record certain pieces of

25   the designated 30(b)(6) testimony of I think one of the

1    witnesses in particular -- I believe that was Mr. Bennett --

2    several of the questions are reading into the record the

3    witness statements that were part of the WMATA accident

4    report.  So if that's going to be read into the record, it's

5    reading into the record three hearsay statements that we

6    object to being presented in that way.

7              THE COURT:  Okay.  So, Mr. Regan, that witness is

8    not this afternoon, correct?

9              MR. WATERS:  My understanding is he is.  That's

10   who we were asked to bring.

11             MR. C. REGAN:  Yes, Your Honor, that witness is

12   this afternoon, but we intend only to call --

13             THE COURT:  Wait.  Who is that?

14             MR. C. REGAN:  That's Mr. Bennett, Clev Bernard.

15   I actually don't know with this witness.  Sometimes it's two

16   words and sometimes it's one.  C-L-E-V Bernard Bennett.

17             THE COURT:  Mr. Regan Senior just told me that the

18   witnesses this afternoon were Swain, Ms. Scott, a live

19   30(b)(6) witness, and Dr. Rao.  That's not a read-into-the-

20   record-a-deposition witness.

21             MR. C. REGAN:  Correct, Your Honor.

22             THE COURT:  So we're not getting into that witness

23   today?

24             MR. C. REGAN:  I'm sorry?

25             THE COURT:  Are we getting to that witness today?

```
 1                   MR. C. REGAN:  Yes, Your Honor.

 2                   THE COURT:  There are going to be five witnesses

 3      this afternoon?

 4                   MR. P. REGAN:  It's the same one.

 5                   MR. C. REGAN:  It's the same person, Your Honor.

 6      The 30(b)(6) representative -- Mr. Waters and I should speak

 7      over the lunch break, and I apologize that we haven't yet

 8      this morning.  But we will call that witness live only.  We

 9      will not read the portions of his deposition into evidence.

10                   THE COURT:  Okay.  So this is not our issue.

11                   MR. C. REGAN:  And I think we'll be able to work

12      out the other witness as well, whatever that's worth.

13                   THE COURT:  Okay.  We'll see you at 2:00.  And

14      openings, 10, 15 minutes each?

15                   MR. WATERS:  I timed mine at 15 to 20 depending on

16      Mr. Regan.

17                   THE COURT:  Okay.

18                   MR. C. REGAN:  Mine's more like 25, Your Honor,

19      but --

20                   THE COURT:  Okay.  Sounds good.

21                   MR. C. REGAN:  Thank you, Your Honor.

22                   (Lunch recess taken)

23

24

25
```

```
 1                  A F T E R N O O N   S E S S I O N

 2              THE COURTROOM DEPUTY:  Your Honor, we're back on

 3      the record for Civil Case 22-601, Carol Wild Scott v.

 4      Washington Metropolitan Transit Authority.

 5              THE COURT:  All right.  Welcome back, everybody.

 6      I hope everybody had a good lunch.

 7              MR. WATERS:  Thank you, Your Honor.

 8              THE COURT:  So what do you think, Mr. Waters?

 9      Decent way to pick a jury?

10              MR. WATERS:  Very impressed, Your Honor.  After

11      years of doing it in New York and the Commonwealth, I

12      thought it went very smoothly.

13              THE COURT:  Got it in in the morning, not bad.

14              MR. WATERS:  No, not too bad.

15              Before we call in the jury, we had a discussion

16      with counsel about the PowerPoint that they intend to use in

17      their opening.  He shared with me the illustrative exhibits

18      that I have seen before; however, I understand that there

19      are text slides that are going to be included and I think

20      some image or something.  I'm not sure of what.  Counsel

21      declined to share that with me.

22              So I haven't seen the PowerPoint that they're

23      intending to use in their opening statement.  My

24      understanding is that we usually exchange those if we intend

25      to use them in an opening statement.
```

```
1                THE COURT:  Okay.

2                MR. WATERS:  So to the extent that we have not had

3     an opportunity to review that, we would object to its use in

4     the opening.

5                THE COURT:  Mr. Regan.

6                MR. C. REGAN:  Yes, Your Honor.  So I did show

7     Mr. Waters the illustrative exhibits and the demonstrative

8     exhibits within it and also mentioned, Your Honor, that I

9     was happy to show him any other images in it -- there was

10    the iceberg, the scales of justice, little things like

11    that -- but not the text.  I did not --

12               THE COURT:  Show him the PowerPoint.

13               MR. C. REGAN:  All the texts and everything, Your

14    Honor?

15               THE COURT:  Well, what's in the text?

16               MR. C. REGAN:  Sort of what Your Honor might

17    expect for any visual presentation, the main points of a

18    presentation --

19               THE COURT:  Show him the whole presentation.

20               MR. C. REGAN:  -- written on a whiteboard

21    historically.

22               THE COURT:  Show him the whole presentation.

23               MR. C. REGAN:  Okay.  Your Honor.

24               THE COURT:  We'll take five minutes.

25               MR. WATERS:  Thank you, Your Honor.
```

```
 1                (Recess taken)

 2                THE COURT:  We okay?

 3                MR. WATERS:  Your Honor, having had the

 4     opportunity to review the PowerPoint, I have a number of

 5     concerns.  It includes slides that define safety rules,

 6     define legal standards, includes several slides that are

 7     more geared toward argument than summarizing the anticipated

 8     evidence.  The PowerPoint, in my review of it, appears

 9     mostly geared towards a closing statement as opposed to an

10     opening.

11                To the extent that they're setting up legal

12     standards that this Court has not yet advised the jury, I

13     don't think it is appropriate and should not be used in the

14     openings.

15                MR. C. REGAN:  Yes, Your Honor.  It does not set

16     up legal standards.  I don't know what Mr. Waters is talking

17     about with that.  I would basically disagree with his full

18     characterization of it.  The PowerPoint does help illustrate

19     my opening statement where we've framed the issues for the

20     jury and talk about what we believe the evidence is going to

21     show them.

22                THE COURT:  Okay.

23                MR. C. REGAN:  Of course, it does reference the

24     safety rule that will be testified to.

25                I don't know how else to frame the case --
```

1          THE COURT:  Okay.  You obviously know what an

2     opening statement is designed to do.  I don't want to

3     interrupt your opening statement.  If there's a need for --

4     I'd counsel you to adhere to the rules and the standard.  If

5     there's a need for a curative instruction of some sort

6     afterwards, we'll deal with it.  But you guys are pros, and

7     I expect you to adhere to the rules.  Okay?

8          MR. C. REGAN:  Thank you, Your Honor.

9          THE COURT:  All right.  And I'll give the standard

10    instruction that opening statements are not evidence.

11    Argument by counsel is not evidence.  The jury should follow

12    the instructions of the Court at the end of the evidence.

13          All right.  Mr. Regan, do you have a lapel mic?

14    Perfect.

15          MR. C. REGAN:  I do, Your Honor.

16          (Jury enters courtroom)

17          THE COURT:  Okay.  Welcome back, ladies and

18    gentlemen.  Before we start with opening statements, let me

19    just give you a little sense of the schedule.

20          We'll ask you to assemble at 9:00 in the morning.

21    We'll try to get started around 9:15 or 9:30.  Sometimes

22    there are preliminary matters that the attorneys and I have

23    to deal with.

24          We'll take a 15-minute break in the mornings.

25    We'll have an hour, hour-and-15-minute lunch break, another

 1   15-minute break in the afternoon, and we'll try to knock off

 2   as close to 4:30 as possible, including today, for planning

 3   purposes.

 4            Does everyone have a notebook and pens?

 5            Okay.  We'll start with the plaintiff's opening

 6   statement.

 7            Mr. Regan.

 8            MR. C. REGAN:  Thank you, Your Honor.

 9            Ms. Jenkins, could I have the video feed?

10            THE COURT:  Can all of you see your monitors in

11   front of you?

12            All right.  And if there are any technical issues

13   or if you need to take a break or anything, just raise your

14   hand, and we'll call on you.

15            Please proceed.

16            MR. C. REGAN:  Thank you, Your Honor.  And Madam

17   Court Reporter, is my mic okay?

18            THE COURT REPORTER:  Yes, it is.  Thank you.

19            MR. C. REGAN:  Good afternoon, ladies and

20   gentlemen.

21            A subway system is never allowed to needlessly

22   endanger the public.  Once a subway train has pulled into

23   the station and stopped at the platform, if the train driver

24   wants to move the train again before opening the doors, she

25   must first warn the passengers.  If she does not, if the

1    train driver instead moves the train forward again without

2    warning, and as a result the passenger is thrown to the

3    ground and hurt, the subway system is responsible.  Let me

4    tell the story of what happened here.

5              September 23, 2019, an Orange Line train is

6    pulling into the McPherson Square station.  The train slows

7    and comes to a full stop.  The train driver comes on the

8    intercom and says, "McPherson Square, doors opening, right

9    side."

10             Inside the train passengers stand up, start to

11   move towards the doors.

12             Suddenly the train jerks forward again.  A woman

13   is thrown to the floor.  She cries out in pain.

14             That woman is Carol Scott, my client.  She suffers

15   a fracture of her femur, the upper leg bone, right near the

16   hip, the left femur.  It requires immediate surgery the

17   following morning.

18             We'll talk more about her injuries in a couple of

19   minutes, but first I want to talk about who we are suing and

20   why.

21             We're suing WMATA, the Washington Metropolitan

22   Transit Authority.  The reason we're suing WMATA is

23   straightforward, because its train driver violated that

24   fundamental safety rule by moving a train that had pulled

25   into a station and stopped without first warning the

1        passengers that she was going to do so.

2                How are you going to know?  What evidence will you

3        find in this case that the required warning was not given?

4        You'll hear from a number of different witnesses.

5                First and foremost, you'll hear from Ms. Scott

6        herself.  She'll tell you.  She'll testify that absolutely

7        no warning was given before the train was jerked forward

8        that day.

9                You'll also hear from two fellow passengers on the

10       train, strangers to Ms. Scott beforehand.  Their names are

11       Al Emondi and Stacy Swain.  They'll tell you what they

12       remember about there having been no warning that day.

13               You may also hear from WMATA's train driver.  If

14       you do, her testimony will be that she has no memory at all

15       of what happened that day.

16               As the jurors, one of the things that you'll be

17       tasked with sorting out in this case is the credibility of

18       the various witnesses.  And I would suggest to you that

19       common sense says this might have been an event that should

20       have stood out in the mind of an ordinary person in that

21       train driver's shoes.  She'd only been driving trains six

22       months.  This is a major incident.  The train's stopped 40

23       minutes.  A woman is evacuated on a backboard, and the train

24       is taken out of service.  Mostly her testimony for you is

25       she remembers literally nothing.

 1          And then finally you'll hear from WMATA itself.

 2    You'll hear from the people that WMATA has designated to be

 3    its official voice in this legal case.  And they'll tell you

 4    explicitly that WMATA's own understanding, based on all

 5    information available to it, is that no warning was given as

 6    required here.

 7          So that's the evidence you'll hear about the

 8    warning not being given.

 9          You may wonder will you hear evidence about the

10    warning having been given?  Will some witness come in here

11    and testify to you that that warning was, in fact, given?

12    You will not.

13          So that's the evidence about the warning itself.

14          But what evidence are you going to hear about to

15    know that the required warning was, in fact, required?

16          On that point you're going to hear from Dr. Carl

17    Berkowitz.  He's a transportation safety engineer with

18    decades of experience in the industry.  Dr. Berkowitz will

19    explain that the safety rule -- one that says once a train

20    has entered a station and stopped at the platform, if the

21    train driver wants to move the train again before opening

22    the doors, she must warn the passengers -- that rule exists

23    for the common sense obvious reason.  Without that rule,

24    passengers will get hurt.

25          He'll also -- WMATA doesn't dispute that either,

1    by the way.  They understand the reason the rule exists is

2    to prevent injury to passengers.  We'll see the rule in a

3    second, and that might make more sense.

4            Dr. Berkowitz will also explain that the

5    importance of this particular safety rule is so obvious and

6    so well understood that it's called the national standard of

7    care.  The national standard of care.  It's not just WMATA

8    that follows this rule.  It's subway systems across the

9    country, across the nation.  New York, Chicago, Boston, and

10   Philadelphia at a minimum, he'll tell you, follow that exact

11   safety rule.

12           You'll also see WMATA's own version of the safety

13   rule, the way that they've written it down in their system.

14   That's at what's called Standard Operating Procedure --

15   S-O-P -- No. 50 for WMATA.  And you'll have a fuller copy of

16   this, but it's showing you the part of the chart that's most

17   relevant.  Circled in red you can see if a train driver, a

18   train operator, is repositioning a train in that situation,

19   then she must first warn the passengers:  "Attention

20   customers, this train will move forward; please hold on."

21           "Please hold on" is what I referenced a minute ago

22   saying WMATA understands why this rule exists.  If people

23   aren't holding on at that point in time, they will be thrown

24   to the ground.  Not everybody, but somebody will.  So that's

25   why the rule exists.

1          Dr. Berkowitz will go over all those things with

2     us.  He'll testify to those things.

3          In addition to all of those items, you'll notice

4     something else over the course of this trial.  No expert is

5     going to contradict what Dr. Berkowitz explains to us.

6     WMATA had every right, every opportunity, if it wanted to,

7     to bring an expert in here to refute any of Dr. Berkowitz's

8     opinions it disagreed with.  You will hear from no such

9     expert during the course of this trial.

10          MR. WATERS:  Objection, Your Honor.

11          THE COURT:  We'll deal with it after the argument.

12          MR. C. REGAN:  So that's the reason we're suing

13     WMATA.  Because they violated the fundamental safety rule.

14          Before coming to trial, there were a number of

15     things that had to be considered.  First, the actions of

16     WMATA's own train driver.  We talked about that a moment

17     ago.

18          Another thing to consider is Ms. Scott's own

19     actions.  Did Ms. Scott do anything to contribute to cause

20     the injuries that happened to her that day?  Did she do

21     something wrong?  Was she at fault?

22          So here in D.C., when members of the public ride

23     Metro trains, they take on the risk -- they accept the risk

24     -- of ordinary starts, stops, bumps, rattles.  They're just

25     an inescapable, unavoidable part of riding on a subway

 1    train.

 2            What people don't have to accept, what they're not

 3    responsible for, are risks that are not the unavoidable part

 4    of riding on a subway train.  Once the train is stopped at a

 5    station platform, passengers are allowed to get off the

 6    train without fear that it's going to violently jerk forward

 7    under their feet as they do.

 8            So the question becomes, was it reasonable for

 9    Ms. Scott to stand up and move to exit the train as she did?

10    You'll hear from two witnesses on that point.  First, WMATA,

11    and then also Ms. Scott.

12            So what does WMATA have to say on that point?

13    Well, it will tell you, due to how the trains were operating

14    back then, in 2019, two things.

15            Number one, there was always a delay.  Every

16    single time a train pulled into the station, there was a

17    delay of 5 to 15 seconds between stopping at the platform

18    and opening the doors.  Every time.

19            And then number two, during that five-plus second

20    delay WMATA fully expects that passengers will be standing

21    up and moving towards the doors and waiting for them to

22    open.  WMATA understands that.

23            So that's what you'll hear from WMATA.

24            What about from Ms. Scott that's relevant on this

25    point?

1          Well, she'll tell you about her trip that day;

2     that on her train ride that day before they got to McPherson

3     Square there were five or six other instances in which this

4     same train driver moved the train after stopping for the

5     first time without warning the passengers.  She'll tell you

6     that as a result of that, she was extra on guard by the time

7     they got to McPherson Square.  She stayed in her seat for an

8     extra couple of seconds intentionally to make sure that the

9     train was really stopped.  And then she'll also tell you

10    that during those five or six previous repositionings, the

11    previous unwarned repositionings that day, the "doors

12    opening" announcement always came after the final stop, not

13    before the final stop like it did at McPherson Square.

14         So that's the basic evidence that you'll hear on

15    that point.  Again, once the train is stopped at a station

16    platform, passengers are allowed to get off the train

17    without fear that it's going to jerk suddenly underneath

18    their feet as they do.

19         Now, WMATA's going to have a story to tell on that

20    point as well.  And I want to talk about it briefly because

21    I would respectfully submit that you might find it to be a

22    curious one.

23         WMATA understands that its driver was violating

24    the safety rule multiple times that day during that journey.

25    You might wonder does WMATA accept that responsibility and

1       apologize to its passenger, to Ms. Scott?  It does not.

2              What WMATA wants to do instead is to blame

3       Ms. Scott.  It's going to argue that Ms. Scott should have

4       recognized from those prior unwarned repositionings, despite

5       the differences that we talked about a minute ago, that she

6       should have recognized from those prior violations of the

7       rule that the train driver might do the same thing again;

8       that the train driver was being so unsafe, that she should

9       have realized the train driver was being that unsafe.  So

10      that's one of the arguments that you'll weigh in this case,

11      too, and you'll be the judges of that.

12             At the end of this case, the verdict form that you

13      are given is going to ask how much money you award as your

14      verdict.  To figure it out, you can take into account one

15      thing and one thing only, and that's the measure of the

16      actual harms and losses suffered by Ms. Scott as a result of

17      what happened that day.  Everything else is outside the box.

18      Nothing else comes in.

19             So we have to show you those harms and how severe

20      they are.  You need to understand what they were to be able

21      to do your job in this trial.

22             I'm not going to be talking about these things to

23      try to get your sympathy for Ms. Scott.  You may well feel

24      sympathy for her, but that can't color your verdict.  The

25      verdict is harms and losses only.

1          Your verdict decides how much money is necessary

2     to make up for the harms and losses inflicted on Ms. Scott's

3     life as a result of this incident.  If you stacked up all

4     the harms on one side of a scale, how much money would you

5     have to stack up on the other side to balance it out?

6          So what happened after Ms. Scott hit the floor,

7     after the train came to a stop?

8          Well, she knows her hip, the top of her femur, is

9     broken; and badly.  She'll tell you how she was terrified to

10    move even a little bit, lest she do even more damage, lest

11    the shards of bone shift and do more harm to her body.  She

12    was a paramedic for ten years.  She'll tell you that she

13    understands that it is a dangerous position to be in in

14    addition to a painful one.

15         She's screaming on the floor.  Two men, fellow

16    passengers of hers, help her.  They hold her leg in position

17    as best they can, and she tries to hold still, too.

18         Eventually the paramedics get there.  It takes

19    them longer than you might expect.  Obviously they do have

20    to come down into the station and then tend to her, evacuate

21    her.  They evacuate her and take her by ambulance to George

22    Washington University Hospital's ER, GW.

23         At GW, you'll hear evidence that the doctors there

24    decide that surgery basically has to be done immediately.

25    They stabilize her overnight.  The next morning the surgery

1    gets done.

2            You'll hear testimony from the doctor who actually

3    performed that surgery.  His name is Dr. Raj Rao.  Now he's

4    the chief of surgery for the VA Medical Center in

5    Wilmington, Delaware, so he'll be testifying during

6    prerecorded video as opposed to live here in court, but back

7    then he was an orthopedic surgeon at GW.  He was also a

8    professor of surgery and neurosurgery for GW's medical

9    school.

10           So he'll tell you about the surgery that he

11   performed.  You saw that.  That's the injury.  He'll walk us

12   through that a little bit and explain what an injury like

13   that is and how it's treated, what that means for someone --

14   for Ms. Scott.  Then he'll walk through bit by bit the

15   surgery that gets done.

16           I'm not going to go through this in detail now.

17   He's going to explain that to you.  But it's called an

18   intramedullary rodding surgery.  And essentially what is

19   done is a guide hole is drilled through almost the entire

20   femur, top to bottom, and then a metal rod or nail is driven

21   down into it, and that's locked in place with a screw at the

22   top, a large screw, and then a screw just above the knee to

23   anchor it.

24           He will talk about how the surgery winds up.  Once

25   the rod is in her leg, what is her prognosis?  How does her

1    recovery go short-term and long-term from there?

2            Roughly a week after arriving in the emergency

3    room, you'll hear that Ms. Scott is discharged or

4    transferred, really, from the hospital to an inpatient

5    rehabilitation facility where she continues to do a rigorous

6    course of basically recovering and then PT -- physical

7    therapy -- occupational therapy, the things that get someone

8    back up and walking after a surgery like that.

9            Once she's discharged home from there, she

10    continues with outpatient PT/OT to again just build back to

11    working with that leg as best she can.  She'll talk to us

12    about that period in her life.

13            In addition to Dr. Rao, you'll hear testimony from

14    Dr. Andrew Bishop.  Dr. Andrew Bishop is an orthopedic

15    surgeon in Middleburg, Virginia.  He has sort of an

16    interesting career that before he opened his own office, an

17    orthopedic office in Middleburg, he was the team surgeon for

18    the Atlanta Falcons, the NFL team, for 15 years.

19            Carol Scott has been his patient on an as-needed

20    basis since 2017, so two years before this incident

21    happened.  He had treated her for knee arthritis before

22    this.  So he has not only a very good understanding of a

23    traumatic injury such as this one, a femur fracture such as

24    the one that Ms. Scott suffered, but also of Ms. Scott's

25    baseline, how she was doing physically even before this

1    happened.  So he'll talk to us about all that.

2              So Drs. Rao and Bishop, they are the treating

3    orthopedic surgeons who actually treated Ms. Scott, who took

4    care of her, who had a doctor/patient relationship and tried

5    to get her better as best they could.  When it comes to the

6    legal case, they don't have a dog in the fight.

7              In addition to those two doctors, you may also

8    hear testimony from a third.  His name is Dr. Harris, Denis

9    Harris.  That's someone different.  Okay?  He plays a very

10   different role in this case.  He's not a treating surgeon.

11   He never had a doctor/patient relationship with Ms. Scott.

12   Instead, he's somebody who was hired by WMATA and its

13   attorneys strictly for the purpose of assisting them with

14   this case.  So you'll hear the evidence that WMATA paid him

15   a good fair bit of money to dig through her medical records,

16   review them all, and then examine her one time back in May

17   2023.

18             What's he going to have to say after all that?

19   Effectively nothing.  Okay?  You'll find that he does not

20   seriously refute either the severity or the permanency of

21   the injuries that Carol Scott suffered.  So, again, he's --

22   certainly he's WMATA's witness, but that's what he'll have

23   to say when he testifies for you.

24             So where does Ms. Scott stand today?

25             Well, you'll hear that she's never regained the

1    ability to walk the way that she was able to before this

2    happened.  Despite the excellent surgical care by Dr. Rao,

3    she just has not gotten back to that point.

4          Previously Ms. Scott did have a cane.  She brought

5    it with her.  If she knew she was going to have an

6    abnormally long walk or over uneven ground, something like

7    that, she'd have it.  She'd have the ability to use it, if

8    she needed to, but she didn't need to use it everywhere she

9    went all the time.  She even had it with her on the train

10   that day.  Now she has it all day every day all the time.

11         She continues to suffer persistent pain and just

12   general discomfort from the leg.  She can't sleep on the

13   left side.  She can't lie on it for an extended period of

14   time.  She'll tell you, you'll hear, that because the top

15   screw that sort of goes in horizontally, of course, the

16   other leg, the top screw, she can feel it press into her

17   flesh on the outside of the hip if she lies on that side.

18         She experiences that pain and ongoing disability

19   not only physically but also mentally in that she is afraid

20   of falling in a way that she wasn't before this happened.

21   She knows what it is to go through what she's gone through

22   and continues to go through.  She doesn't want to do it

23   again.  So she's acutely aware that that's changed her

24   outlook; that she feels differently walking around the

25   world.

1              Ms. Scott's injuries have also drastically

2     impacted her ability to do the work that she's here to do in

3     the world.  She'll talk to you about that.  She'll talk to

4     you about her career.

5              She spent her entire career over the course of

6     roughly 50 years advocating for United States veterans, all

7     eras, all wars since Vietnam, all races, all genders,

8     everything.

9              In 2018 she had just taken a job with a new law

10    firm -- not a new law firm, a new job with a law firm -- to

11    focus specifically on Native American veterans.  In that

12    capacity she was traveling out to even most far-flung

13    reservations out west, boots on the ground, to see the

14    people she was working for, what services they had, what

15    gaps were there, and what services they needed.

16             She'd come back here to the D.C. area.  She'd be

17    walking up and down the halls of Congress trying to set up

18    meetings with congressmen and senators to advance that

19    agenda for her clients.

20             These injuries left her able to function in that

21    role only in a drastically reduced capacity.  So you'll hear

22    about that from her as well.

23             Some of the harms in this case can be fixed, the

24    damages only to Ms. Scott's wallet.  You'll hear that her

25    past medical bills in this case, medical bills from the day

1    this happened to now, are $229,000 and change.  That's a

2    significant figure certainly, but the fact of the matter is

3    those are just the tip of the iceberg.

4            The far greater weight of the harms in this case

5    are below the surface.  They're not just a number on medical

6    bills.  They're sort of the things that we just talked

7    about.  And you'll get an instruction from Judge Cooper at

8    the end of this case, but the injuries are excruciating pain

9    on the floor, emergency surgery, a long grueling recovery,

10   an incomplete recovery, loss of independence, constant pain,

11   loss of quality of life, and loss of enjoyment of life.

12           So for these -- these are the kinds of harms that

13   can't simply be fixed.  Okay?  They will be with her for the

14   rest of her life.

15           For these harms -- as I mentioned, you'll get an

16   instruction from Judge Cooper at the end of this case, but

17   for these harms, the law instructs and empowers you, as the

18   jurors, to come together and determine the fair measure of

19   them.  It includes the physical pain that she's suffered

20   already, Ms. Scott.  It includes the impact, the trauma, the

21   shattered femur, the surgery, the pain and limitations and

22   all the trauma associated with recovering from it, all her

23   past and future pain.  But then it also encompasses her

24   emotional and mental suffering.  The impact that this has

25   had on her overall physical and mental well-being, and her

1     enjoyment of life, quality of life.

2          Big picture, your job in this case is to figure

3     out the fair measure of all that harm.

4          A couple of different ways of looking at that.  We

5     talked about balancing out the harms before, talking about a

6     scale.  You can also think of it as trying to find the fair

7     trade value.

8          So balancing out the harms, what amount of money

9     balances out the harms this incident inflicted on Carol

10    Scott's life?  Alternatively, what amount of money would

11    reasonable people say would be fair trade, a fair trade for

12    what Ms. Scott has gone through and continues to go through?

13         For some things in the world, it's pretty easy to

14    work out the fair trade value.  If you want to know the

15    price of eggs, you look on the carton.  If you want to know

16    the price of a refrigerator, there's a price tag.  But for

17    other things, it's much harder.

18         What about -- what if you want to figure out the

19    fair trade value of a piece of artwork?  Is a Picasso really

20    a Picasso?  If it is, is it worth $5 million?  $10 million?

21    $20 million?  How do you know?

22         What about a house?  Is that a $1 million house?

23    Is that a $2 million house?  Three?  Can anybody really tell

24    from a photo just of the facade?  What if it's got cracks in

25    the foundation?  Mold behind the walls?  Right?

1        So for artwork and houses people often turn to

2   professional appraisers.  I know some people might have

3   stories about bad appraisers, but I want to talk about good

4   appraisers for the time being.

5        A good appraiser is neutral, honest, thorough, and

6   has access to all the relevant facts that he or she needs to

7   make a decision.

8        In many ways that's your role.  You're the

9   appraisers of the justice system.  You must examine,

10  consider, and place a value on the harms that are at issue

11  in this case.  And our job, of course, is to make sure --

12  our collective job, all the attorneys in this case, is to

13  make sure that you have all the information that you need to

14  make that determination.

15       Ms. Scott only gets one trial.  This is her one

16  chance to come before you, a jury of her peers, and ask that

17  you do justice in this case.  She can't come back a year

18  from now, two years from now, when the pain, the stiffness,

19  the limitations are worse.  This is all she gets, this one

20  trial over the course of three, maybe four days as Judge

21  Cooper suggested this morning.

22       We appreciate you being here, and we respect

23  your time.  We are not going to put on three dozen family

24  members and neighbors to talk about the impact this has had

25  on Ms. Scott.  You deserve to have all the relevant

1    information, as I mentioned a moment ago, but you don't

2    deserve to hear it three times over.  We've tried very hard

3    to make this trial run efficiently.

4         But you will consider -- in these three or four

5    days you're going to consider the impact of this incident on

6    a much larger span of time for Ms. Scott's life.  It's been

7    2,037 days since this incident happened in September 2019.

8    It's been 2,500 -- well, 2,591 is, statistically speaking,

9    pursuant to the official life tables of the United States

10   government, how long Ms. Scott can reasonably expect to live

11   statistically from today.  And then as I said, three to four

12   days, that's the trial time that we're given together.

13        Your verdict will speak the truth of what all

14   those days are worth; those 12.7 cumulative years past and

15   present, past and future.

16        What's the value of the loss of enjoyment of

17   someone's life over the course of 12.7 years, of permanent

18   metal hardware, of never being able to walk the same way as

19   before, of never being able to enjoy a backyard garden that

20   has a slope, of never being able to walk around the gardens

21   near her home?

22        You'll hear she lives out a little ways into

23   Virginia.  She's got her mountain.  She loves that mountain.

24   But what's the value of that, the loss of that?  What's the

25   value of the loss that you can't feel?  You can't

1    independently freely go out and do the work you want to do

2    and the work on the far-flung reservations and not worry

3    that you need a cane the whole time, that you don't have the

4    endurance to go where you need to get.

5         One last note on time.  On the one hand, 12.7

6    years is the span of time that you'll be considering, but on

7    a more human scale, it's forever.  For Carol Scott, this is

8    a forever injury.  She's never going to experience one more

9    day of life on this earth with her natural leg.

10         Think about what an awesome power it is that our

11   law entrusts to you.  You will decide the fair measure of

12   what's been taken from Ms. Scott.  I won't pretend that it's

13   easy in a case of this magnitude to make that determination,

14   but as I said before, I promise that we will do our level

15   best to provide you with the information you need.

16         From beginning to end, everything we show you over

17   the course of this trial is for you to understand what

18   caused the harms and losses to Ms. Scott and what amount of

19   money is necessary to fix and make up for them.

20         Ladies and gentlemen, we're here because WMATA has

21   refused to accept responsibility for anything in this case.

22   That's not justice.  Justice demands that Ms. Scott receive

23   fair and full compensation for the harms and losses

24   inflicted on her life.

25         It will take $229,000 to pay for Ms. Scott's

1   medical bills.  And that's a complete fix.  With the stroke

2   of a pen, those are gone.  But that's just the bills.  It's

3   for the doctors, the hospitals.

4           After that the law entrusts you, as the conscience

5   of the community, with coming together to determine the fair

6   value necessary to make up for the harms to Ms. Scott's

7   life.  In cases like this, those are the most serious losses

8   of all.  Once you've seen the evidence, you'll know what to

9   do.

10          Thank you.

11          THE COURT:  Okay.  Thank you.

12          At this juncture, ladies and gentlemen, let me

13  just give you a couple of instructions which I will repeat

14  later in the case.

15          The first is that the argument of counsel is not

16  evidence in the case.  The evidence will be the testimony

17  and the documents that are admitted, not the arguments of

18  counsel.

19          And second, if any principle of law is stated by

20  counsel that is inconsistent -- that you find to be

21  inconsistent with the rules of law that I instruct you on or

22  I will instruct you on at the end of the case, it is my

23  instructions that will control.

24          Fair enough?

25          Okay.  And, Counsel, can we go to the phones.

```
 1              (The following is a bench conference

 2               held outside the hearing of the jury)

 3          THE COURT:  All right.  Mr. Waters, I'm going to

 4     reserve on your objection to the reference to the lack of an

 5     expert.  Do you want to be heard briefly on that now?  But

 6     you may want to submit something if you think that there is

 7     a basis for instructing the jury to disregard that

 8     statement.

 9          MR. WATERS:  Well, we'll be glad to look into

10     that, Your Honor.  I think the -- my reaction to it was it

11     was an inappropriate statement because it inferred that we

12     had an obligation where we don't have the burden of proof.

13          THE COURT:  Okay.  Mr. Regan?

14          (Pause)

15          THE COURT:  You've got to press the button in the

16     middle.

17          MR. C. REGAN:  Sorry, Your Honor.  I certainly did

18     not -- unless I misstated something -- I don't remember -- I

19     did not say anything about an obligation.  I said they had

20     the right and opportunity, and I simply observed that there

21     will not be such an expert at trial.

22          THE COURT:  Okay.  Mr. Waters, if you want to file

23     something on that, we'll deal with it and then instruct the

24     jury later.  And also I'll obviously deal with it at

25     closings, if there's a ground for the objection.  Okay?
```

1          MR. C. REGAN:  Very well, Your Honor.

2          THE COURT:  Okay.

3          (This is the end of the bench conference)

4          MR. WATERS:  May it please the Court, Your Honor;

5     Counsel; ladies and gentlemen of the jury.

6          We were introduced earlier during jury selection.

7     I'd like to repeat the introduction in case anybody forgot

8     who we are.  My name is Jason Waters, and I represent

9     Washington Metropolitan Transit Authority, Metro.  I'm

10    joined by my colleague, Lauren Gilman, from my law firm, and

11    at the table with us is also Laurie Hand.  She's an attorney

12    at Metro.

13         I think the one thing that we can potentially

14    agree with each other on -- one of the few things, maybe,

15    that we'll be able to agree with each other on -- is that

16    this case is really about responsibility and fairness.

17    Metro's responsibility, to be certain.

18         Metro has an enormous obligation.  It runs

19    Metrorail and Metrobus services in serving a community of

20    nearly four million people.  It's a tremendous, tremendous

21    obligation on Metro.  It does this over more than a hundred

22    miles of rail and approximately 100 stations with 1,500

23    buses running 24/7.

24         But Metro isn't the only responsible party in this

25    transit relationship.  We, as passengers, also have

1    responsibilities.  When we're using Metro, we're using a

2    conveyance system, whether it's train or rail or

3    MetroAccess.  We're relying on Metro to move us from one

4    part of our community to another part of our community.

5         And sometimes on rail, as you know, there's not

6    always a seat or a requirement that there's a seat.  Many

7    times people stand while Metro's moving.  There are hand-

8    holds.  There are poles over our heads.

9         We have to know how Metro works as passengers.  We

10   have to follow announcements that are given by the operators

11   and instructions at the stations.  We also have to know our

12   own physical capabilities.

13        Are we capable of standing while the train is

14   moving?  Are we capable -- or do we need to sit down?  Am I

15   capable of standing unaided by a pole when there's a

16   possibility the train may move?

17        So we view this case as one about responsibility

18   and fairness, but the dispute that we have is what brings us

19   to you.

20        I want to begin by thanking you for your jury

21   service.  I know that the judge has already thanked you, but

22   I think it's important that we acknowledge this, too.  We're

23   taking you out of your ordinary lives, right -- your jobs

24   and the things that you have going on in your ordinary lives

25   -- and asking you to spend three days with us while we

1    present evidence and argument about this case.  And I know

2    that that's a tremendous burden for each of you.  I want you

3    to know that we deeply, deeply appreciate your service.

4         And what's important about it is you play a very

5    significant role.  This is an important dispute between the

6    parties, between Ms. Scott and Metro, and it's important to

7    both sides.  We both have an argument to make, and we both

8    have a position and a story to tell.  So you serve a very

9    important role in helping us resolve that dispute.

10        As the judge instructed earlier, the plaintiff

11   will put on their evidence first.  They will call their

12   witnesses, and they'll put on their evidence; and then we

13   get an opportunity to put on our evidence as well.  And then

14   we'll make closing statements, and you'll have an

15   opportunity to deliberate.

16        Because we go second, I would ask that you please

17   reserve judgment until you've heard all of the evidence in

18   the case.  I know it's very tempting, having heard some of

19   the facts of the case, to already start formulating some

20   thoughts and opinions, but I'd ask you to reserve on those

21   issues until you've heard all of the evidence.

22        I'd also ask that you consider that in this case

23   the parties stand before you and the Court on equal footing.

24   We stand before the law on equal footing.

25        What does that mean?

1          It means that WMATA has a right to be here even

2     though it's a government agency; that we shouldn't be

3     treated differently because we're a government agency.  Any

4     more than I would expect you to treat Ms. Scott differently

5     because she's an individual bringing a lawsuit against a

6     government agency.

7          WMATA and Ms. Scott -- and this is one of the

8     great things about our court system -- stand before the

9     Court and you on equal footing.  We only ask that you listen

10    to all of the evidence, follow Judge Cooper's instructions

11    at the end of the case, and render a judgment that is in

12    accordance with the instructions and is fair, just, and

13    reasonable.

14         One of the greatest things about our jury system,

15    even though I know it's an inconvenience to our jurors, is

16    that we're drawing from our community.  We're asking people

17    from the Washington metropolitan area -- in this case,

18    specifically in D.C. -- to sit and hear a case and decide

19    what the facts are.  And that is your exclusive role.  None

20    of us can interfere with that.  That is your right as our

21    jurors, to decide what the facts are.

22         But when we draw members from our community in

23    this community, we know that we're drawing from people who

24    have experience with Metro.  Right?  And some of those

25    experiences may be good, and some of those experiences may

1    be bad.

2              When Metro's working and everything's running on

3    time, it's great.  Right?  We all have good -- some good

4    memories of riding the Metro or the bus and the convenience

5    that it gives.

6              But we also may have some frustrating experiences.

7    Perhaps the escalators weren't working on that one day when

8    you really needed the escalators to be working, or if you

9    are sitting on the wayside, the railroad, while the traffic

10   is clearing in front of you.

11             We understand that as jurors you have your

12   personal experiences with Metro, and that you bring that

13   into this trial.  We're only asking that you be fair to

14   Metro as a party on equal footing before you and before this

15   Court.

16             When we think of Metro, we often think of --

17   forgive the expression -- pushing tin.  Right?  We're moving

18   metal, buses and Access vans and our trains and the subways.

19   So we often think of the actual mode of transportation, but

20   I'd ask you to think about the fact that Metro also consists

21   of thousands of employees that make the trains and the buses

22   run.  And during this trial you're going to have an

23   opportunity to meet several of them.

24             I introduced you to Laurie Hand from the office of

25   general counsel, but you'll also hear testimony from Keisha

1    Simone Henry.  Ms. Henry actually started her career as a

2    bus operator -- bus driver, I should say -- became a rail

3    operator, then became a rail supervisor, and then is now

4    working as one of the directors of rail operations.  And

5    she's going to testify at trial about Metro's procedures,

6    the SOPs that Mr. Regan referred to.

7          You'll also hear from Clev Bennett.  Again, Clev

8    started as a bus driver, became a rail operator, and now is

9    a field supervisor, and he'll testify about WMATA's

10   investigation into this accident.

11         You'll also hear from Dominic Johnson.  Dominic

12   Johnson was the operator on the train on September 23, 2019,

13   when Ms. Scott was injured.

14         You heard a little bit from counsel about the

15   facts of the accident here, and I'll relate them myself.

16         We understand, from Ms. Scott and from this case,

17   that she was coming into Washington, D.C., on the evening of

18   September 23rd.  She was attending a professional dinner,

19   and her intended stop was McPherson Square.

20         She got on the train at Vienna.  There are 11

21   stops from Vienna to McPherson Square.  As Mr. Regan alluded

22   to, on several of those stops -- about 50 percent of those

23   stops, or more actually -- the train would stop at the

24   platform and then reposition.  I'm sure many of us have that

25   experience, where the train repositions so that the doors

1    are all properly placed on the platform so that passengers

2    can get off the train and new passengers can get on the

3    train.  Otherwise, if it's not correctly positioned -- we

4    call that berth, by the way, B-E-R-T-H, berthing a train.

5    If the train is not properly berthed, you may have the back

6    doors on the last car opening up into the actual subway

7    tunnel, which is actually a very dangerous condition.

8            So it's important to properly berth the train.

9    And, you know, when the operator stops short and then

10   repositions the train, they're doing that to make sure that

11   the doors are properly aligned for passenger safety.

12           So on her way in on the Orange Line, at five or

13   six of the stations the train was stopping and then

14   repositioning.  She recalls that as she was approaching Mc

15   -- and by the way, during her ride, we understand Ms. Scott

16   was a forward-facing seated passenger, meaning she was

17   facing in the direction of travel on a train on a seat not

18   far from the doors where she would eventually get off the

19   train.

20           So as the train is arriving at McPherson Square,

21   she's explained to us that the train stopped.  She waited a

22   little bit before she got up.  And she remembers that there

23   was an announcement that said "McPherson Square, doors

24   opening on the left," and then she got up.  And as she was

25   moving toward the door, the train repositioned again, as it

1    had at the prior stations, and that's when she fell.

2         At that time, though, she was carrying a cane and

3    a purse.  She wasn't using the cane for balance, and she

4    wasn't holding on to any of the poles overhead or the

5    vertical poles near the door or any of the crossbars near

6    the chairs where she was seated.

7         Ms. Scott, when the train repositioned, fell to

8    the ground.  Fell hard.  Fell on her left side.  And, as

9    counsel described, she fractured her femur.

10         I want to be clear.  This is a serious fracture.

11    Right?  And WMATA deeply regrets -- deeply regrets -- that

12    anybody was injured on our trains, especially Ms. Scott.

13    The fracture itself was at kind of the ball of the femur

14    where it attaches to the pelvis joint, and by all accounts

15    she was, and as you would expect, in serious pain.

16         There were passengers who responded to her to give

17    her aid, and she was eventually taken off the train and

18    transported to the hospital.

19         During trial you'll hear from the passengers who

20    helped her, at least two of them.  One of them is Stacy

21    Swain, and she'll testify about what she observed on that

22    ride with respect to Ms. Scott's fall.

23         You'll also hear from Mr. Emondi, who will testify

24    about what he remembers.  Interestingly, Mr. Emondi will be

25    testifying by video as well, and so we've already done his

1    testimony.  And I ask you to pay careful attention to what

2    he says about what he remembers with regard to

3    announcements.  Does he actually remember there was no

4    announcement, or did he -- he doesn't recall hearing it?

5           I submit to you that one of the things that you'll

6    find out is Mr. Emondi was actually reading his emails at

7    the time, and he wasn't getting off at McPherson Square.

8    That wasn't his stop.

9           You'll also hear -- again, you'll hear from

10   Dominic Johnson.  Dominic was the operator of the train.

11          Now, when the train -- after Ms. Scott fell, we

12   understand Ms. Swain actually called the cab on the phone

13   that's in the train and told her that a passenger was hurt.

14          Ms. Johnson will testify that she called her

15   supervisor, and that a supervisor was there at McPherson

16   Square.  She was instructed to stay in the cab while the

17   supervisor and other Metro personnel responded to Ms. Scott.

18          Counsel made some points with regard to the

19   announcement that was made or wasn't made.  What we expect

20   you to hear from Ms. Johnson is -- it's true -- she does not

21   remember making the specific announcement with regard to the

22   train repositioning, but what she will testify to is that

23   she understands that that's the announcement that's made,

24   that she makes, when she's moving the train, and also,

25   curiously, that the station announcement isn't made or isn't

1    one that she makes when the train stops.  Rather, it's made

2    when the train is arriving into the station.  When the front

3    of the train is entering to the platform is when she makes

4    the announcement that "McPherson Square, doors opening on

5    the left side," "Metro Center, doors opening right side,"

6    for example.

7            So in addition to these witnesses, Mr. Regan's

8    referred to Dr. Carl Berkowitz.  Dr. Berkowitz is an expert

9    that the plaintiffs have retained in this case.  He's not a

10   WMATA witness.  He's not particularly -- well, he holds

11   himself as a transportation safety engineer.  I ask you to

12   listen very carefully for what he says about the bases of

13   his opinions with regard to a national standard of care and

14   formulate your own opinions as to whether that's credible.

15           We also expect you to hear medical testimony, the

16   experts that -- the orthopedic surgeons that Mr. Regan

17   referenced.  Dr. Rao most notably was the surgeon at George

18   Washington Hospital who operated on Ms. Scott.

19           As you saw through the illustrations that counsel

20   shared, her fracture was fixed with instrumentation, meaning

21   that there was a rod that was extended into the top part of

22   her femur, and then two screws, one at the top that fixed

23   the bone in place and one below, above the knee, where it

24   would hold the rods in place.

25           By all indications this was an extremely

1    successful surgery.  But the last time he saw Ms. Scott,

2    almost four years ago, he indicated she was doing extremely

3    well; that at the time she was not taking pain medications;

4    that she was able to use the cane as she was before the

5    accident, although using it more than she was before; and he

6    also, at her request, encouraged her to resume exercising.

7            You'll hear from Dr. Bishop, who saw Ms. Scott on

8    one occasion I think in 2021, about three years ago, and

9    also his evaluation of her was consistent with Dr. Rao's in

10   that she had an excellent surgical result from her accident.

11           And, again, we retained Dr. Harris, who will also

12   testify, and Dr. Harris will testify that he believes that

13   this was an excellent surgical outcome, and that any

14   residual permanent impairment is minimal.

15           So when you hear all of the evidence in the case,

16   bringing this back to my original point, this case is

17   ultimately about responsibility and fairness.  Metro has an

18   enormous obligation with regard to the undertaking of

19   providing public transit to the Washington metropolitan

20   area.  We're one of the largest subway transit systems in

21   the country, perhaps the world.  And Metro strives to

22   provide a reasonably safe and reliable public transit system

23   for this community.

24           Accidents happen when you're moving people.  We

25   know that.  And sometimes Metro is responsible for those

```
 1    accidents.

 2             But just because an accident happens does not mean

 3    that Metro's necessarily responsible.  We, as passengers,

 4    also have some responsibility, too; to know our own physical

 5    limitations and capabilities; to use the holds that are

 6    available to us on the varying conveyances that we're using;

 7    to follow and listen to instructions; to pay attention.

 8             So ultimately, at the end of this case, you will

 9    ultimately have to make a decision with regard to balancing

10    those responsibilities, and you'll be asked to do this in

11    accordance with the instructions that Judge Cooper gives

12    you.

13             And, again, consistent with your oath as jurors,

14    you may have to apply those instructions in a way that you

15    may disagree with, and we understand that.  But we simply

16    ask that you listen to all of the evidence for both sides,

17    hold off on making your judgments until you've heard their

18    evidence and our evidence, and follow Judge Cooper's

19    instructions.  And if you do these things, we trust you, as

20    our jury, to reach an outcome and a judgment that is fair,

21    reasonable, and in accordance with the law.

22             Thank you for your time.  I look forward to

23    speaking with you again at the end of the case.

24             THE COURT:  Okay.  Thank you.

25             Are we ready for our first witness?
```

```
 1              MR. P. REGAN:  Yes, Your Honor.  Our first witness
 2    is Ms. Stacy Swain.  And I was just checking.  She's in a
 3    witness room.  I'll get her.
 4              THE COURT:  Very well.
 5              All right.  Ladies and gentlemen, feel free to get
 6    up and stretch, if you'd like.
 7              How's the temperature in here?  A little chilly?
 8    All right.  We'll see if we can do something about that
 9    tomorrow.
10              Good afternoon, ma'am.
11              THE WITNESS:  Hi, how are you?
12              THE COURT:  Step right up and remain standing and
13    raise your right hand.
14              (Witness sworn)
15              THE COURT:  Did you understand everything?
16              THE WITNESS:  Yes.  I didn't know if I was
17    supposed to say my name first.
18                        STACY SWAIN, Sworn
19                        DIRECT EXAMINATION
20    BY MR. P. REGAN:
21    Q.  Good afternoon, Ms. Swain.  If you'd introduce yourself
22    to the jury, please.
23    A.  Good afternoon.  My name is Stacy Swain.  I am a
24    certified government meeting planner, and I live in Largo,
25    Maryland.
```

1   Q.  And would you tell us where you live, Ms. Swain.

2   A.  I live in Largo, Maryland, now.

3   Q.  Okay.  And if you would, just tell us a little bit about

4   you, and then we'll talk about what you're here for.

5   A.  Let's see.  I am a mother of three adults, 47 and, ooph,

6   41; I have identical twins.  And I'm a grandmother of six,

7   five grandsons and one granddaughter.

8   Q.  All right.  Let's go to the evening of September 23,

9   2019.  You were a witness to an incident in which Ms. Carol

10  Scott was injured, correct?

11  A.  Yes.

12  Q.  Tell us what you were doing that night.  Where were you

13  going?  Where did you get on the subway?  Where did you

14  intend to get off?

15  A.  At that time I worked for CSR, Incorporated, as a

16  meeting planner for the Department of Justice, and I was on

17  my way home from work.  Our offices were in Ballston.

18  Q.  Okay.

19  A.  And I was on the Orange Line.

20  Q.  So you got on in Ballston.  And you weren't going to get

21  off at McPherson Square, right?

22  A.  No.

23  Q.  Okay.  So tell us, you know, what happened.  What do you

24  remember happening?

25  A.  Well, I was on the Orange Line train, and I was sitting

1    -- it was the older trains, and I was sitting on the right-

2    hand side in the back.

3         And I don't know if you remember.  The older

4    trains had two seats like back there, and then the call box

5    is right there, and the door, and they had a pole.  When you

6    came into the train, it had a pole right there.

7         But I was sitting right back there, tired; long

8    day at work.

9         The train slowly pulled into McPherson Square

10   station, and then it sat there for a few minutes; and then

11   all of a sudden it violently jerked forward and caught

12   everyone off guard, even me sitting there.

13        And the reason why I remember this is because I

14   had spinal surgery the year before so I was, you know,

15   trying to brace myself.

16        Everyone flew forward because the train jerked so

17   violently.  And people had risen to -- in anticipation of

18   getting off at McPherson Square and trying to grab poles,

19   you know, the bars on the top of the seats, anything to

20   steady themselves.

21        And then I heard a loud thump and a crack, and as

22   a mother, you know when something -- when you hear

23   something, you hear -- and then I heard a loud scream, and I

24   think my mother ears perked up, and then I -- when I heard

25   the scream -- the thud and the crack were sickening, but

1    when I heard the scream, I immediately jumped up because

2    people are moving around now.  People -- the doors finally

3    opened.  People are disembarking, but other people are

4    staying there trying to help who I found to be Ms. Scott.

5    And, you know, she's screaming because she's in pain.

6          And I see them trying to move her, and my instinct

7    just kicked in, and I scream out.  And you can see I'm a big

8    woman.  I'm bossy.  And I was like, "Don't move her.  Nobody

9    touch her.  Don't move her because you don't know what's

10   wrong, and you could hurt her more."

11         And then, like I said, the call box is right

12   there, you know, behind your head, so I hit the call box and

13   called the station manager and said we had an injured person

14   on the train, and we needed an ambulance immediately.

15         And then I -- Ms. Carol was still laying there

16   screaming in pain, and I took my jacket off, and I went over

17   to her to try to comfort her just to calm her down because

18   she was really screaming and really in pain, and, you know,

19   I was just holding her hand.  I put my jacket -- flattened

20   it a little bit but just so her head wasn't on that floor,

21   the dirty floor.

22         And I just held her hand and talked to her and

23   just tried to calm her down, you know, "What's your name,

24   darling?  Who can I call?"  And I just tried to keep her

25   calm and out of pain as much as I could until the ambulance

1    arrived.  There were two other gentlemen that helped me with

2    this that were really nice.

3            And you could tell from the way she fell, the

4    awkward position, that she did need to be moved, so they

5    were holding her leg so it wouldn't -- because if you moved

6    it in a certain position, it was worse.

7            And that's what I remember.

8    Q.  Okay.  Thank you, Ms. Swain.

9            Before that violent jerk that you've described,

10   was there any announcement by the train operator that the

11   train was going to move forward --

12   A.  No.

13   Q.  -- and to please hold on?

14   A.  No.  There was just the announcement that McPherson

15   Square was coming up.  But we had already arrive -- you

16   know, after that we had arrived at McPherson Square and were

17   sitting idle, and then it just lurched violently forward.

18   Q.  And how long after you'd been sitting idle did the train

19   lurch forward?

20   A.  It was just a few seconds, maybe -- I don't know how

21   many seconds, but it was, you know, just a pause.

22   Q.  And were you --

23   A.  I'm sorry, like I just paused.  And then no warning and

24   just, you know.

25   Q.  And were passengers at that point getting up to get off

 1    when the violent jerk happened?

 2    A.  Some had already stood up, and that's why I said they

 3    were -- they were all flown that way.

 4           But yes, passengers had -- if you've ever been on

 5    Metro, people are always getting up before the stop to

 6    disembark.

 7    Q.  So how long did you remain with Ms. Scott?

 8    A.  I stayed with her the entire time.  I tried to get an

 9    ambulance, but they wouldn't let me.  But I held on to her

10    purse, you know, everything she had.  And like I said, I

11    stayed right there by her side and held her hand.

12           You know, it took -- she was in so much pain that

13    they had to give her medicine up her nose before they could

14    move her.

15           Like I said, that bar was there in the middle of

16    the aisle.  They had to figure out how to get the stretcher

17    in and get her on it and get her up the escalator steps.  So

18    it was quite awhile.  I guess up to the ambulance part it

19    was -- the whole thing was a little over an hour because

20    they came, you know.

21    Q.  And ultimately did you give a statement to the Metro

22    investigators about what you --

23    A.  Yes, yes, I did.

24           THE COURT REPORTER:  Could you please let him

25    finish the question.

```
 1                    THE WITNESS:  Oh, I'm sorry.
 2    Q.  About -- did you give a statement to the Metro
 3    investigators about what you witnessed?
 4    A.  Yes.
 5    Q.  And did you tell them, the Metro people, that there had
 6    been no warning before the train jerked forward?
 7    A.  Yes.
 8    Q.  Okay.
 9                    MR. REGAN:  Your Honor, I have no further
10    questions of Ms. Swain.
11                    THE COURT:  Thank you.
12                    Mr. Waters.
13                         CROSS-EXAMINATION
14    BY MR. WATERS.
15    Q.  Good afternoon, Ms. Swain.
16    A.  Good afternoon.
17    Q.  We met a little bit earlier.  My name is Jason Waters.
18    I represent Metro.
19    A.  Yes.
20    Q.  Were you an experienced Metro rider?
21    A.  Yes.  I'm originally from Brooklyn, New York, and I've
22    never had a license; so I'm familiar with all train systems
23    basically.
24    Q.  So with regard to Metro in specific, did you ride Metro
25    every day?
```

1    A.  Yes.

2    Q.  Okay.  To and from work?

3    A.  Yes.

4    Q.  Okay.  So had you had prior experiences where trains

5    would stop and then reposition?

6    A.  Yes.  Still.

7    Q.  Okay.  So there was -- in your experience, was it an

8    uncommon experience for the train to reposition?

9    A.  It's hard to say with Metro.  It depends on the line.

10   You know, it's hard to say, but yes, it happens frequently.

11   Q.  Okay.  Would you agree that it's important to keep

12   yourself stable on the train to make sure that you're

13   holding on to something or seated while the train's moving

14   or if the train's about to move to protect yourself?

15   A.  Sometimes that's not always an option.

16   Q.  Would you agree that that's a particularly important

17   option if you are somebody who is perhaps unable to ambulate

18   without a cane?

19   A.  Because the train was already stopped and the doors were

20   about to open.

21   Q.  I'm asking you more generally.

22   A.  Uh-huh.

23   Q.  Would you agree that if you were a passenger who walks

24   with a cane or uses a cane, that it's important to make sure

25   that you put yourself in a position on Metro that's stable?

1    A.  Generally, yes, but, like I said, I mean, I've had a

2    cane before, and I couldn't, you know, so...

3    Q.  So you indicated that you got on the train at Ballston;

4    is that correct?  The Orange Line train?

5    A.  Yes, Ballston.

6    Q.  I'm just trying to count the stations in my head.

7    There's a few stations before McPherson Square.  Maybe five

8    or six?

9    A.  Yes.

10   Q.  Do you recall any instances before McPherson Square

11   where this particular train stopped and then repositioned?

12   A.  It was creeping along because there was always -- and

13   probably still is -- a problem at Rosslyn.

14   Q.  Okay.  But do you recall specific instances like

15   McPherson Square where the train stopped and then

16   repositioned before --

17   A.  No.

18   Q.  Okay.  Are you aware that Ms. Scott has testified in

19   this case that the train stopped on five or six prior

20   occasions before McPherson Square?

21   A.  Yes.  That's what I said.  It was creeping along and,

22   you know, slowly jerking, but nothing like the violent

23   nature when it got to McPherson Square.  But it always does

24   it.

25           I think Rosslyn might be the next stop from

1   Ballston, and Rosslyn is -- you know, it's always jerking.

2   And after Rosslyn it jerks until it gets to Metro Center,

3   McPherson Square.

4   Q.  My question is more specific, Ms. Swain.  Do you recall

5   the train arriving at a station, be it Rosslyn --

6   A.  Uh-huh.

7   Q.  -- or Foggy Bottom, where the train stopped on the

8   platform and then moved again to reposition?

9   A.  Not -- not -- not in the same manner.

10  Q.  I'm not asking you the same manner.

11  A.  I know.

12  Q.  But did it do that?

13  A.  Yes.

14  Q.  Okay.  So it did that.

15          Did it do that at Rosslyn, or did it do that at

16  Foggy Bottom, or did it do that at both of them?

17  A.  It always does it at Rosslyn.  Even now.

18  Q.  Okay.  So when you -- as you were arriving into the

19  train station, do you recall hearing the announcement

20  "Coming to McPherson Square, doors opening left side" as the

21  train was pulling into the station, or did you only recall

22  hearing that when the train had stopped?

23  A.  No, they always do it beforehand.  And McPherson Square

24  opens on the right-hand.

25  Q.  So they open -- by "always do it beforehand," are you

1     saying they're always doing it as the train is pulling into

2     the station?

3     A.   Usually.

4     Q.   Okay.  Do you recall this evening hearing "McPherson

5     Square, doors opening right side" --

6     A.   Uh-huh.

7     Q.   -- as you were pulling into the train station?

8     A.   It says, "Next stop McPherson Square, doors on the right

9     side."

10    Q.   Okay.  And then the train came to a stop, correct?

11    A.   Yes, and -- but the doors didn't open.

12    Q.   Okay.  So the train came to a stop.  The doors didn't

13    open.

14              Did you hear any announcement from the operator

15    from the time it stopped until the time the train moved

16    again?

17    A.   No.

18    Q.   Okay.  Did you hear the chimes on the doors?

19    A.   No.

20    Q.   Okay.  You said that other people got up.  Were they

21    getting up to get off the train before the train stopped

22    or --

23    A.   Always.

24    Q.   -- or only after the train stopped?

25    A.   Both.

1  Q.  Okay.  So some got off in anticipation that this is my

2  stop, so I'm going to go ahead and get up and get ready to

3  leave?

4  A.  Right, because people -- that's just the nature of

5  Metro.  People stand up to run off to catch whatever train

6  or whatever.

7  Q.  And then some other people remained seated until the

8  train was stopped and then got up, correct?

9  A.  Yeah.  Maybe not that many though.

10 Q.  Okay.

11 A.  Most people had stood up already.

12 Q.  Now, had you made any observations of Ms. Scott before

13 the train -- before her injury?

14 A.  No.

15 Q.  So you don't know if she was seated or standing before?

16 A.  No.

17 Q.  Okay.  And did you recall that she was carrying a cane?

18 A.  Yes.

19 Q.  Did you see her using the cane?

20 A.  No.

21 Q.  Okay.  Did you see her holding on to anything, the pole

22 or the overhead or the chairs?

23 A.  No, because there were people in front of me.

24      Like I said, I was sitting back there.  People had

25 stood up to get off the train to disembark.

1    Q.   Okay.  Now, you described the movement of the train when

2    the train repositioned.

3    A.   Uh-huh.

4    Q.   Before the train repositioned -- and I know that

5    McPherson was not your stop so this may not have been

6    something you were looking at.

7    A.   Uh-huh.

8    Q.   -- but did you have an opportunity to see where the

9    train was on the platform?  Meaning did you -- was the train

10   fully on the platform, or was -- or did you expect that it

11   was going to move again because it had previously moved at

12   Foggy Bottom and at Rosslyn?

13   A.   No, I couldn't see it.

14   Q.   Okay.

15   A.   You can't really tell that when you're on a train and

16   you're in the middle of the train or further back.

17         Unless you're in the front, you really can't see

18   where it stops, you know, in proximity to the platform.

19   Q.   Well, that's a great point actually.

20         Where were you on the train?  Were you in one of

21   the middle cars?  Or the front?  Or the back cars?

22   A.   I probably would have been not too far back, but -- and

23   not too far forward because I got off at Cheverly station.

24   Q.   Would you say you were kind of in the middle?

25   A.   Kinda sorta.

1    Q.  Okay.

2    A.  I can't remember on that night how crowded it was

3    because that's a crowded train.

4    Q.  I understand.  When the train first stopped at McPherson

5    Square, could you tell that the train was at least at the

6    station?  Meaning was your car at the station?

7    A.  Yes.

8    Q.  Okay.  And when the train moved forward, did it stop

9    again after it moved forward and then open the doors?

10   A.  Yes.

11   Q.  Okay.  Do you know about how far it moved forward and

12   then opened the doors?

13   A.  I'm not a good judge of, you know, distance, but -- I

14   would just be guessing, but maybe a few feet.

15   Q.  Okay.  It certainly wouldn't be any longer than the

16   length of the platform, right?  Because it was -- it was --

17   your car was at the platform when it stopped the first time,

18   and then it moved forward, and it was still at the platform,

19   correct?

20   A.  You mean -- yes.

21   Q.  Okay.  So whatever movement was made was only made over

22   -- from where you stopped initially for a few feet, as you

23   said?

24   A.  No, it was longer than that few feet, but, I mean, you

25   know, it wasn't a whole car length that I remember.

1    Q.   Okay.  So it moved less than a car length from when it

2    first stopped until the second stop; is that correct?

3    A.   I think so.

4    Q.   Okay.

5    A.   Like I said, I don't remember the distance.

6    Q.   Okay.

7    A.   It was enough to throw us all forward so...

8            MR. WATERS:  Indulgence, Your Honor.

9            (Pause)

10   Q.   You said that you gave a statement to Metro.

11   A.   Yes.

12   Q.   Do you recall who you gave that statement to?

13   A.   No.

14   Q.   Was it a handwritten statement?  Did you write out the

15   statement by hand?

16   A.   I was holding Ms. Carol's hand.  As I recall, the person

17   came up to us because me and two other gentlemen were there

18   with Ms. Scott, and they were writing it down.

19   Q.   Okay.  And would your statement, to your recollection,

20   be consistent with your testimony here today?

21   A.   I'm sorry.  Could you repeat that?

22   Q.   Was the statement that you gave to Metro at the time

23   consistent with what you shared with us here today?

24   A.   Yes.

25           MR. WATERS:  Nothing further, Your Honor.

```
 1              MR. P. REGAN:  No questions, Your Honor.

 2              THE COURT:  Okay.  Thank you very much for your

 3    testimony.

 4              THE WITNESS:  Thank you.

 5              THE COURT:  You're excused.  Please don't discuss

 6    your testimony with anyone until the case is over.

 7              THE WITNESS:  I won't.

 8              THE COURT:  Have a good day.

 9              Ladies and gentlemen, it's 3:30.  We'll take a

10    brief afternoon break.  Let's say ten minutes since we're

11    pretty far along in the day, so we'll reconvene at 3:40.

12              Please don't discuss the case.  No independent

13    research about the case.

14              (Jury exits courtroom)

15              THE COURT:  Okay.  Who do we have next?

16              MR. P. REGAN:  Ms. Scott.

17              THE COURT:  Please be seated.

18              Ms. Scott, okay.  And she will probably not --

19    she'll probably go on until the end of the day, if we knock

20    off at 4:30?

21              MR. P. REGAN:  It won't be with me, but I suspect

22    my friend will take a little time with her.

23              THE COURT:  Okay.  Mr. Regan, while you're up

24    there, I asked you before -- earlier this morning whether

25    you were going to suggest to the jury a specific number for
```

1     pain and suffering damages, and you responded no.

2          MR. P. REGAN:  Right.

3          THE COURT:  What is the difference between

4     suggesting a specific number and saying $229,000 plus 90

5     percent is what her damages should be on your tip of the

6     iceberg chart?

7          MR. P. REGAN:  I think there's a significant

8     difference, and certainly it does not --

9          THE COURT:  They can do math, can't they?

10         MR. P. REGAN:  Well, we're not going to be making

11    a specific ratio argument, okay?  I mean, an iceberg -- it

12    is the tip of the iceberg.  That argument has been used for

13    time immemorial in this jurisdiction.

14         THE COURT:  But you say it's the tip of the

15    iceberg because 90 percent are not covered by the $229,000.

16    I think it's too clever by half.  Okay?

17              And there was no objection, so I think the cart is

18    out of the barn, but I asked that question obviously for a

19    specific reason.  Courts take different approaches.  My

20    practice is not to allow parties to suggest a specific

21    number for pain and suffering or for punitive damages that

22    is suggestive to the jury.  I think that's the general

23    practice in this Court, and an argument could be made that

24    that skirts that rule.  Okay?  And we didn't have an

25    opportunity to discuss it because you told me you weren't

1    going to do it.

2            MR. P. REGAN:  Well, and, Your Honor, certainly we

3    did not intend to misrepresent anything, okay?  I mean, I --

4    and to be candid, I think it's more than 90 percent, okay?

5    So, you know, my argument to the jury is not going to be to

6    limit it to 90 percent.

7            THE COURT:  Okay.

8            MR. P. REGAN:  So, I mean, in other words, we're

9    not trying to put a specific figure on in opening.  We were

10   not --

11           THE COURT:  But you see my point.

12           MR. P. REGAN:  Well, I do see the point, but I can

13   promise you we're not going to try to do a mathematical

14   computation.

15           THE COURT:  Well, we'll deal with this -- we'll

16   have some specific guardrails at closings.  Okay?

17           MR. P. REGAN:  I believe that in the case that

18   we're talking about, Judge Boasberg actually allowed that

19   very argument, so he's the one who wrote the opinion on

20   Colston.

21           THE COURT:  Well, I know nothing about that

22   opinion.  I don't know what Colston is.  I think if you had

23   the tip of the iceberg slide without a number on it or a

24   percentage on it, I would have no problem whatsoever.  But I

25   think that an argument can be made, and given the question

1    that I asked to tee up this issue, that that was --

2            MR. P. REGAN:  Okay.

3            THE COURT:  -- whether by design or not, and I'm

4    not -- you know, I'm not suggesting that.  But whether by

5    design or not, that sort of circumvented the normal

6    procedures in most courts.

7            MR. P. REGAN:  Okay.  Well, we apologize.  The

8    opinion I was talking about, Judge Boasberg wrote I think

9    what you would find to be a very well-reasoned analysis on

10   this very issue.  But my understanding -- I was not the

11   counsel of record.

12           THE COURT:  Okay.

13           MR. P. REGAN:  But my understanding is that he did

14   allow the tip of the iceberg argument.

15           THE COURT:  With a number attached?

16           MR. P. REGAN:  I don't know.  I'm just saying.

17   I'm sorry.  I was just saying.

18           THE COURT:  That's my only issue.  I'm not saying

19   that the slide itself was objectionable.  That's my only

20   issue.

21           MR. P. REGAN:  We'll try --

22           THE COURT:  I wish it had been teed up in a way

23   that we could have at least hashed it out.

24           But, again, that's why we require that the

25   presentation be shared.  And there was no objection so the

1    cat's out of the barn at this point.

2            All right.  We'll see you in ten minutes.

3            MR. P. REGAN:  Okay.

4            (Recess taken)

5            THE COURT:  Ms. Scott, please remain standing and

6    raise your right hand.

7            Mr. Regan, call your next witness.

8            MR. P. REGAN:  Yes, Your Honor.  At this time I

9    call the plaintiff, Ms. Carol Scott.

10           THE COURT:  Okay.  Welcome, Ms. Scott.  If you

11   could be sworn in by the courtroom deputy.

12                       CAROL WILD SCOTT, Sworn

13                       DIRECT EXAMINATION

14   BY MR. P. REGAN:

15   Q.  All right.  Ms. Scott, if you would, adjust that

16   microphone so you're talking into it.  Okay?

17   A.  I hate mics.

18   Q.  That's okay.

19           All right.  If you would, introduce yourself to

20   the jury, please.  Tell us where you live.

21   A.  My name is Carol Wild Scott.

22   Q.  And where do you live, Ms. Scott?

23   A.  I live in Linden, Virginia.

24   Q.  And in September of 2019, when this happened, how old

25   were you?

1    A.  Huh?

2    Q.  How old were you in September of 2019?

3    A.  79.

4    Q.  All right.  Let's talk a little bit about your

5    background.

6            Where were you born, and where did you grow up?

7    A.  I was born in Detroit, Michigan, and I grew up there.

8    Q.  And what about your education?  Tell us a little bit

9    about your education.

10   A.  I did my undergraduate at UNC Wilmington in the first

11   four-year class, and I got my law degree at the University

12   of Florida in 1970.

13   Q.  All right.  Now, that means you would have started your

14   law school career in 1967; is that right?

15   A.  I started it in '67.  I went to law school with three

16   kids.

17   Q.  Okay.  And how many -- in those days, how many women

18   were in your law school class?

19   A.  I'm having trouble hearing you.

20   Q.  All right.  Let me see.

21           MR. P. REGAN:  Your Honor, may I approach the

22   witness with this?

23           THE COURT:  You may.

24           Ms. Jenkins, do you want to assist?

25           THE WITNESS:  I'm technologically challenged.

```
1    Q.  Okay.  How is that?

2    A.  I can hear you.

3    Q.  Okay.  So when you started law school in 1967, how many

4    women were in your law school class?

5    A.  There were three of us.

6    Q.  Okay.

7    A.  Two of us made it through out of 300.

8    Q.  All right.  What did you do after law school?

9    A.  I interviewed at a firm in Miami who wanted to know how

10   my typing and shorthand was.

11   Q.  All right.  I'm sorry.  You've got to lean forward,

12   okay?

13   A.  And I opened my own office after that.

14   Q.  Okay.  So you practiced law.  Where did you practice law

15   for a while?

16   A.  In Gainesville.

17   Q.  All right.  Do you have any children?

18   A.  Three of them.

19   Q.  Okay.  How about grandchildren?  Great-grandchildren?

20   A.  I have seven grandchildren and nine great-grandchildren.

21   Q.  All right.  So you started practice in 1970 in

22   Gainesville, Florida, in your own office.  How long did you

23   continue that?

24   A.  I continued that until 1976 although I took some time

25   away from the office when I was asked to be civilian counsel
```

1    for Ford's clemency program.

2    Q.  Okay.  So in 1976, what did you do at that time?

3    A.  I went to the Court of Military Appeals here in

4    Washington as a commissioner, which was basically central

5    staff.

6    Q.  Okay.  How long did you continue in that position?

7    A.  Until 1982.

8    Q.  Okay.

9    A.  Plus or minus.

10   Q.  And what did you do at that time?

11   A.  I was hired to go to Atlanta and open up the staff

12   attorney's office for the 11th Circuit when they split it

13   off from the Fifth.

14   Q.  All right.  So what were you doing?  What type of work

15   were you doing at that point?

16   A.  At that point at the court I had been doing -- part of

17   it was reviewing convictions, and part of what I did was I

18   was a member of the joint services committee, and we rewrote

19   the rules of military evidence.  So when I went to the 11th

20   Circuit, I was basically supervising a shop of -- I think we

21   had four attorneys and two admin.

22   Q.  Okay.  Now, what happened in 1985?  You took a break

23   from the law at that point, right?

24   A.  Right.

25   Q.  What did you do?

1    A.  I came back to the D.C. area.  And I was not real happy

2    with appellate judges, so I started my own business doing,

3    believe it or not, insurance physicals.  And I trained and

4    became a nationally registered paramedic.

5    Q.  Okay.  And how long did you do that?

6    A.  Until 1995, when I joined the VVA chapter and discovered

7    nobody had any benefits.  So I went to a training session

8    here in Washington and went -- during that, somebody, the

9    person giving the talk about the veterans consortium pro

10   bono program, I stuck my hand up and said, "Where do you

11   find the books?"

12             And he hired me to be his deputy.  He needed an

13   XO.

14   Q.  Okay.  And what were you doing?  When you were working

15   with the veterans, what were you doing?

16   A.  With the consortium or on my own?  I had a double

17   practice.

18             I did pro bono work for the members of my VVA

19   chapter, and on the job with the consortium I placed cases

20   with attorneys that were volunteers, all of them, all over

21   the country.  And while I was there, I placed somewhere

22   between 9,000 and 10,000 cases.

23   Q.  And what were the cases generally?  In other words, just

24   tell us what you were doing.

25   A.  The cases were all appellate cases before the Court of

1    Appeals for Veterans Claims.  And other people in the shop

2    evaluated them, figured out what to do with them, and I

3    placed the cases.

4    Q.  All right.  So, in other words, you're helping veterans

5    get benefits.

6    A.  Oh, yes.  I never stopped doing that.

7    Q.  And at some point you started working with Native

8    American veterans?

9    A.  Yes.

10   Q.  Okay.

11   A.  That would have been about 2004.

12         My husband is a Native American veteran from a --

13   he's Assiniboine from Fortville Map, Montana.  And I

14   discovered the Indians were getting no benefits.  They were

15   getting not proper care.  They were getting nothing.  So I

16   -- I had already been going up on the Hill advocating as

17   part of my federal bar work, and I just switched gears and

18   determined that the rest of my career would be working for

19   indigenous veterans.

20   Q.  Now, in the months before you got hurt in September

21   2019, you were traveling -- tell us what you were doing.

22   A.  I was working with the firm of Bergmann & Moore as an

23   independent contractor, and basically I and a colleague,

24   Paul Sullivan, who worked for them at the time, we went to

25   the -- to various places.  We went to reservations in

1    Minnesota, North and South Dakota, and Montana and New

2    Mexico.

3    Q.  And what were you doing?  Tell us what you were doing

4    doing this work.  What did it involve?

5    A.  We made arrangements to do veterans benefits workshops

6    at each reservation.  And they were usually one-day

7    workshops, and we went from 8:00 in the morning until

8    sometimes past 6:00.

9    Q.  And was this during the summer of 2019?

10   A.  Yes.

11   Q.  Okay.  And you traveled all around to the reservations,

12   and you would do workshops for veterans?

13   A.  Right.  To teach them what their benefits were and what

14   the regulations and the law was.  And the biggest thing was

15   to try and encourage the development of tribal veterans

16   service officers who could properly represent them.

17   Q.  Okay.  Let's talk about September 23, 2019.

18   A.  Fine.

19   Q.  What was your work schedule like at that time?

20   A.  I was basically in between assignments.  We were due to

21   go to Navajo Nation and had the honor of being permitted to

22   meet with Navajo leadership, and that was due to start the

23   following week.

24   Q.  So the week after September 19th?

25   A.  Right.

1    Q.  All right.  So on this particular day, we know you were

2    coming downtown.  Take us through what happened that day.

3    Where did you -- did you start at home?  How did you get to

4    Metro?  All of that.

5         Tell us what happened.

6    A.  I drove from Linden to Vienna, parked, and got on a

7    Metro train to go to McPherson Square.  I was meeting some

8    of my native contacts for dinner at Georgia Brown's.

9    Q.  And the -- I know that -- I jumped over one thing a

10   minute ago when you were talking about your background.

11        Tell us about the work that you were doing on

12   Capitol Hill when you were lobbying House and Senate

13   committees.

14   A.  I was advising them on the needs of indigenous veterans

15   and trying to get them to incorporate into legislation

16   things like traditional healing, which the VA did not

17   recognize, and to make sure that they had things -- adequate

18   healthcare, particularly mental health care, and that's

19   where traditional healing came in -- and what their

20   educational benefits were and to put legislation that would

21   encourage the VA to do the right thing.

22   Q.  So on September 19th you were heading downtown to

23   dinner.

24        What happened when you got to McPherson Square?

25   A.  All the way in -- not every station, but enough of

1    them -- the train would stop, and then it would -- she would

2    announce -- sometimes the doors were announced.  Sometimes

3    they weren't.  And the train would just jerk forward.

4            So when we got to McPherson Square, I sat in my

5    seat.  I had been at a window seat, and I slid over, when

6    the train stopped, to the aisle seat, and I didn't and don't

7    use the handicap or the -- seats because there's no place to

8    put that.  So --

9    Q.  And you're saying that -- some people can't see what

10   you're doing.

11   A.  My cane.

12   Q.  Okay.

13   A.  I knew that she, or whoever was running the train, would

14   stop and then jerk, and I wanted to be sure that, when I got

15   up, I would be safe.  And I just sat there for a bit waiting

16   until I was pretty sure I was okay, and I got up, and I had

17   my cane, and my purse was on this shoulder.

18   Q.  You're indicating your left shoulder.

19   A.  Yeah, my left shoulder.  And I was one -- it was one --

20   two steps to that center pole, and my hand was just above,

21   that far, from the center pole.

22   Q.  A few inches?

23   A.  Yes.  And all of a sudden forward, and I -- I don't know

24   how it -- I landed.  I don't -- I just remembered that I was

25   in the air and then on my back and in pain that was a whole

1    lot worse than having three kids.  And I just started

2    screaming.

3    Q.  Okay.  Now, you mentioned your cane.  At that time, in

4    September of 2019, were you using your cane all the time?

5    A.  No, not all the time.  When I had a distance is -- I

6    would take it to Capitol Hill because those halls are half a

7    mile long.  And I would use it when there was rough ground,

8    and I knew that the sidewalk between the VA and Georgia

9    Brown's was cracked, and I wanted to be sure I didn't

10    stumble.

11    Q.  Okay.  And this was on your way to dinner?

12    A.  Yes.

13    Q.  Okay.

14    A.  That would be on my way to dinner.  It doesn't work out

15    that way.

16    Q.  I understand.

17         All right.  So I'm sorry.  I interrupted you.  You

18    fall.  You're laying on the ground.  What happened next?

19    A.  I just started screaming.  The pain was so intense, and

20    I had no idea who or what was on that train at that point

21    because I'd been in the front of the car, and I just --

22    there were two fellows that evidently were seated somewhere

23    near me.  I had no idea where, but they appeared out of

24    nowhere, as did Stacy, and they held my leg up and in a

25    stable position, and I asked them to please keep it up and

1    keep it straight.  And it was not easy because they were --

2    they were bending down.

3          And how those guys were able to do it, I don't

4    know.  But I was terrified that the jagged edge of a break,

5    a fracture, would sever the femoral artery.  And if that

6    happened, I was toast.

7    Q.  Okay.  How long did you remain there?  And did these

8    people remain with you?

9    A.  Until the paramedics showed up, and it seemed like

10   forever.  But I had no idea what the time distance was

11   because time just has no meaning in that situation.

12   Q.  All right.  What happened when you got to the hospital?

13   A.  I have -- I remember asking the paramedics, "Give me

14   some morphine."  And I knew they carried it on the unit.

15   And they must have given me morphine once they got in the

16   unit and got clearance from the ER to do it.

17         And after that, it's a total blur until --

18   virtually until I woke up where I was the next morning.  I

19   was in a bed, and my daughter and my son-in-law were there,

20   and Dr. Rao was there.  And he was telling them how serious

21   the break was.

22         And I remember him telling me, "You've got a

23   serious break, and we're going to try and fix it."

24   Q.  So this was before the surgery was done?

25   A.  Yes.

1    Q.  Not afterwards?

2    A.  This was before the surgery.

3    Q.  Okay.  So then later that day you had the surgery.

4    Dr. Rao did the surgery.

5           Let's talk about, you know, the next few days in

6    the hospital.  What was that like for you?

7    A.  I was in the hospital.  The first couple of days were

8    really rough.  They kept me medicated, and at some point I

9    wound up in ICU, and I found out later I had coded,

10   respiratory code.  And so they put me in ICU until they

11   could get me in a post-surge room that had working oxygen.

12   Q.  Okay.  How long did you remain at GW?

13   A.  I think a week or some while more.

14   Q.  All right.  Now, earlier in the trial during opening

15   statement there was a discussion about Dr. Bishop.  Had you

16   seen Dr. Bishop before you fractured your femur?

17   A.  Yes, I had.  He had given me injections in my --

18   actually I think in both knees because they began to creek a

19   little bit.

20   Q.  And that was in 2017?

21   A.  Yeah.

22   Q.  Before you fractured your femur in your left side, had

23   you had any problems with your left leg or left hip?

24   A.  No.

25   Q.  How about your right leg or right hip?

1    A.    No.

2    Q.    What happened when you left George Washington University

3    Hospital?

4    A.    I was transported by ambulance to Manassas, to the

5    rehabilitation center there.

6    Q.    And this was around October 1?

7    A.    Plus or minus, yes.

8    Q.    What happened?  Tell us about -- how long did you stay

9    at the rehabilitation facility?

10    A.    I was there until Veterans Day.

11    Q.    Okay.  So November 11th.

12    A.    November 11th.

13    Q.    Describe for us what was done while you were at the

14    rehabilitation facility.

15    A.    A lot of physical therapy.  A lot.  They kept me working

16    every single day.  And I hated it at first, but they were

17    very good at what they did, and they managed to get me

18    somewhat mobile again.

19    Q.    When you say you hated it at first, why did you hate it?

20    A.    Because it was very painful.

21    Q.    How long -- you got released on November 11th from the

22    rehab facility.  What were the next several months like?

23    A.    The next several months I was in outpatient PT at Warren

24    Memorial Hospital in Front Royal.

25    Q.    How long did you remain in outpatient physical therapy?

1    A.  Until sometime towards the end of April.

2    Q.  So April 2020?

3    A.  Right.

4    Q.  Okay.  So just about the beginning of COVID?

5    A.  Exactly.

6    Q.  Okay.  And how were you doing at that point?  When you

7    finished physical therapy, how were you doing?

8    A.  I was doing much better.

9    Q.  When you say "much better," describe for us what you

10   were doing.

11   A.  Well, I could navigate with a cane.

12           And I couldn't do the grocery store.  I was

13   limited in that.  I couldn't go shopping.  I couldn't do

14   anything like that.  So I wound up getting a scooter, one of

15   those little things, and I did the scooter to the grocery

16   store and so forth.

17           And I used that for some period of time.  I even

18   tried to travel with it, and that was a disaster.

19           But I finally just got to the point where I could

20   use only the cane.  And I guess it was later -- in fact, it

21   was the end of November -- no, it was the following

22   November, but I was pretty mobile.  I was able to do a few

23   things.  I couldn't go to the Hill.

24   Q.  You're talking about Capitol Hill?

25   A.  Well, I was negotiating with the staffers in the Senate

1    committee and House committee on those same topics as

2    always.  And the one time I went, I was a member of the

3    Speaker leader -- at that point Pelosi's -- veterans

4    roundtable.  I was the only non-VSO in it, and I went in a

5    wheelchair.

6           My daughter, Rebecca, took me up there in a

7    wheelchair.  That was awkward.  It was difficult, but I was

8    able to do that.

9    Q.  Now, do you use your cane all the time now?

10    A.  Pretty much, yes.  Except in the house.  I don't use it

11    in the house.

12    Q.  But when you're outside, do you use it?

13    A.  Yeah.

14    Q.  Before your femur got fractured, what was your activity

15    level?  Tell the members of the jury what you did in terms

16    of your activities.

17    A.  Well, I knew I was getting older.  I was unhappy at

18    getting older, but I knew that was inevitable.  And I knew

19    that what I was doing was important to me, so I was

20    determined to keep myself in somewhat decent shape; and I

21    had been in and out of the gym, and I had been into what I

22    call old lady cross-fit.  I had -- the local cross-fit gym

23    had a program worked out just for me.

24           And then I was taking up space that other people

25    needed, so I went to the regular gym in Front Royal, Silver

1    Slippers, whatever that means, and I spent -- three days a

2    week I would go to the gym to keep myself fit.

3            And if I hadn't gone, I wouldn't have survived

4    this fall.  I would not.

5    Q.  All right.  And what about in your yard, in your garden?

6    What were you doing?

7    A.  Nothing.

8    Q.  No, no, no --

9    A.  Before?

10   Q.  -- before --

11   A.  Before I had a vegetable garden that was about 20 feet

12   by 50 feet, half of which I dug myself with a mattock.

13           And I grew basically every -- all the vegetables

14   and things that we ate, they came out of the garden.  I

15   froze.  I canned almost all of it.

16           And, of course, I enjoyed the things that didn't

17   can well, but I put up -- we had berry bushes, so I put up

18   jams and jellies.

19   Q.  How about around your property?  I understand there's a

20   mountain.  Did you hike that regularly before?

21   A.  I walked the mountain a lot.  I'm on top of the

22   mountain.

23   Q.  Okay.

24   A.  And I would spend time going into the woods looking for

25   native plants to move to my yard and just walking the

1    mountain.  I mean, we had --

2    Q.  Have you been able to do that since your leg was

3    fractured?

4    A.  No.  When they came to fix the broadband station, which

5    is up in a tree, I tried to go into the woods to talk to the

6    guys that were doing it, and I almost fell.  I had my cane,

7    but between the cane and hanging on to a tree was about the

8    only way I could do it, so I just gave it up.  I haven't

9    been in the woods since.

10   Q.  How about gardening?  Are you able to do the gardening

11   that you do?

12   A.  No.

13   Q.  And why not?  Just explain why not.

14   A.  The garden is down about a 20-degree slope, and then I

15   put a fence around it to keep the bears out of it, and

16   there's a gate, and then there's -- the first garden is a

17   top garden, and then there are -- there's stone steps that

18   go down to the next garden, but they're big rocks like this,

19   and they're kind of graduated down.  And it's very awkward

20   to try and do that with a cane.  It's just too treacherous

21   so I can't do it.

22   Q.  Do you have any pain or stiffness or lack of motion in

23   your left leg now?

24   A.  I can pretty much use it, but it gets tired on occasion

25   if I'm doing too much.  And I can't sleep on that side at

1    all because that pin that they put at the top of the leg

2    kind of sticks into the rest -- into my hip, and it's very

3    uncomfortable.  So I have to sleep on my side, on my right

4    side.

5    Q.  Okay.  Any other problems that you're having currently,

6    Ms. Scott?

7    A.  My balance because the left leg wound up a half an inch

8    shorter than the right leg, and when you have that

9    imbalance, it throws the whole spinal column out, and you

10   wind up with back issues.

11          And over the years, particularly the last year or

12   two, I've increasingly had problems with my lower back.  It

13   gets tired, and I can't do as much as I did.

14   Q.  How about your work with the Native American veterans?

15   Have you been able to travel the reservations at all since

16   this happened?

17   A.  No.  I wasn't able to do any more of that, and it was --

18   it made -- it really hurt because those people need so much,

19   and Capitol Hill is very slow in doing what they need to do

20   for them.

21          The only thing I've been able to do is to drive.

22   My husband and I drive to Illinois, to the National

23   Gathering of American Indian Veterans.  They come from all

24   over the country, and they do programs, and I've been doing

25   the programs there for the last five or six years.  I think

1    we missed one year.

2    Q.  Okay.

3           MR. P. REGAN:  Your Honor, I only have one more

4    question or area.  I'd like to approach the witness with

5    Plaintiff's Exhibit No. 16 in the notebook.  It's the

6    itemization of medical expenses.

7           THE COURT:  Okay.  You can approach.

8           MR. P. REGAN:  Okay.

9    Q.  Ms. Scott, looking at Plaintiff's Exhibit No. 16 in the

10   exhibit notebook, would you tell us what that is, please.

11   A.  These are the medical bills, transport, Manassas --

12   Q.  Are these the medical expenses --

13   A.  -- and my family doctor, and it's just -- I was appalled

14   when I saw this, when I started getting those bills.

15   Q.  All right.  And what is the total on the medical bills?

16          MR. WATERS:  Objection, Your Honor.

17          THE COURT:  Overruled.

18   Q.  Ms. Scott, what is the total on Plaintiff's Exhibit No.

19   16?

20   A.  $229,541.63.

21          MR. P. REGAN:  Okay.  Your Honor, I have no

22   further questions.  Thank you.

23          I would move in Plaintiff's Exhibit No. 16.

24          MR. WATERS:  Objection, Your Honor.

25          THE COURT:  Okay.  We'll reserve on your

```
1    objection.  Okay?

2              Go to the phones real quick.

3              (The following is a bench conference

4               held outside the hearing of the jury)

5              THE COURT:  Mr. Waters, it's 4:20.  You have

6    longer than ten minutes, I assume.

7              MR. WATERS:  Yes, that's correct.

8              THE COURT:  So we'll break for the day, and you'll

9    start first thing in the morning.

10             MR. WATERS:  Sounds good.  Thank you.

11             (This is the end of the bench conference)

12             THE COURT:  All right.  Ladies and gentlemen,

13   we're going to break for the day.  Have a great evening.

14   Thank you for your patience and your attention.

15             Again, please don't discuss the case with anyone

16   overnight or do any independent research on the case.  Be

17   back ready to go at 9:00 in the jury room tomorrow.

18             Ms. Jenkins, do we have breakfast for the jurors

19   tomorrow morning?

20             THE COURTROOM DEPUTY:  Yes, Your Honor.

21             THE COURT:  Okay.  We'll have breakfast -- what

22   time does it arrive approximately?

23             THE COURTROOM DEPUTY:  8:30.

24             THE COURT:  So breakfast will be in the jury room

25   at 8:30, if you folks want to come in a little bit early.
```

1    My staff usually gets in around 8:00 to 8:30 so just buzz

2    in, and someone will let you in.  If no one responds

3    promptly, buzz again and someone will eventually let you in

4    for breakfast in the morning.

5           Have a great night, and we'll see you in the

6    morning.  And you can leave your notebooks on the chair.

7           (Jury exits courtroom)

8           THE WITNESS:  Nobody approaches the bench anymore.

9           THE COURT:  That's right.  We have these phones

10   for that purpose.

11          You can step down, ma'am, and please, be careful.

12          Why don't you help her, Mr. Regan.  I don't want

13   another lawsuit.

14          All right.  So she was shown the chart just to

15   confirm that these were, in fact, the figures that totaled

16   up to the $229,000.  She testified that she had seen the

17   summary and was familiar with it.  I think there's a

18   foundation for her to say that that number was accurate.

19          The question is, does it come in as a summary to

20   prove content under Rule 1006?

21          MR. P. REGAN:  Correct, Your Honor.

22          THE COURT:  Which I assume is the basis for the

23   admission.  Is there an objection to that?

24          MR. WATERS:  Yes, Your Honor.

25          THE COURT:  And when you lodge your objection,

1    instead of just "Objection," give me a basis.  You know, not

2    a speaking objection, but "Relevance," "Rule 1006."

3              MR. WATERS:  Glad to, Your Honor.  I didn't know

4    if you had a preference with regard to that.

5              I think that the objection that we had, one is

6    there's a foundational problem with regard to whether the

7    medical bills were reasonably medically necessary and

8    causally related, which needs to be established by a medical

9    expert.

10             I think the other issue, too, is there is an

11    authentication issue.  Plaintiffs had identified their,

12    quote, medical records as Exhibit 17, but then withdrew

13    Exhibit 17, so the only thing they're offering in right now

14    is the medical summary without any of the bills to support

15    it either being identified as an exhibit or having been

16    testified to by a medical expert.

17             MR. P. REGAN:  Judge, they're actually -- the

18    presumption is that they're fair and reasonable.  We don't

19    need to prove that any longer.

20             And also the bills -- we can put the bills in,

21    Your Honor, but they have all kind of collateral source

22    information on it.  They'd have to be redacted to the point

23    where -- that's why we do the summary.

24             THE COURT:  Right.  Well, usually the summaries

25    are prepared by the person who reviews the underlying

1    voluminous documents to say "Did you go through each one of

2    these bills?  Do you understand these to be Ms. Scott's

3    medical bills?  And did you prepare the document?  And is

4    this an accurate representation of each of the bills tallied

5    up?"  And it comes in through the person that actually

6    prepared the summary.

7           Here you're seeking to admit it through Ms. Scott,

8    and I'm not sure you laid a foundation that she prepared it

9    or that she was familiar with each of the bills that went

10   into it.

11          MR. WATERS:  There's also the issue with regard to

12   medical record certification that has not been done here

13   under I think it's 803, Your Honor.

14          THE COURT:  So I guess the questions are, you

15   know, is there a foundation for the introduction of this

16   exhibit other than her testimony that she understands that

17   her bills were in this amount and, if so, whether it's

18   admitted and goes to the jury or not.  So those are two

19   separate questions.

20          Do you want to file something on that?

21          MR. WATERS:  I'm sorry?

22          THE COURT:  Do you want to file something on that?

23          MR. WATERS:  We'd be glad to, Your Honor.

24          MR. P. REGAN:  Judge, I would notice that the

25   second sentence --

1           THE COURT:  And I'm sorry, before we get there, is

2      there anyone else who is prepared to testify to her bills?

3           MR. P. REGAN:  No.  Judge, these are all -- the

4      bills were all produced, and the second sentence says, "The

5      proponent must make the originals or duplicates available."

6      We have.  They've come in during discovery.  They've never

7      challenged the accuracy.

8           THE COURT:  Which Rule?

9           MR. P. REGAN:  100 --

10          THE COURT:  1006.

11          MR. P. REGAN:  1006.  That's the second sentence

12     that I'm reading.  And we produced every single bill.  It's

13     a completely -- there's no challenge to accuracy.

14          MR. WATERS:  Your Honor, may I?

15          THE COURT:  Why don't you file something, okay?

16     And we'll deal with this in the morning.

17          MR. WATERS:  Okay.

18          THE COURT:  And since there's no time for back-

19     and-forth filings, Mr. Regan, you know the issue.  If you

20     want to file something before we convene in the morning,

21     we'll just do it simultaneously, and then we'll resolve it

22     in the morning.

23          MR. WATERS:  Very well.

24          THE COURT:  All right.  Anything else?

25          MR. P. REGAN:  Nothing for plaintiff.

1              THE COURT:  All right.  Good.

2              MR. P. REGAN:  Thank you, Your Honor.

3              THE COURT:  Good long day.  Productive.  We'll see

4    you in the morning.  Have a good night.

5              And I'm sorry, obviously no discussion about her

6    testimony other than logistics and whatnot overnight.

7                    (Whereupon the hearing was

8                     adjourned at 4:27 p.m.)

9

10                **CERTIFICATE OF OFFICIAL COURT REPORTER**

11

12              I, LISA A. MOREIRA, RDR, CRR, do hereby

13    certify that the above and foregoing constitutes a true and

14    accurate transcript of my stenographic notes and is a full,

15    true and complete transcript of the proceedings to the best

16    of my ability.

17         Dated this 6th day of May, 2025.

18

19                                    /s/Lisa A. Moreira, RDR, CRR

20                                    Official Court Reporter
                                      United States Courthouse
21                                    Room 6718
                                      333 Constitution Avenue, NW
22                                    Washington, DC 20001

23

24

25

## $

**$10** [1] - 140:20
**$20** [1] - 140:21
**$229,000** [5] - 139:1, 143:25, 174:4, 174:15, 197:16
**$229,541.63** [1] - 195:20

## '

**'67** [1] - 178:15

## /

**/s/Lisa** [1] - 201:19

## 0

**0010** [19] - 101:23, 101:25, 102:3, 102:6, 102:10, 102:12, 102:19, 102:23, 102:25, 103:2, 103:4, 103:7, 103:10, 103:14, 103:18, 103:21, 103:23, 105:4, 105:9
**0019** [22] - 41:7, 41:9, 41:12, 41:15, 41:18, 41:22, 41:24, 42:2, 42:6, 42:9, 42:12, 42:17, 42:19, 42:22, 43:1, 43:6, 43:9, 43:12, 43:16, 43:20, 43:23, 110:8
**0054** [1] - 109:7
**0056** [16] - 28:21, 28:23, 28:25, 29:4, 29:6, 29:12, 29:15, 29:20, 29:22, 29:24, 30:3, 30:7, 30:9, 30:13, 30:15, 30:21
**0131** [48] - 44:10, 44:12, 44:14, 44:16, 44:19, 44:22, 44:25, 45:3, 45:9, 45:16, 46:6, 46:24, 47:13, 47:18, 47:22, 48:3, 48:7, 48:9, 48:12, 48:16, 48:22, 48:24, 50:5, 50:7, 50:11, 50:17, 50:25, 51:10, 51:14, 51:18, 51:21, 51:25, 52:3, 52:9, 52:12, 52:15, 52:19, 52:21, 53:9, 54:2, 54:11, 54:17, 55:5, 55:12, 55:16, 56:2, 56:7, 110:10
**0203** [31] - 57:4, 57:6,

57:8, 57:11, 57:14, 57:17, 57:20, 57:24, 58:2, 58:4, 58:9, 58:12, 58:14, 58:18, 58:24, 59:4, 59:7, 59:16, 59:19, 60:11, 60:13, 60:17, 60:19, 61:1, 61:7, 61:9, 62:15, 62:23, 63:5, 63:10, 109:7
**0506** [30] - 17:25, 18:3, 18:5, 18:10, 18:12, 18:16, 18:20, 18:22, 18:25, 19:3, 19:8, 19:11, 19:14, 19:18, 19:20, 19:22, 19:25, 20:3, 20:6, 20:8, 20:11, 20:14, 20:17, 20:20, 21:6, 21:9, 21:11, 21:13, 21:16, 21:19
**0524** [18] - 64:4, 64:6, 64:8, 64:12, 64:15, 64:18, 64:24, 65:3, 65:8, 65:10, 65:14, 65:18, 65:20, 65:23, 66:3, 66:11, 66:25, 109:7
**0586** [30] - 80:24, 81:1, 81:4, 81:7, 81:9, 81:13, 81:17, 81:20, 81:23, 82:1, 82:5, 82:7, 82:14, 82:22, 82:25, 83:3, 83:8, 83:14, 83:19, 83:23, 83:25, 84:2, 84:10, 84:15, 84:19, 84:23, 85:5, 85:8, 85:11, 110:11
**0773** [14] - 105:20, 105:22, 105:24, 106:3, 106:6, 106:8, 106:11, 106:14, 106:17, 106:19, 106:23, 107:3, 107:8, 107:11
**0984** [44] - 22:5, 22:7, 22:10, 22:13, 22:15, 22:20, 22:22, 23:3, 23:5, 23:11, 23:13, 23:15, 23:20, 23:23, 24:2, 24:4, 24:7, 24:11, 24:14, 24:18, 24:20, 24:23, 25:1, 25:6, 25:8, 25:11, 25:13, 25:16, 25:19, 26:3, 26:6, 26:8, 26:10, 26:12, 26:14, 26:17, 26:19, 26:23, 27:2, 27:4, 27:6,

27:10, 27:13, 110:5

## 1

**1** [4] - 9:19, 9:22, 140:22, 189:6
**1,500** [1] - 146:22
**10** [5] - 12:7, 22:17, 105:15, 105:18, 119:14
**10,000** [1] - 181:22
**100** [4] - 45:5, 51:14, 146:22, 200:9
**1006** [4] - 197:20, 198:2, 200:10, 200:11
**107** [1] - 4:18
**11** [5] - 12:10, 12:12, 60:8, 88:19, 151:20
**1113** [36] - 32:20, 32:22, 32:24, 33:3, 33:8, 33:12, 33:14, 33:19, 34:1, 34:3, 34:13, 34:17, 34:19, 34:22, 35:2, 35:7, 35:10, 35:13, 35:15, 35:18, 35:22, 36:1, 36:3, 36:5, 36:7, 36:11, 36:15, 36:21, 36:24, 37:2, 37:5, 37:9, 37:12, 37:17, 37:20, 38:1
**11:15** [1] - 73:1
**11:30** [2] - 16:18, 17:11
**11:45** [1] - 86:15
**11th** [5] - 180:12, 180:19, 189:11, 189:12, 189:21
**12** [4] - 12:13, 12:16, 106:25, 113:15
**12(b)(6** [1] - 4:13
**12-year-olds** [1] - 22:17
**12.7** [3] - 142:14, 142:17, 143:5
**1206** [40] - 67:20, 67:22, 67:25, 68:4, 68:8, 68:11, 68:15, 68:18, 68:21, 68:25, 69:2, 69:4, 69:11, 69:16, 69:19, 69:22, 69:25, 70:2, 70:5, 70:12, 70:16, 70:19, 70:23, 71:1, 71:5, 71:8, 71:11, 71:14, 71:18, 71:20, 71:24, 72:3, 72:6, 72:8, 72:11, 72:15, 72:19, 72:25, 73:11, 73:14

**1257** [19] - 76:8, 76:10, 76:13, 76:15, 76:18, 76:20, 76:24, 77:4, 77:6, 77:9, 77:11, 77:14, 77:18, 77:21, 78:3, 78:10, 78:11, 78:15, 110:6
**1266** [1] - 95:4
**13** [2] - 12:17, 60:22
**131** [2] - 44:9, 57:3
**1384** [25] - 38:2, 38:4, 38:6, 38:9, 38:13, 38:17, 38:19, 38:22, 38:25, 39:3, 39:6, 39:9, 39:12, 39:16, 39:20, 39:23, 39:25, 40:2, 40:8, 40:10, 40:12, 40:16, 40:20, 41:2, 41:6
**14** [3] - 12:20, 39:8, 105:19
**1440** [19] - 73:15, 73:17, 73:19, 73:24, 74:2, 74:5, 74:10, 74:15, 74:18, 74:20, 74:24, 75:3, 75:6, 75:9, 75:11, 75:14, 75:16, 75:21, 76:7
**15** [9] - 6:14, 12:23, 12:24, 73:3, 107:23, 119:14, 119:15, 130:17, 135:18
**15-minute** [3] - 86:14, 123:24, 124:1
**15-month** [1] - 58:10
**15-year** [1] - 58:10
**16** [6] - 13:1, 42:2, 195:5, 195:9, 195:19, 195:23
**17** [3] - 13:3, 198:12, 198:13
**18** [2] - 13:6, 13:9
**1849** [38] - 95:5, 95:7, 95:9, 95:12, 95:16, 95:19, 95:22, 95:25, 96:4, 96:7, 96:9, 96:16, 96:23, 97:2, 97:5, 97:8, 97:11, 97:13, 97:16, 97:19, 97:24, 98:3, 98:8, 98:13, 98:19, 99:2, 99:9, 99:12, 99:23, 100:5, 100:8, 100:13, 100:16, 100:23, 101:1, 101:5, 101:19, 109:7
**19** [4] - 13:10, 13:13, 44:7, 61:3
**1919** [2] - 1:14, 10:6
**1967** [2] - 178:14,

179:3
**1970** [2] - 178:12, 179:21
**1976** [1] - 179:24, 180:2
**1982** [1] - 180:7
**1985** [1] - 180:22
**1990s** [1] - 71:25
**1995** [1] - 181:6
**19th** [2] - 183:24, 184:22
**1:00** [1] - 115:16
**1:22-cv-00601-CRC** [1] - 1:3

## 2

**2** [3] - 10:17, 29:8, 140:23
**2,037** [1] - 142:7
**2,500** [1] - 142:8
**2,591** [1] - 142:8
**20** [4] - 13:15, 13:20, 119:15, 192:11
**20-degree** [1] - 193:14
**20001** [1] - 1:24, 201:22
**20036** [1] - 1:15
**2004** [1] - 182:11
**2007** [1] - 69:25
**2009** [1] - 42:2
**2016** [1] - 81:23
**2017** [3] - 34:3, 135:20, 188:20
**2018** [1] - 138:9
**2019** [2] - 8:19, 125:5, 130:14, 142:7, 151:12, 159:9, 177:24, 178:2, 182:21, 183:9, 183:17, 186:4
**202** [2] - 1:15, 1:25
**2020** [1] - 190:2
**2021** [1] - 156:8
**2023** [1] - 136:17
**2024** [1] - 46:8
**2025** [2] - 1:5, 201:17
**203** [1] - 64:3
**2045** [10] - 31:2, 31:5, 31:7, 31:11, 31:13, 31:18, 32:7, 32:11, 32:18, 109:7
**20th** [1] - 10:5
**21** [4] - 1:5, 13:21, 13:25, 98:22
**2117** [16] - 78:24, 79:1, 79:3, 79:6, 79:9, 79:11, 79:14, 79:19, 79:22, 79:25, 80:4, 80:7, 80:11, 80:17,

80:22, 110:9
**2166** [53] - 86:24, 87:2, 87:4, 87:7, 87:10, 87:14, 87:18, 87:20, 87:23, 88:1, 88:4, 88:7, 88:10, 88:12, 88:15, 88:21, 89:5, 89:10, 89:12, 89:15, 89:18, 89:20, 89:24, 90:1, 90:3, 90:7, 90:9, 90:12, 90:15, 90:18, 90:22, 91:1, 91:6, 91:10, 91:12, 91:19, 91:22, 91:24, 92:2, 92:7, 92:10, 92:14, 92:16, 92:21, 92:23, 93:5, 93:11, 93:14, 93:17, 93:21, 93:25, 94:3, 95:4
**22** [2] - 14:2, 14:9
**22-601** [2] - 3:3, 120:3
**22102** [1] - 1:20
**23** [5] - 8:19, 125:5, 151:12, 159:8, 183:17
**23rd** [1] - 151:18
**24** [3] - 14:23, 15:2, 15:6
**24/7** [1] - 146:23
**245-9300** [1] - 1:20
**25** [4] - 15:7, 15:13, 58:2, 119:18
**26** [2] - 15:14, 15:15
**27** [2] - 15:16, 15:25
**28** [3] - 16:1, 16:7, 31:15
**2:00** [3] - 115:17, 115:18, 119:13

**3**

**3** [3] - 10:18, 10:20, 101:14
**30(b)(6** [7] - 4:4, 4:5, 116:4, 117:10, 117:25, 118:19, 119:6
**300** [1] - 179:7
**32** [1] - 117:15
**32(a)(2** [1] - 4:7
**32(a)(3)** [1] - 4:7
**333** [2] - 1:24, 201:21
**34** [2] - 74:15, 74:16
**350** [1] - 1:14
**354-3187** [1] - 1:25
**3:30** [1] - 173:9
**3:40** [1] - 173:11

**4**

**4** [4] - 10:22, 10:25,

11:6, 46:20
**40** [2] - 4:25, 126:22
**402** [2] - 3:23, 3:25
**403** [1] - 3:23
**41** [1] - 159:6
**463-3030** [1] - 1:15
**47** [1] - 159:5
**4:20** [1] - 196:5
**4:27** [1] - 201:8
**4:30** [2] - 124:2, 173:20

**5**

**5** [6] - 11:7, 11:12, 23:1, 33:23, 130:17, 140:20
**50** [5] - 4:25, 128:15, 138:6, 151:22, 192:12
**506** [4] - 21:23, 22:2, 22:4
**510** [1] - 1:19
**524** [1] - 67:18
**54** [3] - 5:20, 5:25, 44:8
**56** [1] - 31:1
**586** [1] - 85:23

**6**

**6** [5] - 19:6, 21:4, 29:8, 47:15, 69:8
**6718** [2] - 1:23, 201:21
**6:00** [1] - 183:8
**6th** [1] - 201:17

**7**

**7** [2] - 11:23, 11:25
**703** [1] - 1:20
**773** [1] - 107:19
**785** [1] - 109:11
**79** [1] - 178:3

**8**

**8** [8] - 12:4, 30:5, 42:8, 58:22, 65:22, 75:1, 75:4, 79:23
**803** [1] - 199:13
**8444** [1] - 1:19
**8:00** [2] - 183:7, 197:1
**8:30** [3] - 196:23, 196:25, 197:1

**9**

**9** [3] - 12:5, 82:10, 88:8
**9,000** [1] - 181:22

**90** [4] - 174:4, 174:15, 175:4, 175:6
**984** [1] - 28:20
**9:00** [2] - 123:20, 196:17
**9:15** [1] - 123:21
**9:30** [1] - 123:21
**9:41** [1] - 1:5

**A**

**a.m** [1] - 1:5
**ability** [14] - 15:10, 42:20, 50:15, 50:21, 50:22, 66:23, 80:6, 91:8, 101:4, 101:21, 137:1, 137:7, 138:2, 201:16
**able** [24] - 37:14, 56:18, 61:23, 62:21, 99:21, 100:11, 108:25, 119:11, 132:20, 137:1, 138:20, 142:18, 142:19, 142:20, 146:15, 156:4, 187:3, 190:22, 191:8, 193:2, 193:10, 194:15, 194:17, 194:21
**abnormally** [1] - 137:6
**absence** [1] - 4:2
**absolutely** [1] - 126:6
**abuse** [1] - 104:25
**accept** [4] - 129:23, 130:2, 131:25, 143:21
**access** [1] - 141:6
**Access** [1] - 150:18
**accident** [21] - 11:9, 11:12, 12:8, 12:14, 33:25, 35:5, 35:18, 42:24, 43:2, 70:10, 83:6, 83:21, 83:22, 98:5, 107:1, 118:3, 151:10, 151:15, 156:5, 156:10, 157:2
**accidents** [5] - 3:22, 20:2, 83:9, 156:24, 157:1
**accordance** [4] - 37:16, 149:12, 157:11, 157:21
**account** [1] - 132:14
**accountant** [2] - 79:7, 95:15, 99:2
**accounting** [2] - 79:15, 79:18
**accounts** [1] - 153:14
**accuracy** [2] - 200:7,

200:13
**accurate** [4] - 116:18, 197:18, 199:4, 201:14
**accused** [2] - 89:8, 95:1
**acknowledge** [2] - 94:9, 147:22
**acronym** [1] - 46:11
**acted** [2] - 8:20, 8:23
**actions** [2] - 129:15, 129:19
**activities** [2] - 45:25, 191:16
**activity** [2] - 53:12, 191:14
**actual** [3] - 132:16, 150:19, 152:6
**acutely** [1] - 137:23
**add** [1] - 60:12
**addition** [5] - 129:3, 133:14, 135:13, 136:7, 155:7
**adequate** [1] - 184:17
**adhere** [2] - 123:4, 123:7
**adjourned** [1] - 201:8
**adjust** [1] - 177:15
**adjuster** [2] - 12:21, 39:14
**admin** [1] - 180:21
**administer** [1] - 8:11
**administration** [3] - 46:8, 55:21, 55:25
**Administration** [2] - 46:14, 65:12
**admission** [1] - 197:23
**admit** [1] - 199:7
**admitted** [2] - 144:17, 199:18
**adopted** [1] - 4:18
**adult** [1] - 40:4
**adults** [1] - 159:5
**Advance** [2] - 73:25, 74:14
**advance** [1] - 138:18
**advertising** [1] - 85:11
**advised** [3] - 104:11, 105:6, 122:12
**advising** [2] - 104:17, 184:14
**advocating** [2] - 138:6, 182:16
**affairs** [1] - 65:14
**affect** [15] - 15:9, 30:11, 34:25, 42:16, 42:20, 50:15, 50:21, 50:22, 51:5, 56:21, 66:9, 80:5, 91:8, 101:3, 101:21

**afraid** [1] - 137:19
**afternoon** [17] - 104:24, 105:21, 111:10, 115:24, 115:25, 118:8, 118:12, 118:18, 119:3, 124:1, 124:19, 158:10, 158:21, 158:23, 164:15, 164:16, 173:10
**afterwards** [4] - 43:3, 112:15, 123:6, 188:1
**age** [1] - 22:17
**agencies** [3] - 64:23, 64:25, 65:2
**agency** [2] - 28:8, 45:11, 64:20, 149:2, 149:3, 149:6
**agenda** [1] - 138:19
**ago** [14] - 35:16, 45:17, 53:25, 69:24, 71:22, 90:4, 107:3, 128:21, 129:17, 132:5, 142:1, 156:2, 156:8, 184:10
**agree** [9] - 7:1, 56:25, 63:1, 78:17, 146:14, 146:15, 165:11, 165:16, 165:23
**ahead** [2] - 61:21, 169:2
**aid** [1] - 153:17
**aids** [1] - 4:19
**air** [1] - 185:25
**aisle** [2] - 163:16, 185:6
**AI** [1] - 126:11
**Alfred** [1] - 10:25
**aligned** [1] - 152:11
**allegation** [1] - 34:12
**alleged** [1] - 37:7
**alleges** [3] - 8:19, 99:14, 111:22
**alleging** [1] - 91:15
**allow** [3] - 4:25, 174:20, 176:14
**allowed** [5] - 4:6, 124:21, 130:5, 131:16, 175:18
**Allstate** [3] - 39:13
**alluded** [1] - 151:21
**almost** [4] - 134:19, 156:2, 192:15, 193:6
**alone** [1] - 114:16
**alphabetical** [1] - 6:3
**altercation** [1] - 25:9
**alternate** [3] - 27:1, 35:25, 71:21
**alternatively** [1] -

140:10
**Amazon** [2] - 57:16, 58:3
**ambulance** [6] - 133:21, 161:14, 161:25, 163:9, 163:18, 189:4
**ambulate** [1] - 165:17
**America** [3] - 33:9, 106:11, 106:13
**American** [7] - 33:9, 45:22, 138:11, 182:8, 182:12, 194:14, 194:23
**amount** [4] - 140:8, 140:10, 143:18, 199:17
**analysis** [3] - 41:19, 64:19, 176:9
**analytics** [1] - 64:18
**anchor** [1] - 134:23
**and-forth** [1] - 200:19
**Andrew** [4] - 11:4, 47:4, 135:14
**Angeles** [2] - 69:6, 70:7
**ankle** [1] - 70:17
**announce** [1] - 185:2
**announced** [1] - 185:2
**announcement** [12] - 131:12, 152:23, 154:4, 154:19, 154:21, 154:23, 154:25, 155:4, 162:10, 162:14, 167:19, 168:14
**announcements** [3] - 53:5, 147:10, 154:3
**answer** [14] - 6:17, 8:10, 9:7, 9:9, 14:17, 25:22, 51:9, 74:9, 75:5, 89:7, 99:1, 101:20, 114:1, 114:3
**answer's** [1] - 54:3
**answered** [28] - 19:4, 21:3, 22:25, 30:4, 31:15, 33:22, 39:7, 42:7, 56:16, 58:21, 60:8, 60:22, 63:22, 65:21, 69:7, 75:1, 79:23, 80:9, 82:10, 82:14, 87:24, 88:8, 94:9, 94:14, 96:12, 98:21, 103:8, 106:24
**answering** [1] - 7:2
**answers** [2] - 32:19, 64:1
**anticipate** [1] - 14:11
**anticipated** [1] - 122:7
**anticipation** [2] -

160:17, 169:1
**antitrust** [1] - 7:17
**anyway** [1] - 17:19
**apartment** [1] - 23:6
**apologize** [4] - 42:19, 119:7, 132:1, 176:7
**appalled** [1] - 195:13
**Appeals** [2] - 180:3, 182:1
**appear** [3] - 83:15, 112:23, 112:24
**APPEARANCES** [1] - 1:12
**appeared** [4] - 102:11, 102:13, 102:14, 186:23
**appellate** [2] - 181:2, 181:25
**apply** [8] - 15:20, 15:21, 15:23, 54:16, 56:1, 63:2, 112:7, 157:14
**appraiser** [1] - 141:5
**appraisers** [4] - 141:2, 141:3, 141:4, 141:9
**appreciate** [4] - 60:13, 70:5, 141:22, 148:3
**approach** [7] - 3:5, 52:25, 109:12, 117:5, 178:21, 195:4, 195:7
**approached** [2] - 94:22, 115:3
**approaches** [2] - 174:19, 197:8
**approaching** [1] - 152:14
**appropriate** [1] - 122:13
**April** [3] - 1:5, 190:1, 190:2
**area** [12] - 17:20, 42:4, 42:6, 52:18, 77:5, 106:10, 114:19, 138:16, 149:17, 156:20, 181:1, 195:4
**AREA** [1] - 1:6
**argue** [1] - 132:3
**argument** [13] - 122:7, 123:11, 129:11, 144:15, 148:1, 148:7, 174:11, 174:12, 174:23, 175:5, 175:19, 175:25, 176:14
**arguments** [3] - 113:11, 132:10, 144:17
**Arlington** [2] - 17:23, 77:4

**arrangements** [1] - 183:5
**arrive** [2] - 162:15, 196:22
**arrived** [2] - 162:1, 162:16
**arriving** [5] - 135:2, 152:20, 155:2, 167:5, 167:18
**Art** [1] - 18:23
**art** [1] - 108:19
**artery** [1] - 187:5
**arthritis** [1] - 135:21
**artwork** [2] - 140:19, 141:1
**as-needed** [1] - 135:19
**Asian** [1] - 18:23
**aside** [8] - 51:12, 54:14, 56:18, 57:2, 61:23, 62:21, 64:2, 95:3
**aspect** [2] - 53:6, 91:17
**assault** [1] - 40:3
**assaulted** [2] - 25:4, 28:9
**assemble** [1] - 123:20
**assembling** [1] - 3:19
**assessing** [1] - 63:23
**assessment** [1] - 45:11
**assignments** [1] - 183:20
**Assiniboine** [1] - 182:13
**assist** [1] - 178:24
**assistant** [1] - 45:18
**assisting** [1] - 136:13
**associated** [1] - 139:22
**Association** [2] - 33:10, 45:22
**association** [1] - 82:2
**associations** [1] - 33:5
**assume** [3] - 101:16, 196:6, 197:22
**assuming** [1] - 104:9
**assurance** [1] - 68:2
**ate** [1] - 192:14
**Atlanta** [2] - 135:18, 180:11
**attached** [1] - 176:15
**attaches** [1] - 153:14
**attempt** [1] - 61:17
**attended** [2] - 95:22, 96:16
**attending** [1] - 151:18
**attention** [6] - 7:18, 15:10, 128:19, 154:1, 157:7, 196:14

**attentive** [1] - 15:12
**attenuated** [1] - 4:1
**attorney** [6] - 19:9, 21:14, 21:15, 21:16, 102:15, 146:11
**attorney's** [1] - 180:12
**attorneys** [7] - 9:13, 9:23, 123:22, 136:13, 141:12, 180:21, 181:20
**aunt** [2] - 24:8, 98:13
**aunts** [1] - 28:1
**authenticated** [2] - 116:15, 116:17
**authentication** [1] - 116:11
**AUTHORITY** [1] - 1:7
**Authority** [7] - 3:4, 3:15, 8:18, 28:11, 120:4, 125:22, 146:9
**auto** [2] - 39:17, 74:3
**Auto** [1] - 73:25
**automatic** [1] - 46:4
**available** [4] - 4:9, 127:5, 157:6, 200:5
**Avenue** [2] - 1:24, 201:21
**avoid** [6] - 5:12, 16:14, 16:23, 114:19, 114:24, 117:20
**award** [6] - 13:12, 50:22, 51:12, 61:6, 91:8, 132:13
**awarded** [1] - 66:18
**awarding** [6] - 13:11, 13:15, 13:18, 59:12, 61:4, 66:17
**aware** [4] - 66:13, 67:2, 137:23, 166:18
**awesome** [1] - 143:10
**awhile** [1] - 163:18
**awkward** [3] - 162:4, 191:7, 193:19

## B

**backboard** [1] - 126:23
**background** [2] - 178:5, 184:10
**backyard** [1] - 142:19
**bad** [4] - 120:13, 120:14, 141:3, 150:1
**badly** [1] - 133:9
**balance** [3] - 133:5, 153:3, 194:7
**balances** [1] - 140:9
**balancing** [3] - 140:5, 140:8, 157:9
**ball** [3] - 93:3, 94:17,

153:13
**Ballston** [5] - 159:17, 159:20, 166:3, 166:5, 167:1
**Baltimore** [3] - 10:12, 39:20
**Bankers** [1] - 33:9
**bar** [3] - 102:13, 163:15, 182:17
**barn** [2] - 174:18, 177:1
**Barnes** [1] - 62:7
**bars** [1] - 160:19
**based** [20] - 14:6, 14:24, 17:4, 24:16, 25:25, 32:19, 34:15, 47:23, 61:19, 63:13, 63:24, 70:4, 77:13, 83:21, 88:3, 101:16, 101:20, 114:16, 117:11, 127:4
**baseline** [1] - 135:25
**bases** [1] - 155:12
**basic** [1] - 131:14
**basis** [5] - 28:17, 135:20, 145:7, 197:22, 198:1
**bat** [1] - 104:6
**bears** [1] - 193:15
**became** [4] - 151:2, 151:3, 151:8, 181:4
**becomes** [1] - 130:8
**bed** [1] - 187:19
**BEFORE** [1] - 1:11
**beforehand** [4] - 116:16, 126:10, 167:23, 167:25
**began** [1] - 188:18
**begin** [2] - 114:11, 147:20
**beginning** [4] - 16:16, 33:23, 143:16, 190:4
**behalf** [1] - 3:8
**behind** [4] - 93:3, 94:17, 140:25, 161:12
**beliefs** [4] - 14:3, 14:7, 61:24, 62:21
**believability** [1] - 113:21
**believes** [2] - 112:18, 156:12
**bell** [1] - 63:14
**below** [3] - 93:4, 139:5, 155:23
**bench** [12] - 48:19, 49:24, 104:7, 104:20, 109:12, 110:12, 110:20, 145:1, 146:3, 196:3,

196:11, 197:8
**bending** [1] - 187:2
**benefits** [6] - 181:7,
182:5, 182:14,
183:5, 183:13,
184:20
**Bennett** [5] - 11:3,
118:1, 118:14,
118:16, 151:7
**Bentley** [2] - 44:22,
44:25
**Bergmann** [1] - 182:22
**Berkowitz** [10] - 11:3,
55:4, 127:17,
127:18, 128:4,
129:1, 129:5, 155:8
**Berkowitz's** [1] - 129:7
**Bernard** [3] - 11:3,
118:14, 118:16
**berry** [1] - 192:17
**berth** [2] - 152:4,
152:8
**BERTH** [1] - 152:4
**berthed** [1] - 152:5
**berthing** [1] - 152:4
**best** [11] - 63:5, 63:25,
66:25, 71:1, 77:24,
97:20, 133:17,
135:11, 136:5,
143:15, 201:15
**better** [6] - 8:18,
24:21, 54:3, 136:5,
190:8, 190:9
**between** [10] - 37:7,
107:23, 130:17,
148:5, 148:6, 174:3,
181:22, 183:20,
186:8, 193:7
**beyond** [1] - 17:6
**bias** [10] - 28:10,
28:14, 39:5, 62:4,
62:7, 63:19, 66:16,
67:2, 67:14, 89:12
**biased** [1] - 92:24
**biases** [1] - 56:18
**big** [5] - 7:17, 98:5,
140:2, 161:7, 193:18
**biggest** [1] - 183:14
**bike** [1] - 107:4
**bill** [1] - 200:12
**bills** [19] - 138:25,
139:6, 144:1, 144:2,
195:11, 195:14,
195:15, 198:7,
198:14, 198:20,
199:2, 199:3, 199:4,
199:9, 199:17,
200:2, 200:4
**birth** [1] - 29:7
**Bishop** [9] - 11:4,

47:4, 47:10, 135:14,
136:2, 156:7,
188:15, 188:16
**bit** [22] - 7:21, 8:15,
57:18, 93:4, 99:24,
106:2, 109:17,
133:10, 134:12,
134:14, 136:15,
151:14, 152:22,
159:3, 161:20,
164:17, 178:4,
178:8, 185:15,
188:19, 196:25
**blame** [1] - 132:2
**blogging** [1] - 114:13
**blur** [1] - 187:17
**Boasberg** [2] - 175:18,
176:8
**body** [1] - 133:11
**bone** [3] - 125:15,
133:11, 155:23
**boned** [1] - 35:20
**bono** [2] - 181:10,
181:18
**books** [1] - 181:11
**booths** [2] - 91:24,
92:2
**boots** [1] - 138:13
**born** [2] - 178:6, 178:7
**boss** [1] - 98:14
**bossy** [1] - 161:8
**Boston** [1] - 128:9
**Bottom** [3] - 167:7,
167:16, 170:12
**bottom** [2] - 32:15,
134:20
**box** [6] - 16:16, 108:6,
132:17, 160:4,
161:11, 161:12
**brace** [1] - 160:15
**break** [21] - 8:9, 73:2,
85:25, 86:7, 86:9,
86:12, 86:13,
108:15, 116:22,
119:7, 123:24,
123:25, 124:1,
124:13, 173:10,
180:22, 187:4,
187:21, 187:23,
196:8, 196:13
**breakfast** [4] - 196:18,
196:21, 196:24,
197:4
**bridge** [1] - 42:13
**brief** [5] - 54:21, 55:9,
112:22, 113:5,
173:10
**briefly** [5] - 6:4, 36:18,
117:10, 131:20,
145:5

**bring** [10] - 6:24, 8:9,
9:11, 62:12, 101:14,
108:3, 113:5,
118:10, 129:7,
150:12
**bringing** [2] - 149:5,
156:16
**brings** [1] - 147:18
**broadband** [1] - 193:4
**broke** [2] - 23:8, 99:6
**broken** [3] - 8:22,
107:8, 133:9
**broker** [1] - 39:15
**Brooklyn** [1] - 164:21
**brother** [12] - 24:8,
25:6, 25:14, 28:8,
88:12, 88:15, 89:3,
90:20, 91:16, 91:20,
92:25, 93:9
**brought** [4] - 8:16,
36:23, 109:23, 137:4
**Brown's** [2] - 184:8,
186:9
**bruises** [1] - 107:9
**budget** [2] - 66:14,
66:19
**build** [1] - 135:10
**building** [2] - 45:12,
57:21
**bump** [1] - 99:7
**bumps** [1] - 129:24
**burden** [6] - 50:24,
53:25, 59:12, 92:19,
145:12, 148:2
**bureau** [1] - 81:10
**bus** [10] - 34:23, 70:7,
88:17, 90:21, 90:24,
92:13, 150:4, 151:2,
151:8
**buses** [3] - 146:23,
150:18, 150:21
**bushes** [1] - 192:17
**business** [5] - 53:17,
55:19, 74:3, 81:11,
181:2
**button** [1] - 145:15
**buzz** [2] - 197:1, 197:3
**BY** [3] - 158:20,
164:14, 177:14

**C**

**CA** [1] - 1:3
**cab** [2] - 154:12,
154:16
**cafeteria** [1] - 115:15
**calendar** [1] - 105:1
**California** [1] - 69:5
**calm** [3] - 161:17,
161:23, 161:25

**camp** [1] - 55:23
**Campaign** [3] - 18:13,
102:4, 102:16
**campaign** [1] - 102:7
**candid** [1] - 175:4
**cane** [21] - 137:4,
143:3, 153:2, 153:3,
156:4, 165:18,
165:24, 166:2,
169:17, 169:19,
185:11, 185:17,
186:3, 186:4,
190:11, 190:20,
191:9, 193:6, 193:7,
193:20
**canned** [1] - 192:15
**cannot** [1] - 100:19
**capabilities** [2] -
147:12, 157:5
**capable** [4] - 51:1,
147:13, 147:14,
147:15
**capacity** [5] - 20:10,
55:11, 65:13,
138:12, 138:21
**Capitol** [4] - 184:12,
186:6, 190:24,
194:19
**car** [12] - 35:18, 43:2,
70:13, 83:9, 83:21,
98:5, 152:6, 171:6,
171:17, 171:25,
172:1, 186:21
**card** [27] - 9:1, 9:5,
9:8, 9:10, 9:22,
10:17, 10:21, 10:25,
11:6, 11:12, 12:1,
12:4, 12:12, 12:16,
12:25, 13:9, 13:14,
13:20, 14:1, 14:9,
15:6, 15:13, 15:15,
15:25, 16:7, 40:5,
55:19
**cardiologist** [1] -
77:22
**cards** [2] - 9:11, 16:11
**care** [9] - 95:23, 96:11,
128:7, 136:4, 137:2,
155:13, 182:15,
184:18
**career** [8] - 52:7,
102:20, 135:16,
138:4, 138:5, 151:1,
178:14, 182:18
**careful** [2] - 154:1,
197:11
**carefully** [1] - 155:12
**Carl** [4] - 11:3, 55:3,
127:16, 155:8
**Carol** [15] - 3:3, 3:9,

8:17, 10:4, 111:20,
120:3, 125:14,
135:19, 136:21,
140:9, 143:7, 159:9,
161:15, 177:9,
177:21
**CAROL** [3] - 1:3, 2:6,
177:12
**Carol's** [1] - 172:16
**carried** [1] - 187:14
**carrying** [2] - 153:2,
169:17
**cars** [3] - 97:22,
170:21
**cart** [1] - 174:17
**carton** [1] - 140:15
**Case** [2] - 3:3, 120:3
**case** [160] - 4:3, 4:5,
4:9, 4:14, 8:13, 8:15,
9:20, 9:22, 9:25,
10:3, 11:22, 13:7,
14:6, 14:12, 14:15,
15:6, 15:10, 15:13,
15:16, 15:21, 16:4,
16:7, 16:20, 16:22,
16:24, 17:2, 17:9,
17:11, 23:10, 25:22,
26:2, 26:18, 26:21,
26:22, 26:24, 30:12,
31:17, 31:19, 31:21,
31:25, 32:6, 34:11,
34:25, 35:6, 35:17,
35:19, 36:14, 37:6,
37:13, 40:3, 42:21,
43:12, 45:11, 50:4,
50:6, 50:16, 50:24,
51:7, 52:24, 53:2,
54:6, 54:16, 55:2,
56:21, 56:25, 59:9,
62:22, 63:1, 66:9,
66:13, 67:3, 69:14,
69:16, 72:2, 72:4,
72:7, 75:18, 75:20,
80:6, 84:22, 90:4,
90:11, 90:16, 91:9,
91:14, 93:2, 97:6,
99:9, 99:10, 99:13,
99:18, 100:3, 105:6,
108:22, 111:9,
111:19, 112:6,
112:12, 112:19,
112:20, 112:23,
113:3, 113:6, 113:7,
113:15, 113:16,
114:9, 114:14,
114:15, 114:19,
115:3, 115:19,
117:21, 117:22,
122:25, 126:3,
126:17, 127:3,

132:10, 132:12,
136:6, 136:10,
136:14, 138:23,
138:25, 139:4,
139:8, 139:16,
140:2, 141:11,
141:12, 141:17,
143:13, 143:21,
144:14, 144:16,
144:22, 146:7,
146:16, 147:17,
148:1, 148:18,
148:19, 148:22,
149:11, 149:17,
149:18, 151:16,
155:9, 156:15,
156:16, 157:8,
157:23, 166:19,
173:6, 173:12,
173:13, 175:17,
196:15, 196:16
**case-in** [1] - 112:20
**case-in-chief** [3] - 4:5,
4:14, 113:3
**cases** [14] - 51:4,
59:22, 83:18, 84:8,
102:9, 102:24,
105:2, 144:7,
181:19, 181:22,
181:23, 181:25,
182:3
**cat's** [1] - 177:1
**catch** [3] - 16:1, 31:16,
169:5
**catch-all** [2] - 16:1,
31:16
**categories** [1] - 4:12
**caught** [1] - 160:11
**causally** [1] - 198:8
**caused** [1] - 143:18
**causing** [2] - 8:22,
111:25
**CDC** [1] - 64:25
**Center** [6] - 102:5,
102:7, 102:17,
134:4, 155:5, 167:2
**center** [3] - 185:20,
185:21, 189:5
**centers** [1] - 57:21
**central** [1] - 180:4
**certain** [6] - 51:11,
51:13, 113:24,
117:24, 146:17,
162:6
**certainly** [8] - 53:13,
53:15, 136:22,
139:2, 145:17,
171:15, 174:8, 175:2
**CERTIFICATE** [1] -
201:10

**certification** [2] -
68:23, 199:12
**certified** [1] - 158:24
**certify** [1] - 201:13
**Chain** [1] - 33:10
**chair** [2] - 106:2, 197:6
**chairs** [3] - 109:20,
153:6, 169:22
**challenge** [31] - 21:23,
22:2, 27:21, 27:22,
28:12, 28:13, 28:18,
30:23, 37:24, 37:25,
41:4, 44:5, 44:6,
56:10, 56:17, 67:13,
67:16, 73:11, 78:11,
78:13, 80:19, 80:21,
85:21, 94:8, 94:11,
94:13, 94:20, 94:21,
105:15, 107:19,
200:13
**challenged** [3] -
101:18, 178:25,
200:7
**chance** [8] - 28:16,
36:10, 62:4, 71:4,
72:18, 84:18, 90:17,
141:16
**change** [2] - 51:9,
139:1
**changed** [1] - 137:23
**changing** [1] - 6:21
**chapter** [2] - 181:6,
181:19
**characterization** [1] -
122:18
**charge** [1] - 31:25
**chart** [3] - 128:16,
174:6, 197:14
**Chase** [1] - 11:2
**cheap** [1] - 77:15
**cheaper** [1] - 74:12
**check** [5] - 108:14,
109:2, 109:10,
110:22, 116:16
**checking** [1] - 158:2
**Chemical** [1] - 33:9
**Cheverly** [1] - 170:23
**Chicago** [2] - 65:20,
128:9
**chief** [5] - 4:5, 4:14,
112:21, 113:3, 134:4
**child** [1] - 96:24
**childhood** [1] - 29:7
**children** [3] - 95:23,
96:11, 179:17
**chilly** [1] - 158:7
**chimes** [1] - 168:18
**choose** [4] - 113:5,
115:6, 115:11
**CHRISTOPHER** [2] -

1:11, 1:13
**Christopher** [2] - 3:8,
10:2
**circled** [1] - 128:17
**Circuit** [2] - 180:12,
180:20
**circumstance** [2] -
99:20, 99:24
**circumstances** [1] -
67:17
**circumvented** [1] -
176:5
**city** [2] - 81:10, 82:9
**City** [3] - 39:20, 58:25
**civil** [8] - 8:16, 13:5,
13:7, 26:21, 50:4,
50:6, 102:21, 111:19
**Civil** [2] - 3:3, 120:3
**civilian** [1] - 179:25
**claim** [19] - 11:8,
11:11, 11:14, 11:25,
13:20, 23:2, 25:22,
33:24, 34:5, 35:1,
36:14, 47:16, 48:6,
48:10, 83:10, 83:20,
96:15, 107:10, 112:5
**Claims** [1] - 182:1
**claims** [4] - 12:21,
13:17, 43:5, 69:13
**clarifications** [1] - 6:5
**class** [3] - 178:11,
178:18, 179:4
**clean** [2] - 97:21
**clear** [4] - 9:14, 37:10,
94:18, 153:10
**clearance** [1] - 187:16
**clearing** [1] - 150:10
**clemency** [1] - 180:1
**clerk** [3] - 33:19,
104:12, 104:24
**clerked** [1] - 104:22
**clerks** [2] - 104:18,
104:19
**Clev** [4] - 11:3, 118:14,
151:7
**CLEV** [2] - 11:3,
118:16
**clever** [1] - 174:16
**client** [6] - 3:15, 45:6,
76:22, 76:24, 92:19,
125:14
**clients** [6] - 9:24,
64:20, 64:23, 79:16,
79:17, 138:19
**close** [36] - 11:13,
11:16, 11:20, 11:23,
12:5, 12:7, 12:17,
12:20, 12:23, 13:3,
14:13, 19:6, 20:4,
20:8, 20:9, 31:20,

47:17, 51:16, 56:11,
60:20, 60:23, 69:8,
71:6, 77:19, 77:25,
83:2, 83:5, 89:2,
89:16, 94:10, 96:14,
98:11, 103:16, 124:2
**closely** [2] - 55:22,
105:1
**closer** [3] - 74:7,
76:25, 81:3
**closest** [1] - 24:5
**closing** [3] - 113:10,
122:9, 148:14
**closings** [2] - 145:25,
175:16
**co** [2] - 96:17, 104:22
**co-counsel** [1] -
104:22
**co-worker** [1] - 96:17
**code** [1] - 188:10
**coded** [1] - 188:9
**cold** [1] - 42:13
**Coletta's** [1] - 22:12
**collateral** [1] - 198:21
**colleague** [4] - 10:9,
104:10, 146:10,
182:23
**collect** [2] - 9:10,
16:10
**collective** [1] - 141:12
**college** [2] - 77:22,
77:25
**collision** [2] - 12:15,
70:10, 107:1
**color** [1] - 132:24
**Colston** [2] - 175:20,
175:22
**Columbia** [2] - 7:13,
48:13
**COLUMBIA** [1] - 1:1
**column** [1] - 194:9
**comfort** [1] - 161:17
**comfortable** [1] - 68:6
**Coming** [1] - 167:20
**coming** [9] - 51:21,
66:19, 81:12, 81:14,
129:14, 144:5,
151:17, 162:15,
184:2
**comments** [1] - 61:19
**commissioner** [1] -
180:4
**committee** [3] -
180:18, 191:1
**Committee** [1] - 18:13
**committees** [1] -
184:13
**common** [3] - 84:10,
126:19, 127:23
**Commonwealth** [1] -

120:11
**community** [10] -
47:23, 52:16, 144:5,
146:19, 147:4,
149:16, 149:22,
149:23, 156:23
**Community** [1] - 33:9
**companies** [2] - 79:17,
83:16
**company** [9] - 34:15,
44:18, 44:21, 45:1,
58:5, 79:18, 83:11,
83:21, 107:12
**compensate** [1] -
99:24
**compensation** [7] -
13:23, 13:25, 54:7,
66:13, 98:25, 99:3,
143:23
**complained** [1] -
23:16
**complete** [2] - 144:1,
201:15
**completely** [1] -
200:13
**complication** [1] -
98:20
**complications** [5] -
52:2, 89:22, 98:17,
103:22, 103:23
**components** [1] - 4:13
**comprehend** [1] - 15:3
**computation** [1] -
175:14
**concerns** [3] - 51:12,
66:22, 122:5
**conclusion** [1] - 15:16
**concussion** [1] -
35:11
**condition** [6] - 15:4,
99:4, 99:5, 100:18,
152:7
**conditions** [2] - 15:9,
15:11
**conference** [13] - 3:20,
48:19, 49:24, 55:19,
104:7, 104:20,
110:12, 110:20,
117:9, 145:1, 146:3,
196:3, 196:11
**confident** [1] - 95:3
**confirm** [1] - 197:15
**confusion** [1] - 5:7
**congratulations** [1] -
58:11
**Congress** [1] - 138:17
**Congressional** [1] -
18:13
**congressmen** [1] -
138:18

**connection** [3] - 11:17, 82:12, 82:18
**cons** [1] - 25:2
**conscience** [1] - 144:4
**consents** [1] - 4:21
**consider** [5] - 129:18, 141:10, 142:4, 142:5, 148:22
**considered** [1] - 129:15
**considering** [1] - 143:6
**consistent** [6] - 60:9, 94:22, 156:9, 157:13, 172:20, 172:23
**consists** [1] - 150:20
**consortium** [3] - 181:9, 181:16, 181:19
**constant** [1] - 139:10
**constitute** [1] - 14:16
**constitutes** [1] - 201:13
**Constitution** [2] - 1:24, 201:21
**consult** [1] - 109:18
**consultant** [1] - 38:10
**consulting** [1] - 38:14
**consuming** [1] - 4:11
**contact** [2] - 55:17, 114:24
**contacts** [1] - 184:8
**contends** [2] - 8:24, 112:2
**content** [1] - 197:20
**contested** [1] - 37:14
**continue** [2] - 179:23, 180:6
**continued** [2] - 110:23, 179:24
**continues** [5] - 135:5, 135:10, 137:11, 137:22, 140:12
**contractor** [1] - 182:23
**contradict** [1] - 129:5
**contribute** [2] - 100:17, 129:19
**contributed** [5] - 4:2, 8:25, 99:16, 99:19, 112:2
**control** [1] - 144:23
**convene** [1] - 200:20
**convenience** [1] - 150:4
**convenient** [2] - 70:6, 77:14
**convention** [1] - 81:9
**conversations** [1] - 24:16

**conveyance** [1] - 147:2
**conveyances** [1] - 157:6
**convict** [1] - 72:16
**conviction** [1] - 72:14
**convictions** [1] - 180:17
**cool** [1] - 80:17
**COOPER** [1] - 1:11
**Cooper** [5] - 7:14, 139:7, 139:16, 141:21, 157:11
**Cooper's** [3] - 37:15, 149:10, 157:18
**coordinator** [1] - 29:3
**copy** [1] - 128:15
**corner** [2] - 9:4, 10:5
**correct** [40] - 22:9, 22:13, 29:3, 29:4, 32:23, 38:8, 38:9, 41:11, 41:12, 41:14, 41:15, 43:1, 43:9, 44:20, 48:7, 48:9, 67:24, 68:3, 68:5, 69:15, 73:23, 74:20, 75:2, 81:3, 91:21, 95:8, 96:22, 105:25, 106:5, 112:25, 118:8, 118:21, 159:10, 166:4, 168:10, 169:8, 171:19, 172:2, 196:7, 197:21
**correctly** [5] - 21:1, 21:3, 94:14, 96:20, 152:3
**costs** [1] - 59:20
**Counsel** [5] - 48:18, 56:3, 112:25, 144:25, 146:5
**counsel** [31] - 3:5, 3:9, 10:10, 52:4, 61:11, 73:1, 78:5, 84:25, 91:13, 104:2, 104:5, 104:22, 107:14, 112:10, 112:11, 116:14, 117:24, 120:16, 120:20, 123:4, 123:11, 144:15, 144:18, 144:20, 150:25, 151:14, 153:9, 154:18, 155:19, 176:11, 179:25
**count** [2] - 78:16, 166:6
**country** [6] - 60:21, 61:2, 128:9, 156:21, 181:21, 194:24

**counts** [1] - 69:12
**couple** [14] - 6:5, 33:6, 35:19, 36:22, 52:6, 55:22, 85:1, 107:9, 117:7, 125:18, 131:8, 140:4, 144:13, 188:7
**course** [16] - 6:8, 10:22, 81:11, 98:9, 99:3, 122:23, 129:4, 129:9, 135:6, 137:15, 138:5, 141:11, 141:20, 142:17, 143:17, 192:16
**Court** [35] - 1:22, 1:23, 3:21, 3:23, 7:13, 15:22, 15:24, 26:15, 32:18, 35:16, 43:10, 44:8, 56:22, 61:19, 67:18, 84:5, 90:6, 94:15, 95:4, 101:19, 102:14, 103:5, 104:5, 104:17, 122:12, 123:12, 124:17, 146:4, 148:23, 149:9, 150:15, 174:23, 180:3, 181:25, 201:20
**COURT** [674] - 1:1, 3:10, 3:17, 5:17, 5:25, 6:7, 6:9, 6:13, 6:17, 6:20, 6:25, 7:7, 7:9, 7:12, 9:19, 10:13, 16:13, 17:14, 17:17, 17:20, 17:24, 18:1, 18:4, 18:6, 18:11, 18:14, 18:18, 18:21, 18:24, 19:2, 19:4, 19:10, 19:13, 19:16, 19:19, 19:21, 19:24, 20:1, 20:4, 20:7, 20:9, 20:13, 20:16, 20:19, 20:22, 20:24, 21:22, 22:2, 22:4, 22:6, 22:8, 22:11, 22:14, 22:18, 22:21, 22:23, 23:4, 23:9, 23:12, 23:14, 23:18, 23:22, 23:25, 24:3, 24:5, 24:9, 24:12, 24:15, 24:19, 24:22, 24:25, 25:3, 25:7, 25:10, 25:12, 25:14, 25:17, 25:21, 26:4, 26:7, 26:9, 26:11, 26:13, 26:16, 26:18, 26:21, 26:25, 27:3, 27:5, 27:8,

27:16, 27:18, 27:24, 28:13, 28:22, 28:24, 29:1, 29:5, 29:10, 29:13, 29:18, 29:21, 29:23, 30:1, 30:4, 30:8, 30:10, 30:14, 30:17, 30:20, 30:22, 31:1, 31:3, 31:6, 31:9, 31:12, 31:14, 32:5, 32:9, 32:12, 32:18, 32:21, 32:23, 32:25, 33:6, 33:11, 33:13, 33:15, 33:21, 34:2, 34:10, 34:14, 34:18, 34:21, 34:24, 35:3, 35:8, 35:12, 35:14, 35:17, 35:21, 35:24, 36:2, 36:4, 36:6, 36:9, 36:12, 36:16, 36:19, 37:22, 38:1, 38:3, 38:5, 38:7, 38:10, 38:16, 38:18, 38:21, 38:24, 39:2, 39:4, 39:7, 39:10, 39:14, 39:18, 39:22, 39:24, 40:1, 40:6, 40:9, 40:11, 40:15, 40:18, 40:21, 40:23, 40:25, 41:4, 41:6, 41:8, 41:10, 41:13, 41:16, 41:21, 41:23, 41:25, 42:4, 42:7, 42:11, 42:14, 42:18, 42:20, 42:23, 43:4, 43:7, 43:11, 43:14, 43:18, 43:21, 43:24, 44:1, 44:3, 44:7, 44:11, 44:13, 44:15, 44:17, 44:20, 44:24, 45:2, 45:8, 45:14, 46:1, 46:19, 47:8, 47:12, 47:15, 47:20, 47:25, 48:5, 48:8, 48:10, 48:14, 48:18, 48:21, 48:23, 48:25, 49:25, 50:6, 50:8, 50:13, 50:19, 51:6, 51:11, 51:16, 51:20, 51:23, 52:2, 52:4, 52:25, 54:20, 54:24, 55:8, 55:14, 55:24, 56:3, 56:5, 56:8, 56:14, 56:22, 57:5, 57:7, 57:9, 57:12, 57:15, 57:18, 57:23, 58:1, 58:3, 58:7, 58:11, 58:13, 58:16, 58:20, 59:2, 59:6, 59:8, 59:18, 59:24, 60:2, 60:5, 60:8, 60:12, 60:15,

60:18, 60:22, 61:3, 61:8, 61:10, 61:14, 61:17, 62:1, 62:9, 62:12, 63:9, 63:15, 63:21, 64:5, 64:7, 64:10, 64:13, 64:16, 64:22, 65:2, 65:6, 65:9, 65:13, 65:16, 65:19, 65:21, 65:25, 66:8, 66:20, 67:5, 67:7, 67:9, 67:15, 67:18, 67:21, 67:23, 68:1, 68:6, 68:9, 68:13, 68:16, 68:20, 68:24, 69:1, 69:3, 69:7, 69:14, 69:18, 69:21, 69:24, 70:1, 70:3, 70:9, 70:14, 70:18, 70:21, 70:24, 71:3, 71:6, 71:10, 71:13, 71:16, 71:19, 71:22, 72:1, 72:5, 72:7, 72:9, 72:14, 72:17, 72:20, 72:22, 72:24, 73:1, 73:6, 73:8, 73:14, 73:16, 73:18, 73:21, 73:25, 74:3, 74:7, 74:13, 74:16, 74:19, 74:23, 74:25, 75:4, 75:8, 75:10, 75:13, 75:15, 75:17, 75:22, 75:25, 76:2, 76:5, 76:7, 76:9, 76:11, 76:14, 76:16, 76:19, 76:22, 76:25, 77:5, 77:7, 77:10, 77:12, 77:16, 77:19, 78:2, 78:5, 78:7, 78:9, 78:11, 78:15, 78:18, 78:23, 78:25, 79:2, 79:4, 79:7, 79:10, 79:13, 79:16, 79:21, 79:23, 80:2, 80:5, 80:8, 80:12, 80:14, 80:16, 80:18, 80:22, 80:25, 81:2, 81:5, 81:8, 81:11, 81:15, 81:18, 81:21, 81:25, 82:3, 82:6, 82:10, 82:17, 82:23, 83:1, 83:4, 83:12, 83:17, 83:20, 83:24, 84:1, 84:6, 84:14, 84:17, 84:20, 84:25, 85:15, 85:17, 85:21, 85:23, 86:6, 86:14, 86:17, 86:20, 86:22, 86:25, 87:3, 87:5, 87:8, 87:12, 87:16, 87:19, 87:21, 87:24, 88:2, 88:6,

88:8, 88:11, 88:14, 88:18, 88:23, 89:1, 89:6, 89:11, 89:14, 89:16, 89:19, 89:22, 89:25, 90:2, 90:6, 90:8, 90:10, 90:14, 90:16, 90:19, 90:23, 91:3, 91:7, 91:11, 91:13, 93:7, 93:9, 93:12, 93:16, 93:19, 93:23, 94:1, 94:6, 94:12, 94:21, 95:6, 95:8, 95:10, 95:14, 95:17, 95:20, 95:24, 96:1, 96:5, 96:8, 96:12, 96:20, 96:25, 97:4, 97:7, 97:9, 97:12, 97:15, 97:17, 97:23, 98:1, 98:7, 98:11, 98:16, 98:21, 99:8, 99:11, 99:13, 100:1, 100:6, 100:9, 100:15, 100:20, 100:25, 101:3, 101:6, 101:9, 101:11, 101:14, 101:19, 101:24, 102:2, 102:4, 102:7, 102:11, 102:16, 102:21, 102:24, 103:1, 103:3, 103:6, 103:8, 103:12, 103:16, 103:20, 103:22, 103:25, 104:4, 104:13, 104:15, 104:21, 105:3, 105:5, 105:10, 105:14, 105:18, 105:21, 105:23, 105:25, 106:4, 106:7, 106:9, 106:12, 106:15, 106:18, 106:21, 106:24, 107:6, 107:10, 107:13, 107:16, 107:18, 107:22, 108:2, 108:10, 108:13, 108:18, 109:16, 110:14, 110:19, 110:21, 111:4, 113:2, 115:22, 116:10, 116:21, 117:2, 117:6, 117:13, 118:7, 118:13, 118:17, 118:22, 118:25, 119:2, 119:10, 119:13, 119:17, 119:20, 120:5, 120:8, 120:13,

121:1, 121:5, 121:12, 121:15, 121:19, 121:22, 121:24, 122:2, 122:22, 123:1, 123:9, 123:17, 124:10, 124:18, 129:11, 144:11, 145:3, 145:13, 145:15, 145:22, 146:2, 157:24, 158:4, 158:12, 158:15, 163:24, 164:11, 173:2, 173:5, 173:8, 173:15, 173:17, 173:23, 174:3, 174:9, 174:14, 175:7, 175:11, 175:15, 175:21, 176:3, 176:12, 176:15, 176:18, 176:22, 177:5, 177:10, 178:23, 195:7, 195:17, 195:25, 196:5, 196:8, 196:12, 196:21, 196:24, 197:9, 197:22, 197:25, 198:24, 199:14, 199:22, 200:1, 200:8, 200:10, 200:15, 200:18, 200:24, 201:1, 201:3, 201:10
**court** [14] - 7:22, 8:4, 13:8, 42:18, 69:13, 73:8, 83:15, 90:8, 102:8, 108:23, 114:22, 134:6, 149:8, 180:16
**Court's** [10] - 14:8, 28:15, 37:16, 56:16, 57:2, 61:24, 62:16, 64:1, 73:7, 94:19
**Courthouse** [2] - 1:23, 201:20
**courthouse** [4] - 8:3, 111:16, 114:20, 115:15
**COURTROOM** [29] - 3:2, 7:3, 7:5, 17:25, 22:5, 28:21, 31:2, 32:20, 38:2, 41:7, 44:10, 57:4, 64:4, 67:20, 73:15, 76:8, 78:22, 78:24, 80:23, 86:3, 86:23, 94:4, 95:5, 101:23, 105:20, 110:1,

120:2, 196:20, 196:23
**courtroom** [14] - 7:4, 7:24, 8:2, 9:17, 17:13, 61:16, 108:17, 109:1, 109:15, 115:21, 123:16, 173:14, 177:11, 197:7
**courts** [2] - 174:19, 176:6
**Courts** [1] - 114:17
**cousin** [3] - 11:18, 23:6, 89:3
**cousins** [2] - 24:8, 28:2
**coverage** [1] - 115:2
**covered** [2] - 4:17, 174:15
**covers** [1] - 117:15
**COVID** [1] - 190:4
**crack** [2] - 160:21, 160:25
**cracked** [1] - 186:9
**cracks** [1] - 140:24
**credibility** [2] - 113:21, 126:17
**credible** [1] - 155:14
**credit** [2] - 40:5, 95:18
**Credit** [1] - 95:15
**creek** [1] - 188:18
**creeping** [2] - 166:12, 166:21
**cregan@reganfirm. com** [1] - 1:16
**cries** [1] - 125:13
**criminal** [5] - 13:7, 26:21, 26:23, 72:4, 113:15
**cross** [4] - 112:22, 113:4, 191:22
**CROSS** [1] - 164:13
**cross-examination** [2] - 112:22, 113:4
**CROSS-EXAMINATION** [1] - 164:13
**cross-fit** [2] - 191:22
**crossbars** [1] - 153:5
**crowded** [2] - 171:2, 171:3
**CRR** [3] - 1:22, 201:12, 201:19
**Crystal** [2] - 58:25
**CSR** [1] - 159:15
**cumulative** [1] - 142:14
**curative** [1] - 123:5
**curious** [1] - 131:22
**curiously** [1] - 154:25

**current** [1] - 45:20
**cushion** [1] - 105:19
**custodian** [1] - 5:21
**customer** [1] - 45:7
**customers** [1] - 128:20

# D

**D.C** [30] - 1:4, 10:11, 17:20, 17:22, 18:24, 29:9, 52:18, 65:17, 71:21, 77:3, 81:6, 81:8, 81:18, 81:22, 82:4, 82:18, 87:6, 87:9, 87:21, 97:13, 97:19, 98:6, 103:5, 104:12, 104:25, 129:22, 138:16, 149:18, 151:17, 181:1
**dad** [2] - 20:5, 39:12
**daily** [1] - 103:11
**Dakota** [1] - 183:1
**damage** [1] - 133:10
**damages** [27] - 5:14, 5:15, 11:8, 11:11, 13:11, 13:16, 13:18, 23:2, 33:24, 50:22, 51:3, 51:7, 54:6, 54:10, 59:10, 59:13, 61:4, 63:24, 66:10, 66:18, 89:9, 91:8, 138:24, 174:1, 174:5, 174:21
**dangerous** [2] - 133:13, 152:7
**darling** [1] - 161:24
**data** [2] - 46:9, 57:21
**date** [1] - 43:10
**Dated** [1] - 201:17
**daughter** [5] - 96:18, 96:21, 103:11, 187:19, 191:6
**daughters** [2] - 96:17, 96:19
**days** [12] - 74:4, 114:21, 141:20, 142:5, 142:7, 142:12, 142:14, 147:25, 178:17, 188:5, 188:7, 192:1
**DC** [3] - 1:15, 1:24, 201:22
**DCPS** [2] - 29:3, 29:19
**deal** [9] - 5:11, 5:17, 123:6, 123:23, 129:11, 145:23, 145:24, 175:15, 200:16

**dealing** [1] - 83:10
**debt** [1] - 8:5
**decade** [1] - 92:11
**decades** [1] - 127:18
**December** [1] - 4:19
**decent** [2] - 120:9, 191:20
**decide** [5] - 90:13, 133:24, 143:11, 149:18, 149:21
**decider** [1] - 113:20
**decides** [1] - 133:1
**deciding** [1] - 66:17
**decision** [5] - 84:12, 100:14, 112:8, 141:7, 157:9
**decisions** [1] - 46:13
**decline** [1] - 115:4
**declined** [1] - 120:21
**deeply** [4] - 148:3, 153:11
**Defendant** [2] - 1:8, 1:18
**defendant** [14] - 3:14, 8:17, 11:24, 13:11, 31:21, 61:5, 62:20, 67:4, 78:13, 105:17, 107:21, 111:21, 112:9, 112:11
**defendant's** [3] - 4:9, 37:7, 113:3
**defense** [5] - 13:4, 19:17, 110:18, 113:11, 117:22
**defense's** [1] - 28:20
**defer** [1] - 6:22
**define** [2] - 122:5, 122:6
**definitive** [1] - 64:1
**degree** [1] - 178:11
**Delaware** [1] - 134:5
**delay** [3] - 130:15, 130:17, 130:20
**deliberate** [6] - 43:15, 43:17, 113:13, 113:17, 115:10, 148:15
**deliberations** [5] - 14:13, 15:18, 113:9, 114:10, 114:11
**Deloitte** [2] - 79:15, 79:17
**Delta** [1] - 65:4
**demands** [1] - 143:22
**Democratic** [1] - 18:13
**demonstrative** [3] - 4:16, 116:23, 121:7
**demonstratives** [1] - 5:9
**denies** [2] - 8:23,

112:1

**Denis** [2] - 11:4, 136:8
**Department** [1] -
45:17, 45:24, 46:7,
52:11, 53:11, 65:11,
71:12, 159:16
**department** [2] - 58:5,
68:14
**depo** [1] - 117:15
**deposition** [4] - 4:6,
117:14, 118:20,
119:9
**depositions** [1] - 4:13
**deposits** [1] - 69:20
**deprives** [1] - 17:6
**deputies** [1] - 7:24
**DEPUTY** [29] - 3:2,
7:3, 7:5, 17:25, 22:5,
28:21, 31:2, 32:20,
38:2, 41:7, 44:10,
57:4, 64:4, 67:20,
73:15, 76:8, 78:22,
78:24, 80:23, 86:3,
86:23, 94:4, 95:5,
101:23, 105:20,
110:1, 120:2,
196:20, 196:23
**deputy** [5] - 9:17,
18:16, 45:18,
177:11, 181:12
**describe** [2] - 189:13,
190:9
**described** [6] - 9:21,
50:2, 50:6, 153:9,
162:9, 170:1
**deserve** [2] - 141:25,
142:2
**deserved** [1] - 66:24
**design** [3] - 45:10,
176:3, 176:5
**designated** [2] -
117:25, 127:2
**designed** [1] - 123:2
**despite** [4] - 66:22,
94:14, 132:4, 137:2
**Destination** [5] - 81:6,
81:8, 81:22, 82:3,
82:18
**destroyed** [1] - 111:16
**detail** [1] - 134:16
**detailed** [2] - 111:8,
113:8
**details** [1] - 25:20
**determination** [2] -
141:14, 143:13
**determine** [3] - 112:4,
139:18, 144:5
**determined** [3] -
14:14, 182:18,
191:20

**Detroit** [1] - 178:7
**development** [5] -
47:23, 53:17, 87:6,
87:16, 183:15
**diagnostics** [1] - 29:7
**died** [1] - 96:19
**difference** [2] - 174:3,
174:8
**differences** [1] - 132:5
**different** [12] - 31:19,
58:5, 63:4, 92:15,
99:5, 100:1, 100:6,
126:4, 136:9,
136:10, 140:4,
174:19
**differently** [3] -
137:24, 149:3, 149:4
**difficult** [6] - 14:4,
14:7, 15:3, 15:5,
50:3, 191:7
**difficulty** [8] - 13:10,
13:13, 13:15, 13:18,
15:14, 59:12, 61:4,
63:23
**dig** [1] - 136:15
**digital** [1] - 68:22
**diligence** [1] - 59:17
**dinner** [5] - 151:18,
184:8, 184:23,
186:11, 186:14
**dire** [1] - 6:11
**direct** [4] - 45:20,
112:21, 113:3, 116:2
**DIRECT** [2] - 158:19,
177:13
**direction** [1] - 152:17
**directly** [1] - 46:12
**director** [2] - 18:17,
33:5
**directors** [1] - 151:4
**dirty** [1] - 161:21
**disabilities** [1] - 22:16
**disability** [2] - 23:24,
137:18
**disagree** [5] - 15:20,
15:24, 116:25,
122:17, 157:15
**disagreed** [1] - 129:8
**disaster** [1] - 190:18
**discharged** [2] -
135:3, 135:9
**disciplined** [1] - 25:15
**discomfort** [1] -
137:12
**discovered** [2] -
181:6, 182:14
**discovery** [1] - 200:6
**discretion** [1] - 4:8
**discuss** [8] - 17:9,
48:17, 62:18, 114:8,

173:5, 173:12,
174:25, 196:15
**discussed** [1] - 5:10
**discusses** [1] - 94:24
**discussion** [3] -
120:15, 188:15,
201:5
**discussions** [2] - 26:1,
114:23
**disease** [1] - 41:20
**disembark** [2] - 163:6,
169:25
**disembarking** [1] -
161:3
**dislike** [1] - 15:20
**dismiss** [3] - 108:3,
108:4, 109:2
**dismissed** [3] - 43:13,
110:22, 114:10
**Dismissed** [1] -
109:15
**dismissing** [1] - 5:22
**dispatching** [2] -
46:10, 46:18
**dispute** [7] - 12:8,
37:7, 91:4, 127:25,
147:18, 148:5, 148:9
**disregard** [1] - 145:7
**distance** [4] - 171:13,
172:5, 186:5, 187:10
**distracting** [1] -
111:12
**distribute** [2] - 82:7,
82:19
**distribution** [1] - 90:5
**District** [3] - 7:13,
48:12
**DISTRICT** [3] - 1:1,
1:1, 1:11
**divorced** [4] - 33:14,
33:15, 74:18, 74:19
**doctor** [6] - 12:18,
60:24, 77:23, 78:1,
134:2, 195:13
**doctor/patient** [2] -
136:4, 136:11
**doctors** [7] - 47:9,
61:2, 77:24, 78:1,
133:23, 136:7, 144:3
**document** [1] - 199:3
**documents** [5] - 5:4,
144:17, 199:1
**dog** [1] - 136:6
**DOJ** [1] - 71:13
**Dominic** [6] - 11:1,
134:10, 154:10
**Don** [1] - 10:25
**done** [8] - 133:24,
134:1, 134:15,
134:19, 153:25,

187:24, 189:13,
199:12
**door** [5] - 32:10, 46:4,
152:25, 153:5, 160:5
**door-opening** [1] -
46:4
**doors** [27] - 7:16,
46:16, 124:24,
125:8, 125:11,
127:22, 130:18,
130:21, 131:11,
151:25, 152:6,
152:11, 152:18,
152:23, 155:4,
155:5, 161:2,
165:19, 167:20,
168:5, 168:8,
168:11, 168:12,
168:18, 171:9,
171:12, 185:2
**DOT** [1] - 55:9
**double** [1] - 181:16
**doubt** [1] - 115:2
**down** [37] - 7:23,
21:22, 23:6, 27:19,
30:20, 37:23, 41:1,
44:4, 46:21, 51:21,
56:6, 67:10, 72:24,
74:5, 76:2, 78:9,
80:16, 85:18, 94:2,
101:11, 105:14,
107:18, 111:14,
115:8, 128:13,
133:20, 134:21,
138:17, 147:14,
161:17, 161:23,
172:18, 187:2,
193:14, 193:18,
193:19, 197:11
**downstairs** [1] -
115:15
**downtown** [2] - 184:2,
184:22
**dozen** [1] - 141:23
**Dr** [34] - 11:3, 11:4,
46:25, 47:10, 47:11,
55:4, 116:6, 116:17,
118:19, 127:16,
127:18, 128:4,
129:1, 129:5, 129:7,
134:3, 135:13,
135:14, 136:8,
137:2, 155:8,
155:17, 156:7,
156:9, 156:11,
156:12, 187:20,
188:4, 188:15,
188:16
**drastically** [2] - 138:1,
138:21

**draw** [1] - 149:22
**drawing** [2] - 149:16,
149:23
**drilled** [1] - 134:19
**drive** [2] - 194:21,
194:22
**Drive** [1] - 1:19
**driven** [1] - 134:20
**driver** [20] - 25:24,
88:17, 90:21, 107:5,
112:1, 124:23,
125:1, 125:7,
125:23, 126:13,
127:21, 128:17,
129:16, 131:4,
131:23, 132:7,
132:8, 132:9, 151:2,
151:8
**driver's** [2] - 34:5,
126:21
**driving** [2] - 90:24,
126:21
**dropped** [1] - 107:23
**drove** [1] - 184:6
**drowsiness** [1] - 15:8
**Drs** [1] - 136:2
**drug** [1] - 90:4
**Drugstores** [1] - 33:10
**due** [5] - 29:13, 59:16,
130:13, 183:20,
183:22
**dug** [1] - 192:12
**duplicates** [1] - 200:5
**duplicative** [1] - 4:10
**Dupont** [1] - 107:4
**during** [17] - 10:22,
52:10, 55:24, 115:4,
129:9, 130:19,
131:10, 131:24,
134:5, 146:6,
150:22, 152:15,
153:19, 181:8,
183:9, 188:14, 200:6

## E

**EAB** [2] - 38:11
**early** [2] - 29:6, 196:25
**earphones** [1] - 86:18
**ears** [1] - 160:24
**earth** [1] - 143:9
**easier** [1] - 52:1
**Easter** [1] - 17:15
**Eastern** [1] - 30:15
**easy** [3] - 140:13,
143:13, 187:1
**economic** [1] - 51:8
**ed** [2] - 38:13, 38:15
**edge** [1] - 187:4
**editor** [2] - 33:4

**Educare** [2] - 87:6, 87:8
**education** [7] - 29:7, 29:8, 29:21, 38:10, 38:16, 178:8, 178:9
**educational** [1] - 184:20
**educator** [1] - 18:23
**effectively** [1] - 136:19
**efficiently** [2] - 108:22, 142:3
**effort** [1] - 8:3
**eggs** [1] - 140:15
**eight** [10] - 22:20, 32:1, 39:1, 93:3, 94:17, 106:8, 108:5, 113:14, 113:16, 113:17
**either** [19] - 11:10, 12:11, 13:7, 40:19, 42:15, 50:14, 53:20, 55:24, 66:1, 77:16, 84:21, 88:20, 90:23, 91:3, 114:5, 115:14, 127:25, 136:20, 198:15
**election** [1] - 102:17
**Ellen** [1] - 11:2
**ELSER** [1] - 1:19
**Elser** [1] - 10:8
**elsewhere** [1] - 42:5
**emails** [1] - 154:6
**emergency** [2] - 135:2, 139:9
**Emondi** [5] - 10:25, 126:11, 153:23, 153:24, 154:6
**emotional** [1] - 139:24
**employed** [9] - 6:1, 12:6, 12:19, 24:1, 28:7, 29:19, 60:25, 82:11, 82:13
**employee** [1] - 25:10
**employees** [3] - 25:12, 82:21, 150:21
**employer** [1] - 48:8
**employment** [2] - 48:3, 48:5
**empowers** [1] - 139:17
**encompasses** [1] - 139:23
**encountered** [1] - 7:19
**encourage** [2] - 183:15, 184:21
**encouraged** [1] - 156:6
**end** [23] - 47:2, 49:24, 53:6, 84:12, 104:20, 109:17, 110:20, 111:9, 112:6,

123:12, 132:12, 139:8, 139:16, 143:16, 144:22, 146:3, 149:11, 157:8, 157:23, 173:19, 190:1, 190:21, 196:11
**endanger** [1] - 124:22
**ended** [2] - 34:4, 37:11
**ends** [1] - 3:20
**endurance** [1] - 143:4
**Energy** [1] - 65:11
**engineer** [3] - 53:19, 127:17, 155:11
**English** [1] - 15:15
**enjoy** [1] - 142:19
**enjoyed** [1] - 192:16
**enjoyment** [3] - 139:11, 140:1, 142:16
**enormous** [2] - 146:18, 156:18
**entered** [1] - 127:20
**entering** [1] - 155:3
**enters** [3] - 7:4, 108:17, 123:16
**entire** [3] - 134:19, 138:5, 163:8
**entirely** [1] - 111:13
**entirety** [1] - 4:25
**entitled** [7] - 13:23, 13:24, 17:4, 51:13, 98:25, 99:21, 114:15
**entrusts** [2] - 143:11, 144:4
**equal** [4] - 148:23, 148:24, 149:9, 150:14
**ER** [2] - 133:22, 187:16
**eras** [1] - 138:7
**escalator** [1] - 163:17
**escalators** [2] - 150:7, 150:8
**especially** [1] - 153:12
**ESQ** [4] - 1:13, 1:13, 1:18, 1:18
**essentially** [1] - 134:18
**establish** [1] - 28:17
**established** [1] - 198:8
**estimate** [1] - 116:8
**evacuate** [2] - 133:20, 133:21
**evacuated** [1] - 126:23
**evaluated** [1] - 182:2
**evaluation** [2] - 29:2, 156:9
**evening** [4] - 151:17, 159:8, 168:4, 196:13

**event** [1] - 126:19
**events** [1] - 9:20
**eventually** [4] - 133:18, 152:18, 153:17, 197:3
**everywhere** [1] - 137:8
**evidence** [56] - 3:24, 3:25, 4:17, 4:20, 13:12, 13:17, 13:19, 14:6, 14:12, 14:13, 15:5, 17:5, 37:15, 54:9, 61:5, 61:25, 62:19, 62:22, 63:18, 94:19, 112:5, 112:16, 112:18, 112:20, 113:20, 114:16, 116:17, 119:9, 122:8, 122:20, 123:10, 123:11, 123:12, 126:2, 127:7, 127:9, 127:13, 127:14, 131:14, 133:23, 136:14, 144:8, 144:16, 148:1, 148:11, 148:12, 148:13, 148:17, 148:21, 149:10, 156:15, 157:16, 157:18, 180:19
**Evidence** [1] - 4:18
**evidentiary** [1] - 6:6
**evidently** [1] - 186:22
**ex** [2] - 33:17, 74:19
**ex-husband** [1] - 33:17
**ex-wife** [1] - 74:19
**exact** [1] - 128:10
**exactly** [4] - 60:11, 61:7, 108:20, 190:5
**examination** [6] - 112:21, 112:22, 113:4
**EXAMINATION** [3] - 158:19, 164:13, 177:13
**examine** [2] - 136:16, 141:9
**example** [1] - 155:6
**examples** [1] - 33:7
**excellent** [3] - 137:2, 156:10, 156:13
**except** [2] - 111:17, 191:10
**exchange** [5] - 5:11, 55:18, 108:6, 108:11, 120:24
**excluded** [1] - 3:22
**exclusive** [1] - 149:19
**excruciating** [1] -

139:8
**excuse** [3] - 14:23, 95:4, 109:6
**excused** [1] - 173:5
**executive** [1] - 58:18
**executives** [1] - 55:11
**exercise** [1] - 107:25
**exercising** [1] - 156:6
**Exhibit** [6] - 195:5, 195:9, 195:18, 195:23, 198:12, 198:13
**exhibit** [3] - 195:10, 198:15, 199:16
**exhibits** [3] - 120:17, 121:7, 121:8
**existence** [1] - 70:6
**exists** [4] - 127:22, 128:1, 128:22, 128:25
**exit** [2] - 111:24, 130:9
**exits** [5] - 17:13, 61:16, 115:21, 173:14, 197:7
**expansion** [1] - 45:12
**expect** [12] - 45:21, 116:1, 116:10, 121:17, 123:7, 133:19, 142:10, 149:4, 153:15, 154:19, 155:15, 170:10
**expects** [1] - 130:20
**expenses** [2] - 195:6, 195:12
**experience** [18] - 34:10, 34:16, 37:18, 39:19, 46:2, 50:1, 56:12, 56:23, 57:1, 77:13, 84:11, 90:24, 127:18, 143:8, 149:24, 151:25, 165:7, 165:8
**experienced** [1] - 164:20
**experiences** [8] - 13:22, 98:24, 137:18, 149:25, 150:6, 150:12, 165:4
**experiencing** [2] - 15:8, 15:11
**expert** [9] - 55:2, 129:4, 129:7, 129:9, 145:5, 145:21, 155:8, 198:9, 198:16
**experts** [1] - 155:16
**explain** [7] - 9:9, 92:22, 127:19, 128:4, 134:12, 134:17, 193:13

**explained** [1] - 152:21
**explains** [1] - 129:5
**explicitly** [1] - 127:4
**express** [2] - 28:10, 28:14
**expressed** [3] - 53:24, 62:3, 62:7
**expression** [1] - 150:17
**extended** [2] - 137:13, 155:21
**extent** [2] - 121:2, 122:11
**extra** [2] - 131:6, 131:8
**extreme** [4] - 14:16, 14:17, 14:19, 14:24
**extremely** [2] - 155:25, 156:2
**eyewitness** [1] - 116:1

**F**

**facade** [1] - 140:24
**Facebook** [1] - 114:14
**facilities** [1] - 45:10
**facility** [4] - 135:5, 189:9, 189:14, 189:22
**facing** [2] - 152:16, 152:17
**fact** [11] - 15:19, 28:6, 31:24, 32:2, 91:7, 127:11, 127:15, 139:2, 150:20, 190:20, 197:15
**facts** [9] - 37:6, 37:14, 54:16, 113:20, 141:6, 148:19, 149:19, 149:21, 151:15
**fair** [29] - 14:5, 16:4, 16:6, 26:2, 26:5, 28:5, 28:16, 37:16, 42:20, 93:1, 93:2, 94:18, 116:18, 136:15, 139:18, 140:3, 140:6, 140:11, 140:14, 140:19, 143:11, 143:23, 144:5, 144:24, 149:12, 150:13, 157:20, 198:18
**fairness** [3] - 146:16, 147:18, 156:17
**faithfully** [1] - 63:18
**Falcons** [1] - 135:18
**fall** [5] - 4:12, 8:22, 153:22, 186:18, 192:4

**falling** [1] - 137:20
**familiar** [7] - 9:21, 47:5, 55:4, 92:18, 164:22, 197:17, 199:9
**familiarity** [1] - 56:20
**family** [32] - 11:8, 11:11, 12:2, 12:14, 20:4, 23:1, 23:18, 24:2, 24:6, 24:17, 25:3, 25:25, 26:1, 27:11, 28:1, 28:7, 30:6, 33:23, 35:4, 42:24, 50:12, 70:10, 71:6, 77:19, 83:5, 92:18, 94:24, 97:3, 97:6, 114:11, 141:23, 195:13
**far** [11] - 56:24, 116:7, 138:12, 139:4, 143:2, 152:18, 170:22, 170:23, 171:11, 173:11, 185:21
**far-flung** [2] - 138:12, 143:2
**father** [4] - 19:8, 21:9, 21:10, 71:8
**father's** [1] - 51:18
**fault** [2] - 114:5, 129:21
**fear** [2] - 130:6, 131:17
**federal** [3] - 8:4, 13:8, 182:17
**Federal** [3] - 4:18, 46:14, 95:15
**feed** [1] - 124:9
**feelings** [10] - 12:10, 53:24, 60:9, 62:17, 63:3, 65:25, 66:6, 66:9, 67:3, 88:20
**feet** [7] - 130:7, 131:18, 171:14, 171:22, 171:24, 192:11, 192:12
**fell** [10] - 23:6, 99:6, 99:14, 153:1, 153:7, 153:8, 154:11, 162:3, 193:6
**fellow** [5] - 10:19, 17:9, 114:9, 126:9, 133:15
**fellows** [1] - 186:22
**felt** [3] - 50:23, 51:13, 66:23
**femoral** [1] - 187:5
**femur** [13] - 8:22, 125:15, 125:16, 133:8, 134:20, 135:23, 139:21,

153:9, 153:13, 155:22, 188:16, 188:22, 191:14
**fence** [1] - 193:15
**few** [29] - 3:20, 8:11, 9:13, 19:5, 33:12, 33:22, 42:7, 53:25, 58:21, 69:7, 73:10, 77:18, 87:24, 92:8, 96:12, 103:8, 111:6, 113:12, 114:21, 146:14, 160:10, 162:20, 166:7, 171:14, 171:22, 171:24, 185:22, 188:5, 190:22
**field** [10] - 12:19, 20:10, 41:17, 52:8, 60:16, 60:18, 60:20, 60:25, 102:18, 151:9
**Fifth** [1] - 180:13
**fight** [1] - 136:6
**figure** [8] - 5:15, 108:14, 132:14, 139:2, 140:2, 140:18, 163:16, 175:9
**figured** [1] - 182:2
**figures** [1] - 197:15
**file** [7] - 21:12, 107:10, 145:22, 199:20, 199:22, 200:15, 200:20
**filed** [12] - 11:14, 11:25, 21:4, 21:10, 47:16, 48:5, 48:11, 69:9, 69:16, 83:20, 96:15, 102:7
**filing** [1] - 21:17
**filings** [1] - 200:19
**final** [4] - 113:10, 113:12, 131:12, 131:13
**finally** [8] - 5:13, 16:1, 43:7, 98:21, 113:12, 127:1, 161:2, 190:19
**financial** [6] - 13:23, 13:24, 47:23, 66:13, 66:17, 98:25
**fine** [3] - 73:4, 103:21, 183:18
**finish** [2] - 42:18, 163:25
**finished** [1] - 190:7
**finishing** [1] - 77:22
**fire** [1] - 94:10
**firm** [11] - 10:4, 10:8, 10:9, 19:11, 74:21, 138:10, 146:10, 179:9, 182:22

**first** [39] - 3:21, 8:14, 9:3, 26:14, 29:16, 31:19, 40:3, 40:6, 47:21, 57:12, 82:17, 95:13, 108:5, 111:10, 112:12, 112:14, 112:20, 124:25, 125:19, 125:25, 126:5, 128:19, 129:15, 130:10, 131:5, 144:15, 148:11, 157:25, 158:1, 158:17, 171:4, 171:17, 172:2, 178:10, 188:7, 189:16, 189:19, 193:16, 196:9
**fit** [3] - 191:22, 192:2
**five** [11] - 78:19, 119:2, 121:24, 130:19, 131:3, 131:10, 152:12, 159:7, 166:7, 166:19, 194:25
**five-plus** [1] - 130:19
**fix** [4] - 143:19, 144:1, 187:23, 193:4
**fixed** [5] - 23:7, 138:23, 139:13, 155:20, 155:22
**flattened** [1] - 161:19
**flesh** [1] - 137:17
**flew** [1] - 160:16
**Flint** [1] - 38:22
**floor** [6] - 125:13, 133:6, 133:15, 139:9, 161:20, 161:21
**Florida** [2] - 178:12, 179:22
**flown** [1] - 163:3
**flung** [2] - 138:12, 143:2
**focus** [2] - 45:4, 138:11
**focused** [3] - 52:16, 53:12, 53:16
**Foggy** [3] - 167:7, 167:16, 170:12
**folks** [28] - 3:17, 8:2, 8:12, 10:15, 11:5, 16:16, 17:4, 46:20, 47:8, 60:15, 60:20, 68:9, 70:24, 81:11, 82:11, 82:12, 82:24, 86:20, 92:17, 108:3, 108:4, 108:25, 109:5, 109:17, 110:25, 114:15,

114:24, 196:25
**folks'** [1] - 8:4
**follow** [34] - 6:18, 6:23, 8:10, 9:12, 14:8, 15:17, 16:4, 37:15, 54:22, 55:20, 56:3, 56:18, 57:2, 61:24, 63:1, 63:18, 66:21, 67:1, 67:6, 67:8, 94:19, 99:21, 100:23, 101:4, 101:21, 105:7, 105:11, 117:7, 123:11, 128:10, 147:10, 149:10, 157:7, 157:18
**follow-up** [9] - 6:23, 8:10, 9:12, 54:22, 55:20, 56:3, 67:6, 67:8, 105:11
**following** [15] - 10:22, 48:19, 62:16, 64:1, 98:17, 100:21, 104:7, 109:7, 110:12, 115:1, 125:17, 145:1, 183:23, 190:21, 196:3
**follows** [1] - 128:8
**footing** [4] - 148:23, 148:24, 149:9, 150:14
**FOR** [1] - 1:1
**Ford's** [1] - 180:1
**foregoing** [1] - 201:13
**foreign** [1] - 65:14
**foremost** [1] - 126:5
**foreperson** [7] - 36:9, 40:18, 72:17, 84:17, 90:16, 101:13, 101:15
**forever** [3] - 143:7, 143:8, 187:10
**forget** [1] - 90:12
**forgive** [1] - 150:17
**forgot** [1] - 146:7
**form** [1] - 132:12
**formed** [2] - 24:15, 28:6
**former** [1] - 55:21
**formulate** [1] - 155:14
**formulating** [1] - 148:19
**forth** [2] - 190:16, 200:19
**forthright** [1] - 101:20
**Fortville** [1] - 182:13
**forward** [23] - 111:24, 125:1, 125:12, 126:7, 128:20,

130:6, 152:16, 157:22, 160:11, 160:16, 162:11, 162:17, 162:19, 164:6, 170:23, 171:8, 171:9, 171:11, 171:18, 172:7, 179:11, 185:3, 185:23
**forward-facing** [1] - 152:16
**foundation** [5] - 4:23, 140:25, 197:18, 199:8, 199:15
**foundational** [1] - 198:6
**four** [11] - 22:25, 63:22, 78:18, 90:3, 141:20, 142:4, 142:11, 146:20, 156:2, 178:11, 180:21
**four-year** [1] - 178:11
**fracture** [6] - 125:15, 135:23, 153:10, 153:13, 155:20, 187:5
**fractured** [5] - 153:9, 188:16, 188:22, 191:14, 193:3
**frame** [1] - 122:25
**framed** [1] - 122:19
**Francisco** [2] - 19:1, 20:15
**fraud** [1] - 40:5
**FRB** [1] - 95:15
**free** [3] - 109:22, 111:14, 158:5
**freely** [1] - 143:1
**frequently** [5] - 50:10, 58:23, 77:10, 97:12, 165:10
**friend** [25] - 11:13, 11:16, 11:23, 12:5, 12:7, 12:17, 12:20, 12:23, 13:3, 19:6, 20:9, 21:4, 21:7, 47:17, 51:16, 60:23, 69:8, 71:6, 77:25, 83:5, 96:14, 96:21, 98:11, 103:16, 173:22
**friends** [9] - 11:20, 20:4, 71:2, 82:25, 83:1, 83:2, 83:9, 85:3, 89:16
**Front** [2] - 189:24, 191:25
**front** [7] - 124:11, 150:10, 155:2,

169:23, 170:17, 170:21, 186:21
**froze** [1] - 192:15
**frustrating** [1] - 150:6
**full** [5] - 15:10, 122:17, 125:7, 143:23, 201:14
**fuller** [1] - 128:15
**fully** [4] - 40:13, 66:15, 130:20, 170:10
**function** [1] - 138:20
**Fund** [1] - 96:10
**fundamental** [2] - 125:24, 129:13
**funded** [3] - 53:14, 53:15, 66:15
**funding** [2] - 66:14, 66:16
**fundraising** [1] - 87:18
**funny** [1] - 98:25
**future** [3] - 15:1, 139:23, 142:15

### G

**Gainesville** [2] - 179:16, 179:22
**gallery** [9] - 16:17, 48:20, 104:8, 110:3, 110:6, 110:9, 110:11, 110:13, 110:22
**gaps** [1] - 138:15
**garden** [8] - 142:19, 192:5, 192:11, 192:14, 193:14, 193:16, 193:17, 193:18
**gardening** [2] - 193:10
**gardens** [1] - 142:20
**gate** [1] - 193:16
**Gathering** [1] - 194:23
**geared** [2] - 122:7, 122:9
**gears** [1] - 182:17
**genders** [1] - 138:7
**general** [11] - 10:10, 46:1, 46:15, 50:19, 53:24, 65:13, 66:7, 77:13, 137:12, 150:25, 174:22
**generally** [9] - 4:6, 12:22, 24:13, 50:14, 50:17, 103:13, 165:21, 166:1, 181:23
**generous** [1] - 117:19
**gentlemen** [1] - 10:1, 16:13, 109:16, 110:1, 110:21,

111:4, 123:18, 124:20, 143:20, 144:12, 146:5, 158:5, 162:1, 172:17, 173:9, 196:12
**George** [3] - 133:21, 155:17, 189:2
**Georgia** [2] - 184:8, 186:8
**Gilman** [5] - 3:14, 10:9, 104:22, 105:3, 146:10
**GILMAN** [2] - 1:18, 104:24
**gist** [1] - 60:3
**given** [18] - 14:14, 14:25, 15:24, 61:17, 94:10, 115:9, 126:3, 126:7, 127:5, 127:8, 127:10, 127:11, 132:13, 142:12, 147:10, 175:25, 187:15, 188:17
**glad** [3] - 145:9, 198:3, 199:23
**Googling** [1] - 17:3
**government** [7] - 64:22, 64:24, 142:10, 149:2, 149:3, 149:6, 158:24
**governments** [1] - 45:4
**grab** [1] - 160:18
**grade** [2] - 22:14, 22:16
**graduated** [1] - 193:19
**grand** [4] - 13:6, 84:3, 84:11, 84:21
**grandchildren** [4] - 179:19, 179:20
**granddaughter** [1] - 159:7
**grandfather** [1] - 61:1
**grandfather's** [1] - 77:21
**grandmother** [1] - 159:6
**grandsons** [1] - 159:7
**grant** [6] - 45:25, 46:8, 46:13, 53:12, 56:23, 87:17
**grant-making** [3] - 45:25, 53:12, 56:23
**grants** [1] - 46:2
**great** [13] - 29:10, 38:6, 66:4, 108:12, 109:14, 110:24, 149:8, 150:3, 170:19, 179:19,

179:20, 196:13, 197:5
**great-grandchildren** [2] - 179:19, 179:20
**greater** [1] - 139:4
**greatest** [1] - 149:14
**grew** [3] - 77:5, 178:7, 192:13
**grocery** [2] - 190:12, 190:15
**ground** [9] - 93:4, 125:3, 128:24, 137:6, 138:13, 145:25, 153:8, 186:7, 186:18
**group** [2] - 41:18, 78:20
**grow** [1] - 178:6
**growing** [1] - 39:13
**grueling** [1] - 139:9
**guard** [2] - 131:6, 160:12
**guardrails** [1] - 175:16
**guess** [5] - 52:1, 71:14, 163:18, 190:20, 199:14
**guessed** [1] - 110:25
**guessing** [1] - 171:14
**guidance** [1] - 54:12
**guide** [1] - 134:19
**guilty** [4] - 36:5, 40:13, 40:14, 40:17
**gun** [3] - 31:21, 31:25, 32:5
**guy** [1] - 31:23
**guys** [4] - 73:8, 123:6, 187:3, 193:6
**GW** [4] - 133:22, 133:23, 134:7, 188:12
**GW's** [1] - 134:8
**gym** [4] - 191:21, 191:22, 191:25, 192:2

### H

**H&M** [1] - 31:10
**half** [5] - 52:12, 174:16, 186:6, 192:12, 194:7
**hall** [1] - 94:5
**halls** [2] - 138:17, 186:6
**hallways** [1] - 114:22
**hand** [18] - 9:4, 9:16, 17:20, 111:2, 124:14, 143:5, 147:7, 158:13, 160:2, 161:19,

161:22, 163:11, 167:24, 172:15, 172:16, 177:6, 181:10, 185:20
**HAND** [1] - 17:22
**Hand** [4] - 3:16, 10:10, 146:11, 150:24
**handicap** [1] - 185:7
**handle** [2] - 4:8, 104:15
**handwritten** [1] - 172:14
**hanging** [1] - 193:7
**happy** [2] - 121:9, 181:1
**hard** [7] - 100:13, 108:23, 114:11, 142:2, 153:8, 165:9, 165:10
**harder** [1] - 140:17
**hardship** [4] - 14:16, 14:18, 14:19, 14:24
**hardware** [1] - 142:18
**harm** [2] - 133:11, 140:3
**harms** [17] - 132:16, 132:19, 132:25, 133:2, 133:4, 138:23, 139:4, 139:12, 139:15, 139:17, 140:5, 140:8, 140:9, 141:10, 143:18, 143:23, 144:6
**Harris** [5] - 11:4, 136:8, 136:9, 156:11, 156:12
**hashed** [1] - 176:23
**hate** [2] - 177:17, 189:19
**hated** [2] - 189:16, 189:19
**Head** [1] - 87:10
**head** [11] - 12:24, 51:17, 70:16, 71:7, 89:17, 98:12, 99:7, 103:17, 161:12, 161:20, 166:6
**heading** [1] - 184:22
**heads** [1] - 147:8
**healing** [2] - 184:16, 184:19
**health** [6] - 20:18, 20:21, 58:5, 99:5, 100:18, 184:18
**healthcare** [4] - 12:19, 60:25, 79:20, 184:18
**hear** [57] - 15:5, 16:3, 48:23, 54:12, 68:7, 74:8, 88:24, 92:1,

104:10, 106:2, 110:16, 112:9, 113:22, 113:23, 126:4, 126:5, 126:9, 126:13, 127:1, 127:2, 127:7, 127:9, 127:14, 127:16, 129:8, 130:10, 130:23, 131:14, 133:23, 134:2, 135:3, 135:13, 136:8, 136:14, 136:25, 137:14, 138:21, 138:24, 142:2, 142:22, 149:18, 150:25, 151:7, 151:11, 153:19, 153:23, 154:9, 154:20, 155:15, 156:7, 156:15, 160:22, 160:23, 168:14, 168:18, 179:2
**heard** [12] - 62:18, 96:20, 145:5, 148:17, 148:18, 148:21, 151:14, 157:17, 160:21, 160:23, 160:24, 161:1
**hearing** [16] - 15:2, 48:20, 54:9, 86:10, 86:18, 104:8, 110:13, 117:15, 145:2, 154:4, 167:19, 167:22, 168:4, 178:19, 196:4, 201:7
**hears** [2] - 77:1, 95:11
**hearsay** [1] - 118:5
**heat** [1] - 98:5
**HELD** [1] - 1:11
**held** [10] - 48:20, 51:23, 104:8, 110:12, 145:2, 161:22, 163:9, 163:11, 186:24, 196:4
**hello** [1] - 114:23
**help** [5] - 64:21, 122:18, 133:16, 161:4, 197:12
**helped** [2] - 153:20, 162:1
**helping** [2] - 148:9, 182:4
**helps** [1] - 68:12
**Henry** [3] - 11:2, 151:1
**hereby** [1] - 201:12
**herself** [2] - 99:15,

126:6
**hesitate** [4] - 34:11, 36:13, 50:2, 84:22
**hi** [1] - 158:11
**higher** [4] - 38:13, 38:15, 54:1, 92:19
**highlight** [1] - 5:5
**hike** [1] - 192:20
**Hill** [6] - 182:16, 184:12, 186:6, 190:23, 190:24, 194:19
**himself** [1] - 155:11
**hip** [20] - 12:24, 51:17, 51:18, 52:1, 71:7, 71:9, 89:17, 98:12, 98:14, 98:15, 99:6, 103:17, 103:18, 125:16, 133:8, 137:17, 188:23, 188:25, 194:2
**hips** [1] - 89:21
**hire** [1] - 34:7
**hired** [3] - 136:12, 180:11, 181:12
**historically** [1] - 121:21
**hit** [5] - 70:12, 70:16, 107:4, 133:6, 161:12
**hold** [9] - 46:9, 92:19, 128:20, 128:21, 133:16, 133:17, 155:24, 157:17, 162:13
**holding** [7] - 128:23, 153:4, 161:19, 162:5, 165:13, 169:21, 172:16
**holds** [3] - 147:8, 155:10, 157:5
**hole** [1] - 134:19
**home** [10] - 39:17, 89:3, 95:23, 96:11, 106:19, 106:22, 135:9, 142:21, 159:17, 184:3
**honest** [6] - 25:22, 50:20, 59:15, 89:7, 100:11, 141:5
**honestly** [1] - 32:8
**Honor** [161] - 3:2, 3:7, 3:13, 5:16, 5:23, 5:24, 6:4, 6:22, 7:3, 7:5, 17:25, 20:23, 20:25, 21:24, 21:25, 22:5, 27:15, 27:17, 27:21, 27:22, 28:1, 28:21, 30:19, 30:24, 30:25, 31:2, 32:14, 32:17, 32:20, 36:18,

37:25, 38:2, 40:22, 40:24, 41:5, 41:7, 43:25, 44:2, 44:10, 54:19, 54:21, 55:7, 56:4, 56:9, 56:15, 56:19, 57:4, 59:25, 61:13, 61:22, 62:3, 62:7, 62:11, 63:8, 63:12, 63:16, 64:4, 67:12, 67:20, 72:21, 72:23, 73:4, 73:12, 73:13, 73:15, 75:24, 76:1, 76:4, 76:6, 76:8, 78:12, 78:14, 78:24, 80:13, 80:15, 80:20, 80:21, 80:23, 85:2, 85:14, 85:16, 85:20, 85:22, 86:3, 86:21, 86:23, 88:25, 93:8, 94:7, 94:13, 95:5, 101:8, 101:10, 101:22, 101:23, 102:1, 102:10, 104:3, 104:5, 104:9, 105:9, 105:12, 105:13, 105:16, 105:20, 107:15, 107:17, 107:20, 107:21, 108:12, 113:1, 115:25, 116:25, 117:4, 118:11, 118:21, 119:1, 119:5, 119:18, 119:21, 120:2, 120:7, 120:10, 121:6, 121:8, 121:14, 121:16, 121:23, 121:25, 122:3, 122:15, 123:8, 123:15, 124:8, 124:16, 129:10, 145:10, 145:17, 146:1, 146:4, 158:1, 164:9, 172:8, 172:25, 173:1, 175:2, 177:8, 178:21, 195:3, 195:16, 195:21, 195:24, 196:20, 197:21, 197:24, 198:3, 198:21, 199:13, 199:23, 200:14, 201:2
**honor** [1] - 183:21
**Honor's** [1] - 117:11
**HONORABLE** [1] - 1:11
**hope** [5] - 3:11, 7:15, 17:14, 44:15, 120:6

**horizontally** [1] - 137:15
**Hospital** [3] - 155:18, 189:3, 189:24
**hospital** [5] - 135:4, 153:18, 187:12, 188:6, 188:7
**Hospital's** [1] - 133:22
**hospitals** [1] - 144:3
**hour** [2] - 123:25, 163:19
**hour-and-15-minute** [1] - 123:25
**house** [6] - 59:1, 140:22, 140:23, 191:10, 191:11
**House** [2] - 184:12, 191:1
**houses** [1] - 141:1
**housing** [1] - 52:17
**HR** [2] - 81:6, 82:1
**human** [1] - 143:7
**hundred** [1] - 146:21
**hung** [3] - 31:22, 84:9, 90:14
**Hunter** [1] - 11:2
**hurt** [6] - 125:3, 127:24, 154:13, 161:10, 182:20, 194:18
**husband** [4] - 33:17, 96:5, 182:12, 194:22
**husband's** [1] - 96:17

# I

**iceberg** [8] - 121:10, 139:3, 174:6, 174:11, 174:12, 174:15, 175:23, 176:14
**ICU** [2] - 188:9, 188:10
**idea** [3] - 186:20, 186:23, 187:10
**identical** [1] - 159:6
**identified** [2] - 198:11, 198:15
**identify** [1] - 3:5
**idle** [2] - 162:17, 162:18
**IEPs** [1] - 29:13
**Illinois** [1] - 194:22
**illustrate** [1] - 122:18
**illustrations** [3] - 4:15, 116:14, 155:19
**illustrative** [3] - 4:19, 120:17, 121:7
**image** [1] - 120:20
**images** [1] - 121:9
**imbalance** [1] - 194:9

**immediate** [9] - 11:8, 11:10, 12:2, 12:14, 33:23, 42:24, 70:10, 75:19, 125:16
**immediately** [3] - 133:24, 161:1, 161:14
**immemorial** [1] - 174:13
**impact** [4] - 139:20, 139:24, 141:24, 142:5
**impacted** [1] - 138:2
**impairment** [1] - 156:14
**impartial** [5] - 14:5, 14:9, 16:5, 16:6, 80:6
**implicit** [1] - 28:10
**importance** [1] - 128:5
**important** [15] - 16:19, 17:1, 17:8, 88:22, 89:1, 147:22, 148:4, 148:5, 148:6, 148:9, 152:8, 165:11, 165:16, 165:24, 191:19
**impressed** [1] - 120:10
**impressions** [16] - 24:15, 30:10, 34:14, 34:24, 42:14, 50:13, 59:2, 70:3, 75:19, 77:12, 80:2, 88:2, 88:5, 98:1, 103:12, 103:15
**IN** [3] - 1:1, 7:8, 7:11
**in-person** [1] - 55:20
**inappropriate** [1] - 145:11
**inch** [1] - 194:7
**inches** [1] - 185:22
**incident** [11] - 11:10, 28:8, 43:4, 95:1, 126:22, 133:3, 135:20, 140:9, 142:5, 142:7, 159:9
**incidents** [2] - 25:4, 83:12
**included** [1] - 120:19
**includes** [4] - 122:5, 122:6, 139:19, 139:20
**including** [5] - 15:19, 17:9, 37:18, 114:9, 124:2
**incomplete** [1] - 139:10
**inconsistent** [2] - 144:20, 144:21

**inconvenience** [2] - 14:20, 149:15
**inconvenient** [1] - 14:18
**incorporate** [1] - 184:15
**Incorporated** [2] - 52:23, 159:15
**increased** [1] - 59:20
**increasingly** [1] - 194:12
**independence** [1] - 139:10
**independent** [9] - 17:2, 17:6, 17:10, 33:8, 114:14, 114:18, 173:12, 182:23, 196:16
**independently** [1] - 143:1
**index** [2] - 9:1, 9:5
**India** [1] - 61:2
**Indian** [1] - 194:23
**Indians** [1] - 182:14
**indicate** [1] - 28:4
**indicated** [5] - 27:25, 36:25, 63:17, 156:2, 166:3
**indicating** [1] - 185:18
**indications** [1] - 155:25
**indigenous** [2] - 182:19, 184:14
**individual** [2] - 16:15, 149:5
**individuals** [2] - 47:14, 98:20
**indulgence** [1] - 172:8
**industry** [5] - 12:21, 39:11, 56:20, 57:2, 127:18
**inescapable** [1] - 129:25
**inevitable** [1] - 191:18
**inferred** [1] - 145:11
**inflicted** [3] - 133:2, 140:9, 143:24
**influence** [1] - 11:21
**information** [5] - 127:5, 141:13, 142:1, 143:15, 198:22
**informed** [1] - 104:21
**infrastructure** [3] - 45:1, 45:10, 45:13
**injections** [1] - 188:17
**injured** [11] - 25:23, 43:2, 91:15, 99:15, 99:18, 100:4, 100:22, 151:13,

153:12, 159:10,
161:13
**injuries** [21] - 6:21,
11:8, 12:15, 13:22,
33:24, 35:5, 35:9,
42:25, 54:7, 70:11,
83:7, 98:24, 99:16,
107:2, 112:3,
125:18, 129:20,
136:21, 138:1,
138:20, 139:8
**injury** [21] - 6:16, 8:25,
13:25, 16:24, 19:19,
21:18, 23:8, 34:12,
36:14, 70:14, 70:20,
99:19, 100:17,
102:24, 111:25,
128:2, 134:11,
134:12, 135:23,
143:8, 169:13
**inpatient** [1] - 135:4
**inquire** [3] - 61:23,
104:13, 104:18
**inquiries** [1] - 94:15
**inside** [1] - 125:10
**Instagram** [1] - 114:13
**instances** [3] - 131:3,
166:10, 166:14
**instead** [4] - 125:1,
132:2, 136:12, 198:1
**instinct** [1] - 161:6
**institution** [1] - 47:23
**instruct** [5] - 15:17,
66:21, 144:21,
144:22, 145:23
**instructed** [5] - 15:22,
99:20, 114:23,
148:10, 154:16
**instructing** [1] - 145:7
**instruction** [7] - 73:7,
99:22, 105:8, 123:5,
123:10, 139:7,
139:16
**instructions** [36] -
14:8, 15:23, 16:4,
37:15, 37:16, 56:18,
57:3, 61:25, 63:2,
63:18, 64:2, 66:21,
66:22, 67:1, 94:19,
100:21, 100:24,
101:4, 101:21,
111:6, 111:8, 112:7,
113:7, 113:8,
113:12, 115:1,
123:12, 144:13,
144:23, 147:11,
149:10, 149:12,
157:7, 157:11,
157:14, 157:19
**instructs** [2] - 63:3,

139:17
**instrumentation** [1] -
155:20
**insurance** [11] - 12:21,
34:5, 34:8, 34:15,
39:11, 39:17, 83:11,
83:16, 83:21,
107:12, 181:3
**intellectual** [1] - 19:22
**intend** [5] - 118:12,
120:16, 120:24,
159:14, 175:3
**intended** [2] - 112:17,
151:19
**intending** [1] - 120:23
**intense** [1] - 186:19
**intentionally** [1] -
131:8
**interacted** [1] - 45:25
**interacting** [1] - 45:21
**interaction** [1] - 55:15
**interactions** [3] - 46:2,
56:19, 104:18
**intercom** [1] - 125:8
**interesting** [1] -
135:16
**interestingly** [1] -
153:24
**interfere** [2] - 67:14,
149:20
**intern** [1] - 104:23
**internal** [1] - 41:19
**International** [1] -
96:10
**Internet** [1] - 74:11
**interrupt** [1] - 123:3
**interrupted** [1] -
186:17
**interrupting** [1] - 5:12
**interviewed** [1] - 179:9
**intramedullary** [1] -
134:18
**introduce** [5] - 4:4,
8:13, 9:23, 158:21,
177:19
**introduced** [4] - 4:16,
17:5, 146:6, 150:24
**introduction** [2] -
146:7, 199:15
**investigation** [1] -
151:10
**investigators** [2] -
163:22, 164:3
**involve** [3] - 45:14,
106:12, 183:4
**involved** [22] - 12:8,
12:14, 25:4, 29:10,
35:5, 42:24, 46:7,
46:12, 47:19, 48:1,
52:8, 53:5, 53:10,

69:14, 70:10, 83:6,
83:17, 91:4, 91:17,
94:25, 96:25, 106:25
**involves** [2] - 25:22,
34:11
**involving** [5] - 12:8,
28:8, 34:25, 36:14,
46:3
**issue** [22] - 5:7, 5:19,
45:5, 51:7, 52:24,
53:2, 53:3, 54:6,
98:4, 99:7, 104:17,
119:10, 141:10,
176:1, 176:10,
176:18, 176:20,
198:10, 198:11,
199:11, 200:19
**issues** [12] - 6:6,
11:21, 43:21, 52:2,
52:17, 56:24, 105:2,
117:23, 122:19,
124:12, 148:21,
194:10
**IT** [1] - 57:15
**itemization** [1] - 195:6
**items** [1] - 129:3
**itself** [7] - 14:14, 85:7,
107:6, 127:1,
127:13, 153:13,
176:19

---

## J

**jacket** [2] - 161:16,
161:19
**jagged** [1] - 187:4
**jams** [1] - 192:18
**JASON** [1] - 1:18
**Jason** [5] - 3:13, 10:8,
21:2, 146:8, 164:17
jason.waters@
   wilsonelser.com [1]
   - 1:21
**jellies** [1] - 192:18
**Jenkins** [7] - 5:19, 6:2,
16:10, 115:13,
124:9, 178:24,
196:18
**jerk** [6] - 130:6,
131:17, 162:9,
163:1, 185:3, 185:14
**jerked** [4] - 126:7,
160:11, 160:16,
164:6
**jerking** [2] - 166:22,
167:1
**jerks** [2] - 125:12,
167:2
**job** [18] - 53:17, 53:18,
55:12, 55:17, 56:1,

82:3, 82:12, 82:18,
82:22, 112:4, 114:6,
132:21, 138:9,
138:10, 140:2,
141:11, 141:12,
181:19
**Jobs** [3] - 68:2, 68:10,
68:11
**jobs** [3] - 24:10, 68:12,
147:23
**Joe's** [1] - 33:20
**Johnson** [7] - 11:1,
11:2, 151:11,
151:12, 154:10,
154:14, 154:20
**joined** [4] - 3:15, 10:9,
146:10, 181:6
**joint** [2] - 153:14,
180:18
**journey** [1] - 131:24
**Jubilee** [3] - 68:2,
68:10, 68:11
**Judge** [11] - 7:14,
21:21, 37:15, 139:7,
139:16, 141:20,
149:10, 157:11,
157:18, 175:18,
176:8
**judge** [13] - 54:5,
54:12, 62:18, 63:2,
86:11, 103:4,
113:21, 147:21,
148:10, 171:13,
198:17, 199:24,
200:3
**JUDGE** [1] - 1:11
**judge's** [2] - 55:1, 63:1
**judges** [2] - 132:11,
181:2
**judgment** [8] - 37:16,
51:1, 51:5, 56:21,
67:14, 148:17,
149:11, 157:20
**judgments** [1] -
157:17
**jump** [1] - 104:6
**jumped** [2] - 161:1,
184:9
**juncture** [1] - 144:12
**jurisdiction** [1] -
174:13
**Juror** [26] - 17:25,
22:5, 28:21, 31:2,
32:20, 38:2, 41:7,
44:10, 57:4, 64:4,
67:20, 73:15, 76:8,
80:23, 86:23, 95:5,
101:14, 101:23,
105:20, 109:11,
110:5, 110:6, 110:8,

110:9, 110:10,
110:11
**juror** [25] - 5:25, 9:4,
14:15, 15:13, 16:7,
31:17, 31:19, 35:21,
35:23, 35:24, 36:1,
50:3, 50:15, 60:1,
61:16, 63:1, 63:17,
66:9, 80:6, 84:3,
84:11, 94:17,
113:16, 115:5
**JUROR** [488] - 18:3,
18:5, 18:10, 18:12,
18:16, 18:20, 18:22,
18:25, 19:3, 19:8,
19:11, 19:14, 19:18,
19:20, 19:22, 19:25,
20:3, 20:6, 20:8,
20:11, 20:14, 20:17,
20:20, 21:6, 21:9,
21:11, 21:13, 21:16,
21:19, 22:7, 22:10,
22:13, 22:15, 22:20,
22:22, 23:3, 23:5,
23:11, 23:13, 23:15,
23:20, 23:23, 24:2,
24:4, 24:7, 24:11,
24:14, 24:18, 24:20,
24:23, 25:1, 25:6,
25:8, 25:11, 25:13,
25:16, 25:19, 26:3,
26:6, 26:8, 26:10,
26:12, 26:14, 26:17,
26:19, 26:23, 27:2,
27:4, 27:6, 27:10,
27:13, 28:23, 28:25,
29:4, 29:6, 29:12,
29:15, 29:20, 29:22,
29:24, 30:3, 30:7,
30:9, 30:13, 30:15,
30:21, 31:5, 31:7,
31:11, 31:13, 31:18,
32:7, 32:11, 32:22,
32:24, 33:3, 33:8,
33:12, 33:14, 33:19,
34:1, 34:3, 34:13,
34:17, 34:19, 34:22,
35:2, 35:7, 35:10,
35:13, 35:15, 35:18,
35:22, 36:1, 36:3,
36:5, 36:7, 36:11,
36:15, 36:21, 36:24,
37:2, 37:5, 37:9,
37:12, 37:17, 37:20,
38:4, 38:6, 38:9,
38:13, 38:17, 38:19,
38:22, 38:25, 39:3,
39:6, 39:9, 39:12,
39:16, 39:20, 39:23,
39:25, 40:2, 40:8,
40:10, 40:12, 40:16,

40:20, 41:2, 41:9,
41:12, 41:15, 41:18,
41:22, 41:24, 42:2,
42:6, 42:9, 42:12,
42:17, 42:19, 42:22,
43:1, 43:6, 43:9,
43:12, 43:16, 43:20,
43:23, 44:12, 44:14,
44:16, 44:19, 44:22,
44:25, 45:3, 45:9,
45:16, 46:6, 46:24,
47:13, 47:18, 47:22,
48:3, 48:7, 48:9,
48:12, 48:16, 48:22,
48:24, 50:5, 50:7,
50:11, 50:17, 50:25,
51:10, 51:14, 51:18,
51:21, 51:25, 52:3,
52:9, 52:12, 52:15,
52:19, 52:21, 53:9,
54:2, 54:11, 54:17,
55:5, 55:12, 55:16,
56:2, 56:7, 57:6,
57:8, 57:11, 57:14,
57:17, 57:20, 57:24,
58:2, 58:4, 58:9,
58:12, 58:14, 58:18,
58:24, 59:4, 59:7,
59:16, 59:19, 60:11,
60:13, 60:17, 60:19,
61:1, 61:7, 61:9,
62:15, 62:23, 63:5,
63:10, 64:6, 64:8,
64:12, 64:15, 64:18,
64:24, 65:3, 65:8,
65:10, 65:14, 65:18,
65:20, 65:23, 66:3,
66:11, 66:25, 67:22,
67:25, 68:4, 68:8,
68:11, 68:15, 68:18,
68:21, 68:25, 69:2,
69:4, 69:11, 69:16,
69:19, 69:22, 69:25,
70:2, 70:5, 70:12,
70:16, 70:19, 70:23,
71:1, 71:5, 71:8,
71:11, 71:14, 71:18,
71:20, 71:24, 72:3,
72:6, 72:8, 72:11,
72:15, 72:19, 72:25,
73:17, 73:19, 73:24,
74:2, 74:5, 74:10,
74:15, 74:18, 74:20,
74:24, 75:3, 75:6,
75:9, 75:11, 75:14,
75:16, 75:21, 76:10,
76:13, 76:15, 76:18,
76:20, 76:24, 77:4,
77:6, 77:9, 77:11,
77:14, 77:18, 77:21,
78:3, 78:10, 79:1,

79:3, 79:6, 79:9,
79:11, 79:14, 79:19,
79:22, 79:25, 80:4,
80:7, 80:11, 80:17,
81:1, 81:4, 81:7,
81:9, 81:13, 81:17,
81:20, 81:23, 82:1,
82:5, 82:7, 82:14,
82:22, 82:25, 83:3,
83:8, 83:14, 83:19,
83:23, 83:25, 84:2,
84:10, 84:15, 84:19,
84:23, 85:5, 85:8,
85:11, 87:2, 87:4,
87:7, 87:10, 87:14,
87:18, 87:20, 87:23,
88:1, 88:4, 88:7,
88:10, 88:12, 88:15,
88:21, 89:5, 89:10,
89:12, 89:15, 89:18,
89:20, 89:24, 90:1,
90:3, 90:7, 90:9,
90:12, 90:15, 90:18,
90:22, 91:1, 91:6,
91:10, 91:12, 91:19,
91:22, 91:24, 92:2,
92:7, 92:10, 92:14,
92:16, 92:21, 92:23,
93:5, 93:11, 93:14,
93:17, 93:21, 93:25,
94:3, 95:7, 95:9,
95:12, 95:16, 95:19,
95:22, 95:25, 96:4,
96:7, 96:9, 96:16,
96:23, 97:2, 97:5,
97:8, 97:11, 97:13,
97:16, 97:19, 97:24,
98:3, 98:8, 98:13,
98:19, 99:2, 99:9,
99:12, 99:23, 100:5,
100:8, 100:13,
100:16, 100:23,
101:1, 101:5,
101:25, 102:3,
102:6, 102:10,
102:12, 102:19,
102:23, 102:25,
103:2, 103:4, 103:7,
103:10, 103:14,
103:18, 103:21,
103:23, 105:4,
105:9, 105:22,
105:24, 106:3,
106:6, 106:8,
106:11, 106:14,
106:17, 106:19,
106:23, 107:3,
107:8, 107:11
jurors [20] - 5:20, 6:24,
17:5, 40:19, 101:18,
108:6, 109:7,

111:11, 113:14,
113:15, 113:19,
114:17, 114:24,
126:16, 139:18,
149:15, 149:21,
150:11, 157:13,
196:18
jurors' [1] - 16:14
JURY [1] - 1:10
jury [109] - 3:18, 4:17,
4:20, 4:23, 5:5, 5:6,
5:15, 5:20, 7:3, 7:20,
8:6, 10:20, 13:6,
13:7, 13:8, 14:4,
14:8, 14:14, 14:18,
14:25, 16:16, 16:23,
26:9, 27:1, 27:5,
31:22, 32:19, 33:17,
34:11, 35:14, 36:2,
36:10, 36:13, 39:18,
40:6, 40:7, 43:8,
43:11, 43:14, 43:16,
59:11, 66:21, 71:16,
71:21, 71:22, 72:9,
72:18, 75:19, 83:24,
84:7, 84:9, 84:14,
84:18, 84:20, 84:21,
84:22, 89:8, 89:25,
90:10, 90:14, 105:5,
108:19, 108:21,
108:22, 109:3,
109:4, 109:10,
110:2, 110:14,
110:23, 111:1,
111:3, 111:5, 113:8,
114:9, 115:10,
115:13, 115:17,
115:21, 120:9,
120:15, 122:12,
122:20, 123:11,
123:16, 141:16,
145:2, 145:7,
145:24, 146:5,
146:6, 147:20,
149:14, 157:20,
158:22, 173:25,
174:22, 175:5,
177:20, 191:15,
196:4, 196:17,
196:24, 197:7,
199:18
Jury [1] - 173:14
Justice [2] - 71:12,
159:16
justice [5] - 121:10,
141:9, 141:17,
143:22
justifies [1] - 28:12
justify [1] - 63:19

K

keep [8] - 101:1,
161:24, 165:11,
186:25, 187:1,
191:20, 192:2,
193:15
keeping [1] - 69:20
Keisha [2] - 11:2,
150:25
kept [2] - 188:8,
189:15
kicked [1] - 161:7
kid [1] - 58:10
kids [5] - 22:15,
106:20, 106:22,
178:16, 186:1
kids' [1] - 29:7
killed [1] - 32:1
kind [18] - 11:25,
20:16, 31:23, 32:4,
35:17, 66:18, 70:19,
72:1, 74:21, 75:17,
83:21, 89:19, 98:25,
153:13, 170:24,
193:19, 194:2,
198:21
kinda [1] - 170:25
kinds [2] - 11:21,
139:12
knee [3] - 134:22,
135:21, 155:23
knees [1] - 188:18
knock [2] - 124:1,
173:19
knowing [1] - 66:12
knowledge [7] - 20:3,
21:19, 25:15, 83:13,
91:5, 92:20, 98:16
known [2] - 8:18, 55:1
knows [4] - 28:14,
116:15, 133:8,
137:21
Kumar [3] - 46:25,
57:10

L

LA [2] - 71:21, 72:5
lack [2] - 145:4,
193:22
ladies [14] - 10:1,
16:13, 109:16,
110:1, 110:21,
111:4, 123:17,
124:19, 143:20,
144:12, 146:5,
158:5, 173:9, 196:12
lady [2] - 7:22, 191:22
laid [1] - 199:8

landed [1] - 185:24
language [1] - 15:15
lapel [1] - 123:13
large [1] - 134:22
larger [1] - 142:6
largest [1] - 156:20
Largo [2] - 158:24,
159:2
last [14] - 4:19, 6:2,
14:12, 18:11, 43:10,
55:8, 57:13, 84:5,
116:11, 143:5,
152:6, 156:1,
194:11, 194:25
lately [1] - 34:19
Latin [2] - 106:11,
106:13
LAUREN [1] - 1:18
Lauren [3] - 3:14,
10:9, 78:20, 104:10,
146:10
lauren.gilman@
wilsonelser.com [1]
- 1:21
Laurie [4] - 3:16,
10:10, 146:11,
150:24
law [43] - 10:4, 10:8,
14:6, 15:17, 15:20,
15:21, 54:1, 54:12,
54:16, 63:2, 92:20,
102:17, 104:18,
104:19, 104:24,
112:7, 113:8, 138:9,
138:10, 139:17,
143:11, 144:4,
144:19, 144:21,
146:10, 148:24,
157:21, 178:11,
178:14, 178:15,
178:18, 179:3,
179:4, 179:8,
179:14, 180:23,
183:14, 187:19
lawsuit [19] - 8:16,
11:14, 11:24, 13:5,
19:7, 21:4, 21:10,
21:12, 21:17, 23:16,
36:23, 37:19, 47:16,
69:9, 70:22, 96:15,
96:25, 149:5, 197:13
lawsuits [6] - 83:13,
98:17, 98:19, 102:8,
103:22, 103:24
lawyer [2] - 34:7,
102:4
lawyers [4] - 34:15,
105:6, 114:21
lay [1] - 4:22
laying [2] - 161:15,

186:18
**leader** [1] - 191:3
**leadership** [1] -
183:22
**lean** [1] - 179:11
**least** [10] - 8:10, 10:23,
63:22, 92:11, 93:15,
93:22, 103:9,
153:20, 171:5,
176:23
**leave** [2] - 169:3,
197:6
**leaves** [2] - 109:12,
109:15
**left** [21] - 8:2, 10:3,
55:25, 108:25,
109:1, 109:5,
125:16, 137:13,
138:20, 152:24,
153:8, 155:5,
167:20, 185:18,
185:19, 188:22,
188:23, 189:2,
193:23, 194:7
**leg** [16] - 125:15,
133:16, 134:25,
135:11, 137:12,
137:16, 143:9,
162:5, 186:24,
188:23, 188:25,
193:2, 193:23,
194:1, 194:7, 194:8
**legal** [17] - 11:14,
11:24, 13:1, 13:2,
20:5, 47:16, 71:10,
96:15, 100:21,
103:25, 107:10,
111:8, 122:6,
122:11, 122:16,
127:3, 136:6
**Legal** [3] - 102:4,
102:7, 102:17
**legislation** [2] -
184:15, 184:20
**length** [4] - 14:13,
171:16, 171:25,
172:1
**less** [3] - 42:10, 98:8,
172:1
**lest** [2] - 133:10
**level** [2] - 143:14,
191:15
**Levine** [1] - 56:10
**liability** [1] - 63:24
**liable** [2] - 36:6, 36:7
**license** [1] - 164:22
**lie** [1] - 137:13
**lies** [1] - 137:17
**life** [18] - 17:16, 69:5,
79:20, 81:19, 133:3,

135:12, 139:11,
139:14, 140:1,
140:10, 142:6,
142:9, 142:17,
143:9, 143:24, 144:7
**lifetime** [1] - 84:3
**likely** [1] - 14:25
**limit** [2] - 54:8, 175:6
**limitations** [3] -
139:21, 141:19,
157:5
**limited** [3] - 15:4,
15:19, 190:13
**Linden** [2] - 177:23,
184:6
**Line** [5] - 125:5,
152:12, 159:19,
159:25, 166:4
**line** [1] - 165:9
**lines** [2] - 7:18, 45:20
**Lisa** [4] - 1:22, 49:1,
49:25, 60:6
**LISA** [1] - 201:12
**list** [2] - 6:3
**listen** [10] - 37:14,
54:15, 61:25, 62:21,
63:17, 94:18, 149:9,
155:12, 157:7,
157:16
**literacy** [1] - 68:22
**literally** [1] - 126:25
**litigation** [6] - 19:23,
29:11, 43:5, 47:19,
47:25, 102:22
**live** [15] - 17:16, 17:22,
112:23, 116:4,
117:16, 118:18,
119:8, 134:6,
142:10, 158:24,
159:1, 159:2,
177:20, 177:22,
177:23
**lived** [3] - 38:24, 70:6,
81:18
**lives** [3] - 142:22,
147:23, 147:24
**lobbying** [1] - 184:12
**local** [4] - 45:4, 90:8,
90:9, 191:22
**located** [1] - 10:5
**location** [3] - 19:12,
19:13, 19:14
**locked** [2] - 111:15,
134:21
**lodge** [1] - 197:25
**logistics** [1] - 201:6
**LONG** [1] - 1:14
**long-term** [1] - 135:1
**look** [5] - 7:25, 10:18,
140:15, 145:9,

157:22
**looking** [4] - 140:4,
170:6, 192:24, 195:9
**loose** [2] - 3:20, 46:15
**Los** [2] - 69:6, 70:6
**loss** [6] - 139:10,
139:11, 142:16,
142:24, 142:25
**losses** [6] - 132:16,
132:25, 133:2,
143:18, 143:23,
144:7
**loud** [2] - 160:21,
160:23
**loudly** [1] - 7:9
**love** [1] - 59:4
**loved** [1] - 16:21
**loves** [1] - 142:23
**lower** [1] - 194:12
**lunch** [9] - 6:9, 111:6,
112:13, 115:14,
115:20, 119:7,
119:22, 120:6,
123:25
**lurch** [1] - 162:19
**lurched** [1] - 162:17
**Lyft** [1] - 107:4

---

**M**

**ma'am** [18] - 22:6,
27:18, 28:22, 32:21,
37:22, 38:3, 40:25,
41:8, 44:3, 67:21,
72:24, 80:25, 81:15,
85:17, 95:6, 110:5,
158:10, 197:11
**Madam** [1] - 124:16
**Magistrates** [1] -
104:25
**magnitude** [1] -
143:13
**main** [1] - 121:17
**major** [2] - 70:20,
126:22
**managed** [1] - 189:17
**Management** [1] -
76:17
**management** [4] -
45:12, 57:25, 68:2
**manager** [12] - 68:22,
73:25, 88:16, 90:25,
91:21, 93:10, 93:13,
93:18, 93:20, 93:24,
106:4, 161:13
**Manassas** [2] - 189:4,
195:11
**manner** [2] - 167:9,
167:10
**Map** [1] - 182:13

**map** [1] - 112:17
**maps** [2] - 82:8, 82:19
**marked** [1] - 4:15
**Market** [1] - 30:16
**marketing** [2] - 64:14,
85:9
**married** [5] - 58:7,
58:9, 74:17, 96:3,
96:4
**Marriott** [3] - 58:15,
58:17, 79:8
**Maryland** [3] - 29:25,
158:25, 159:2
**mask** [1] - 68:6
**massage** [1] - 33:20
**materials** [1] - 109:23
**math** [1] - 174:9
**mathematical** [1] -
175:13
**matter** [2] - 6:23,
139:2
**matters** [1] - 123:22
**mattock** [1] - 192:12
**Mc** [1] - 152:14
**McLean** [1] - 1:20
**McPherson** [34] - 8:21,
111:23, 125:6,
125:8, 131:2, 131:7,
131:13, 151:19,
151:21, 152:20,
152:23, 154:7,
154:15, 155:4,
159:21, 160:9,
160:18, 162:14,
162:16, 166:7,
166:10, 166:15,
166:20, 166:23,
167:3, 167:20,
167:23, 168:4,
168:8, 170:5, 171:4,
184:7, 184:24, 185:4
**mean** [17] - 11:18,
22:23, 33:16, 39:4,
88:4, 116:7, 116:11,
148:25, 157:2,
166:1, 171:20,
171:24, 174:11,
175:3, 175:8, 193:1
**meaning** [5] - 152:16,
155:20, 170:9,
171:6, 187:11
**means** [10] - 14:20,
29:5, 112:10,
112:11, 113:24,
114:2, 134:13,
149:1, 178:13, 192:1
**meantime** [1] - 109:11
**measure** [4] - 132:15,
139:18, 140:3,
143:11

**med** [1] - 77:22
**media** [6] - 7:18, 17:2,
64:19, 114:13,
114:18, 115:2
**Medical** [1] - 134:4
**medical** [35] - 12:18,
15:4, 15:9, 15:11,
20:10, 47:8, 59:21,
60:16, 60:18, 60:20,
60:23, 60:24, 70:24,
77:17, 83:10,
116:14, 134:8,
136:15, 138:25,
139:5, 144:1,
155:15, 195:6,
195:11, 195:12,
195:15, 198:7,
198:8, 198:12,
198:14, 198:16,
199:3, 199:12
**medically** [1] - 198:7
**medicated** [1] - 188:8
**medication** [1] - 15:7
**medications** [2] -
15:12, 156:3
**medicine** [2] - 59:21,
163:13
**meet** [9] - 3:12, 22:8,
31:6, 31:7, 38:7,
87:3, 105:23,
150:23, 183:22
**meeting** [3] - 158:24,
159:16, 184:7
**meetings** [1] - 138:18
**member** [10] - 11:7,
11:10, 12:2, 12:13,
24:5, 33:23, 70:9,
83:5, 180:18, 191:2
**members** [10] - 10:19,
17:9, 24:17, 25:3,
25:25, 26:1, 27:11,
28:7, 55:21, 77:20,
92:18, 94:25, 114:9,
114:11, 129:22,
141:24, 149:22,
181:18, 191:15
**Memorial** [1] - 189:24
**memories** [1] - 150:4
**memory** [2] - 115:11,
126:14
**men** [1] - 133:15
**mental** [4] - 59:20,
139:24, 139:25,
184:18
**mentally** [1] - 137:19
**mentioned** [10] -
10:24, 16:3, 35:6,
54:25, 85:3, 117:4,
121:8, 139:15,
142:1, 186:3

**mere** [1] - 14:19
**merely** [1] - 63:25
**met** [6] - 7:24, 50:23, 55:10, 59:12, 111:20, 164:17
**metal** [3] - 134:20, 142:18, 150:18
**Metro** [114] - 3:16, 8:21, 10:11, 12:3, 12:6, 12:11, 17:3, 19:24, 20:2, 23:19, 24:12, 24:24, 25:2, 25:5, 25:8, 25:23, 26:1, 26:2, 28:2, 28:9, 30:5, 30:10, 34:18, 34:24, 35:1, 42:8, 42:14, 42:15, 50:9, 58:22, 58:25, 59:2, 60:9, 61:20, 61:24, 65:22, 65:23, 66:1, 66:3, 66:4, 66:10, 70:1, 70:3, 74:23, 75:8, 75:10, 77:10, 77:12, 79:24, 80:2, 82:4, 87:25, 88:2, 88:20, 89:4, 89:8, 90:25, 91:4, 91:7, 91:8, 92:18, 92:20, 93:2, 93:21, 94:24, 97:9, 97:14, 97:18, 97:20, 98:2, 98:5, 98:9, 103:9, 103:13, 116:4, 129:23, 146:9, 146:12, 146:18, 146:21, 146:24, 147:1, 147:3, 147:9, 148:6, 149:24, 150:4, 150:12, 150:14, 150:16, 150:20, 154:17, 155:5, 156:17, 156:21, 156:25, 163:5, 163:21, 164:2, 164:5, 164:18, 164:20, 164:24, 165:9, 165:25, 167:2, 169:5, 172:10, 172:22, 184:4, 184:7
**Metro's** [5] - 146:17, 147:7, 150:2, 151:5, 157:3
**MetroAccess** [1] - 147:3
**Metrobus** [4] - 50:14, 65:24, 97:14, 146:19
**MetroLab** [3] - 52:21, 52:22
**metropolitan** [2] -

149:17, 156:19
**Metropolitan** [6] - 3:4, 3:15, 8:18, 120:4, 125:21, 146:9
**METROPOLITAN** [1] - 1:6
**Metrorail** [2] - 111:21, 146:19
**Mexico** [1] - 183:2
**Miami** [1] - 179:9
**mic** [2] - 123:13, 124:17
**MICHAEL** [1] - 1:13
**Michigan** [3] - 38:22, 38:23, 178:7
**microphone** [8] - 53:1, 60:1, 74:8, 77:1, 81:2, 95:11, 106:1, 177:16
**mics** [1] - 177:17
**mid-40s** [1] - 93:11
**middle** [5] - 145:16, 163:15, 170:16, 170:21, 170:24
**Middleburg** [2] - 135:15, 135:17
**might** [27] - 4:2, 9:21, 11:5, 15:8, 15:9, 15:12, 16:6, 30:11, 34:25, 46:20, 46:23, 47:2, 50:21, 54:13, 66:9, 66:16, 101:21, 114:12, 121:16, 126:19, 128:3, 131:21, 131:25, 132:7, 133:19, 141:2, 166:25
**mild** [1] - 35:11
**mile** [1] - 186:7
**miles** [1] - 146:22
**military** [1] - 180:19
**Military** [1] - 180:3
**million** [6] - 140:20, 140:21, 140:22, 140:23, 146:20
**mind** [3] - 60:4, 75:18, 126:20
**mine** [1] - 119:15
**mine's** [1] - 119:18
**minimal** [1] - 156:14
**minimum** [1] - 128:10
**Minnesota** [2] - 69:5, 183:1
**minus** [2] - 180:9, 189:7
**minuses** [1] - 88:6
**minute** [6] - 8:14, 10:18, 109:2, 128:21, 132:5, 184:10

**minutes** [15] - 8:11, 53:25, 73:3, 86:1, 108:13, 109:24, 116:2, 119:14, 121:24, 125:19, 126:23, 160:10, 173:10, 177:2, 196:6
**misheard** [1] - 35:8
**misrepresent** [1] - 175:3
**missed** [1] - 195:1
**misstated** [1] - 145:18
**mistaken** [1] - 68:14
**mobile** [2] - 189:18, 190:22
**mode** [1] - 150:19
**model** [1] - 59:20
**modeling** [1] - 18:17
**mold** [1] - 140:25
**molecules** [1] - 41:20
**mom** [4] - 23:23, 43:19, 70:12, 89:18
**mom's** [1] - 77:24
**moment** [3] - 86:4, 129:16, 142:1
**momentarily** [1] - 94:5
**Monday** [1] - 1:5
**Monetary** [1] - 96:10
**money** [14] - 13:11, 13:16, 13:18, 59:10, 61:4, 66:10, 89:9, 132:13, 133:1, 133:4, 136:15, 140:8, 140:10, 143:19
**monitors** [1] - 124:10
**Montana** [2] - 182:13, 183:1
**month** [2] - 45:17, 53:18
**months** [7] - 32:1, 79:12, 107:3, 126:22, 182:20, 189:22, 189:23
**Moore** [1] - 182:22
**moral** [1] - 14:2
**MOREIRA** [1] - 201:12
**Moreira** [3] - 1:22, 115:8, 201:19
**morning** [71] - 3:7, 3:10, 3:13, 3:17, 6:5, 7:7, 7:8, 7:9, 7:11, 7:16, 10:1, 10:7, 18:2, 18:3, 21:2, 22:6, 22:7, 28:22, 28:23, 32:21, 32:22, 36:20, 36:21, 38:3, 38:4, 38:5, 41:8, 41:9, 44:11, 44:12, 52:6, 54:23, 54:24,

57:5, 57:6, 62:14, 62:15, 62:19, 64:5, 64:6, 73:16, 73:17, 76:9, 76:10, 78:25, 79:1, 80:25, 81:1, 95:6, 101:24, 101:25, 107:24, 116:13, 117:8, 119:8, 120:13, 123:20, 125:17, 133:25, 141:21, 173:24, 183:7, 187:18, 196:9, 196:19, 197:4, 197:6, 200:16, 200:20, 200:22, 201:4
**mornings** [1] - 123:24
**morphine** [2] - 187:14, 187:15
**most** [11] - 69:5, 71:24, 81:18, 84:10, 102:19, 128:16, 138:12, 144:7, 155:17, 169:11, 176:6
**mostly** [6] - 19:14, 33:3, 38:20, 39:16, 122:9, 126:24
**mother** [6] - 23:20, 23:22, 43:1, 159:5, 160:22, 160:24
**motion** [3] - 56:15, 101:16, 193:22
**mountain** [6] - 142:23, 192:20, 192:21, 192:22, 193:1
**Move** [1] - 74:7
**move** [28] - 32:15, 42:5, 44:9, 56:9, 56:13, 63:12, 76:25, 101:12, 106:1, 109:19, 113:2, 124:24, 125:11, 127:21, 128:20, 130:9, 133:10, 147:3, 147:16, 161:6, 161:8, 161:9, 162:11, 163:14, 165:14, 170:11, 192:25, 195:23
**moved** [12] - 111:24, 131:4, 162:4, 162:5, 167:8, 168:15, 170:11, 171:8, 171:9, 171:11, 171:18, 172:1
**movement** [2] - 170:1, 171:21
**moves** [1] - 125:1

**moving** [10] - 125:24, 130:21, 147:7, 147:14, 150:17, 152:25, 154:24, 156:24, 161:2, 165:13
**MR** [258] - 3:7, 3:13, 5:16, 5:23, 5:24, 6:4, 6:8, 6:11, 6:14, 6:19, 6:22, 10:1, 10:7, 17:16, 17:18, 17:19, 20:23, 20:25, 21:7, 21:10, 21:12, 21:15, 21:17, 21:20, 21:24, 21:25, 22:3, 27:9, 27:11, 27:14, 27:17, 27:21, 27:22, 27:25, 30:18, 30:19, 30:24, 30:25, 32:14, 32:17, 36:17, 36:18, 36:20, 36:22, 36:25, 37:3, 37:6, 37:10, 37:13, 37:18, 37:21, 37:24, 37:25, 40:22, 40:24, 41:3, 41:5, 43:25, 44:2, 44:5, 44:6, 47:10, 52:5, 52:10, 52:14, 52:18, 52:20, 52:24, 53:2, 53:22, 54:4, 54:14, 54:18, 54:21, 54:25, 55:6, 56:4, 56:9, 56:15, 59:25, 60:4, 61:12, 61:13, 61:22, 62:3, 62:6, 62:10, 62:14, 62:16, 62:25, 63:7, 63:12, 63:16, 67:6, 67:8, 67:12, 67:16, 72:21, 72:23, 73:4, 73:7, 73:12, 73:13, 75:24, 76:1, 76:4, 76:6, 78:6, 78:8, 78:12, 78:13, 78:17, 80:13, 80:15, 80:19, 80:21, 85:1, 85:6, 85:10, 85:13, 85:16, 85:20, 85:22, 86:2, 86:10, 86:16, 86:21, 88:24, 91:14, 91:20, 91:23, 92:1, 92:4, 92:9, 92:12, 92:15, 92:17, 92:22, 93:1, 93:6, 93:8, 94:7, 94:13, 101:8, 101:10, 101:12, 101:16, 101:22, 104:3, 104:5, 104:9, 104:14, 104:16, 105:12, 105:13, 105:16, 105:17, 107:15, 107:17,

107:20, 107:21,
108:1, 108:8,
108:12, 110:17,
110:18, 113:1,
115:25, 116:11,
116:19, 116:25,
117:4, 117:7,
117:23, 118:9,
118:11, 118:14,
118:21, 118:24,
119:1, 119:4, 119:5,
119:11, 119:15,
119:18, 119:21,
120:7, 120:10,
120:14, 121:2,
121:6, 121:13,
121:16, 121:20,
121:23, 121:25,
122:3, 122:15,
122:23, 123:8,
123:15, 124:8,
124:16, 124:19,
129:10, 129:12,
145:9, 145:17,
146:1, 146:4, 158:1,
158:20, 164:9,
164:14, 172:8,
172:25, 173:1,
173:16, 173:21,
174:2, 174:7,
174:10, 175:2,
175:8, 175:12,
175:17, 176:2,
176:7, 176:13,
176:16, 176:21,
177:3, 177:8,
177:14, 178:21,
195:3, 195:8,
195:16, 195:21,
195:24, 196:7,
196:10, 197:21,
197:24, 198:3,
198:17, 199:11,
199:21, 199:23,
199:24, 200:3,
200:9, 200:11,
200:14, 200:17,
200:23, 200:25,
201:2
**MS** [2] - 17:22, 104:24
**multiple** [2] - 94:15,
131:24
**murder** [1] - 96:23
**murdered** [2] - 96:18,
96:24
**Museum** [1] - 18:23
**musical** [1] - 109:20
**must** [9] - 113:25,
114:3, 124:25,
127:22, 128:19,

141:9, 187:15, 200:5

## N

**nail** [1] - 134:20
**name** [19] - 10:2, 10:7,
14:24, 21:8, 46:21,
46:22, 47:2, 47:4,
52:20, 57:12, 57:13,
134:3, 136:8, 146:8,
158:17, 158:23,
161:23, 164:17,
177:21
**name's** [1] - 55:3
**names** [2] - 46:25,
126:10
**Nation** [1] - 183:21
**nation** [1] - 128:9
**National** [3] - 33:10,
65:11, 194:22
**national** [3] - 128:6,
128:7, 155:13
**nationally** [1] - 181:4
**Native** [4] - 138:11,
182:7, 182:12,
194:14
**native** [2] - 184:8,
192:25
**natural** [1] - 143:9
**nature** [5] - 43:22,
48:2, 55:14, 166:23,
169:4
**Navajo** [2] - 183:21,
183:22
**navigate** [1] - 190:11
**Navy** [1] - 30:15
**near** [6] - 15:1, 125:15,
142:21, 153:5,
186:23
**nearly** [1] - 146:20
**necessarily** [5] -
13:22, 13:24, 51:3,
98:24, 157:3
**necessary** [4] - 133:1,
143:19, 144:6, 198:7
**neck** [8] - 12:24, 23:8,
35:11, 51:17, 71:7,
89:17, 98:12, 103:17
**need** [22] - 5:6, 9:15,
32:15, 60:2, 78:18,
86:9, 108:21,
108:24, 123:3,
123:5, 124:13,
132:20, 137:8,
141:13, 143:3,
143:4, 143:15,
147:14, 162:4,
194:18, 194:19,
198:19
**needed** [10] - 100:10,

109:4, 110:23,
135:19, 137:8,
138:15, 150:8,
161:14, 181:12,
191:25
**needlessly** [1] -
124:21
**needs** [3] - 141:6,
184:14, 198:8
**negative** [4] - 12:11,
50:15, 66:1, 88:20
**negatively** [2] - 30:12,
42:16
**neglect** [1] - 104:25
**negligence** [8] - 8:24,
25:24, 89:8, 91:16,
95:2, 99:14, 100:17,
112:2
**negligent** [3] - 35:1,
99:17, 112:1
**negligently** [2] - 8:20,
8:24
**negotiated** [3] - 34:6,
34:8, 36:25
**negotiating** [1] -
190:25
**neighbor** [1] - 98:14
**neighborhood** [1] -
31:21
**neighbors** [2] - 78:1,
141:24
**nephew** [8] - 88:13,
88:16, 89:5, 89:6,
90:20, 90:21, 91:16,
92:25
**Network** [2] - 52:22
**neurosurgery** [1] -
134:8
**neutral** [1] - 141:5
**never** [15] - 32:8, 53:9,
55:20, 95:1, 108:20,
124:21, 136:11,
136:25, 142:18,
142:19, 142:20,
143:8, 164:22,
182:6, 200:6
**new** [9] - 4:18, 45:12,
53:18, 57:21, 138:9,
138:10, 152:2
**New** [4] - 120:11,
128:9, 164:21, 183:1
**news** [2] - 98:9, 98:10
**next** [17] - 7:20, 8:6,
29:12, 29:15, 44:8,
110:3, 114:21,
133:25, 166:25,
173:15, 177:7,
186:18, 187:18,
188:5, 189:22,
189:23, 193:18

**Next** [1] - 168:8
**NFL** [1] - 135:18
**nice** [10] - 3:11, 22:8,
31:6, 31:7, 38:7,
44:15, 80:4, 87:3,
105:23, 162:2
**night** [4] - 159:12,
171:2, 197:5, 201:4
**NIH** [3] - 41:14, 41:19,
42:1
**nine** [3] - 65:18, 81:23,
179:20
**NO** [488] - 18:3, 18:5,
18:10, 18:12, 18:16,
18:20, 18:22, 18:25,
19:3, 19:8, 19:11,
19:14, 19:18, 19:20,
19:22, 19:25, 20:3,
20:6, 20:8, 20:11,
20:14, 20:17, 20:20,
21:6, 21:9, 21:11,
21:13, 21:16, 21:19,
22:7, 22:10, 22:13,
22:15, 22:20, 22:22,
23:3, 23:5, 23:11,
23:13, 23:15, 23:20,
23:23, 24:2, 24:4,
24:7, 24:11, 24:14,
24:18, 24:20, 24:23,
25:1, 25:6, 25:8,
25:11, 25:13, 25:16,
25:19, 26:3, 26:6,
26:8, 26:10, 26:12,
26:14, 26:17, 26:19,
26:23, 27:2, 27:4,
27:6, 27:10, 27:13,
28:23, 28:25, 29:4,
29:6, 29:12, 29:15,
29:20, 29:22, 29:24,
30:3, 30:7, 30:9,
30:13, 30:15, 30:21,
31:5, 31:7, 31:11,
31:13, 31:18, 32:7,
32:11, 32:22, 32:24,
33:3, 33:8, 33:12,
33:14, 33:19, 34:1,
34:3, 34:13, 34:17,
34:19, 34:22, 35:2,
35:7, 35:10, 35:13,
35:15, 35:18, 35:22,
36:1, 36:3, 36:5,
36:7, 36:11, 36:15,
36:21, 36:24, 37:2,
37:5, 37:9, 37:12,
37:17, 37:20, 38:4,
38:6, 38:9, 38:13,
38:17, 38:19, 38:22,
38:25, 39:3, 39:6,
39:9, 39:12, 39:16,
39:20, 39:23, 39:25,

40:2, 40:8, 40:10,
40:12, 40:16, 40:20,
41:2, 41:9, 41:12,
41:15, 41:18, 41:22,
41:24, 42:2, 42:6,
42:9, 42:12, 42:17,
42:19, 42:22, 43:1,
43:6, 43:9, 43:12,
43:16, 43:20, 43:23,
44:12, 44:14, 44:16,
44:19, 44:22, 44:25,
45:3, 45:9, 45:16,
46:6, 46:24, 47:13,
47:18, 47:22, 48:3,
48:7, 48:9, 48:12,
48:16, 48:22, 48:24,
50:5, 50:7, 50:11,
50:17, 50:25, 51:10,
51:14, 51:18, 51:21,
51:25, 52:3, 52:9,
52:12, 52:15, 52:19,
52:21, 53:9, 54:2,
54:11, 54:17, 55:5,
55:12, 55:16, 56:2,
56:7, 57:6, 57:8,
57:11, 57:14, 57:17,
57:20, 57:24, 58:2,
58:4, 58:9, 58:12,
58:14, 58:18, 58:24,
59:4, 59:7, 59:16,
59:19, 60:11, 60:13,
60:17, 60:19, 61:1,
61:7, 61:9, 62:15,
62:23, 63:5, 63:10,
64:6, 64:8, 64:12,
64:15, 64:18, 64:24,
65:3, 65:8, 65:10,
65:14, 65:18, 65:20,
65:23, 66:3, 66:11,
66:25, 67:22, 67:25,
68:4, 68:8, 68:11,
68:15, 68:18, 68:21,
68:25, 69:2, 69:4,
69:11, 69:16, 69:19,
69:22, 69:25, 70:2,
70:5, 70:12, 70:16,
70:19, 70:23, 71:1,
71:5, 71:8, 71:11,
71:14, 71:18, 71:20,
71:24, 72:3, 72:6,
72:8, 72:11, 72:15,
72:19, 72:25, 73:17,
73:19, 73:24, 74:2,
74:5, 74:10, 74:15,
74:18, 74:20, 74:24,
75:3, 75:6, 75:9,
75:11, 75:14, 75:16,
75:21, 76:10, 76:13,
76:15, 76:18, 76:20,
76:24, 77:4, 77:6,
77:9, 77:11, 77:14,

77:18, 77:21, 78:3,
78:10, 79:1, 79:3,
79:6, 79:9, 79:11,
79:14, 79:19, 79:22,
79:25, 80:4, 80:7,
80:11, 80:17, 81:1,
81:4, 81:7, 81:9,
81:13, 81:17, 81:20,
81:23, 82:1, 82:5,
82:7, 82:14, 82:22,
82:25, 83:3, 83:8,
83:14, 83:19, 83:23,
83:25, 84:2, 84:10,
84:15, 84:19, 84:23,
85:5, 85:8, 85:11,
87:2, 87:4, 87:7,
87:10, 87:14, 87:18,
87:20, 87:23, 88:1,
88:4, 88:7, 88:10,
88:12, 88:15, 88:21,
89:5, 89:10, 89:12,
89:15, 89:18, 89:20,
89:24, 90:1, 90:3,
90:7, 90:9, 90:12,
90:15, 90:18, 90:22,
91:1, 91:6, 91:10,
91:12, 91:19, 91:22,
91:24, 92:2, 92:7,
92:10, 92:14, 92:16,
92:21, 92:23, 93:5,
93:11, 93:14, 93:17,
93:21, 93:25, 94:3,
95:7, 95:9, 95:12,
95:16, 95:19, 95:22,
95:25, 96:4, 96:7,
96:9, 96:16, 96:23,
97:2, 97:5, 97:8,
97:11, 97:13, 97:16,
97:19, 97:24, 98:3,
98:8, 98:13, 98:19,
99:2, 99:9, 99:12,
99:23, 100:5, 100:8,
100:13, 100:16,
100:23, 101:1,
101:5, 101:25,
102:3, 102:6,
102:10, 102:12,
102:19, 102:23,
102:25, 103:2,
103:4, 103:7,
103:10, 103:14,
103:18, 103:21,
103:23, 105:4,
105:9, 105:22,
105:24, 106:3,
106:6, 106:8,
106:11, 106:14,
106:17, 106:19,
106:23, 107:3,
107:8, 107:11
**nobody** [3] - 161:8,

181:7, 197:8
**non** [1] - 191:4
**non-VSO** [1] - 191:4
**none** [10] - 5:24,
21:24, 105:13,
105:16, 105:17,
107:20, 107:21,
110:17, 110:18,
149:19
**nonprofit** [5] - 52:15,
52:20, 68:12, 68:22,
82:2
**nonproponent** [1] -
4:21
**normal** [1] - 176:5
**normally** [1] - 32:14
**North** [1] - 183:1
**nose** [1] - 163:13
**notably** [1] - 155:17
**note** [1] - 143:5
**notebook** [4] - 111:11,
124:4, 195:5, 195:10
**notebooks** [3] -
111:15, 111:18,
197:6
**notes** [7] - 108:14,
109:19, 111:12,
111:13, 111:14,
115:11, 201:14
**nothing** [14] - 5:2,
20:8, 83:15, 84:23,
85:14, 126:25,
132:18, 136:19,
166:22, 172:25,
175:21, 182:15,
192:7, 200:25
**notice** [3] - 113:14,
129:3, 199:24
**noticed** [1] - 5:20
**November** [5] -
189:11, 189:12,
189:21, 190:21,
190:22
**nowhere** [1] - 186:24
**Nuclear** [1] - 65:11
**number** [21] - 9:4, 9:8,
9:10, 11:17, 100:6,
102:8, 105:1, 110:2,
110:3, 122:4, 126:4,
129:14, 130:15,
130:19, 139:5,
173:25, 174:4,
174:21, 175:23,
176:15, 197:18
**numerous** [1] - 28:7
**nurse** [9] - 12:18,
20:12, 20:13, 20:16,
20:19, 20:20, 60:24,
71:2, 71:3
**NW** [3] - 1:14, 1:24,

201:21

## O

**O.J** [1] - 72:7
**oath** [1] - 157:13
**object** [4] - 61:18,
114:6, 118:6, 121:3
**objection** [23] - 3:22,
3:24, 5:21, 6:20,
21:23, 28:20, 32:12,
56:23, 63:21,
113:24, 114:2,
129:10, 145:4,
145:25, 174:17,
176:25, 195:16,
195:24, 196:1,
197:23, 197:25,
198:2, 198:5
**Objection** [1] - 198:1
**objectionable** [2] -
114:7, 176:19
**objections** [7] - 5:12,
76:3, 110:15,
113:23, 114:6,
116:22, 117:20
**obligation** [5] -
145:12, 145:19,
146:18, 146:21,
156:18
**obligations** [1] - 14:21
**observations** [1] -
169:12
**observed** [3] - 20:1,
145:20, 153:21
**obvious** [2] - 127:23,
128:5
**obviously** [15] - 8:12,
25:22, 28:18, 32:5,
66:20, 80:10, 95:2,
102:17, 103:25,
105:7, 123:1,
133:19, 145:24,
174:18, 201:5
**occasion** [2] - 156:8,
193:24
**occasionally** [1] -
50:12
**occasions** [1] - 166:20
**occupational** [1] -
135:7
**October** [2] - 68:19,
189:6
**OF** [3] - 1:1, 1:10,
201:10
**offering** [1] - 198:13
**office** [15] - 10:10,
14:25, 17:22, 39:13,
47:5, 58:24, 109:3,
110:23, 135:16,

135:17, 150:24,
179:13, 179:22,
179:25, 180:12
**officer** [1] - 25:9
**officers** [1] - 183:16
**offices** [3] - 10:5,
10:11, 159:17
**official** [3] - 127:3,
142:9, 201:20
**OFFICIAL** [1] - 201:10
**Official** [1] - 1:23
**officials** [2] - 55:10,
82:20
**often** [4] - 30:8, 141:1,
150:16, 150:19
**old** [5] - 58:10, 93:9,
177:24, 178:2,
191:22
**older** [5] - 98:14,
160:1, 160:3,
191:17, 191:18
**once** [14] - 4:8, 69:12,
70:13, 71:20, 71:21,
80:1, 124:22,
127:19, 130:4,
131:15, 134:24,
135:9, 144:8, 187:15
**one** [103] - 5:19, 5:20,
6:11, 8:9, 26:12,
27:9, 28:18, 29:16,
30:5, 34:22, 40:3,
40:4, 40:6, 40:12,
40:15, 40:16, 43:13,
44:24, 46:25, 51:21,
53:17, 54:21, 55:2,
55:8, 55:16, 59:2,
66:11, 66:24, 67:3,
69:23, 70:3, 71:1,
71:24, 75:4, 75:12,
82:15, 84:13, 92:5,
96:16, 96:18, 97:18,
98:5, 105:19,
106:25, 107:23,
107:25, 108:8,
111:17, 116:4,
116:12, 117:23,
117:25, 118:16,
119:4, 126:16,
127:19, 130:15,
131:22, 132:10,
132:14, 132:15,
133:4, 133:14,
135:23, 135:24,
136:16, 141:15,
141:19, 143:5,
143:8, 146:13,
146:14, 147:3,
147:17, 149:7,
149:14, 150:7,
151:4, 153:20,

154:5, 155:1,
155:22, 155:23,
156:8, 156:20,
159:7, 170:20,
175:19, 183:6,
184:9, 185:19,
190:14, 191:2,
195:1, 195:3, 197:2,
198:5, 199:1
**one-/two-day** [1] -
40:3
**one-day** [1] - 183:6
**ones** [3] - 16:21, 33:6,
65:1
**ongoing** [1] - 137:18
**ooph** [1] - 159:5
**open** [8] - 51:1,
130:22, 165:20,
167:25, 168:11,
168:13, 171:9,
180:11
**opened** [4] - 135:16,
161:3, 171:12,
179:13
**opening** [31] - 46:4,
112:12, 112:14,
112:15, 112:16,
115:18, 116:20,
120:17, 120:23,
120:25, 121:4,
122:10, 122:19,
123:2, 123:3,
123:10, 123:18,
124:5, 124:24,
125:8, 127:21,
130:18, 131:12,
152:6, 152:24,
155:4, 155:5,
167:20, 168:5,
175:9, 188:14
**openings** [5] - 5:9,
5:12, 116:24,
119:14, 122:14
**opens** [1] - 167:24
**operate** [2] - 51:2,
85:4
**operated** [1] - 155:18
**operates** [1] - 111:21
**Operating** [1] - 128:14
**operating** [2] - 91:17,
130:13
**operation** [2] - 53:10,
53:16
**operational** [6] -
46:10, 46:17, 53:3,
53:6, 53:20, 76:23
**operations** [2] - 53:14,
151:4
**operator** [15] - 3:25,
8:20, 8:23, 53:4,

92:13, 111:24,
128:18, 151:2,
151:3, 151:8,
151:12, 152:9,
154:10, 162:10,
168:14
**operators** [2] - 27:12,
147:10
**opinion** [7] - 59:22,
97:24, 101:2, 101:3,
175:19, 175:22,
176:8
**opinionated** [1] -
59:20
**opinions** [6] - 28:3,
28:5, 129:8, 148:20,
155:13, 155:14
**opportunities** [1] -
55:18
**opportunity** [12] -
8:13, 43:15, 43:17,
121:3, 122:4, 129:6,
145:20, 148:13,
148:15, 150:23,
170:8, 174:25
**oppose** [3] - 56:15,
94:13, 94:20
**opposed** [2] - 6:16,
122:9, 134:6
**option** [2] - 165:15,
165:17
**options** [1] - 72:16
**oral** [1] - 15:3
**Orange** [5] - 125:5,
152:12, 159:19,
159:25, 166:4
**order** [4] - 9:11, 100:7,
108:21, 113:3
**ordinary** [4] - 126:20,
129:24, 147:23,
147:24
**organization** [1] -
52:16
**organizations** [1] -
45:23
**orient** [1] - 7:21
**original** [2] - 100:18,
156:16
**originally** [8] - 18:24,
18:25, 65:19, 69:1,
69:4, 77:3, 87:22,
164:21
**originals** [1] - 200:5
**orthopedic** [6] - 47:11,
134:7, 135:14,
135:17, 136:3,
155:16
**otherwise** [7] - 5:10,
12:19, 46:3, 60:25,
82:23, 102:22, 152:3

**outcome** [2] - 156:13,
157:20
**outlook** [1] - 137:24
**outpatient** [3] -
135:10, 189:23,
189:25
**outset** [2] - 111:19,
114:8
**outside** [12] - 32:10,
48:20, 61:15, 65:20,
104:8, 110:13,
115:15, 132:17,
137:17, 145:2,
191:12, 196:4
**overall** [1] - 139:25
**overhead** [2] - 153:4,
169:22
**overly** [2] - 4:1, 4:10
**overnight** [4] - 111:16,
133:25, 196:16,
201:6
**overrule** [5] - 28:13,
56:22, 94:21, 114:2,
114:5
**overruled** [1] - 195:17
**overruns** [2] - 3:24,
4:1
**oversaw** [1] - 47:5
**own** [19] - 5:4, 8:24,
99:19, 100:14,
101:1, 112:2,
115:11, 127:4,
128:12, 129:16,
129:18, 135:16,
147:12, 155:14,
157:4, 179:13,
179:22, 181:2,
181:16
**oxygen** [1] - 188:11

## P

**p.m** [3] - 115:17,
115:18, 201:8
**PAGE** [1] - 2:3
**paid** [1] - 136:14
**pain** [23] - 5:15, 51:8,
125:13, 137:11,
137:18, 139:8,
139:10, 139:19,
139:21, 139:23,
141:18, 153:15,
156:3, 161:5,
161:16, 161:18,
161:25, 163:12,
174:1, 174:21,
185:25, 186:19,
193:22
**painful** [2] - 133:14,
189:20

**palpable** [1] - 63:19
**panel** [11] - 3:18, 7:3,
7:6, 10:19, 10:20,
27:3, 40:7, 46:13,
75:17, 109:4, 114:10
**paper** [1] - 17:3
**paralegal** [1] - 71:15
**paramedic** [2] -
133:12, 181:4
**paramedics** [3] -
133:18, 187:9,
187:13
**parents** [1] - 77:23
**parked** [1] - 184:6
**part** [13] - 25:24,
99:15, 118:3,
128:16, 129:25,
130:3, 147:4,
155:21, 163:18,
180:16, 180:17,
182:17
**participation** [1] -
56:21
**particular** [7] - 92:5,
95:1, 108:21, 118:1,
128:5, 166:11, 184:1
**particularly** [7] - 5:3,
34:17, 84:24,
155:10, 165:16,
184:18, 194:11
**parties** [9] - 8:12,
10:16, 14:11, 17:6,
108:23, 117:18,
148:6, 148:23,
174:20
**partner** [2] - 82:4, 82:8
**Parts** [1] - 74:1
**parts** [2] - 5:1, 74:3
**party** [3] - 21:12,
146:24, 150:14
**passenger** [7] - 91:4,
125:2, 132:1,
152:11, 152:16,
154:13, 165:23
**passengers** [22] -
124:25, 125:10,
126:1, 126:9,
127:22, 127:24,
128:2, 128:19,
130:5, 130:20,
131:5, 131:16,
133:16, 146:25,
147:9, 152:1, 152:2,
153:16, 153:19,
157:3, 162:25, 163:4
**past** [8] - 65:1, 66:14,
114:17, 138:25,
139:23, 142:14,
142:15, 183:8
**patience** [6] - 64:10,

67:23, 73:22, 76:12,
81:5, 196:14
**patient** [2] - 109:22,
135:19
**Patrick** [2] - 3:7, 10:2
**PATRICK** [1] - 1:13
**Paul** [1] - 182:24
**pause** [1] - 162:21
**Pause** [6] - 16:12,
62:13, 108:16,
109:25, 145:14,
172:9
**paused** [1] - 162:23
**pay** [3] - 143:25,
154:1, 157:7
**pays** [1] - 91:7
**peers** [1] - 141:16
**Pelosi's** [1] - 191:3
**pelvis** [1] - 153:14
**pen** [2] - 9:1, 144:2
**pencil** [1] - 9:2
**pending** [1] - 48:14
**pens** [1] - 124:4
**people** [44] - 7:2,
10:23, 10:24, 14:19,
23:16, 28:15, 35:19,
54:25, 55:22, 60:18,
68:12, 77:18,
108:20, 127:2,
128:22, 130:2,
138:14, 140:11,
141:1, 141:2,
146:20, 147:7,
149:16, 149:23,
156:24, 160:17,
161:2, 161:3, 163:5,
164:5, 168:20,
169:4, 169:5, 169:7,
169:11, 169:23,
169:24, 182:1,
185:9, 187:8,
191:24, 194:18
**people's** [1] - 69:20
**Peoria** [1] - 11:18
**per** [1] - 45:21
**percent** [7] - 45:5,
51:15, 151:22,
174:5, 174:15,
174:4, 175:6
**percentage** [1] -
175:24
**peremptories** [3] -
28:18, 107:25, 108:7
**perfect** [3] - 78:10,
109:9, 123:14
**performed** [3] - 43:22,
134:3, 134:11
**perhaps** [3] - 150:7,
156:21, 165:17
**period** [3] - 135:12,

137:13, 190:17
**periodically** [3] -
79:24, 103:9, 103:10
**perked** [1] - 160:24
**permanency** [1] -
136:20
**permanent** [2] -
142:17, 156:14
**permitted** [1] - 183:21
**persistent** [1] - 137:11
**person** [15] - 13:22,
13:24, 46:23, 47:3,
55:20, 85:8, 98:24,
117:22, 119:5,
126:20, 161:13,
172:16, 181:9,
198:25, 199:5
**person's** [3] - 34:8,
46:21, 99:4
**personal** [13] - 14:2,
16:24, 21:18, 34:12,
36:14, 48:1, 48:4,
62:21, 98:4, 100:16,
101:20, 102:24,
150:12
**personally** [3] - 15:20,
19:19, 114:25
**personnel** [1] - 154:17
**phase** [2] - 8:6, 109:19
**Philadelphia** [1] -
128:10
**Phillip** [1] - 10:25
**philosophical** [1] -
14:3
**phone** [2] - 104:6,
154:12
**phones** [3] - 144:25,
196:2, 197:9
**photo** [1] - 140:24
**phrasing** [1] - 72:12
**physical** [12] - 12:18,
15:9, 60:24, 135:6,
139:19, 139:25,
147:12, 157:4,
189:15, 189:25,
190:7
**physically** [2] -
135:25, 137:19
**physicals** [1] - 181:3
**Picasso** [2] - 140:19,
140:20
**pick** [2] - 108:21,
120:9
**picked** [3] - 27:5, 27:7,
31:20
**picking** [1] - 108:19
**picture** [1] - 140:2
**piece** [1] - 140:19
**pieces** [1] - 117:24
**pin** [1] - 194:1

**pitch** [1] - 65:4
**place** [6] - 29:9, 134:21, 141:10, 155:23, 155:24, 185:7
**placed** [4] - 152:1, 181:19, 181:21, 182:3
**places** [1] - 182:25
**Plaintiff** [2] - 1:4, 1:13
**plaintiff** [47] - 3:6, 3:8, 8:16, 9:24, 10:3, 11:14, 13:4, 13:16, 13:19, 19:6, 21:5, 21:24, 26:5, 47:15, 50:23, 51:12, 59:10, 59:11, 62:20, 66:10, 66:24, 67:12, 69:9, 78:12, 80:19, 89:9, 91:9, 94:7, 96:14, 99:13, 99:16, 99:20, 100:3, 100:22, 105:16, 107:20, 110:17, 111:20, 112:9, 112:10, 112:14, 113:5, 113:11, 148:10, 177:9, 200:25
**plaintiff's** [8] - 13:17, 13:20, 19:16, 55:3, 99:24, 112:20, 117:21, 124:5
**Plaintiff's** [4] - 195:5, 195:9, 195:18, 195:23
**plaintiffs** [2] - 155:9, 198:11
**plaintiffs'** [1] - 34:14
**plan** [2] - 5:9, 5:14
**planner** [2] - 158:24, 159:16
**planning** [2] - 29:16, 124:2
**plans** [1] - 4:10
**plants** [1] - 192:25
**platform** [15] - 124:23, 127:20, 130:5, 130:17, 131:16, 151:24, 152:1, 155:3, 167:8, 170:9, 170:10, 170:18, 171:16, 171:17, 171:18
**play** [4] - 4:12, 116:5, 116:6, 148:4
**plays** [1] - 136:9
**PLLC** [1] - 1:14
**plus** [4] - 130:19, 174:4, 180:9, 189:7
**pluses** [1] - 88:6

**podium** [1] - 27:24
**point** [27] - 6:11, 55:16, 85:25, 127:16, 128:23, 130:10, 130:12, 130:25, 131:15, 131:20, 137:3, 156:16, 162:25, 170:19, 175:11, 175:12, 177:1, 180:15, 180:16, 180:23, 182:7, 186:20, 188:8, 190:6, 190:19, 191:3, 198:22
**points** [2] - 121:17, 154:18
**pole** [6] - 147:15, 160:5, 160:6, 169:21, 185:20, 185:21
**poles** [4] - 147:8, 153:4, 153:5, 160:18
**Police** [1] - 28:9
**policies** [1] - 46:4
**policy** [2] - 38:19, 46:5
**political** [1] - 14:2
**politically** [1] - 59:19
**polling** [1] - 18:17
**pool** [3] - 16:24, 85:25, 107:24
**pop** [1] - 75:18
**portion** [1] - 49:1
**portions** [2] - 5:5, 119:9
**position** [11] - 11:20, 37:8, 99:15, 133:13, 133:16, 148:8, 162:4, 162:6, 165:25, 180:6, 186:25
**positioned** [1] - 152:3
**positive** [5] - 12:11, 26:8, 50:14, 66:1, 88:20
**positively** [2] - 30:11, 42:15
**possession** [1] - 90:4
**possibility** [1] - 147:16
**possible** [2] - 62:24, 124:2
**possibly** [1] - 91:1
**post** [1] - 188:11
**post-surge** [1] - 188:11
**Postal** [1] - 64:25
**posts** [1] - 114:14
**potential** [3] - 63:17, 67:2, 101:18
**potentially** [3] - 16:22,

113:23, 146:13
**power** [1] - 143:10
**PowerPoint** [9] - 116:14, 116:19, 116:20, 120:16, 120:22, 121:12, 122:4, 122:8, 122:18
**PR** [1] - 64:21
**practice** [6] - 19:21, 174:20, 174:23, 179:14, 179:21, 181:17
**practiced** [1] - 179:14
**practitioner** [1] - 20:21
**preclude** [1] - 14:3
**prefer** [1] - 48:16
**preference** [3] - 73:3, 115:7, 198:4
**pregan@reganfirm. com** [1] - 1:16
**prejudicial** [1] - 5:3
**preliminary** [2] - 111:6, 123:22
**prepare** [1] - 199:3
**prepared** [4] - 198:25, 199:6, 199:8, 200:2
**preponderance** [1] - 112:5
**prerecorded** [1] - 134:6
**present** [2] - 142:15, 148:1
**presentation** [7] - 14:11, 112:20, 121:17, 121:18, 121:19, 121:22, 176:25
**presented** [2] - 114:16, 118:6
**Presgen** [1] - 79:20
**presiding** [1] - 7:14
**press** [4] - 85:24, 115:6, 137:16, 145:15
**presumption** [1] - 198:18
**pretend** [1] - 143:12
**pretrial** [5] - 3:20, 5:10, 5:13, 117:8, 117:14
**pretty** [13] - 51:13, 56:24, 77:24, 94:22, 95:3, 108:22, 115:23, 140:13, 173:11, 185:16, 190:22, 191:10, 193:24
**prevail** [1] - 117:18
**prevent** [2] - 15:12, 128:2

**preview** [1] - 112:17
**previous** [4] - 45:24, 47:6, 131:10, 131:11
**previously** [6] - 31:18, 45:17, 85:9, 104:11, 137:4, 170:11
**price** [3] - 140:15, 140:16
**primarily** [2] - 45:9, 53:12
**principle** [1] - 144:19
**private** [2] - 55:10, 64:23
**privately** [1] - 48:2
**pro** [2] - 181:9, 181:18
**probation** [1] - 68:14
**problem** [7] - 15:2, 76:13, 92:5, 117:2, 166:13, 175:24, 198:6
**problems** [5] - 114:17, 114:19, 188:23, 194:5, 194:12
**Procedure** [1] - 128:14
**procedures** [4] - 46:4, 46:5, 151:5, 176:6
**proceed** [3] - 16:11, 115:18, 124:15
**proceedings** [2] - 115:9, 201:15
**process** [2] - 29:13, 74:11
**produced** [2] - 200:4, 200:12
**productive** [1] - 201:3
**profession** [3] - 13:2, 70:25, 77:17
**professional** [4] - 55:11, 55:17, 141:2, 151:18
**professor** [1] - 134:8
**prognosis** [1] - 134:25
**program** [6] - 57:25, 68:21, 87:11, 180:1, 181:10, 191:23
**programs** [2] - 194:24, 194:25
**project** [2] - 68:2, 106:4
**projects** [6] - 45:13, 45:14, 45:20, 46:3, 53:14, 106:12
**promise** [3] - 62:23, 143:14, 175:13
**promptly** [1] - 197:3
**proof** [1] - 145:12
**proper** [1] - 182:15
**properly** [5] - 152:1, 152:5, 152:8, 152:11, 183:16

**property** [2] - 19:22, 192:19
**proponent** [1] - 200:5
**proposal** [1] - 46:15
**proposals** [1] - 87:17
**propose** [1] - 6:15
**pros** [2] - 25:2, 123:6
**prospective** [1] - 61:16
**PROSPECTIVE** [488] - 18:3, 18:5, 18:10, 18:12, 18:16, 18:20, 18:22, 18:25, 19:3, 19:8, 19:11, 19:14, 19:18, 19:20, 19:22, 19:25, 20:3, 20:6, 20:8, 20:11, 20:14, 20:17, 20:20, 21:6, 21:9, 21:11, 21:13, 21:16, 21:19, 22:7, 22:10, 22:13, 22:15, 22:20, 22:22, 23:3, 23:5, 23:11, 23:13, 23:15, 23:20, 23:23, 24:2, 24:4, 24:7, 24:11, 24:14, 24:18, 24:20, 24:23, 25:1, 25:6, 25:8, 25:11, 25:13, 25:16, 25:19, 26:3, 26:6, 26:8, 26:10, 26:12, 26:14, 26:17, 26:19, 26:23, 27:2, 27:4, 27:6, 27:10, 27:13, 28:23, 28:25, 29:4, 29:6, 29:12, 29:15, 29:20, 29:22, 29:24, 30:3, 30:7, 30:9, 30:13, 30:15, 30:21, 31:5, 31:7, 31:11, 31:13, 31:18, 32:7, 32:11, 32:22, 32:24, 33:3, 33:8, 33:12, 33:14, 33:19, 34:1, 34:3, 34:13, 34:17, 34:19, 34:22, 35:2, 35:7, 35:10, 35:13, 35:15, 35:18, 35:22, 36:1, 36:3, 36:5, 36:7, 36:11, 36:15, 36:21, 36:24, 37:2, 37:5, 37:9, 37:12, 37:17, 37:20, 38:4, 38:6, 38:9, 38:13, 38:17, 38:19, 38:22, 38:25, 39:3, 39:6, 39:9, 39:12, 39:16, 39:20, 39:23, 39:25, 40:2, 40:8, 40:10, 40:12, 40:16, 40:20, 41:2,

41:9, 41:12, 41:15, 41:18, 41:22, 41:24, 42:2, 42:6, 42:9, 42:12, 42:17, 42:19, 42:22, 43:1, 43:6, 43:9, 43:12, 43:16, 43:20, 43:23, 44:12, 44:14, 44:16, 44:19, 44:22, 44:25, 45:3, 45:9, 45:16, 46:6, 46:24, 47:13, 47:18, 47:22, 48:3, 48:7, 48:9, 48:12, 48:16, 48:22, 48:24, 50:5, 50:7, 50:11, 50:17, 50:25, 51:10, 51:14, 51:18, 51:21, 51:25, 52:3, 52:9, 52:12, 52:15, 52:19, 52:21, 53:9, 54:2, 54:11, 54:17, 55:5, 55:12, 55:16, 56:2, 56:7, 57:6, 57:8, 57:11, 57:14, 57:17, 57:20, 57:24, 58:2, 58:4, 58:9, 58:12, 58:14, 58:18, 58:24, 59:4, 59:7, 59:16, 59:19, 60:11, 60:13, 60:17, 60:19, 61:1, 61:7, 61:9, 62:15, 62:23, 63:5, 63:10, 64:6, 64:8, 64:12, 64:15, 64:18, 64:24, 65:3, 65:8, 65:10, 65:14, 65:18, 65:20, 65:23, 66:3, 66:11, 66:25, 67:22, 67:25, 68:4, 68:8, 68:11, 68:15, 68:18, 68:21, 68:25, 69:2, 69:4, 69:11, 69:16, 69:19, 69:22, 69:25, 70:2, 70:5, 70:12, 70:16, 70:19, 70:23, 71:1, 71:5, 71:8, 71:11, 71:14, 71:18, 71:20, 71:24, 72:3, 72:6, 72:8, 72:11, 72:15, 72:19, 72:25, 73:17, 73:19, 73:24, 74:2, 74:5, 74:10, 74:15, 74:18, 74:20, 74:24, 75:3, 75:6, 75:9, 75:11, 75:14, 75:16, 75:21, 76:10, 76:13, 76:15, 76:18, 76:20, 76:24, 77:4, 77:6, 77:9, 77:11, 77:14, 77:18, 77:21, 78:3, 78:10, 79:1, 79:3, 79:6,

79:9, 79:11, 79:14, 79:19, 79:22, 79:25, 80:4, 80:7, 80:11, 80:17, 81:1, 81:4, 81:7, 81:9, 81:13, 81:17, 81:20, 81:23, 82:1, 82:5, 82:7, 82:14, 82:22, 82:25, 83:3, 83:8, 83:14, 83:19, 83:23, 83:25, 84:2, 84:10, 84:15, 84:19, 84:23, 85:5, 85:8, 85:11, 87:2, 87:4, 87:7, 87:10, 87:14, 87:18, 87:20, 87:23, 88:1, 88:4, 88:7, 88:10, 88:12, 88:15, 88:21, 89:5, 89:10, 89:12, 89:15, 89:18, 89:20, 89:24, 90:1, 90:3, 90:7, 90:9, 90:12, 90:15, 90:18, 90:22, 91:1, 91:6, 91:10, 91:12, 91:19, 91:22, 91:24, 92:2, 92:7, 92:10, 92:14, 92:16, 92:21, 92:23, 93:5, 93:11, 93:14, 93:17, 93:21, 93:25, 94:3, 95:7, 95:9, 95:12, 95:16, 95:19, 95:22, 95:25, 96:4, 96:7, 96:9, 96:16, 96:23, 97:2, 97:5, 97:8, 97:11, 97:13, 97:16, 97:19, 97:24, 98:3, 98:8, 98:13, 98:19, 99:2, 99:9, 99:12, 99:23, 100:5, 100:8, 100:13, 100:16, 100:23, 101:1, 101:5, 101:25, 102:3, 102:6, 102:10, 102:12, 102:19, 102:23, 102:25, 103:2, 103:4, 103:7, 103:10, 103:14, 103:18, 103:21, 103:23, 105:4, 105:9, 105:22, 105:24, 106:3, 106:6, 106:8, 106:11, 106:14, 106:17, 106:19, 106:23, 107:3, 107:8, 107:11
**protect** [1] - 165:14
**proteins** [1] - 41:19
**prove** [4] - 100:6,

100:10, 197:20, 198:19
**proved** [3] - 91:9, 100:10, 112:5
**provide** [2] - 143:15, 156:22
**provided** [2] - 68:22, 116:20
**provides** [1] - 4:19
**providing** [1] - 156:19
**provisions** [1] - 5:2
**proximity** [1] - 170:18
**pry** [3] - 22:23, 33:16, 39:4
**psychology** [1] - 106:23
**PT** [2] - 135:6, 189:23
**PT/OT** [1] - 135:10
**public** [23] - 29:9, 38:19, 50:18, 50:20, 50:22, 53:23, 54:15, 59:4, 59:8, 59:13, 60:14, 62:17, 64:20, 66:5, 66:6, 79:14, 79:18, 106:13, 124:22, 129:22, 156:19, 156:22
**Public** [1] - 45:22
**publications** [2] - 33:4, 33:5
**pull** [1] - 81:2
**pulled** [4] - 124:22, 125:24, 130:16, 160:9
**pulling** [4] - 125:6, 167:21, 168:1, 168:7
**punitive** [4] - 51:3, 51:6, 54:6, 174:21
**purpose** [3] - 4:6, 136:13, 197:10
**purposes** [3] - 33:17, 39:5, 124:3
**purse** [3] - 153:3, 163:10, 185:17
**pursuant** [1] - 142:9
**pushing** [1] - 150:17
**put** [22] - 8:4, 51:12, 54:14, 57:1, 95:2, 100:1, 108:5, 141:23, 148:11, 148:12, 148:13, 161:19, 165:25, 175:9, 184:20, 185:8, 188:10, 192:17, 193:15, 194:1, 198:20
**putting** [1] - 64:2

## Q

**qualified** [17] - 22:4, 28:20, 31:1, 38:1, 41:6, 44:7, 57:3, 73:14, 76:7, 78:15, 78:16, 80:22, 85:23, 85:25, 105:18, 107:22, 108:6
**qualify** [1] - 95:4
**quality** [3] - 68:1, 139:11, 140:1
**quarter** [1] - 115:16
**questioning** [1] - 16:16
**questionnaire** [1] - 8:11
**questions** [71] - 8:8, 8:10, 9:6, 9:12, 9:13, 11:18, 16:8, 19:5, 20:23, 21:21, 23:1, 27:15, 27:17, 28:14, 30:5, 30:18, 30:19, 33:22, 36:17, 36:23, 39:8, 40:22, 40:24, 42:8, 43:25, 44:2, 52:7, 56:16, 58:22, 61:12, 62:17, 63:22, 65:22, 66:12, 69:8, 72:21, 72:23, 75:2, 75:24, 76:1, 78:6, 78:8, 80:10, 80:13, 80:15, 85:1, 85:16, 87:25, 93:8, 94:9, 94:14, 96:13, 101:8, 101:10, 103:9, 104:3, 105:12, 106:25, 107:15, 107:17, 113:24, 116:13, 117:7, 118:2, 164:10, 173:1, 195:22, 199:14, 199:19
**quick** [1] - 196:2
**quite** [1] - 163:18
**quote** [1] - 198:12

## R

**races** [1] - 138:7
**rail** [10] - 45:11, 46:5, 50:14, 146:22, 147:2, 147:5, 151:2, 151:3, 151:4, 151:8
**railroad** [1] - 150:9
**raise** [6] - 9:16, 45:5, 111:1, 124:13, 158:13, 177:6
**Raj** [3] - 46:25, 134:3
**Rajkumar** [1] - 11:3
**ran** [1] - 52:15

**Rao** [13] - 11:4, 47:2, 47:11, 116:6, 116:17, 118:19, 134:3, 135:13, 136:2, 137:2, 155:17, 187:20, 188:4
**RAO** [2] - 11:4, 47:11
**Rao's** [1] - 156:9
**rather** [1] - 155:1
**ratio** [1] - 174:11
**rattles** [1] - 129:24
**RBC** [1] - 76:16
**RDR** [3] - 1:22, 201:12, 201:19
**reach** [6] - 36:2, 40:9, 84:7, 84:14, 90:10, 157:20
**reached** [3] - 37:1, 72:10, 84:15
**reaching** [1] - 112:7
**reaction** [2] - 6:23, 145:10
**read** [12] - 5:1, 15:5, 46:15, 60:6, 60:7, 98:10, 109:23, 117:11, 117:24, 118:4, 118:19, 119:9
**read-into-the** [1] - 118:19
**reading** [6] - 17:3, 109:23, 118:2, 118:5, 154:6, 200:12
**ready** [4] - 86:20, 157:25, 169:2, 196:17
**real** [3] - 77:19, 181:1, 196:2
**realized** [1] - 132:9
**really** [20] - 5:5, 22:16, 31:24, 32:2, 51:25, 53:3, 98:4, 131:9, 135:4, 140:19, 140:23, 146:16, 150:8, 161:18, 162:2, 170:15, 170:17, 188:8, 194:18
**rear** [2] - 34:4, 37:11
**rear-ended** [2] - 34:4, 37:11
**reason** [15] - 7:18, 15:18, 15:23, 16:2, 56:12, 61:10, 67:13, 96:10, 115:3, 125:22, 127:23, 128:1, 129:12, 160:13, 174:19
**reasonable** [5] - 130:8, 140:11,

149:13, 157:21, 198:18
**reasonably** [3] - 142:10, 156:22, 198:7
**reasoned** [1] - 176:9
**Rebecca** [2] - 11:2, 191:6
**rebuttal** [1] - 113:6
**receive** [2] - 112:13, 143:22
**recent** [1] - 71:24
**recently** [2] - 58:22, 65:4
**recess** [2] - 86:15, 119:22
**Recess** [3] - 86:19, 122:1, 177:4
**recognition** [1] - 101:17
**recognize** [3] - 14:18, 105:3, 184:17
**recognized** [2] - 132:4, 132:6
**recollection** [1] - 172:19
**reconvene** [3] - 86:15, 115:16, 173:11
**Record** [1] - 60:7
**record** [12] - 3:3, 3:6, 4:16, 117:11, 117:24, 118:2, 118:4, 118:5, 118:20, 120:3, 176:11, 199:12
**record-a-deposition** [1] - 118:20
**records** [2] - 136:15, 198:12
**recover** [2] - 43:19, 100:7
**recovering** [2] - 135:6, 139:22
**recovery** [4] - 99:21, 135:1, 139:9, 139:10
**recruiter** [1] - 58:19
**red** [1] - 128:17
**redacted** [1] - 198:22
**redirect** [2] - 112:22, 113:4
**reduced** [1] - 138:21
**refer** [1] - 112:9
**reference** [2] - 122:23, 145:4
**referenced** [2] - 128:21, 155:17
**referred** [2] - 151:6, 155:8
**reflect** [1] - 66:16
**reform** [1] - 63:24

**refrigerator** [1] - 140:16
**refused** [1] - 143:21
**refute** [2] - 129:7, 136:20
**regained** [1] - 136:25
**REGAN** [148] - 1:13, 1:13, 1:14, 3:7, 5:16, 5:23, 6:11, 6:14, 6:19, 10:1, 17:16, 17:18, 17:19, 20:23, 21:24, 27:9, 27:11, 27:14, 27:21, 30:18, 30:24, 32:14, 36:17, 37:24, 40:22, 41:3, 43:25, 44:5, 47:10, 52:5, 52:10, 52:14, 52:18, 52:20, 52:24, 53:2, 53:22, 54:4, 54:14, 54:18, 56:4, 56:9, 61:12, 62:3, 63:12, 67:6, 67:12, 72:21, 73:4, 73:12, 75:24, 76:4, 78:6, 78:12, 78:17, 80:13, 80:19, 85:1, 85:6, 85:10, 85:13, 85:20, 86:2, 86:10, 86:16, 91:14, 91:20, 91:23, 92:1, 92:4, 92:9, 92:12, 92:15, 92:17, 92:22, 93:1, 93:6, 94:7, 101:8, 101:12, 104:3, 105:12, 105:16, 107:15, 107:20, 108:1, 110:17, 113:1, 115:25, 116:11, 118:11, 118:14, 118:21, 118:24, 119:1, 119:4, 119:5, 119:11, 119:18, 119:21, 121:6, 121:13, 121:16, 121:20, 121:23, 122:15, 122:23, 123:8, 123:15, 124:8, 124:16, 124:19, 129:12, 145:17, 146:1, 158:1, 158:20, 164:9, 173:1, 173:16, 173:21, 174:2, 174:7, 174:10, 175:2, 175:8, 175:12, 175:17, 176:2, 176:7, 176:13, 176:16, 176:21, 177:3, 177:8,

177:14, 178:21, 195:3, 195:8, 195:21, 197:21, 198:17, 199:24, 200:3, 200:9, 200:11, 200:25, 201:2
**Regan** [43] - 3:8, 4:4, 5:14, 10:2, 10:4, 17:14, 20:22, 27:8, 27:20, 30:17, 36:16, 40:21, 43:24, 52:25, 56:8, 62:2, 67:5, 67:11, 72:20, 75:23, 80:12, 80:18, 86:17, 94:6, 94:15, 101:7, 115:23, 118:7, 118:17, 119:16, 121:5, 123:13, 124:7, 145:13, 151:6, 151:21, 155:16, 173:23, 177:7, 197:12, 200:19
**Regan's** [3] - 94:16, 101:16, 155:7
**Regan)**...................
..........**158** [1] - 2:4
**Regan)**...................
..........**177** [1] - 2:6
**regard** [19] - 6:6, 21:18, 28:5, 28:11, 53:24, 61:24, 62:6, 62:17, 154:2, 154:18, 154:21, 155:13, 156:18, 157:9, 164:24, 198:4, 198:6, 199:11
**regarding** [5] - 3:24, 8:10, 9:13, 32:19, 64:1
**regions** [1] - 57:21
**registered** [1] - 181:4
**regrets** [2] - 153:11
**regular** [6] - 34:19, 35:24, 36:1, 40:7, 113:16, 191:25
**regularly** [7] - 12:3, 19:24, 30:5, 34:18, 70:1, 77:24, 192:20
**regulations** [1] - 183:14
**rehab** [1] - 189:22
**rehabilitate** [1] - 61:18
**rehabilitation** [6] - 62:5, 94:23, 135:5, 189:5, 189:9, 189:14
**relate** [2] - 61:6, 151:15
**related** [6] - 46:16,

46:17, 47:6, 53:14, 90:4, 198:8
**relation** [1] - 21:8
**relations** [1] - 64:20
**relationship** [3] - 136:4, 136:11, 146:25
**relative** [18] - 5:5, 11:13, 11:16, 11:24, 12:6, 12:8, 12:17, 12:20, 12:23, 13:3, 20:10, 21:4, 47:17, 51:16, 60:23, 69:9, 98:12, 103:17
**relatively** [2] - 5:1, 14:10
**relatives** [2] - 11:20, 89:16
**relax** [1] - 109:24
**release** [1] - 16:18
**released** [1] - 189:21
**Relevance** [1] - 198:2
**relevant** [5] - 5:2, 128:17, 130:24, 141:6, 141:25
**reliable** [1] - 156:22
**religious** [1] - 14:3
**rely** [1] - 115:11
**relying** [1] - 147:3
**remain** [7] - 158:12, 163:7, 177:5, 187:7, 187:8, 188:12, 189:25
**remained** [1] - 169:7
**remaining** [1] - 17:13
**remember** [22] - 26:20, 26:22, 39:22, 46:22, 72:1, 72:9, 72:12, 72:16, 91:2, 126:12, 145:18, 154:3, 154:21, 159:24, 160:3, 160:13, 162:7, 171:2, 171:25, 172:5, 187:13, 187:22
**remembered** [1] - 185:24
**remembers** [4] - 126:25, 152:22, 153:24, 154:2
**removed** [1] - 56:24
**render** [5] - 14:5, 14:8, 16:4, 37:15, 149:11
**rendering** [1] - 51:1
**repeat** [7] - 60:2, 60:5, 74:9, 98:22, 144:13, 146:7, 172:21
**replace** [2] - 109:20, 110:4
**replaced** [2] - 71:9,

89:21
**replacement** [1] - 51:19
**report** [2] - 17:11, 118:4
**REPORTER** [3] - 124:18, 163:24, 201:10
**Reporter** [4] - 1:22, 1:23, 124:17, 201:20
**reporter** [3] - 7:22, 42:18, 115:4
**reposition** [4] - 151:24, 165:5, 165:8, 167:8
**repositioned** [7] - 8:20, 152:25, 153:7, 166:11, 166:16, 170:2, 170:4
**repositioning** [3] - 128:18, 152:14, 154:22
**repositionings** [3] - 131:10, 131:11, 132:4
**repositions** [2] - 151:25, 152:10
**represent** [4] - 34:7, 146:8, 164:18, 183:16
**representation** [1] - 199:4
**representative** [2] - 3:16, 119:6
**represented** [1] - 117:14
**request** [2] - 6:4, 156:6
**require** [2] - 35:12, 176:24
**required** [5] - 43:2, 126:3, 127:6, 127:15
**requirement** [1] - 147:6
**requires** [3] - 54:1, 92:20, 125:16
**research** [14] - 17:2, 17:6, 17:10, 38:14, 41:19, 45:19, 52:16, 53:12, 53:15, 56:24, 114:15, 114:18, 173:13, 196:16
**researcher** [1] - 47:1
**reservation** [1] - 183:6
**reservations** [5] - 138:13, 143:2, 182:25, 183:11, 194:15
**reserve** [4] - 145:4, 148:17, 148:20,

195:25
**resident** [1] - 97:14
**residents** [1] - 82:9
**residual** [1] - 156:14
**resolution** [1] - 37:1
**resolve** [3] - 107:6, 148:9, 200:21
**resolved** [1] - 48:15
**respect** [8] - 35:1, 39:11, 43:21, 56:17, 94:16, 117:10, 141:22, 153:22
**respectfully** [1] - 131:21
**respiratory** [1] - 188:10
**responded** [4] - 28:15, 153:16, 154:17, 174:1
**responds** [1] - 197:2
**response** [2] - 55:1, 116:12
**responses** [2] - 9:14, 101:17
**responsibilities** [2] - 147:1, 157:10
**responsibility** [9] - 37:11, 113:19, 131:25, 143:21, 146:16, 146:17, 147:17, 156:17, 157:4
**responsible** [7] - 51:4, 57:21, 125:3, 130:3, 146:24, 156:25, 157:3
**rest** [5] - 5:6, 80:9, 139:14, 182:18, 194:2
**result** [12] - 11:9, 33:25, 43:4, 70:21, 84:12, 91:15, 125:2, 131:6, 132:16, 133:3, 156:10
**resulted** [3] - 70:11, 83:6, 83:13
**resulting** [1] - 11:11
**resume** [1] - 156:6
**retained** [4] - 55:2, 55:3, 155:9, 156:11
**retire** [3] - 33:1, 33:2, 113:12
**retired** [4] - 33:1, 96:7, 96:8, 96:9
**review** [5] - 46:13, 121:3, 122:4, 122:8, 136:16
**reviewing** [1] - 180:17
**reviews** [1] - 198:25
**rewrote** [1] - 180:18

**rib** [1] - 107:8
**Richmond** [1] - 47:24
**ride** [23] - 12:3, 19:24, 30:5, 34:18, 42:8, 58:22, 58:25, 65:22, 65:23, 65:24, 70:1, 75:8, 77:10, 79:24, 79:25, 87:25, 97:9, 103:9, 129:22, 131:2, 152:15, 153:22, 164:24
**rider** [1] - 164:20
**ridership** [2] - 70:4, 88:3
**rides** [4] - 23:19, 50:9, 75:7, 75:10
**riding** [7] - 35:19, 42:15, 107:4, 111:22, 129:25, 130:4, 150:4
**right-hand** [2] - 9:4, 167:24
**rights** [2] - 29:13, 71:15
**rigorous** [1] - 135:5
**risen** [1] - 160:17
**risk** [2] - 129:23
**risks** [1] - 130:3
**road** [1] - 112:17
**robberies** [1] - 24:24
**rocks** [1] - 193:18
**rocky** [2] - 23:7, 23:17
**rod** [3] - 134:20, 134:25, 155:21
**rodding** [1] - 134:18
**rods** [1] - 155:24
**role** [9] - 47:6, 53:11, 53:21, 136:10, 138:21, 141:8, 148:5, 148:9, 149:19
**roles** [1] - 45:24
**Room** [2] - 1:23, 201:21
**room** [11] - 4:20, 4:24, 109:10, 111:5, 115:13, 115:17, 135:3, 158:3, 188:11, 196:17, 196:24
**roommate** [2] - 69:12, 69:15
**roommate's** [1] - 77:22
**Rosslyn** [8] - 166:13, 166:25, 167:1, 167:2, 167:5, 167:15, 167:17, 170:12
**rough** [2] - 186:7, 188:8

**roughly** [2] - 135:2, 138:6
**round** [1] - 34:20
**roundtable** [1] - 191:4
**rows** [1] - 16:17
**Royal** [2] - 189:24, 191:25
**rude** [1] - 114:25
**rule** [17] - 122:24, 125:24, 127:19, 127:22, 127:23, 128:1, 128:2, 128:5, 128:8, 128:11, 128:13, 128:22, 128:25, 129:13, 131:24, 132:7, 174:24
**Rule** [7] - 3:23, 3:25, 4:18, 117:15, 197:20, 198:2, 200:8
**rules** [6] - 117:8, 122:5, 123:4, 123:7, 144:21, 180:19
**Rules** [1] - 4:7
**ruling** [1] - 117:12
**rulings** [1] - 6:5
**run** [9] - 8:1, 41:18, 114:17, 114:21, 114:22, 142:3, 150:22, 169:5
**running** [3] - 146:23, 150:2, 185:13
**runs** [2] - 74:21, 146:18

## S

**safe** [2] - 156:22, 185:15
**safer** [1] - 28:3
**safety** [19] - 24:21, 28:6, 28:11, 46:3, 46:4, 98:1, 98:3, 122:5, 122:24, 125:24, 127:17, 127:19, 128:5, 128:11, 128:12, 129:13, 131:24, 152:11, 155:11
**safety-wise** [1] - 24:21
**salaries** [1] - 91:8
**San** [2] - 19:1, 20:14
**sat** [3] - 160:10, 185:4, 185:15
**satisfied** [1] - 37:3
**saw** [5] - 134:11, 155:19, 156:1, 156:7, 195:14
**scale** [3] - 133:4, 140:6, 143:7

**scales** [1] - 121:10
**schedule** [4] - 14:14, 116:7, 123:19, 183:19
**school** [11] - 29:9, 29:23, 77:23, 95:23, 134:9, 178:14, 178:15, 178:18, 179:3, 179:4, 179:8
**science** [2] - 79:20, 108:20
**scientist** [1] - 41:14
**scooter** [2] - 190:14, 190:15
**scope** [1] - 117:20
**Scott** [80] - 3:3, 3:9, 3:12, 8:17, 8:19, 8:22, 10:4, 86:8, 86:11, 91:15, 93:2, 111:20, 111:22, 112:4, 112:10, 116:3, 118:18, 120:3, 125:14, 126:5, 126:10, 129:19, 130:9, 130:11, 130:24, 132:1, 132:3, 132:16, 132:23, 133:6, 134:14, 135:3, 135:19, 135:24, 136:3, 136:11, 136:21, 136:24, 137:4, 139:20, 140:12, 141:15, 141:25, 142:10, 143:7, 143:12, 143:18, 143:22, 148:6, 149:4, 149:7, 151:13, 151:16, 152:15, 153:7, 153:12, 154:11, 154:17, 155:18, 156:1, 156:7, 159:10, 161:4, 163:7, 166:18, 169:12, 172:18, 173:16, 173:18, 177:5, 177:9, 177:10, 177:15, 177:21, 177:22, 194:6, 195:9, 195:18, 199:7
**SCOTT** [3] - 1:3, 2:6, 177:12
**Scott's** [14] - 8:24, 53:25, 112:2, 129:18, 133:2, 135:24, 138:1, 138:24, 140:10,

142:6, 143:25, 144:6, 153:22, 199:2
**scrapes** [1] - 107:9
**scream** [4] - 160:23, 160:25, 161:1, 161:7
**screaming** [6] - 133:15, 161:5, 161:16, 161:18, 186:2, 186:19
**screw** [5] - 134:21, 134:22, 137:15, 137:16
**screws** [1] - 155:22
**se** [1] - 45:21
**seal** [1] - 49:1
**seat** [16] - 110:3, 110:4, 110:6, 110:7, 110:8, 110:9, 110:10, 110:11, 115:22, 131:7, 147:6, 152:17, 185:5, 185:6
**seated** [10] - 3:9, 7:6, 10:3, 152:16, 153:6, 165:13, 169:7, 169:15, 173:17, 186:22
**seats** [2] - 160:4, 160:19, 185:7
**second** [15] - 11:18, 16:17, 40:4, 40:15, 40:16, 104:6, 112:19, 128:3, 130:19, 144:19, 148:16, 172:2, 199:25, 200:4, 200:11
**seconds** [4] - 130:17, 131:8, 162:20, 162:21
**secretary** [1] - 45:19
**sector** [1] - 55:10
**security** [2] - 25:4, 69:20
**Security** [1] - 65:11
**see** [33] - 5:6, 11:19, 31:23, 39:7, 77:24, 86:4, 92:12, 97:4, 109:3, 110:23, 116:23, 119:13, 124:10, 128:2, 128:12, 128:17, 138:13, 158:8, 159:5, 161:6, 161:7, 169:19, 169:21, 170:8, 170:13, 170:17, 175:11, 175:12, 177:2, 178:20, 185:9, 197:5, 201:3

**seeing** [1] - 100:14
**seeking** [4] - 59:10, 66:10, 89:9, 199:7
**seem** [1] - 94:23
**selected** [2] - 16:22, 84:5
**selection** [5] - 7:20, 8:7, 33:17, 108:22, 146:6
**sells** [1] - 45:3
**Senate** [2] - 184:12, 190:25
**senators** [1] - 138:18
**Senior** [1] - 118:17
**senior** [1] - 46:13
**sense** [5] - 4:11, 123:19, 126:19, 127:23, 128:3
**sent** [1] - 4:17
**sentence** [3] - 199:25, 200:4, 200:11
**separate** [2] - 53:6, 199:19
**separately** [1] - 48:17
**September** [14] - 8:19, 34:3, 125:5, 142:7, 151:12, 151:18, 159:8, 177:24, 178:2, 182:20, 183:17, 183:24, 184:22, 186:4
**series** [2] - 8:8, 9:5
**serious** [5] - 144:7, 153:10, 153:15, 187:20, 187:23
**seriously** [1] - 136:20
**serve** [7] - 35:22, 36:13, 43:11, 45:23, 73:7, 84:22, 148:8
**served** [5] - 13:6, 26:25, 84:3, 84:7, 90:4
**service** [30] - 7:15, 13:8, 14:18, 18:7, 26:9, 29:1, 31:9, 32:19, 32:25, 35:14, 36:13, 41:10, 43:8, 44:17, 57:9, 66:5, 71:17, 83:24, 84:21, 89:25, 109:2, 109:6, 109:10, 109:13, 110:23, 110:24, 126:24, 147:21, 148:3, 183:16
**Service** [1] - 64:25
**services** [5] - 57:16, 138:14, 138:15, 146:19, 180:18
**serving** [5] - 14:15, 45:18, 75:19, 89:8,

146:19
**session** [1] - 181:7
**set** [5] - 56:18, 61:23, 62:21, 122:15, 138:17
**setting** [1] - 122:11
**settled** [3] - 34:9, 107:12, 115:14
**settlement** [4] - 34:6, 37:1, 37:4, 83:16
**seven** [3] - 38:25, 39:1, 179:20
**sever** [1] - 187:5
**several** [8] - 33:5, 66:14, 118:2, 122:6, 150:23, 151:22, 189:22, 189:23
**severe** [1] - 132:19
**severity** [1] - 136:20
**Shandwick** [3] - 64:14, 64:17, 65:1
**shape** [1] - 191:20
**shards** [1] - 133:11
**share** [3] - 24:19, 116:21, 120:21
**shared** [4] - 120:17, 155:20, 172:23, 176:25
**shattered** [1] - 139:21
**shift** [1] - 133:11
**shoes** [1] - 126:21
**shooting** [2] - 96:22, 96:23
**shop** [2] - 180:20, 182:1
**shopping** [1] - 190:13
**short** [4] - 5:1, 14:10, 135:1, 152:9
**short-term** [1] - 135:1
**shorter** [1] - 194:8
**shorthand** [1] - 179:10
**shortly** [2] - 3:19, 77:23
**shot** [3] - 26:2, 26:5, 28:5
**shoulder** [3] - 185:17, 185:18, 185:19
**show** [12] - 69:23, 112:18, 115:13, 116:23, 121:6, 121:9, 121:12, 121:19, 121:22, 122:21, 132:19, 143:16
**showed** [1] - 187:9
**showing** [1] - 128:16
**shown** [2] - 116:20, 197:14
**siblings** [1] - 92:15
**sickening** [1] - 160:25

**side** [30] - 19:17, 37:1, 38:14, 55:3, 76:22, 76:23, 76:24, 108:25, 109:5, 109:8, 112:18, 114:5, 125:9, 133:4, 133:5, 137:13, 137:17, 153:8, 155:5, 160:2, 163:11, 167:20, 168:5, 168:9, 188:22, 193:25, 194:3, 194:4
**sides** [5] - 28:16, 62:19, 117:17, 148:7, 157:16
**sidewalk** [1] - 186:8
**signals** [1] - 46:18
**significant** [20] - 18:18, 22:21, 30:1, 33:13, 39:2, 41:23, 58:8, 65:6, 68:24, 77:8, 79:21, 81:16, 87:19, 96:2, 103:1, 103:14, 106:15, 139:2, 148:5, 174:7
**Silicon** [1] - 19:15
**Silver** [1] - 191:25
**similar** [1] - 101:17
**Simone** [2] - 11:2, 151:1
**simply** [7] - 6:16, 112:10, 112:16, 114:6, 139:13, 145:20, 157:15
**Simpson** [1] - 72:7
**simultaneously** [2] - 108:8, 200:21
**single** [3] - 130:16, 189:16, 200:12
**sister** [1] - 20:12
**sit** [13] - 14:8, 16:3, 16:14, 16:22, 31:17, 32:4, 34:11, 35:21, 50:2, 50:3, 80:6, 147:14, 149:18
**sitting** [11] - 14:4, 34:4, 54:9, 150:9, 159:25, 160:1, 160:7, 160:12, 162:17, 162:18, 169:24
**situation** [5] - 37:11, 99:25, 100:14, 128:18, 187:11
**situations** [1] - 94:23
**six** [9] - 107:3, 126:21, 131:3, 131:10, 152:13, 159:6, 166:8, 166:19,

194:25
**skirts** [1] - 174:24
**sleep** [3] - 137:12, 193:25, 194:3
**slid** [1] - 185:5
**slide** [2] - 175:23, 176:19
**slides** [3] - 120:19, 122:5, 122:6
**Slippers** [1] - 192:1
**slope** [2] - 142:20, 193:14
**slow** [3] - 74:5, 74:10, 194:19
**slowly** [2] - 160:9, 166:22
**slows** [1] - 125:6
**small** [4] - 41:20, 68:12, 68:22, 69:13
**Smithsonian** [1] - 18:23
**smoothly** [2] - 115:23, 120:12
**so..** [4] - 69:23, 92:25, 166:2, 172:7
**social** [4] - 17:2, 64:19, 114:13, 114:18
**Society** [1] - 33:9
**software** [10] - 44:18, 45:1, 45:7, 45:8, 45:10, 45:12, 53:3, 53:7, 53:18, 53:20
**sold** [1] - 39:16
**solely** [1] - 14:6
**someone** [30] - 11:15, 12:15, 13:21, 13:24, 23:1, 23:18, 23:25, 25:23, 30:6, 35:4, 35:5, 39:10, 42:23, 42:25, 50:9, 66:17, 70:11, 77:16, 77:17, 88:9, 98:23, 99:18, 107:1, 117:19, 117:21, 134:13, 135:7, 136:9, 197:2, 197:3
**sometime** [2] - 15:1, 190:1
**sometimes** [10] - 97:10, 118:15, 118:16, 123:21, 147:5, 156:25, 165:15, 183:8, 185:2
**somewhat** [3] - 63:3, 189:18, 191:20
**somewhere** [2] - 181:21, 186:22
**son** [2] - 92:12, 187:19
**son-in-law** [1] - 187:19

**SOP** [2] - 4:25, 128:15
**SOPs** [1] - 151:6
**sorry** [23] - 21:25, 35:8, 57:12, 59:25, 61:21, 73:11, 75:13, 88:24, 92:1, 92:4, 95:12, 98:23, 118:24, 145:17, 162:23, 164:1, 172:21, 176:17, 179:11, 186:17, 199:21, 200:1, 201:5
**sort** [12] - 5:4, 35:19, 40:2, 50:21, 66:13, 70:14, 121:16, 123:5, 135:15, 137:15, 139:6, 176:5
**sorta** [1] - 170:25
**sorting** [1] - 126:17
**sounds** [3] - 47:4, 119:20, 196:10
**source** [1] - 198:21
**South** [1] - 183:1
**space** [1] - 191:24
**span** [2] - 142:6, 143:6
**Speaker** [1] - 191:3
**speaking** [3] - 142:8, 157:23, 198:2
**special** [2] - 29:7, 29:8
**specialist** [1] - 65:15
**specific** [13] - 7:1, 106:10, 154:21, 164:24, 166:14, 167:4, 173:25, 174:4, 174:11, 174:19, 174:20, 175:9, 175:16
**specifically** [3] - 69:6, 138:11, 149:18
**specifics** [2] - 24:22, 25:18
**specified** [1] - 46:21
**speculate** [1] - 114:1
**speculative** [1] - 4:1
**spend** [2] - 147:25, 192:24
**spent** [3] - 69:5, 138:5, 192:1
**spinal** [3] - 43:2, 160:14, 194:9
**split** [1] - 180:12
**spot** [1] - 92:6
**sprained** [1] - 107:8
**Square** [33] - 8:21, 111:23, 125:6, 125:8, 131:3, 131:7, 131:13, 151:19, 151:21, 152:20, 152:23, 154:7, 154:16, 155:4,

159:21, 160:9,
160:18, 162:15,
162:16, 166:7,
166:10, 166:15,
166:20, 166:23,
167:3, 167:20,
167:23, 168:5,
168:8, 171:5, 184:7,
184:24, 185:4
**St** [1] - 22:12
**stabilize** [1] - 133:25
**stable** [3] - 165:12,
165:25, 186:25
**stack** [1] - 133:5
**stacked** [1] - 133:3
**STACY** [2] - 2:4,
158:18
**Stacy** [7] - 11:1, 116:1,
126:11, 153:20,
158:2, 158:23,
186:24
**staff** [11] - 8:3, 41:14,
46:13, 55:22, 73:8,
108:23, 114:22,
180:5, 180:11, 197:1
**staffers** [1] - 190:25
**stage** [5] - 7:20,
112:12, 112:19,
113:7, 113:10
**stand** [16] - 5:4, 9:16,
110:2, 110:5, 110:8,
110:10, 111:1,
114:3, 125:10,
130:9, 136:24,
147:7, 148:23,
148:24, 149:8, 169:5
**Standard** [1] - 128:14
**standard** [5] - 123:4,
123:9, 128:6, 128:7,
155:13
**standards** [4] - 46:9,
122:6, 122:12,
122:16
**standing** [6] - 130:20,
147:13, 147:15,
158:12, 169:15,
177:5
**start** [8] - 16:15,
123:18, 124:5,
125:10, 148:19,
183:22, 184:3, 196:9
**Start** [1] - 87:10
**started** [14] - 45:16,
94:16, 123:21,
151:1, 151:8,
178:13, 178:15,
179:3, 179:21,
181:2, 182:7, 186:1,
186:19, 195:14
**starting** [5] - 3:6, 9:24,

69:8, 93:3
**starts** [1] - 129:24
**state** [2] - 13:7, 45:4
**statement** [20] -
112:14, 112:15,
120:23, 120:25,
122:9, 122:19,
123:2, 123:3, 124:6,
145:8, 145:11,
163:21, 164:2,
172:10, 172:12,
172:14, 172:15,
172:19, 172:22,
188:15
**statements** [9] -
63:13, 112:13,
112:16, 115:18,
118:3, 118:5,
123:10, 123:18,
148:14
**States** [4] - 7:13,
138:6, 142:9, 201:20
**STATES** [2] - 1:1, 1:11
**station** [32] - 88:16,
90:25, 91:20, 93:10,
93:13, 93:18, 93:20,
93:23, 97:21,
111:23, 124:23,
125:6, 125:25,
127:20, 130:5,
130:16, 131:15,
133:20, 154:25,
155:2, 160:10,
161:13, 167:5,
167:19, 167:21,
168:2, 168:7,
170:23, 171:6,
184:25, 193:4
**stations** [7] - 92:3,
146:22, 147:11,
152:13, 153:1,
166:6, 166:7
**statistically** [2] -
142:8, 142:11
**stay** [4] - 95:23, 96:11,
154:16, 189:8
**stayed** [4] - 106:22,
131:7, 163:8, 163:11
**staying** [1] - 161:4
**stays** [1] - 106:19
**steady** [1] - 160:20
**stenographic** [1] -
201:14
**step** [25] - 18:1, 21:22,
27:19, 30:20, 32:9,
37:22, 40:25, 44:3,
56:6, 61:15, 67:9,
67:21, 72:24, 76:2,
78:9, 80:16, 85:17,
86:25, 94:2, 94:4,

101:11, 105:14,
107:18, 158:12,
197:11
**steps** [6] - 23:6, 23:7,
23:16, 163:17,
185:20, 193:17
**sticks** [1] - 194:2
**stiffness** [2] - 141:18,
193:22
**still** [13] - 66:22, 81:13,
93:17, 97:21, 99:23,
100:14, 110:21,
116:5, 133:17,
161:15, 165:6,
166:13, 171:18
**stitches** [1] - 107:9
**stone** [1] - 193:17
**stood** [4] - 126:20,
163:2, 169:11,
169:25
**stop** [21] - 8:22, 30:14,
125:7, 131:12,
131:13, 133:7,
151:19, 151:23,
154:8, 163:5, 165:5,
166:25, 168:8,
168:10, 168:12,
169:2, 170:5, 171:8,
172:2, 185:1, 185:14
**stoplight** [1] - 34:4
**stopped** [25] - 111:23,
124:23, 125:25,
126:22, 127:20,
130:4, 131:9,
131:15, 152:21,
165:19, 166:11,
166:15, 166:19,
167:7, 167:22,
168:15, 168:21,
168:24, 169:8,
171:4, 171:17,
171:22, 172:2,
182:6, 185:6
**stopping** [4] - 8:21,
130:17, 131:4,
152:13
**stops** [7] - 129:24,
151:21, 151:22,
151:23, 152:9,
155:1, 170:18
**store** [2] - 190:12,
190:16
**stories** [1] - 141:3
**story** [3] - 125:4,
131:19, 148:8
**straight** [2] - 115:17,
187:1
**straightforward** [1] -
125:23
**strangers** [1] - 126:10

**strategy** [1] - 38:14
**street** [1] - 26:16
**Street** [2] - 1:14, 10:6
**Streets** [1] - 10:6
**stretch** [2] - 109:22,
158:6
**stretcher** [1] - 163:16
**stricken** [2] - 5:25,
64:3
**strictly** [1] - 136:13
**strike** [5] - 32:18,
56:10, 56:13, 67:18,
101:19
**strikes** [1] - 108:15
**striking** [3] - 5:21,
32:12, 61:19
**strives** [1] - 156:21
**stroke** [1] - 144:1
**strong** [5] - 12:10,
60:8, 65:25, 66:6,
88:19
**struck** [3] - 5:3, 44:8,
108:5
**struggles** [1] - 66:14
**stuck** [1] - 181:10
**student** [1] - 40:4
**studied** [1] - 38:16
**study** [1] - 29:21
**studying** [1] - 33:20
**stuff** [1] - 24:24
**stumble** [1] - 186:10
**subject** [1] - 51:3
**submit** [3] - 131:21,
145:6, 154:5
**substitutes** [1] - 111:7
**subway** [17] - 12:3,
27:12, 50:13, 70:8,
85:6, 91:16, 91:17,
91:21, 124:21,
124:22, 125:3,
128:8, 129:25,
130:4, 152:6,
156:20, 159:13
**subways** [1] - 150:18
**successful** [1] - 156:1
**sudden** [2] - 160:11,
185:23
**suddenly** [2] - 125:12,
131:17
**suffer** [6] - 8:22,
13:25, 35:9, 70:15,
111:25, 137:11
**suffered** [9] - 8:25,
12:15, 35:5, 42:25,
107:1, 132:16,
135:24, 136:21,
139:19
**suffering** [5] - 5:15,
51:8, 139:24, 174:1,
174:21

**suffers** [1] - 125:14
**suggest** [3] - 126:18,
173:25, 174:20
**suggested** [1] -
141:21
**suggesting** [3] - 5:14,
174:4, 176:4
**suggestion** [1] - 94:25
**suggestive** [1] -
174:22
**suggests** [1] - 63:23
**suing** [4] - 125:19,
125:21, 125:22,
129:12
**Suite** [2] - 1:14, 1:19
**Sullivan** [1] - 182:24
**summaries** [1] -
198:24
**summarizing** [1] -
122:7
**summary** [5] - 197:17,
197:19, 198:14,
198:23, 199:6
**summer** [1] - 183:9
**superior** [1] - 104:12
**Superior** [6] - 35:16,
43:10, 84:5, 90:6,
103:5, 104:25
**supervising** [1] -
180:20
**supervisor** [5] - 151:3,
151:9, 154:15,
154:17
**support** [9] - 13:17,
13:19, 50:19, 53:23,
54:15, 59:8, 59:13,
97:3, 198:14
**supported** [3] - 13:12,
46:9, 61:5
**supporter** [1] - 66:4
**supportive** [1] - 50:18
**supposed** [3] - 53:4,
104:10, 158:17
**surface** [1] - 139:5
**surge** [1] - 188:11
**surgeon** [6] - 4:22,
134:7, 135:15,
135:17, 136:10,
155:17
**surgeons** [4] - 47:11,
78:2, 136:3, 155:16
**surgeries** [6] - 6:21,
6:25, 89:23, 98:18
**surgery** [39] - 6:16,
6:18, 12:24, 35:12,
35:13, 43:2, 43:19,
43:22, 51:17, 52:1,
71:7, 89:17, 89:19,
98:12, 98:14, 98:15,
103:17, 103:19,

125:16, 133:24,
133:25, 134:3,
134:4, 134:8,
134:10, 134:15,
134:18, 134:24,
135:8, 139:9,
139:21, 156:1,
160:14, 187:24,
188:2, 188:3, 188:4
**surgical** [6] - 4:15,
20:19, 71:3, 137:2,
156:10, 156:13
**survived** [1] - 192:3
**suspect** [1] - 173:21
**sustain** [6] - 3:21,
3:23, 63:21, 113:23,
113:24, 114:5
**sustained** [3] - 11:9,
21:18, 33:24
**SWAIN** [2] - 2:4,
158:18
**Swain** [14] - 11:1,
116:1, 118:18,
126:11, 153:21,
154:12, 158:2,
158:21, 158:23,
159:1, 162:8,
164:10, 164:15,
167:4
**switched** [1] - 182:17
**swore** [1] - 102:13
**sworn** [5] - 9:16, 9:18,
111:3, 158:14,
177:11
**Sworn** [2] - 158:18,
177:12
**sympathy** [2] - 132:23,
132:24
**system** [38] - 12:3,
12:6, 12:11, 24:13,
24:21, 34:25, 42:14,
45:23, 50:14, 50:23,
53:11, 60:9, 66:5,
70:8, 77:13, 80:3,
85:7, 88:2, 88:20,
91:16, 91:21, 97:9,
97:18, 97:20, 97:21,
98:2, 103:13,
111:21, 124:21,
125:3, 128:13,
141:9, 147:2, 149:8,
149:14, 156:22
**Systems** [2] - 44:23,
44:25
**systems** [11] - 46:5,
46:10, 46:17, 51:2,
53:14, 53:16, 53:20,
53:23, 128:8,
156:20, 164:22

**T**

**T-boned** [1] - 35:20
**table** [2] - 3:9, 146:11
**tables** [1] - 142:9
**tag** [1] - 140:16
**tallied** [1] - 199:4
**tasked** [1] - 126:17
**TDOS** [2] - 46:10,
46:11
**teach** [2] - 22:14,
183:13
**teacher** [2] - 22:12,
22:19
**team** [5] - 57:20,
57:25, 64:19,
135:17, 135:18
**Tech** [2] - 96:18, 96:21
**tech** [2] - 38:14, 68:23
**technical** [1] - 124:12
**technically** [1] -
116:17
**technician** [2] - 12:19,
60:24
**technologically** [1] -
178:25
**technology** [1] - 45:19
**tee** [1] - 176:1
**teed** [1] - 176:22
**temperature** [1] -
158:7
**tempting** [2] - 16:21,
148:18
**ten** [17] - 19:3, 29:20,
52:9, 78:16, 86:1,
93:12, 93:15, 93:19,
93:22, 95:19,
108:13, 109:24,
116:2, 133:12,
173:10, 177:2, 196:6
**tend** [1] - 133:20
**tenure** [2] - 55:9,
55:24
**term** [3] - 90:13, 135:1
**terms** [6] - 53:4, 53:5,
56:11, 92:25,
117:20, 191:15
**terrified** [2] - 133:9,
187:4
**testified** [4] - 122:24,
166:18, 197:16,
198:16
**testifies** [1] - 136:23
**testify** [15] - 4:10,
10:23, 46:20, 126:6,
127:11, 129:2,
151:5, 151:9,
153:21, 153:23,
154:14, 154:22,
156:12, 200:2

**testifying** [2] - 134:5,
153:25
**testimony** [25] - 3:22,
4:5, 4:6, 4:11, 15:3,
112:24, 117:10,
117:15, 117:16,
117:25, 126:14,
126:24, 134:2,
135:13, 136:8,
144:16, 150:25,
154:1, 155:15,
172:20, 173:3,
173:6, 199:16, 201:6
**testing** [1] - 29:8
**text** [3] - 120:19,
121:11, 121:15
**texts** [1] - 121:13
**thanked** [1] - 147:21
**thanking** [1] - 147:20
**Thanksgiving** [1] -
11:19
**THE** [711] - 1:1, 1:1,
1:11, 3:2, 3:10, 3:17,
5:17, 5:25, 6:7, 6:9,
6:13, 6:17, 6:20,
6:25, 7:3, 7:5, 7:7,
7:9, 7:12, 9:19,
10:13, 16:13, 17:14,
17:17, 17:20, 17:24,
17:25, 18:1, 18:4,
18:6, 18:11, 18:14,
18:18, 18:21, 18:24,
19:2, 19:4, 19:10,
19:13, 19:16, 19:19,
19:21, 19:24, 20:1,
20:4, 20:7, 20:9,
20:13, 20:16, 20:19,
20:22, 20:24, 21:22,
22:2, 22:4, 22:5,
22:6, 22:8, 22:11,
22:14, 22:18, 22:21,
22:23, 23:4, 23:9,
23:12, 23:14, 23:18,
23:22, 23:25, 24:3,
24:5, 24:9, 24:12,
24:15, 24:19, 24:22,
24:25, 25:3, 25:7,
25:10, 25:12, 25:14,
25:17, 25:21, 26:4,
26:7, 26:9, 26:11,
26:13, 26:16, 26:18,
26:21, 26:25, 27:3,
27:5, 27:8, 27:16,
27:18, 27:24, 28:13,
28:21, 28:22, 28:24,
29:1, 29:5, 29:10,
29:13, 29:18, 29:21,
29:23, 30:1, 30:4,
30:8, 30:10, 30:14,
30:17, 30:20, 30:22,

31:1, 31:2, 31:3,
31:6, 31:9, 31:12,
31:14, 32:5, 32:9,
32:12, 32:18, 32:20,
32:21, 32:23, 32:25,
33:6, 33:11, 33:13,
33:15, 33:21, 34:2,
34:10, 34:14, 34:18,
34:21, 34:24, 35:3,
35:8, 35:12, 35:14,
35:17, 35:21, 35:24,
36:2, 36:4, 36:6,
36:9, 36:12, 36:16,
36:19, 37:22, 38:1,
38:2, 38:3, 38:5,
38:7, 38:10, 38:16,
38:18, 38:21, 38:24,
39:2, 39:4, 39:7,
39:10, 39:14, 39:18,
39:22, 39:24, 40:1,
40:6, 40:9, 40:11,
40:15, 40:18, 40:21,
40:23, 40:25, 41:4,
41:6, 41:7, 41:8,
41:10, 41:13, 41:16,
41:21, 41:23, 41:25,
42:4, 42:7, 42:11,
42:14, 42:18, 42:20,
42:23, 43:4, 43:7,
43:11, 43:14, 43:18,
43:21, 43:24, 44:1,
44:3, 44:7, 44:10,
44:11, 44:13, 44:15,
44:17, 44:20, 44:24,
45:2, 45:8, 45:14,
46:1, 46:19, 47:8,
47:12, 47:15, 47:20,
47:25, 48:5, 48:8,
48:10, 48:14, 48:18,
48:21, 48:23, 48:25,
49:25, 50:6, 50:8,
50:13, 50:19, 51:6,
51:11, 51:16, 51:20,
51:23, 52:2, 52:4,
52:25, 54:20, 54:24,
55:8, 55:14, 55:24,
56:3, 56:5, 56:8,
56:14, 56:22, 57:4,
57:5, 57:7, 57:9,
57:12, 57:15, 57:18,
57:23, 58:1, 58:3,
58:7, 58:11, 58:13,
58:16, 58:20, 59:2,
59:6, 59:8, 59:18,
59:24, 60:2, 60:5,
60:8, 60:12, 60:15,
60:18, 60:22, 61:3,
61:8, 61:10, 61:14,
61:17, 62:1, 62:9,
62:12, 63:9, 63:15,
63:21, 64:4, 64:5,

64:7, 64:10, 64:13,
64:16, 64:22, 65:2,
65:6, 65:9, 65:13,
65:16, 65:19, 65:21,
65:25, 66:8, 66:20,
67:5, 67:7, 67:9,
67:15, 67:18, 67:20,
67:21, 67:23, 68:1,
68:6, 68:9, 68:13,
68:16, 68:20, 68:24,
69:1, 69:3, 69:7,
69:14, 69:18, 69:21,
69:24, 70:1, 70:3,
70:9, 70:14, 70:18,
70:21, 70:24, 71:3,
71:6, 71:10, 71:13,
71:16, 71:19, 71:22,
72:1, 72:5, 72:7,
72:9, 72:14, 72:17,
72:20, 72:22, 72:24,
73:1, 73:6, 73:8,
73:14, 73:15, 73:16,
73:18, 73:21, 73:25,
74:3, 74:7, 74:13,
74:16, 74:19, 74:23,
74:25, 75:4, 75:8,
75:10, 75:13, 75:15,
75:17, 75:22, 75:25,
76:2, 76:5, 76:7,
76:8, 76:9, 76:11,
76:14, 76:16, 76:19,
76:22, 76:25, 77:5,
77:7, 77:10, 77:12,
77:16, 77:19, 78:2,
78:5, 78:7, 78:9,
78:11, 78:15, 78:18,
78:22, 78:23, 78:24,
78:25, 79:2, 79:4,
79:7, 79:10, 79:13,
79:16, 79:21, 79:23,
80:2, 80:5, 80:8,
80:12, 80:14, 80:16,
80:18, 80:22, 80:23,
80:25, 81:2, 81:5,
81:8, 81:11, 81:15,
81:18, 81:21, 81:25,
82:3, 82:6, 82:10,
82:17, 82:23, 83:1,
83:4, 83:12, 83:17,
83:20, 83:24, 84:1,
84:6, 84:14, 84:17,
84:20, 84:25, 85:15,
85:17, 85:21, 85:23,
86:3, 86:6, 86:14,
86:17, 86:20, 86:22,
86:23, 86:25, 87:3,
87:5, 87:8, 87:12,
87:16, 87:19, 87:21,
87:24, 88:2, 88:6,
88:8, 88:11, 88:14,
88:18, 88:23, 89:1,

89:6, 89:11, 89:14,
89:16, 89:19, 89:22,
89:25, 90:2, 90:6,
90:8, 90:10, 90:14,
90:16, 90:19, 90:23,
91:3, 91:7, 91:11,
91:13, 93:7, 93:9,
93:12, 93:16, 93:19,
93:23, 94:1, 94:4,
94:6, 94:12, 94:21,
95:5, 95:6, 95:8,
95:10, 95:14, 95:17,
95:20, 95:24, 96:1,
96:5, 96:8, 96:12,
96:20, 96:25, 97:4,
97:7, 97:9, 97:12,
97:15, 97:17, 97:23,
98:1, 98:7, 98:11,
98:16, 98:21, 99:8,
99:11, 99:13, 100:1,
100:6, 100:9,
100:15, 100:20,
100:25, 101:3,
101:6, 101:9,
101:11, 101:14,
101:19, 101:23,
101:24, 102:2,
102:4, 102:7,
102:11, 102:16,
102:21, 102:24,
103:1, 103:3, 103:6,
103:8, 103:12,
103:16, 103:20,
103:22, 103:25,
104:4, 104:13,
104:15, 104:21,
105:3, 105:5,
105:10, 105:14,
105:18, 105:20,
105:21, 105:23,
105:25, 106:4,
106:7, 106:9,
106:12, 106:15,
106:18, 106:21,
106:24, 107:6,
107:10, 107:13,
107:16, 107:18,
107:22, 108:2,
108:10, 108:13,
108:18, 109:16,
110:1, 110:14,
110:19, 110:21,
111:4, 113:2,
115:22, 116:10,
116:21, 117:2,
117:6, 117:13,
118:7, 118:13,
118:17, 118:22,
118:25, 119:2,
119:10, 119:13,
119:17, 119:20,

120:2, 120:5, 120:8,
120:13, 121:1,
121:5, 121:12,
121:15, 121:19,
121:22, 121:24,
122:2, 122:22,
123:1, 123:9,
123:17, 124:10,
124:18, 129:11,
144:11, 145:3,
145:13, 145:15,
145:22, 146:2,
157:24, 158:4,
158:11, 158:12,
158:15, 158:16,
163:24, 164:1,
164:11, 173:2,
173:4, 173:5, 173:7,
173:8, 173:15,
173:17, 173:23,
174:3, 174:9,
174:14, 175:7,
175:11, 175:15,
175:21, 176:3,
176:12, 176:15,
176:18, 176:22,
177:5, 177:10,
178:23, 178:25,
195:7, 195:17,
195:25, 196:5,
196:8, 196:12,
196:20, 196:21,
196:23, 196:24,
197:8, 197:9,
197:22, 197:25,
198:24, 199:14,
199:22, 200:1,
200:8, 200:10,
200:15, 200:18,
200:24, 201:1, 201:3
**themselves** [3] - 8:14,
9:24, 160:20
**therapist** [2] - 12:18,
60:24
**therapy** [6] - 33:20,
135:7, 189:15,
189:25, 190:7
**they've** [5] - 95:1,
116:15, 128:13,
200:6
**thinking** [3] - 66:12,
66:18, 85:9
**thinks** [1] - 89:1
**third** [3] - 16:17,
113:7, 136:8
**thorough** [1] - 141:5
**thoughts** [2] - 97:17,
148:20
**thousands** [1] -
150:21

**three** [19] - 52:12,
79:12, 108:7,
108:10, 118:5,
140:23, 141:20,
141:23, 142:2,
142:4, 142:11,
147:25, 156:8,
159:5, 178:15,
179:5, 179:18,
186:1, 192:1
**throw** [1] - 172:7
**thrown** [3] - 125:2,
125:13, 128:23
**throws** [1] - 194:9
**thud** [1] - 160:25
**thump** [1] - 160:21
**tie** [1] - 3:19
**timed** [1] - 119:15
**tin** [1] - 150:17
**tip** [6] - 139:3, 174:5,
174:12, 174:14,
175:23, 176:14
**tired** [3] - 160:7,
193:24, 194:13
**toast** [1] - 187:6
**today** [11] - 7:23, 27:3,
73:20, 116:5,
118:23, 118:25,
124:2, 136:24,
142:11, 172:20,
172:23
**together** [4] - 17:19,
139:18, 142:12,
144:5
**tomorrow** [3] - 158:9,
196:17, 196:19
**took** [8] - 69:15, 70:7,
136:3, 161:16,
163:12, 179:24,
180:22, 191:6
**top** [11] - 133:8,
134:20, 134:22,
137:14, 137:16,
155:21, 155:22,
160:19, 192:21,
193:17, 194:1
**topics** [1] - 191:1
**tort** [2] - 59:22, 63:24
**total** [3] - 187:17,
195:15, 195:18
**totaled** [1] - 197:15
**touch** [1] - 161:9
**tourism** [1] - 81:10
**tourists** [1] - 82:9
**toward** [2] - 122:7,
152:25
**towards** [5] - 109:17,
122:9, 125:11,
130:21, 190:1
**town** [1] - 19:2

**trade** [5] - 140:7,
140:11, 140:14,
140:19
**Trader** [1] - 33:20
**traditional** [2] -
184:16, 184:19
**traffic** [1] - 150:9
**train** [139] - 3:25, 8:19,
8:20, 8:23, 25:24,
27:12, 34:22, 46:3,
46:9, 53:4, 97:22,
111:22, 111:24,
124:22, 124:23,
124:24, 125:1,
125:5, 125:6, 125:7,
125:10, 125:12,
125:23, 125:24,
126:7, 126:10,
126:13, 126:21,
126:23, 127:19,
127:21, 128:17,
128:18, 128:20,
129:16, 130:1,
130:4, 130:6, 130:9,
130:16, 131:2,
131:4, 131:9,
131:15, 131:16,
132:7, 132:8, 132:9,
133:7, 137:9, 147:2,
147:13, 147:16,
151:12, 151:20,
151:23, 151:25,
152:2, 152:3, 152:4,
152:5, 152:8,
152:10, 152:13,
152:17, 152:19,
152:20, 152:21,
152:25, 153:7,
153:17, 154:10,
154:11, 154:13,
154:22, 154:24,
155:1, 155:2, 155:3,
159:25, 160:6,
160:9, 160:16,
161:14, 162:10,
162:11, 162:18,
164:6, 164:22,
165:8, 165:12,
165:19, 166:3,
166:4, 166:11,
166:15, 166:19,
167:5, 167:7,
167:19, 167:21,
167:22, 168:1,
168:7, 168:10,
168:12, 168:15,
168:21, 168:24,
169:5, 169:8,
169:13, 169:25,
170:1, 170:2, 170:4,

170:9, 170:15,
170:16, 170:20,
171:3, 171:4, 171:5,
171:8, 184:7, 185:1,
185:3, 185:6,
185:13, 186:20
**train's** [3] - 126:22,
165:13, 165:14
**trained** [1] - 181:3
**training** [7] - 13:1,
20:5, 68:23, 71:10,
71:11, 104:1, 181:7
**trains** [12] - 8:1, 85:4,
91:18, 126:21,
129:23, 130:13,
150:18, 150:21,
153:12, 160:1,
160:4, 165:4
**TRANSCRIPT** [1] -
1:10
**transcript** [4] - 49:2,
115:9, 201:14,
201:15
**transferred** [1] - 135:4
**Transit** [8] - 3:4, 3:15,
8:18, 45:22, 46:14,
120:4, 125:22, 146:9
**TRANSIT** [1] - 1:7
**transit** [14] - 45:11,
45:23, 50:18, 50:20,
50:23, 51:2, 53:10,
53:23, 54:15, 62:18,
146:25, 156:19,
156:20, 156:22
**transport** [2] - 59:5,
60:14, 195:11
**Transportation** [5] -
45:18, 45:24, 46:7,
52:11, 53:11
**transportation** [19] -
45:4, 47:1, 52:8,
52:17, 53:10, 55:19,
56:12, 56:20, 57:2,
59:9, 59:14, 65:2,
65:5, 66:5, 66:6,
106:13, 127:17,
150:19, 155:11
**transported** [2] -
153:18, 189:4
**trauma** [2] - 139:20,
139:22
**traumatic** [1] - 135:23
**travel** [3] - 152:17,
190:18, 194:15
**traveled** [1] - 183:11
**traveling** [2] - 138:12,
182:21
**treacherous** [1] -
193:20
**treat** [1] - 149:4

**treated** [4] - 134:13, 135:21, 136:3, 149:3
**treating** [2] - 136:2, 136:10
**treatment** [2] - 59:21, 83:10
**tree** [2] - 193:5, 193:7
**tremendous** [3] - 146:20, 148:2
**trial** [32] - 7:14, 7:17, 8:4, 10:22, 13:7, 14:10, 17:5, 19:9, 32:3, 34:9, 84:7, 84:12, 84:21, 111:7, 111:17, 115:4, 115:5, 129:4, 129:9, 129:14, 132:21, 141:15, 141:20, 142:3, 142:12, 143:17, 145:21, 150:13, 150:22, 151:5, 153:19, 188:14
**TRIAL** [1] - 1:10
**trials** [2] - 39:21, 40:3
**tribal** [1] - 183:15
**tried** [7] - 136:4, 142:2, 161:23, 161:24, 163:8, 190:18, 193:5
**tries** [1] - 133:17
**trip** [1] - 131:1
**trips** [1] - 34:20
**trouble** [4] - 86:10, 86:18, 100:21, 178:19
**true** [3] - 154:20, 201:13, 201:15
**truly** [1] - 14:20
**trust** [1] - 157:19
**truth** [1] - 142:13
**try** [16] - 6:15, 16:13, 62:24, 63:5, 63:25, 64:21, 117:18, 123:21, 124:1, 132:23, 161:17, 175:13, 176:21, 183:15, 187:23, 193:20
**trying** [9] - 138:17, 140:6, 160:15, 160:18, 161:4, 161:6, 166:6, 175:9, 184:15
**tunnel** [1] - 152:7
**turn** [1] - 141:1
**twice** [3] - 30:9, 84:3, 117:19
**twins** [1] - 159:6
**twisted** [1] - 70:17
**two** [37] - 3:24, 4:13,

25:12, 34:20, 34:23, 39:7, 39:21, 46:24, 65:1, 71:20, 76:20, 78:22, 78:23, 84:4, 87:15, 96:17, 96:19, 118:15, 126:9, 130:10, 130:14, 130:19, 133:15, 135:20, 136:7, 141:18, 153:20, 155:22, 160:4, 162:1, 172:17, 179:7, 180:21, 185:20, 186:22, 194:12, 199:18
**type** [4] - 12:14, 83:11, 107:1, 180:14
**types** [1] - 79:17
**typing** [1] - 179:10

### U

**U.S** [7] - 1:23, 45:17, 45:23, 45:24, 46:7, 53:11, 64:25
**UCSF** [1] - 20:14
**ultimate** [1] - 113:20
**ultimately** [4] - 156:17, 157:8, 157:9, 163:21
**unable** [4] - 15:21, 16:3, 31:16, 165:17
**unaided** [1] - 147:15
**unavoidable** [2] - 14:22, 129:25, 130:3
**unbiased** [2] - 59:17, 62:24, 94:18
**UNC** [1] - 178:10
**uncles** [3] - 24:7, 28:1, 61:2
**uncomfortable** [5] - 14:5, 31:24, 32:2, 89:7, 194:3
**uncommon** [1] - 165:8
**under** [7] - 3:23, 3:25, 4:7, 67:17, 130:7, 197:20, 199:13
**undergraduate** [1] - 178:10
**underlying** [1] - 198:25
**underneath** [1] - 131:17
**understandable** [2] - 53:23, 54:15
**understandably** [1] - 59:8
**understood** [3] - 75:2, 80:9, 128:6
**undertaking** [1] - 156:18

**unemployed** [1] - 18:9
**uneven** [1] - 137:6
**unhappy** [1] - 191:17
**Union** [1] - 95:15
**union** [1] - 95:18
**UNISON** [2] - 7:8, 7:11
**unit** [2] - 187:14, 187:16
**UNITED** [2] - 1:1, 1:11
**United** [4] - 7:12, 138:6, 142:9, 201:20
**University** [4] - 29:24, 133:22, 178:11, 189:2
**unless** [4] - 4:21, 107:23, 145:18, 170:17
**unnecessarily** [1] - 16:15
**unrelated** [1] - 5:2
**unring** [1] - 63:13
**unsafe** [2] - 132:8, 132:9
**unsealed** [1] - 49:25
**unsolicited** [1] - 55:17
**unwarned** [2] - 131:11, 132:4
**up** [93] - 3:20, 5:13, 6:18, 6:23, 6:24, 8:9, 8:10, 9:11, 9:12, 11:22, 18:1, 39:13, 51:22, 54:22, 55:20, 56:3, 62:16, 67:6, 67:8, 67:21, 69:23, 74:5, 77:5, 77:22, 86:25, 105:11, 106:2, 111:13, 111:23, 117:6, 117:8, 122:11, 122:16, 125:10, 130:9, 130:21, 133:2, 133:3, 133:5, 134:24, 135:8, 138:17, 143:19, 144:6, 152:6, 152:22, 152:24, 158:6, 158:12, 160:24, 161:1, 162:15, 162:25, 163:2, 163:5, 163:13, 163:17, 163:18, 168:20, 168:21, 169:2, 169:5, 169:8, 169:11, 169:25, 172:17, 173:23, 176:1, 176:22, 178:6, 178:7, 180:11, 181:10, 182:16, 185:15,

185:16, 186:24, 186:25, 187:9, 187:18, 188:9, 190:14, 191:6, 191:24, 192:17, 193:5, 193:8, 194:7, 194:10, 197:16, 199:5
**upper** [3] - 9:4, 54:8, 125:15
**urban** [1] - 52:16
**USAID** [2] - 106:5, 106:7
**useful** [1] - 111:12
**uses** [1] - 165:24

### V

**VA** [5] - 1:20, 134:4, 184:16, 184:21, 186:8
**Valley** [1] - 19:15
**value** [8] - 140:7, 140:14, 140:19, 141:10, 142:16, 142:24, 142:25, 144:6
**vans** [1] - 150:18
**various** [4] - 64:20, 83:8, 126:18, 182:25
**varying** [1] - 157:6
**vegetable** [1] - 192:11
**vegetables** [1] - 192:13
**vehicle** [1] - 35:19
**venire** [6] - 7:4, 9:18, 17:10, 17:13, 108:17, 109:15
**VENIRE** [2] - 7:8, 7:11
**verdict** [21] - 14:5, 14:9, 16:5, 17:4, 36:2, 36:4, 40:9, 40:11, 66:23, 72:10, 84:8, 84:14, 84:16, 90:10, 114:16, 132:12, 132:14, 132:24, 132:25, 133:1, 142:13
**version** [1] - 128:12
**vertical** [1] - 153:5
**veteran** [1] - 182:12
**veterans** [13] - 138:6, 138:11, 181:9, 181:15, 182:4, 182:8, 182:19, 183:5, 183:12, 183:15, 184:14, 191:3, 194:14
**Veterans** [3] - 182:1, 189:10, 194:23

**victim** [1] - 96:21
**video** [7] - 4:5, 4:13, 112:24, 116:5, 124:9, 134:6, 153:25
**Vienna** [3] - 151:20, 151:21, 184:6
**Vietnam** [1] - 138:7
**view** [1] - 147:17
**views** [6] - 11:21, 30:11, 34:25, 63:24, 64:2, 101:21
**violated** [2] - 125:23, 129:13
**violating** [1] - 131:23
**violations** [1] - 132:6
**violent** [3] - 162:9, 163:1, 166:22
**violently** [4] - 130:6, 160:11, 160:17, 162:17
**Virginia** [9] - 10:11, 17:21, 47:24, 77:4, 96:18, 96:21, 135:15, 142:23, 177:23
**virtual** [1] - 18:23
**virtually** [1] - 187:18
**vision** [1] - 15:4
**visitors** [1] - 82:8
**visual** [1] - 121:17
**voice** [1] - 127:3
**voir** [1] - 6:11
**voluminous** [1] - 199:1
**volunteers** [1] - 181:20
**voting** [1] - 71:15
**VSO** [1] - 191:4
**VVA** [2] - 181:6, 181:18

### W

**wait** [3] - 3:19, 7:16, 118:13
**waited** [1] - 152:21
**waiting** [2] - 130:21, 185:15
**walk** [7] - 32:3, 134:11, 134:14, 137:1, 137:6, 142:18, 142:20
**walked** [1] - 192:21
**walking** [4] - 135:8, 137:24, 138:17, 192:25
**walks** [1] - 165:23
**wallet** [1] - 138:24
**walls** [1] - 140:25
**wants** [4] - 115:5,

124:24, 127:21, 132:2

**warn** [3] - 124:25, 127:22, 128:19

**warning** [17] - 4:2, 8:21, 111:25, 125:2, 125:25, 126:3, 126:7, 126:12, 127:5, 127:8, 127:10, 127:11, 127:13, 127:15, 131:5, 162:23, 164:6

**Warren** [1] - 189:23

**wars** [1] - 138:7

**Washington** [23] - 1:4, 1:15, 1:24, 3:4, 3:14, 8:17, 10:6, 23:12, 38:21, 69:1, 84:4, 120:4, 125:21, 133:22, 146:9, 149:17, 151:17, 155:18, 156:19, 180:4, 181:8, 189:2, 201:22

**WASHINGTON** [1] - 1:6

**wasting** [2] - 5:7, 16:14

**watch** [1] - 98:9

**WATER** [1] - 21:15

**Waters** [38] - 3:14, 6:20, 10:8, 20:24, 21:2, 27:16, 40:23, 41:4, 44:1, 54:20, 56:14, 56:25, 63:15, 67:7, 67:15, 72:22, 73:6, 75:25, 76:5, 78:7, 80:14, 85:15, 93:7, 94:12, 101:9, 104:4, 107:16, 116:21, 119:6, 120:8, 121:7, 122:16, 145:3, 145:22, 146:8, 164:12, 164:17, 196:5

**WATERS** [113] - 1:18, 3:13, 5:24, 6:4, 6:8, 6:22, 10:7, 20:25, 21:7, 21:10, 21:12, 21:17, 21:20, 21:25, 22:3, 27:17, 27:22, 27:25, 30:19, 30:25, 32:17, 36:18, 36:20, 36:22, 36:25, 37:3, 37:6, 37:10, 37:13, 37:18, 37:21, 37:25, 40:24, 41:5, 44:2, 44:6, 54:21, 54:25, 55:6, 56:15, 59:25,

60:4, 61:13, 61:22, 62:6, 62:10, 62:14, 62:16, 62:25, 63:7, 63:16, 67:8, 67:16, 72:23, 73:7, 73:13, 76:1, 76:6, 78:8, 78:13, 80:15, 80:21, 85:16, 85:22, 86:21, 88:24, 93:8, 94:13, 101:10, 101:16, 101:22, 104:5, 104:9, 104:14, 104:16, 105:13, 105:17, 107:17, 107:21, 108:8, 108:12, 110:18, 116:19, 116:25, 117:4, 117:7, 117:23, 118:9, 119:15, 120:7, 120:10, 120:14, 121:2, 121:25, 122:3, 129:10, 145:9, 146:4, 164:14, 172:8, 172:25, 195:16, 195:24, 196:7, 196:10, 197:24, 198:3, 199:11, 199:21, 199:23, 200:14, 200:17, 200:23

Waters).......................
..............**164** [1] - 2:5

**ways** [4] - 82:20, 140:4, 141:8, 142:22

**wayside** [1] - 150:9

**Wealth** [1] - 76:17

**Web** [1] - 57:16

**Weber** [3] - 64:14, 64:16, 65:1

**Wednesday** [1] - 14:12

**week** [12] - 29:12, 29:15, 30:9, 34:20, 34:23, 80:1, 116:11, 135:2, 183:23, 183:24, 188:13, 192:2

**weekend** [2] - 3:11, 44:15

**weigh** [2] - 113:20, 132:10

**weight** [1] - 139:4

**welcome** [5] - 7:12, 108:18, 120:5, 123:17, 177:10

**well-being** [1] - 139:25

**well-formed** [1] - 28:6

**well-reasoned** [1] -

176:9

**west** [3] - 5:20, 6:2, 138:13

**Westpark** [1] - 1:19

**whatnot** [1] - 201:6

**whatsoever** [2] - 13:8, 175:24

**wheelchair** [2] - 191:5, 191:7

**whiplash** [1] - 35:10

**whiteboard** [1] - 121:20

**whole** [8] - 32:8, 121:19, 121:22, 143:3, 163:19, 171:25, 185:25, 194:9

**wife** [13] - 47:18, 47:21, 58:13, 74:19, 75:14, 75:15, 103:2, 103:6, 103:18, 104:23, 105:7, 106:17

**WILD** [3] - 1:3, 2:6, 177:12

**Wild** [4] - 3:3, 8:17, 120:3, 177:21

**Wilmington** [2] - 134:5, 178:10

**Wilson** [1] - 10:8

**WILSON** [1] - 1:19

**wind** [1] - 194:10

**window** [1] - 185:5

**winds** [1] - 134:24

**winter** [1] - 42:10

**wise** [1] - 24:21

**wish** [1] - 176:22

**withdrawn** [1] - 113:25

**withdrew** [1] - 198:12

**witness** [31] - 4:5, 4:9, 13:4, 23:9, 69:23, 83:18, 94:17, 112:21, 114:3, 117:18, 118:3, 118:7, 118:11, 118:15, 118:19, 118:20, 118:22, 118:25, 119:8, 119:12, 127:10, 136:22, 155:10, 157:25, 158:1, 158:3, 158:14, 159:9, 177:7, 178:22, 195:4

**WITNESS** [8] - 2:3, 158:11, 158:16, 164:1, 173:4, 173:7, 178:25, 197:8

**witnessed** [1] - 164:3

**witnesses** [12] - 10:23, 55:2, 112:23, 113:22, 118:1, 118:18, 119:2, 126:4, 126:18, 130:10, 148:12, 155:7

**WMATA** [70] - 5:21, 6:1, 8:18, 8:19, 8:23, 12:6, 12:9, 24:1, 24:13, 24:16, 28:5, 28:6, 28:11, 45:6, 45:15, 45:21, 45:25, 46:2, 46:3, 46:8, 55:10, 55:22, 56:1, 56:19, 59:9, 59:10, 59:13, 66:4, 66:15, 82:11, 82:13, 82:19, 82:20, 82:24, 83:2, 85:4, 88:9, 88:14, 104:22, 111:21, 112:1, 112:11, 112:15, 118:3, 125:21, 125:22, 127:1, 127:2, 127:25, 128:7, 128:15, 128:22, 129:6, 129:13, 130:10, 130:12, 130:20, 130:22, 130:23, 131:23, 131:25, 132:2, 136:12, 136:14, 143:20, 149:1, 149:7, 153:11, 155:10

**WMATA's** [13] - 3:21, 3:23, 66:14, 66:19, 99:14, 99:15, 126:13, 127:4, 128:12, 129:16, 131:19, 136:22, 151:9

**woke** [1] - 187:18

**woman** [4] - 125:12, 125:14, 126:23, 161:8

**women** [3] - 98:15, 178:17, 179:4

**women's** [2] - 20:17, 20:21

**won** [1] - 23:15

**wonder** [2] - 127:9, 131:25

**woods** [3] - 192:24, 193:5, 193:9

**word** [1] - 6:15

**words** [7] - 15:22, 94:16, 116:8, 118:16, 175:8,

181:23, 182:4

**worker** [1] - 96:17

**works** [7] - 19:15, 47:22, 58:14, 90:21, 92:6, 92:12, 147:9

**workshops** [3] - 183:5, 183:7, 183:12

**world** [6] - 57:22, 97:21, 137:25, 138:3, 140:13, 156:21

**worried** [1] - 47:5

**worry** [1] - 143:2

**worse** [3] - 141:19, 162:6, 186:1

**worth** [3] - 119:12, 140:20, 142:14

**worthwhile** [2] - 104:14, 104:17

**wound** [3] - 188:9, 190:14, 194:7

**wrist** [2] - 23:8, 107:9

**write** [29] - 9:4, 9:8, 9:9, 9:22, 10:17, 10:20, 10:25, 11:6, 11:12, 11:25, 12:4, 12:11, 12:15, 12:24, 13:9, 13:13, 13:20, 13:25, 14:9, 15:6, 15:13, 15:15, 15:25, 16:7, 46:21, 87:17, 111:14, 172:14

**writing** [1] - 172:18

**written** [2] - 121:20, 128:13

**wrote** [3] - 111:17, 175:19, 176:8

## X

**XO** [1] - 181:13

## Y

**Yard** [1] - 30:15

**yard** [2] - 192:5, 192:25

**year** [9] - 31:13, 35:16, 79:11, 98:5, 141:17, 160:14, 178:11, 194:11, 195:1

**years** [36] - 19:3, 22:20, 29:20, 38:25, 39:1, 42:3, 52:9, 52:13, 58:2, 65:18, 66:15, 74:16, 76:21, 81:24, 84:4, 87:15, 90:3, 93:12, 93:15, 93:19, 93:22, 95:19, 106:8, 120:11, 133:12, 135:18,

135:20, 138:6,
141:18, 142:14,
142:17, 143:6,
156:2, 156:8,
194:11, 194:25
**yesterday** [1] - 116:8
**York** [3] - 120:11,
128:9, 164:21
**young** [2] - 7:22, 33:1
**younger** [1] - 20:11
**yourself** [5] - 158:21,
165:12, 165:14,
165:25, 177:19
**yourselves** [1] - 3:5

## Z

**Zambri** [1] - 10:4
**ZAMBRI** [1] - 1:14