**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CAROL W. SCOTT,

Plaintiff,

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

Defendant.

Case No.: 1:22-cv-00601 (CRC)

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S OPPOSITION TO PLAINTIFF'S BILL OF COSTS**

Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by and through counsel, and pursuant to Local Civil Rule 54.1(b), herein opposes Plaintiff's Bill of Costs. Plaintiff has submitted a bill of costs seeking to tax certain costs that are unreasonable and not allowed under Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54.1(d).

## STANDARD OF REVIEW

Federal Rule of Civil Procedure 54(d) provides that "costs–other than attorney's fees–should be allowed to the prevailing party." The categories of allowable costs are set forth in 28 U.S.C. § 1920 and Local Civil Rule 54.1(d).

## OBJECTIONS

### 1. WMATA Opposes Costs for Video Copies and Expedited/Rush Orders as Part of the Fees for Transcripts.

Plaintiff seeks $4,469.10 in "fees for printed or electronically recorded transcripts necessarily obtained for use in the case." Plaintiff's Bill of Costs ("BoC" attached invoices for various transcripts. These invoices demonstrate that certain costs Plaintiff seeks are not permitted under the local rule that permits the Court to tax "at the reporter's standard rate, of the original

and one copy of any deposition noticed by the prevailing party, and of one copy of any deposition noticed by any other party, if the deposition was used on the record, at a hearing or trial." LCvR 54.1(d)(6).

Instead, Plaintiff asks the Court to tax:

A. Videography services ($504, BoC, Ex. 2 at 3 and $654.00, BoC, Ex. 2 at 5);

B. Videoconferencing services ($295.00, BoC, Ex. 2 at 6);,

C. "Expedited," rather than standard rate, transcripts (Rao $751.50 BoC, Ex. 2 at 7 and Emondi $499.55, BoC, Ex. 2 at 4).

D. Deposition transcripts for depositions Plaintiff did not notice and did not use on the record at trial (Berkowitz $867.65, BoC, Ex. 2 at 2 and Scott $272.50, BoC, Ex. 2 at 8).

Therefore, other than the costs for the deposition transcripts of WMATA corporate designees Henry and Bennett ($624.90, BoC, Ex. 2 at 1), WMATA opposes all other fees Plaintiff seeks for transcripts under Local Civil Rule 54.1(d)(6).

**2. Plaintiff Cannot Recover Fees for Creating Demonstrative Aids.**

Local Rule 54.1(d)(8) permits the prevailing party to recover "[c]osts of copying those exhibits which are introduced into evidence, are used for impeachment, or are filed with the Clerk." Plaintiff seeks $462.18 in "fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case." However, the copies here were for "color poster processing. . . color poster. . . [and] dry mounting." BoC, Ex. 4. It is apparent from the invoice that these charges are for demonstrative aids that were not admitted into evidence, so they fall outside Local Civil Rule 54.1(d)(8) and are not allowed. Therefore, WMATA opposes them.

**CONCLUSION**

For the foregoing reasons, WMATA respectfully requests that the Court disallow the impermissible costs in Plaintiff's Bill of Costs identified above.

May 15, 2025

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Jason R. Waters*

Jason R. Waters, Esq. (D.C. Bar No.: 491066)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com

Patricia H. Beall, Esq. (D.C. Bar No.: 992515)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com

*Counsel for Defendant Washington Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

*/s/ Laurie Hand*

Laurie Hand, Esq. (DC Bar No.: 435095)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Tel.: (202) 962-5063
Fax: (202) 962-2550
LAHand@wmata.com

*Counsel for Defendant Washington Metropolitan Area Transit Authority*



System.Object[]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Jason R. Waters*

Jason R. Waters, Esq. (D.C. Bar No.: 491066)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*