```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x
CAROL WILD SCOTT,
                                     CA No:  1:22-cv-00601-CRC
          Plaintiff,
                                     Washington, D.C.
                                     Wednesday, April 23, 2025
v.                                   9:20 a.m.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

          Defendant.
- - - - - - - - - - - - - - - -x
_____
                       TRANSCRIPT OF JURY TRIAL
          HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                     UNITED STATES DISTRICT JUDGE
_____
APPEARANCES:
For the Plaintiff:         **PATRICK MICHAEL REGAN, ESQ.**
                           **CHRISTOPHER REGAN, ESQ.**
                           **REGAN ZAMBRI & LONG, PLLC**
                           1919 M Street, NW, Suite 350
                           Washington, DC 20036
                           (202) 463-3030
                           pregan@reganfirm.com
                           cregan@reganfirm.com


For the Defendant:         **JASON R. WATERS, ESQ.**
                           **LAUREN GILMAN, ESQ.**
                           **WILSON ELSER**
                           8444 Westpark Drive, Suite 510
                           McLean, VA 22102
                           (703) 245-9300
                           jason.waters@wilsonelser.com
                           lauren.gilman@wilsonelser.com

Court Reporter:               Lisa A. Moreira, RDR, CRR
                              Official Court Reporter
                              U.S. Courthouse, Room 6718
                              333 Constitution Avenue, NW
                              Washington, DC  20001
                              (202) 354-3187
```

I N D E X

WITNESS                                                             PAGE

**KEISHA SIMONE HENRY**
    (By Mr. Waters).....................................446
    (By Mr. C. Regan)..................................454
    (By Mr. Waters)....................................465

**DENIS HARRIS, M.D.**
    (By Ms. Gilman)....................................467
    (By Mr. P. Regan)..................................473

1   Q.  Good morning, Ms. Henry.
2   A.  Good morning.
3   Q.  Is it fair to say that if the train stops -- as of 2019,
4   when this incident happened, if the train stops short of the
5   8-car marker for any reason, the train operator absolutely
6   must warn passengers before moving the train again?
7   A.  Correct.
8           MR. C. REGAN:  Can I have the display, please.
9   Q.  Ms. Henry, are you able to see that in front of you?
10  A.  Yes.
11  Q.  And has it been --
12          MR. C. REGAN:  Your Honor, this is just a
13  whiteboard list, a visual representation of the testimony
14  that I'd like to use with the witness, if I may?
15          THE COURT:  Okay.
16          MR. C. REGAN:  May I have the Court's permission
17  to publish that?
18          MR. WATERS:  No objection, Your Honor.
19          THE COURT:  Fine.  It's not in evidence, but you
20  can publish it.
21          MR. C. REGAN:  Correct.
22  BY MR. C. REGAN:
23  Q.  Ms. Henry, on the screen is what I hope is a list of
24  effectively the ordinary berthing procedures.
25          MR. WATERS:  I'm sorry to interrupt, Your Honor.

1  Can we put this in presentation mode, Counsel?  I think your
2  other slides are also visible, and I don't think those are
3  before the jury.
4              MR. C. REGAN:  They will be in a moment,
5  Mr. Waters.
6              MR. WATERS:  Okay.
7              MR. C. REGAN:  I don't think they're visible --
8  legible at least.
9              THE COURT:  Go ahead.
10 Q.  Ms. Henry, is it accurate that Step 1 is effectively
11 what you just testified to, announce the station, "Entering
12 McPherson Square, doors opening right side," right?
13 A.  Uh-huh.
14 Q.  Step 2, stop the train at the 8-car marker?  Yes?
15 A.  Yes.
16 Q.  Step 3, wait five seconds looking out the window before
17 opening the doors?
18 A.  Yes.
19 Q.  And then Step 4, open the doors, right?
20 A.  Yes.
21 Q.  And I said five seconds.  It's really at least five
22 seconds, sometimes substantially longer than that, right?
23 A.  No less than five seconds.
24 Q.  Okay.
25              MR. C. REGAN:  Your Honor, this is Plaintiff's

1   Exhibit 1 that's already in evidence.
2           THE COURT: Very well.
3   Q.  Ms. Henry, on your screen is Plaintiff's Exhibit 1,
4   WMATA's SOP No. 50.  You're familiar with that, right?
5   A.  Yes.
6   Q.  And that's the version of SOP 50 in effect as of 2019,
7   September 2019, right?
8   A.  Uh-huh.
9   Q.  Was that a yes, Ms. Henry?
10  A.  I'm sorry, say it again.
11  Q.  Yes.  That's the version of SOP 50 in effect governing
12  train operations as of 2019, right?
13  A.  That was the version at that time, yes.
14  Q.  I'd like to come down to the second page --
15  A.  Uh-huh.
16  Q.  -- and look at some of the standard baseline
17  announcements with you.  And if you need me to slow down
18  scrolling, tell me, but what I'd like to look at here is in
19  the red box.  The red boxes are mine, of course, not in the
20  original document.
21          The one labeled "Repositioning Train," you're
22  familiar with that one, right?
23  A.  Yes.
24  Q.  Is that an announcement that's supposed to be given when
25  the train stops short on the platform and the operator has

1     to reposition the train to announce it to the customers that
2     the train will be moving forward?
3     A.   Yes.  This is the announcement that they make to the
4     customers when repositioning the train.
5     Q.   Okay.  A few minutes ago I thought you told us that it's
6     "Trains moving, stand clear," something like that.  Did I
7     misunderstand?
8     A.   Well, I believe I also said that that was a version of
9     what is said.  Most operators don't stick to those exact
10    words.
11    Q.   Okay.  Pursuant to Metro's SOPs, this is what is
12    required to be stated before the train moves forward when it
13    stops short of the platform, right?
14    A.   This is what they would like said.
15    Q.   Okay.  And the purpose of that is so they can hold on --
16    "they" being the passengers can hold on -- if they need to,
17    right?
18    A.   Yes.
19    Q.   Because they might fall if they're not warned and
20    they're not holding on, right?
21    A.   If they're not holding on, there could be an incident.
22    Q.   An incident where they fall and get hurt, right?
23    A.   Or bump into someone.
24    Q.   And hurt that person?
25    A.   That necessarily may not be the outcome.

1  Q.  Let me ask it this way.  Is the only reason for this
2  warning passenger safety?
3  A.  It's safety for -- yes, passenger safety, absolutely.
4          MR. C. REGAN:  Your Honor, I'd like to show I
5  think just the witness Plaintiff's Exhibit 14 for a moment.
6          THE COURT:  Okay.
7          MR. WATERS:  Same objection, Your Honor.
8          THE COURT:  Noted.
9  BY MR. C. REGAN:
10 Q.  Ms. Henry, on your screen are you able to see a video
11 screen?
12 A.  Yes.
13 Q.  Okay.  It's only about 20 seconds.  I'd like to just run
14 through it one time, and then I'll ask you a question or two
15 afterwards.  Okay?
16 A.  Uh-huh.
17 Q.  And I should mention this is a video from WMATA's
18 website.
19 A.  Okay.
20         (Video playing)
21 Q.  Ms. Henry, that shows -- that video shows a train
22 stopping consistent with how Metro trains were expected to
23 berth at a station under manual operation back in 20 -- in
24 September 2019?
25 A.  Uh-huh.

1            THE COURT REPORTER: Yes or no, please.
2            THE WITNESS: I'm sorry, yes.
3            MR. C. REGAN: Your Honor, I move to admit
4    Plaintiff's 14.
5            THE COURT: So moved. Your objection's noted.
6    Q. Ms. Henry, I'd like to go over one more time here --
7            MR. C. REGAN: Can we publish to the full
8    courtroom, please?
9    Q. Okay. Ms. Henry, I'm going to play it one more time,
10   okay?
11   A. Sure.
12   Q. And I'd like to -- if I may, please pay attention to the
13   movements of the passengers inside the train because that's
14   what we're going to focus on for a minute. Okay?
15   A. Okay.
16           (Video playing)
17   Q. All right. Ms. Henry, so I'm going to pause it right
18   there where the timer on the bottom says 15 seconds.
19   A. Uh-huh.
20   Q. That's 15 seconds between the time the train came to a
21   stop and the doors opened, right?
22   A. Okay, yeah.
23   Q. And inside the train did you notice what the passengers
24   were doing?
25   A. They were standing up preparing to get off the train.