## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL W. SCOTT**,<br><br>Plaintiff,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**,<br><br>Defendant. | Case No. 22-cv-601 (CRC) |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the [71] Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, For a New Trial is DENIED.

This is a final appealable Order.

**SO ORDERED**.

                                                                                                        _____
                                                                                                        CHRISTOPHER R. COOPER
                                                                                                        United States District Judge

Date:   August 1, 2025