# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL W. SCOTT,** | |
| **Plaintiff,** | |
| v. | Case No.: 1:22-cv-00601 CRC |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

## DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S CIVIL NOTICE OF APPEAL

Notice is hereby given this 27th day of August 2025, that Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the 23rd day of April, 2025, in favor of Plaintiff Carol W. Scott and against WMATA, and from the Order and Opinion denying WMATA's Motion for Judgment as a Matter of Law and for a New Trial, entered on the 1st day of August 2025.

Date: August 27, 2025               Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No. 491066)
Lauren Gilman, Esq. (D.C. Bar. 90008050)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com

318933610v.1

Patricia H. Beall, Esq. (D.C. Bar No. 992515)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com
*Counsel for Defendant Washington*
*Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY**

*/s/ Laurie Hand*
Laurie Hand, Esq. (D.C. Bar No. 435095)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant Washington*
*Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No. 491066)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
*Counsel for Defendant Washington*
*Metropolitan Area Transit Authority*

318933610v.1