# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL W. SCOTT,**<br>         **Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br>         **Defendant.** | Case No.: 1:22-cv-00601 CRC |

### DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S MOTION FOR STAY OF EXECUTION OF JUDGMENT

Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by and through undersigned counsel, hereby moves this Honorable Court for a stay of execution upon the judgment entered in this case on April 23, 2025. In support of this motion, WMATA relies upon the attached memorandum of points and authorities.

Date: August 27, 2025

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No. 491066)
Lauren Gilman, Esq. (D.C. Bar. No. 90008050)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com

318962410v.1

Patricia H. Beall, Esq. (D.C. Bar No. 992515)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com
*Counsel for Defendant Washington*
*Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY**

*/s/ Laurie Hand*
Laurie Hand, Esq. (D.C. Bar No. 435095)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant Washington*
*Metropolitan Area Transit Authority*

**LCvR 7(m) CERTIFICATE**

I HEREBY CERTIFY that on the 27th of August, 2025, I conferred with Christopher Regan, Plaintiff's counsel, regarding WMATA's intent to seek a stay of execution of the judgment pending appeal. Counsel indicated that Plaintiff neither opposes nor consents to WMATA's motion.

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No. 491066)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
*Counsel for Defendant Washington*
*Metropolitan Area Transit Authority*

318962410v.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

/s/ *Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No. 491066)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*