IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL W. SCOTT,**<br>            **Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,**<br>            **Defendant.** | Case No.: 1:22-cv-00601 CRC |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION
FOR STAY OF EXECUTION OF JUDGMENT**

Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by and through undersigned counsel, hereby moves this Honorable Court for a stay of execution upon the judgment entered in this case on April 23, 2025. In support of this motion, WMATA states the following:

### I.    BACKGROUND

On April 23, 2025, Carol Wild Scott obtained a judgment against WMATA in this case in the amount of $1,600,000.00. (ECF 64.) Subsequently, WMATA filed a motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure. (ECF 71.) The Court denied WMATA's motion on August 1, 2025. (ECF 77 (Order); ECF 78 (Opinion).) WMATA now requests a stay of execution pending appeal.

### II.    ARGUMENT

As a government entity and instrumentality of the District of Columbia, WMATA is entitled to a stay of a money judgment as a matter of right, without posting a supersedeas bond. *Hoban v. Wash. Metro. Area Transit Auth.*, 841 F.2d 1157, 1157-59 (D.C. Cir. 1988).

Plaintiff in this matter obtained a judgment in this court against WMATA, which WMATA now intends to appeal. WMATA respectfully requests a stay of execution pending its appeal, which it is entitled to as of right, without posting a supersedeas bond.

### III.  CONCLUSION

WHEREFORE, Washington Metropolitan Area Transit Authority prays that it be granted a stay of execution of the judgment without posting supersedeas bond in this case pending resolution of Defendant's appeal.

Date: August 27, 2025                             Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No. 491066)
Lauren Gilman, Esq. (D.C. Bar. No. 90008050)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com

Patricia H. Beall, Esq. (D.C. Bar No. 992515)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

*/s/ Laurie Hand*
Laurie Hand, Esq. (D.C. Bar No. 435095)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768

                Washington, D.C. 20026
                Telephone.: (202) 962-5063
                Facsimile: (202) 962-2550
                LAHand@wmata.com
                *Counsel for Defendant Washington*
                *Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No.: 491066)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*

318962942v.1