IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL W. SCOTT,**<br>      **Plaintiff,**<br><br>**v.**<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br>      **Defendant.** | **Case No.: 1:22-cv-00601 CRC** |

### ORDER

Upon consideration of Defendant Washington Metropolitan Area Transit Authority's motion for a stay of execution upon the judgment entered in this case on April 23, 2025, any opposition thereto, the entire record herein and for good cause shown, it this \_\_\_\_ day of \_\_\_\_\_ 2025

ORDERED, that Washington Metropolitan Area Transit Authority's Motion for a Stay of Execution is GRANTED; and it is further

ORDERED, that any execution upon the judgment in this case by Plaintiff is hereby stayed until after the resolution of Defendant's appeal before the U.S. Court of Appeals for the District of Columbia Circuit.

 

_____
The Honorable Christopher R. Cooper
United Stated District Court for the
District of Columbia

Copies to:

Patrick M. Regan
Christopher J. Regan
Jason R. Waters
Lauren E. Gilman
Laurie Hand

318963247v.1